UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2012 NOV -9 PM 4:04

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SHERMAN CAPITAL LLC;<br>MEETING STREET PARTNERS II INC.;<br>SHERMAN FINANCIAL GROUP LLC<br>SHERMAN CAPITAL MARKETS LLC;<br>LVNV FUNDING LLC;<br>RESURGENT CAPITAL SERVICES LP;<br>SHERMAN ORIGINATOR LLC;<br>SHERMAN ORIGINATOR III, LLC;<br>SHERMAN ACQUISITION, LLC;<br>BENJAMIN W. NAVARRO;<br>LESLIE G. GUTIERREZ;<br>SCOTT E. SILVER;<br>KEVIN P. BRANIGAN;<br>ROBERT A. RODERICK;<br>KENNETT KENDALL;<br>and JOHN DOES 1-50<br><br>Defendants. | Civil Action No.<br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED**<br><br>**1:12-cv-1654 TWP -MJD** |

## MOTION FOR CLASS CERTIFICATION

NOW COMES, Plaintiffs Andrew Cox, Lucinda Cox and Stephanie Snyder, individually and on behalf of all other similarly situated, by and through undersigned Counsel, and moves this Honorable Court to certify this action as a class action pursuant to Fed. R. Civ. P. Rule 23.

Respectfully submitted,

_____
Robert D. Cheesebourough
543 E. Market Street
Indianapolis, IN 46204
Phone: (317) 637-7000
Fax: (317) 638-2707
rdc@home-saver.org

_____
Matthew D. Boruta
543 E. Market Street
Indianapolis, IN 46204
Phone: (317) 637-7000
Fax: (317) 638-2707
rdc@home-saver.org

**ATTORNEYS FOR PLAINTIFF AND PROPOSED CLASS COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that a cop of this Motion was mailed to each party of record by first class U.S. mail this 9th day of November, 2012.

Sherman Financial Group, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Sherman Capital, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Sherman Capital Markets, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Sherman Originator III, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Meeting Street Partners II, Inc
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Resurgent Capital Services LP
c/o CT Corporation System
251 East Ohio Street, Suite 1100
Indianapolis, IN 46204

Leslie G. Gutierrez
200 Meeting Street, Suite 206
Charleston, SC 29401

Robert A. Roderick
200 Meeting Street, Suite 206
Charleston, SC 29401

Kennett Kendall
200 Meeting Street, Suite 206
Charleston, SC 29401

Sherman Originator, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Sherman Acquisition, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

LVNV Funding, LLC
c/o CT Corporation System
251 East Ohio Street, Suite 1100
Indianapolis, IN 46204

Benjamin W. Navarro
200 Meeting Street, Suite 206
Charleston, SC 29401

Scott E. Silver
200 Meeting Street, Suite 206
Charleston, SC 29401

Kevin P. Branigan
200 Meeting Street, Suite 206
Charleston, SC 29401