IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, Individually and on behalf of others similarly situation, <br><br>  Plaintiffs, <br><br> v. <br><br> SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETT KENDALL; and JOHN DOES 1-50, <br><br>  Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD <br> CLASS ACTION |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Defendants, Sherman Capital LLC; Meeting Street Partners II Inc.; Sherman Financial Group LLC; Sherman Capital Markets LLC; LVNV Funding LLC; Resurgent Capital Services LP; Sherman Originator LLC; Sherman Originator III, LLC; and Sherman Acquisition, LLC, submit this corporate disclosure statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Defendant, Sherman Capital LLC, states that its owners are private individuals - no publicly held investment fund or company holds any ownership in it;

Defendant, Meeting Street Partners II Inc., states that it has been dissolved;

Defendant, Sherman Financial Group LLC, states that it is wholly owned by Sherman Capital LLC – no publicly held investment fund or company holds any ownership in Sherman Capital LLC;

Defendant, Sherman Capital Markets LLC, states that it is wholly owned by Sherman Capital Group Inc. – no publicly held investment fund or company holds any ownership in Sherman Capital Group Inc.;

Defendant, LVNV Funding LLC, states that it is wholly owned by Sherman Originator LLC – no publicly held investment fund or company holds any ownership in Sherman Originator LLC;

Defendant, Resurgent Capital Services LP, states Alegis Group LLC is the general partner – no publicly held investment fund or company holds any ownership in either of them;

Defendant, Sherman Originator LLC, states that it is wholly owned by Sherman Financial Group LLC – no publicly held investment fund or company holds any ownership in Sherman Financial Group LLC;

Defendant, Sherman Originator III, LLC, states that no publicly held investment fund or company holds any ownership in it; and

Defendant, Sherman Acquisition, LLC, states that it is wholly owned by Sherman Financial Group LLC – no publicly held investment fund or company holds any ownership in Sherman Financial Group LLC.

Dated: <u>December 11, 2012</u>   Respectfully submitted,

RILEY BENNETT & EGLOFF, LLP

s/ James W. Riley, Jr.
James W. Riley, Jr.
No. 6073-49
141 East Washington Street
Fourth Floor
Indianapolis, IN  46204
(317) 636-8000
(317) 636-8027 (Fax)
jriley@rbelaw.com

OF COUNSEL:
David A. Maas
Gary Caplan
REEDSMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7507
(312) 207-1000
(312) 207-6400 (Fax)
dmaas@reedsmith.com
gcaplan@reedsmith.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Defendants' Corporate Disclosure Statement* was filed electronically on this 11th day of December, 2012.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.

Matthew D. Boruta
Cheesebourough & Boruta
Boruta17@hotmail.com

Robert D. Cheesebourough
Cheesebourough & Boruta
rdc@home-saver.org

s/James W. Riley, Jr.
James W. Riley, Jr.

JWR/60027.000/rlm/00569284

3