```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION


LUCINDA COX,                          )
ANDREW COX,                           )
STEPHANIE SNYDER,                     )
                                      )
          Plaintiffs,                 )
            vs.                       ) NO. 1:12-cv-01654-TWP-MJD
                                      )
SHERMAN CAPITAL LLC,                  )
MEETING STREET PARTNERS II INC.,      )
SHERMAN FINANCIAL GROUP LLC,          )
SHERMAN CAPITAL MARKETS LLC,          )
LVNV FUNDING LLC,                     )
RESURGENT CAPITAL SERVICES LP,        )
SHERMAN ORIGINATOR III LLC,           )
SHERMAN ACQUISITION LLC,              )
BENJAMIN W. NAVARRO,                  )
LESLIE G. GUTIERREZ,                  )
SCOTT E. SILVER,                      )
KEVIN P. BRANIGAN,                    )
ROBERT A. RODERICK,                   )
KENNETT KENDALL,                      )
JOHN DOES 1-50,                       )
SHERMAN ORIGINATOR LLC,               )
                                      )
          Defendants.                 )
```

**MINUTE ENTRY FOR DECEMBER 14, 2012**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. The parties discussed the status of identification of the John Does and the pending motion for class certification, [Dkt. 5], on which the parties agreed to delay briefing. Accordingly, the Court enlarges the time for Defendants to respond to the motion for class certification to February 15, 2013. The parties are to address a briefing schedule in their proposed case management

plan prior to the January 28, 2013 initial pretrial conference, which remains on calendar as scheduled [Dkt. 11].

Dated: 12/18/2012

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution[1]:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

---

[1] Please note that the court will not mail copies of this entry to those attorneys of record who have not provided their email address to the court. It is the responsibility of co-counsel who are registered to ensure that the entry is distributed to all non-registered counsel, and registered co-counsel also should urge all counsel to comply with the local rule and register to use the court's electronic filing system so that they may receive notice of future entries from the court by email. Information on how to register may be found on the court's website at http://www.insd.uscourts.gov/ecf_info.htm.