UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LUCINDA COX, | ) |
| ANDREW COX, | ) |
| STEPHANIE SNYDER, | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) NO. 1:12-cv-01654-TWP-MJD |
| | ) |
| SHERMAN CAPITAL LLC, | ) |
| MEETING STREET PARTNERS II INC., | ) |
| SHERMAN FINANCIAL GROUP LLC, | ) |
| SHERMAN CAPITAL MARKETS LLC, | ) |
| LVNV FUNDING LLC, | ) |
| RESURGENT CAPITAL SERVICES LP, | ) |
| SHERMAN ORIGINATOR III LLC, | ) |
| SHERMAN ACQUISITION LLC, | ) |
| BENJAMIN W. NAVARRO, | ) |
| LESLIE G. GUTIERREZ, | ) |
| SCOTT E. SILVER, | ) |
| KEVIN P. BRANIGAN, | ) |
| ROBERT A. RODERICK, | ) |
| KENNETT KENDALL, | ) |
| JOHN DOES 1-50, | ) |
| SHERMAN ORIGINATOR LLC, | ) |
| | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR JANUARY 28, 2013**
**INITIAL PRETRIAL CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for an Initial Pretrial
Conference. The Court will approve portions of Case Management
Plan, by separate order, with the changes to which the parties
have agreed. The parties further discussed issues relating to the
pending motions.

This matter is scheduled for a telephonic status conference

on **Tuesday, March 5, 2013 at 3:20 p.m.** to address case management

deadlines.  Counsel shall attend the status conference by calling

the designated phone number, to be provided by the Court via

email generated by the Court's ECF system.


Dated:  01/29/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.