UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LUCINDA COX, <br> ANDREW COX, <br> STEPHANIE SNYDER, <br><br> Plaintiffs, <br> vs. <br><br> SHERMAN CAPITAL LLC, <br> MEETING STREET PARTNERS II INC., <br> SHERMAN FINANCIAL GROUP LLC, <br> SHERMAN CAPITAL MARKETS LLC, <br> LVNV FUNDING LLC, <br> RESURGENT CAPITAL SERVICES LP, <br> SHERMAN ORIGINATOR III LLC, <br> SHERMAN ACQUISITION LLC, <br> BENJAMIN W. NAVARRO, <br> LESLIE G. GUTIERREZ, <br> SCOTT E. SILVER, <br> KEVIN P. BRANIGAN, <br> ROBERT A. RODERICK, <br> KENNETT KENDALL, <br> JOHN DOES 1-50, <br> SHERMAN ORIGINATOR LLC, <br><br> Defendants. | NO. 1:12-cv-01654-TWP-MJD |

**MINUTE ENTRY FOR MARCH 5, 2013**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a status conference. The parties discussed the pending motion to dismiss and the Court enlarged the deadline for Plaintiff to respond to **April 15, 2013.** The parties further discussed the status of discovery and a pending discovery dispute regarding the scheduling of some depositions that Plaintiff would like to take. Plaintiff will

file any Motion to Compel these depositions on or before **March 12, 2013.** Any briefs in opposition to the Motion must be filed by **March 22, 2013.** Any briefs in reply must be filed by **March 26, 2013.**

This matter is set for a telephonic hearing on Plaintiff's Motion on **Thursday, March 28, 2103 at 12:30 p.m.** before Magistrate Judge Mark J. Dinsmore. Counsel shall participate by calling 317-229-3962. The Court has reserved one line for each firm on the conference bridge. If you intend to have more than one attorney from your firm attend the conference, the attorneys must conference together (using one phone line).

Dated: 03/07/2013

Distribution:
All Electronically Registered Counsel

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana