```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION


LUCINDA COX,                        )
ANDREW COX,                         )
STEPHANIE SNYDER,                   )
                                    )
           Plaintiffs,              )
                vs.                 ) NO. 1:12-cv-01654-TWP-MJD
                                    )
SHERMAN CAPITAL LLC,                )
MEETING STREET PARTNERS II INC.,    )
SHERMAN FINANCIAL GROUP LLC,        )
SHERMAN CAPITAL MARKETS LLC,        )
LVNV FUNDING LLC,                   )
RESURGENT CAPITAL SERVICES LP,      )
SHERMAN ORIGINATOR III LLC,         )
SHERMAN ACQUISITION LLC,            )
BENJAMIN W. NAVARRO,                )
LESLIE G. GUTIERREZ,                )
SCOTT E. SILVER,                    )
KEVIN P. BRANIGAN,                  )
ROBERT A. RODERICK,                 )
KENNETT KENDALL,                    )
JOHN DOES 1-50,                     )
SHERMAN ORIGINATOR LLC,             )
                                    )
           Defendants.              )
```

**MINUTE ENTRY FOR MAY 3, 2013**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. The parties discussed the scheduling of depositions of the individual defendants and the effect on responding to the motion to dismiss. Accordingly, the Court will enlarge the time for Plaintiff to respond to Defendant' Motion to Dismiss to **May 31, 2013.** A discussion was further held regarding the response date for the motion to certify the class, which is presently due May

15, 2013. The parties were reminded that this deadline would not be enlarged unless an amended motion to certify the class was filed.

This matter is scheduled for a telephonic status conference on **Thursday, May 9, 2013 at 3:40 p.m.** to confirm the dates for the depositions of the individual defendants. The Court will VACATE this conference call, if prior to May 9, 2013 the parties confirm the depositions will proceed as noticed on May 15th -17th. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 5/6/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.