```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF INDIANA
                             INDIANAPOLIS DIVISION


LUCINDA COX,                          )
ANDREW COX,                           )
STEPHANIE SNYDER,                     )
                                      )
            Plaintiffs,               )
       vs.                            ) NO. 1:12-cv-01654-TWP-MJD
                                      )
SHERMAN CAPITAL LLC,                  )
MEETING STREET PARTNERS II INC.,      )
SHERMAN FINANCIAL GROUP LLC,          )
SHERMAN CAPITAL MARKETS LLC,          )
LVNV FUNDING LLC,                     )
RESURGENT CAPITAL SERVICES LP,        )
SHERMAN ORIGINATOR III LLC,           )
SHERMAN ACQUISITION LLC,              )
BENJAMIN W. NAVARRO,                  )
LESLIE G. GUTIERREZ,                  )
SCOTT E. SILVER,                      )
KEVIN P. BRANIGAN,                    )
ROBERT A. RODERICK,                   )
KENNETT KENDALL,                      )
JOHN DOES 1-50,                       )
SHERMAN ORIGINATOR LLC,               )
                                      )
            Defendants.               )
```

**MINUTE ENTRY FOR MAY 9, 2013**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. The parties discussed the scheduling of depositions of the individual defendants. The parties are to email chambers at MJDinsmore@insd.uscourts.gov when the dates for the depositions have been arranged.

This matter is scheduled for a telephonic status conference on **Tuesday, May 28, 2013 at 3:40 p.m.** to discuss case status.

Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 05/13/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.