UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

```
LUCINDA COX,                          )
ANDREW COX,                           )
STEPHANIE SNYDER,                     )
                                      )
            Plaintiffs,               )
        vs.                           )  NO. 1:12-cv-01654-TWP-MJD
                                      )
SHERMAN CAPITAL LLC,                  )
MEETING STREET PARTNERS II INC.,      )
SHERMAN FINANCIAL GROUP LLC,          )
SHERMAN CAPITAL MARKETS LLC,          )
LVNV FUNDING LLC,                     )
RESURGENT CAPITAL SERVICES LP,        )
SHERMAN ORIGINATOR III LLC,           )
SHERMAN ACQUISITION LLC,              )
BENJAMIN W. NAVARRO,                  )
LESLIE G. GUTIERREZ,                  )
SCOTT E. SILVER,                      )
KEVIN P. BRANIGAN,                    )
ROBERT A. RODERICK,                   )
KENNETT KENDALL,                      )
JOHN DOES 1-50,                       )
SHERMAN ORIGINATOR LLC,               )
                                      )
            Defendants.               )
```

**MINUTE ENTRY**
**TELEPHONE CONFERENCE MAY 17, 203**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter came before the Court for a telephonic

conference regarding a dispute that arose during a deposition

relating to personal jurisdiction over the individual Defendants.

The status conference scheduled for May 28, 2013 at 3:40 p.m.

remains on calendar as scheduled [Dkt. 67].


Dated:   05/20/2013

Distribution:

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

All electronically Registered Counsel