UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LUCINDA COX, </br>ANDREW COX, </br>STEPHANIE SNYDER, </br></br>      Plaintiffs, </br>  vs. </br></br>SHERMAN CAPITAL LLC, </br>MEETING STREET PARTNERS II INC., </br>SHERMAN FINANCIAL GROUP LLC, </br>SHERMAN CAPITAL MARKETS LLC, </br>LVNV FUNDING LLC, </br>RESURGENT CAPITAL SERVICES LP, </br>SHERMAN ORIGINATOR III LLC, </br>SHERMAN ACQUISITION LLC, </br>BENJAMIN W. NAVARRO, </br>LESLIE G. GUTIERREZ, </br>SCOTT E. SILVER, </br>KEVIN P. BRANIGAN, </br>ROBERT A. RODERICK, </br>KENNETT KENDALL, </br>JOHN DOES 1-50, </br>SHERMAN ORIGINATOR LLC, </br></br>      Defendants. | NO. 1:12-cv-01654-TWP-MJD |

**MINUTE ENTRY FOR MAY 28, 2013**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. During the conference, counsel for Plaintiffs committed to filing the anticipated motion to compel arising from the May 15-17, 2013 depositions by no later than May 29,2013, which time has already passed. If Plaintiff has not filed such motion to compel by 11:00 a.m. EDST on May 31, 2013, then Plaintiff's response to the Defendants' Motion to Dismiss shall remain due on May 31, 2013 as previously ordered [Dkt. 65 at 1] and no further

enlargement of that deadline will be granted.

Dated: 05/30/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.