*Name Searched On:*
**LVNV FUNDING, LLC (Legal)**

**Current Information**

*Entity Legal Name:*
**LVNV FUNDING LLC**

*Entity Fictitious Name:*
*Entity Address:*
**625 PILOT RD, STE 3, LAS VEGAS, NV 89119**

*General Entity Information:*

Control Number: **2012021600594**
Status: **Active**
Entity Type: **Foreign Limited Liability Company (LLC)**

Entity Creation Date: **2/16/2012**
Entity Date to Expire:
Entity Inactive Date:

Original Creation Date: **4/13/2005**
Original Creation State: **DE**

**This entity is current with Business Entity Report(s).**

**There are no other names on file for this Entity.**

*Registered Agent(name, address, city, state, zip):*
**CT CORPORATION SYSTEM**
**251 E OHIO ST STE 1100**
**INDIANAPOLIS , IN  46204**

*Principals(name, address, city, state, zip - when provided)*
**This Limited Liability Company Does Not Have Managers.**

*Transactions:*

| Date Filed | Effective Date | Type |
|---|---|---|
| 02/16/2012 | 02/16/2012 | Application for Certificate of Authority |

**Corporate Reports:**
**Years Paid**
N/A

**Years Due**
None

**Additional Services Available:**

| GO | Generate an official Certificate of Existence/Authorization. There is a fee of 20.00 for *IN.gov* subscribers and a fee of $21.42 for credit card users. Example Certificate |

Exhibit G

**NEW SEARCH**

*All the entity information captured by the Indiana Secretary of State, pursuant to law, is displayed on the Internet. For further information, please call our office at 317-232-6576. Copies of actual corporate documents can also be downloaded online.*

If you encounter technical difficulties while using these services, please contact the *IN.gov* Webmaster. If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Connie Lawson's Business Services Division at 317-232-6576.

« Business Services Home Page