

**State of Rhode Island and Providence Plantations**
**Office of the Secretary of State**

Division Of Business Services
148 W. River Street
Providence RI 02904-2615
(401) 222-3040

LVNV Funding LLC Summary Screen

Request a Certificate

| | |
|---|---|
| The exact name of the Foreign Limited Liability Company: | LVNV Funding LLC |
| Entity Type: | Foreign Limited Liability Company |
| Identification Number: | 000760507 |
| Date of Registration in Rhode Island: | 01/05/2012 |

The Foreign Limited Liability Company is organized under the laws of:   State: DE   Country: USA

**The location of its principal office:**
No. and Street:   625 PILOT ROAD, SUITE 3
City or Town:   LAS VEGAS          State: NV   Zip: 89119   Country: USA

**The mailing address or specified office:**
No. and Street:   625 PILOT ROAD, SUITE 3
City or Town:   LAS VEGAS          State: NV   Zip: 89119   Country: USA

Agent Resigned: \          Address Maintained:

**The name and address of the Registered Agent:**
No. and Street:   10 DORRANCE STREET, SUITE 530
City or Town:   PROVIDENCE          State: RI   Zip: 02903
Name:   CT CORPORATION SYSTEM

The limited liability company is to be managed by its **Managers**

The name and business address of each manager:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address<br>Address, City or Town, State, Zip Code, Country |
|---|---|---|
| MANAGER | BENJAMIN NAVARRO | 200 MEETING STREET, SUITE 206<br>CHARLESTON, SC 29401 USA |

Exhibit H

Case 1:12-cv-01654-TWP-MJD Document 78-3 Filed 05/31/13 Page 2 of 2 PageID #: 499

**Purpose**

Select a type of filing from below to view this business entity filings:

- ALL FILINGS
- Amendment to Application for Registration
- Annual Report
- Application for Registration
- Application for Transfer of Authority

Click here to access 2006 and 2007 annual reports filed and imaged prior to July 25, 2007. Identification Number is Required

[ View Filings ]  [ New Search ]

© 2007 - 2013 State of Rhode Island and Providence Plantations
All Rights Reserved

Help