MA SOC   Filing Number: 201265513560   Date: 1/18/2012 11:29:00 AM



## The Commonwealth of Massachusetts
### William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Minimum Fee: $500.00

**Annual Report**
(General Laws, Chapter )

**Federal Employer Identification Number:** 000995514 *(must be 9 digits)*

**Annual Report Filing Year:** 2010

**1.a. Exact name of the limited liability company:** LVNV FUNDING LLC

**1.b. If different, the name under which it does business in the Commonwealth:**

**2. The Limited Liability Company is organized under the laws of:** State: DE  Country: USA
The date of its organization is: 04/13/2005

**3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
PURCHASE OF CONSUMER DEBT AND LOANS

**4. Location of its principal office:**
No. and Street: 625 PILOT RD., STE 3
City or Town: LAS VEGAS   State: NV   Zip: 89119   Country: USA

**5. The street address of the office in the Commonwealth at which its records will be maintained:**
No. and Street: JK SAUNDERS & ASSOCIATES
5230 WASHINGTON ST.
City or Town: WEST ROXBURY   State: MA   Zip: 02132   Country: USA

**6. The name and business address of each manager, if any:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | SCOTT SILVER | 200 MEETING ST., STE 206<br>CHARLESTON, SC 29401 USA |
| MANAGER | KEVIN BRANIGAN | 200 MEETING ST., STE 206<br>CHARLESTON, SC 29401 USA |
| MANAGER | LESLIE GUTIERREZ | 200 MEETING ST., STE 206<br>CHARLESTON, SC 29401 USA |

**7. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | KEVIN PATRICK BRANIGAN | 200 MEETING ST., SUITE 206<br>CHARLESTON, SC 29401 USA |

Exhibit I

| 8. Name and address of the Resident Agent: | | | | |
|---|---|---|---|---|
| Name: | C T CORPORATION SYSTEM | | | |
| No. and Street: | 155 FEDERAL ST. | | | |
| City or Town: | BOSTON | State: MA | Zip: 02110 | Country: USA |

**9. If the foreign limited liability company has a specific date of dissolution, the latest date on which the limited liability company is to dissolve:**

**10. Additional matters:**

**SIGNED UNDER THE PENALTIES OF PERJURY, this 18 Day of January, 2012,**
KEVIN BRANIGAN , **Signature of Authorized Signatory.**

© 2001 - 2012 Commonwealth of Massachusetts
All Rights Reserved

MA SOC  Filing Number: 201265513560     Date: 1/18/2012 11:29:00 AM

## THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

January 18, 2012 11:29 AM

*[signature]*

**WILLIAM FRANCIS GALVIN**

*Secretary of the Commonwealth*