MA SOC   Filing Number: 201314002140   Date: 1/7/2013 2:10:00 PM



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Minimum Fee: $500.00

**Annual Report**
(General Laws, Chapter )

Federal Employer Identification Number: 000995514 *(must be 9 digits)*

Annual Report Filing Year: 2013

**1.a. Exact name of the limited liability company:** LVNV FUNDING LLC

**1.b. If different, the name under which it does business in the Commonwealth:**

**2. The Limited Liability Company is organized under the laws of:** State: DE   Country: USA
   The date of its organization is: 04/13/2005

**3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
PURCHASE OF CONSUMER DEBT AND LOANS

**4. Location of its principal office:**
No. and Street:   625 PILOT RD., STE 3
City or Town:   LAS VEGAS   State: NV   Zip: 89119   Country: USA

**5. The business address of its principal office in the Commonwealth, if any:**
No. and Street:   JK SAUNDERS & ASSOCIATES
5230 WASHINGTON ST.
City or Town:   WEST ROXBURY   State: MA   Zip: 02132   Country: USA

**6. The name and business address of each manager, if any:**

| Title | Individual Name | Address (no PO Box) |
|---|---|---|
| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code |
| MANAGER | KEVIN BRANIGAN | 200 MEETING ST., STE 206 CHARLESTON, SC 29401 USA |

**7. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual Name | Address (no PO Box) |
|---|---|---|
| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code |
| REAL PROPERTY | KEVIN PATRICK BRANIGAN | 200 MEETING ST., SUITE 206 CHARLESTON, SC 29401 USA |

**8. Name and address of the Resident Agent:**
Name:   C T CORPORATION SYSTEM

Exhibit J

| No. and Street: | 155 FEDERAL ST. | | | |
|---|---|---|---|---|
| City or Town: | BOSTON | State: MA | Zip: 02110 | Country: USA |

**9. If the foreign limited liability company has a specific date of dissolution, the latest date on which the limited liability company is to dissolve:**

**10. Additional matters:**

**SIGNED UNDER THE PENALTIES OF PERJURY, this 7 Day of January, 2013,**
KEVIN BRANIGAN **, Signature of Authorized Signatory.**

© 2001 - 2013 Commonwealth of Massachusetts
All Rights Reserved

MA SOC  Filing Number: 201314002140   Date: 1/7/2013 2:10:00 PM