# Utah Business Search - Registered Principals

## Registered Principals

| Name | Type | City | Status |
|---|---|---|---|
| LVNV FUNDING LLC | Limited Liability Company | Las Vegas | Active |

| Position | Name | Address | |
|---|---|---|---|
| Registered Agent | C T CORPORATION SYSTEM | 1108 E SOUTH UNION AVE | Midvale UT 84047 |
| Manager | KEVIN BRANIGAN | 200 MEETING ST STE 206 | Charleston SC 29401 |

If you believe there may be more principals, click here to

Search by:

- Search by:
- Business Name
- Number
- Executive Name
- Search Hints

Name:

Exhibit K