

## LLC MANAGERS

| Entity Name | LVNV FUNDING LLC | File Number | 01975706 |

| Name | Address |
| --- | --- |
| BRANIGAN KEVIN P | 200 MEETING ST STE 206, CHARLESTON, SC - 29401 |

Close

Exhibit L