# LVNV FUNDING, LLC

## Business Entity Information

| Status: | Active | File Date: | 4/20/2005 |
|---|---|---|---|
| Type: | Foreign Limited-Liability Company | Entity Number: | E0227182005-2 |
| Qualifying State: | DE | List of Officers Due: | 4/30/2013 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20051134965 | Business License Exp: | 4/30/2013 |

## Registered Agent Information

| Name: | THE CORPORATION TRUST COMPANY OF NEVADA | Address 1: | 311 S DIVISION ST |
|---|---|---|---|
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89703 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

## Officers                                                    Include Inactive Officers

**Manager - KEVIN BRANIGAN**

| Address 1: | 200 MEETING STREET ST 206 | Address 2: | |
|---|---|---|---|
| City: | CHARLESTON | State: | SC |
| Zip Code: | 29401 | Country: | |
| Status: | Active | Email: | |

**Manager - SCOTT SILVER**

| Address 1: | 200 MEETING STREET ST 206 | Address 2: | |
|---|---|---|---|
| City: | CHARLESTON | State: | SC |
| Zip Code: | 29401 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| Action Type: | Application for Foreign Registration |
|---|---|

Exhibit M

| File Date: | 4/5/2010 | Effective Date: | |
|---|---|---|---|
| 2010/2011 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20110362082-95 | # of Pages: | 1 |
| File Date: | 5/16/2011 | Effective Date: | |
| 11-12 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20120224295-69 | # of Pages: | 1 |
| File Date: | 3/30/2012 | Effective Date: | |
| (No notes for this action) | | | |

http://nvsos.gov/sosentitysearch/PrintCorp.aspx?lx8nvq=YrC4B415Uqy9De%252fvuYRk...   3/28/2013