## 2013  FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# M11000001488

**Entity Name:** LVNV FUNDING LLC

**Current Principal  Place of Business:**

625 PILOT ROAD  SUITE 3
LAS VEGAS  NV  89119

**FILED**
**Jan 25, 2013**
**Secretary of State**

**Current Mailing Address:**

625 PILOT ROAD  SUITE 3
LAS VEGAS  NV  89119

**FEI Number:** 20-2688027

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION  FL  33324  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent  or both  in the State of Florida*

SIGNATURE

_____                                          Date
Electronic Signature of Registered Agent

**Manager/Member Detail Detail :**

| | |
|---|---|
| Title | MGR |
| Name | BRANIGAN  KEVIN |
| Address | 200 MEETING STREET  STE 206 |
| City-State-Zip | CHARLESTON  SC  29401 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605  Florida Statutes; and that my name appears above or on an attachment with all other like empowered.

| SIGNATURE  KEVIN BRANIGAN | MANAGER | 01/25/2013 |
|---|---|---|
| Electronic Signature of Signing Manager/Member Detail | | Date |

Exhibit N