# 2012 LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# M11000001488

**Entity Name:** LVNV FUNDING LLC

**FILED**
**Apr 19, 2012**
**Secretary of State**

**Current Principal Place of Business:**

200 MEETING STREET, STE. 206
CHARLESTON, SC 29401

**New Principal Place of Business:**

**Current Mailing Address:**

200 MEETING STREET, STE. 206
CHARLESTON, SC 29401

**New Mailing Address:**

FEI Number: 20-2688027    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                Date

**MANAGING MEMBERS/MANAGERS:**

Title:        MGR
Name:       BRANIGAN, KEVIN
Address:    200 MEETING STREET, STE. 206
City-St-Zip: CHARLESTON, SC 29401

Title:        MGR
Name:       SILVER, SCOTT
Address:    200 MEETING STREET, STE. 206
City-St-Zip: CHARLESTON, SC 29401

Exhibit O

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE: KEVIN BRANIGAN                                MGR              04/19/2012

Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date