

Government of Puerto Rico
Department of State

Transaction Date: 14-Feb-2012
Register No: 309116
Order No: 376321

# Government of Puerto Rico
# Department of State

## Certificate of Authorization to do Business of a Foreign Corporation

LVNV FUNDING LLC is a Foreign For Profit Limited Liability Company organized under the laws of Delaware duly authorized to do business in Puerto Rico as LVNV FUNDING, LLC.

Desired term for the corporation's name is: LLC

Home state/country is Delaware.

Its date of organization, creation or establishment in Delaware is 13-Apr-2005, and the term of existence is Perpetual.

The street and mailing address of the main office of business is:

Street Address     1209 Orange Street, Wilmington, DE, 19801

Its designated office in the Commonwealth of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | Edificio Gonzalez Padin Suite 506, San Juan, PR, 00901 |
| Mailing Address | Edificio Gonzalez Padin Suite 506, San Juan, PR, 00901 |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | Cacho Rodriguez, Alejandro J. |
| Street Address | Edificio Gonzalez Padin Suite 506, San Juan, PR, 00901 |
| Mailing Address | Edificio Gonzalez Padin Suite 506, San Juan, PR, 00901 |
| Email | cacho@cacholaw.com |

The names and usual business address of its present directors and administrators are:

| | |
|---|---|
| Name | Branigan, Kevin P. |
| Title | President |
| Street Address | 200 Meeting Street, Suite 206, Charleston, SC, 29401 |
| Mailing Address | 1209 Orange Street, Wilmington, DE, 19801 |
| Email | cacho@cacholaw.com |
| Name | Kendall, Kennett R. |

Exhibit P

**Supporting Documents**

| Document | Date Issued |
|---|---|
| Certificate of Good Standing (uploaded) | 16-nov-2011 |

**STATEMENT UNDER PENALTY OF PERJURY**

IN WITNESS WHEREOF, I/We Cacho Rodriguez, Alejandro J., the undersigned, for the purpose of doing business in Puerto Rico pursuant to the General Corporation Law, hereby swear that the facts herein stated are true. This 14th of February, 2012.

Certificate of Authorization to do Business of a Foreign Corporation

Page 2 of 2

Document Version 1. Created On 14-feb-2012 04:16 p.m.