1

1          IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
2                  INDIANAPOLIS DIVISION

3    ANDREW COX, LUCINDA COX, and
     STEPHANIE SNYDER, Individually
4    and on behalf of others similarly
     situated,

5
                   Plaintiffs,
6                                    CASE NO:
            vs.                      1:12-CV-1654-TWP-MJD
7

     SHERMAN CAPITAL LLC;
8
     (Caption continues on Page 2)
9


10
     DEPOSITION OF:  KEVIN P. BRANIGAN
11
     DATE:           May 17, 2013
12
     TIME:           9:06 AM
13
     LOCATION:       A. William Roberts, Jr. & Assoc.
14                   234 Seven Farms Drive, Suite 210
                     Charleston, SC
15
     TAKEN BY:       Counsel for the Plaintiffs
16
     REPORTED BY:    SANDRA K. BJERKE, RDR, CRR, CBC
17

18

19

20

21

22

23

24

25

5

1  if I could be specific.

2          Q.   You've never signed anything as manager

3  of LVNV Funding?

4          A.   Not that I recall.  I believe my

5  signing capacity is that of president.

6          Q.   Okay.  Is there any other titles that

7  you hold at LVNV Funding other than president?

8          A.   No.

9          Q.   Okay.  Do you have any employment with

10 Sherman Capital Markets?

11         A.   I do.

12         Q.   And what would that employment be?

13         A.   I am a director of -- my official title

14 is director of administration.

15         Q.   Okay.  And are you employed by Sherman

16 Capital LLC?

17         A.   No.

18         Q.   Okay.  Are you employed by Sherman

19 Financial Group LLC?

20         A.   No.

21         Q.   Do you have any title with Sherman

22 Financial Group LLC?

23         A.   I believe I'm an officer of Sherman

24 Financial Group LLC, and my title is vice

25 president.

6

1        Q.   Vice president of anything

2   specifically?

3        A.   No.

4        Q.   Do you have any officer capacity with

5   Sherman Capital Markets?  I'm sorry.  Sherman

6   Capital.  Just make sure I made that clear.

7        A.   Sherman Capital LLC.

8             MR. DeMARINO:  Sorry.  What was the

9   question?

10  BY MR. BORUTA:

11       Q.   Do you have --

12            MR. BORUTA:  What did I say?

13            (The Court Reporter read the question

14  commencing on Page 6, Line 4.)

15            MR. DeMARINO:  So the question is about

16  Sherman Capital LLC, if he's an officer?

17            MR. BORUTA:  Yes, sir.

18            MR. DeMARINO:  You can answer.

19            THE WITNESS:  I don't recall.

20  BY MR. BORUTA:

21       Q.   Do you have any capacity as officer at

22  Sherman Originator III, LLC?

23       A.   I do, Matt.  I believe I'm president of

24  that entity, but I say that with some gray matter.

25       Q.   Do you have any title at Sherman

7

1   Originator LLC?

2         A.    I do.

3         Q.    And what would that be?

4         A.    I don't recall my official title.

5         Q.    You are an officer, though.

6         A.    Yes.

7         Q.    Okay.  Do you have a title or act as an

8   official at Sherman Acquisition LLC?

9               MR. DeMARINO:  Objection; vague.  You

10  can answer that.

11              THE WITNESS:  Say the question again.

12  BY MR. BORUTA:

13        Q.    Are you an officer for Sherman

14  Acquisition LLC?

15        A.    Sherman Acquisition LLC.  I'm trying

16  to -- I don't recall.

17        Q.    But it's possible you may?

18        A.    It's possible, yes.

19        Q.    Okay.  Do you have any -- are you an

20  officer for Resurgent Capital Services LP?

21        A.    I am not.

22        Q.    As president of LVNV Funding, what does

23  the job of president -- what does that entail as

24  far as duties?

25        A.    Restate that, Matt.  I don't think I

20

```
 1   BY MR. BORUTA:
 2         Q.   Okay.  Are you aware then if -- well,
 3   on that same lines, if LVNV is involved in
 4   securitization?
 5              MR. DeMARINO:  Objection to the term
 6   securitization.  You can answer.
 7              THE WITNESS:  I don't understand what
 8   you mean by securitization.
 9   BY MR. CHEESEBOUROUGH:
10         Q.   Have you ever heard of the term
11   securitization?
12         A.   Of course I have.
13         Q.   Okay.  What does securitization mean to
14   you?
15         A.   If there's a outside investor that's
16   buying the right or an interest in a security that
17   someone has created.
18         Q.   Okay.
19         A.   Third-party investor.
20   BY MR. BORUTA:
21         Q.   Under that definition, the credit card
22   accounts purchased by LVNV Funding, do they -- does
23   LVNV Funding securitize or sell the rights to the
24   payments to a third party?
25              MR. DeMARINO:  Objection; form.
```

```
1              MR. CHEESEBOUROUGH:  You can still
2    answer.
3              MR. DeMARINO:  You can answer that if
4    you know.
5              THE WITNESS:  No.
6              MR. BORUTA:  Okay.
7    BY MR. CHEESEBOUROUGH:
8         Q.  So under your definition LVNV does not
9    securitize?
10        A.  Correct.
11   BY MR. BORUTA:
12        Q.  Under that definition does Sherman
13   Capital Markets securitize?
14             MR. DeMARINO:  Objection.  Don't
15   answer.  You guys, we've talked about this.  What
16   does securitization have to do with his contacts to
17   the state of Indiana?  I mean, this is going
18   towards your RICO claim.  Now, let's get the
19   magistrate on the phone, because we've gone in
20   circles about this, okay?
21             You've got to stay focused on the
22   target here, and that's whether he has contacts
23   with the state.  And I thought you did a good job
24   and we were approaching that with -- when you were
25   laying foundation with the document and his
```

31

1          A.   No.

2               MR. BORUTA:  Go ahead.

3     BY MR. CHEESEBOUROUGH:

4          Q.   I just wanted to get back to -- this is

5     a follow-up.  I think we're almost done here.

6               You had mentioned that corporate

7     entities had ownership in LVNV Funding, and I was

8     just wondering whether or not those corporate

9     entities are publicly traded.

10              MR. DeMARINO:  You can answer.  Answer

11    that.

12              THE WITNESS:  No, sir.

13    BY MR. CHEESEBOUROUGH:

14         Q.   No?  That was a no?

15         A.   (Witness moves head up and down.)

16         Q.   Okay.  And in keeping with that, does

17    the entity which -- I'm sorry.  Is it an entity or

18    more than one entity that owns LVNV Funding, to

19    your knowledge?

20              MR. DeMARINO:  Objection.  Don't

21    answer.  Again, why are we going down this path?

22              MR. CHEESEBOUROUGH:  I just want

23    clarity, because -- I mean, it's just clarity to

24    me.  There's one more question that goes with that

25    and it is the step to the next question which I'm

1  going to ask, and the next question I'm going to

2  ask is:  If it is one entity, then the next

3  question is:  Do any of the defendants in this case

4  have ownership interests in the entity that owns

5  LVNV Funding?

6            MR. DeMARINO:  Right.  And see, just --

7  the problem here is that I just -- I don't

8  distinguish how this isn't just, you know, back

9  dooring in discovery on how all these entities

10  work.  And then, you know, you could go a question

11  further then and say, well, I just want to ask the

12  next then --

13            MR. CHEESEBOUROUGH:  Let me say

14  something before you get going.  I hear what you're

15  saying, but the problem is this:  I understand that

16  the ownership interest is something that we've kind

17  of guarded for some reason.  But actually, that is

18  in keeping with what I have to show and prove on

19  some level with regard to imputing personal

20  jurisdiction of the parties.

21            And so it is vital to determine, if I

22  can, if these individuals are shareholders.  If

23  they're not, then maybe we're done with the

24  individuals.  But I do need to know that.

25            The frustrating part about the other