```
                                                                 1

       IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF INDIANA
                INDIANAPOLIS DIVISION

ANDREW COX, LUCINDA COX, and
STEPHANIE SNYDER, Individually
and on behalf of others similarly
situated,

          Plaintiffs,
                              CASE NO:
     vs.                      1:12-CV-1654-TWP-MJD

SHERMAN CAPITAL LLC;

(Caption continues on Page 2)


DEPOSITION OF:   SCOTT E. SILVER

DATE:            May 16, 2013

TIME:            9:14 AM

LOCATION:        A. William Roberts, Jr. & Assoc.
                 234 Seven Farms Drive, Suite 210
                 Charleston, SC

TAKEN BY:        Counsel for the Plaintiffs

REPORTED BY:     SANDRA K. BJERKE, RDR, CRR, CBC
```

5

1   Capital Markets LLC?
2        A.   No.
3        Q.   Okay.  Are you -- were you ever a
4   manager at Sherman Capital Markets LLC?
5        A.   I don't think so.  I'm not sure what
6   you mean by manager.
7        Q.   Have you ever held the title manager at
8   Sherman Capital Markets LLC?
9        A.   No.
10       Q.   Okay.  Are you an officer at Sherman
11  Capital Markets LLC?
12       A.   Yes.
13       Q.   And what specific type of officer are
14  you at Sherman Capital Markets LLC?
15       A.   I'm not sure what you mean.
16            MR. CHEESEBOUROUGH:  Title.
17  BY MR. BORUTA:
18       Q.   Title.  What title do you hold at
19  Sherman Capital Markets LLC?
20       A.   My corporate title is director.
21       Q.   Are you an authorized signer for
22  Sherman Capital Markets LLC?
23       A.   I'm not sure what you mean.
24       Q.   Are you authorized to sign on behalf of
25  Sherman Capital Markets LLC?

```
                                                                 8
 1   managing director.  It's sort of like Wall Street
 2   parlance, so to speak.  So director is a corporate
 3   title.  The function title is general counsel.
 4          Q.    Are you an officer for Sherman Capital
 5   LLC?
 6          A.    Yes.
 7          Q.    And what would your title be at Sherman
 8   Capital LLC?
 9          A.    I believe it's -- I hate to -- you
10   know, having done the work myself on appointing
11   people, you know, doing the corporate
12   documentation, I think it's vice president.
13          Q.    And you've been this title since
14   roughly 2005 as well or prior to 2005?
15          A.    Probably before 2005.
16          Q.    Would it have been back in the late
17   1990s?
18          MR. DeMARINO:  Objection.  I mean,
19   we're -- I know you're trying to establish
20   background and foundation so we can get into the
21   minimum contacts analysis, but I'm not sure.  We're
22   starting to go back far in time away from the dates
23   that are at issue.
24          MR. CHEESEBOUROUGH:  Objection noted.
25   Answer the question.
```

```
                                                              9
 1              THE WITNESS:  Yeah.  I mean, I've been
 2   employed by the group, so to speak, since 1999.
 3   There have been some corporate restructuring, so --
 4   but overall, to cut to the chase, I've been with
 5   the company, you know, the overall group since
 6   1999, roughly.  Early 1999, I think.
 7   BY MR. BORUTA:
 8        Q.   And what's -- what does the vice
 9   president at Sherman Capital LLC do?
10              MR. DeMARINO:  Objection.  What does he
11   do, or what does a vice president do?
12              MR. BORUTA:  He said he was the vice
13   president.
14              MR. DeMARINO:  So the question is what
15   does he do as vice president?
16              MR. BORUTA:  At Sherman Capital LLC,
17   yes.
18              THE WITNESS:  I'm general counsel of
19   the company.
20   BY MR. BORUTA:
21        Q.   And as general counsel, what, briefly,
22   do you do for Sherman Capital LLC?
23        A.   I'm not sure what you mean.
24        Q.   What do you do as general counsel for
25   Sherman Capital LLC?
```

```
                                                                31
 1            (Off-the-record conference from 9:51
 2   until 10:14.)
 3   BY MR. BORUTA:
 4       Q.   Do you personally play any role in the
 5   transfer and/or sale of Indiana consumer credit
 6   card accounts to other affiliates or subsidiaries
 7   of the Sherman Financial Group?
 8            THE WITNESS:  Are you okay with me
 9   answering that?
10            MR. DeMARINO:  Yes.
11            THE WITNESS:  Specifically as to
12   Indiana, I would say I don't know.  The reality is
13   we buy accounts that include accounts in Indiana.
14   That's certainly fair to say.  And I work on
15   documentation that involves transferring accounts
16   among our companies.
17   BY MR. BORUTA:
18       Q.   All right.  Do you play any role,
19   any -- do you personally play any role in the
20   securitization of purchased Indiana consumer credit
21   card accounts?
22       A.   What do you mean by securitization?
23       Q.   Securitization is the process where --
24   let's call it the right to the payments are put
25   into a bundle and they're sold to investors.  So
```