```
                                                                    1

 1          IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF INDIANA
 2                   INDIANAPOLIS DIVISION

 3   ANDREW COX, LUCINDA COX, and
     STEPHANIE SNYDER, Individually
 4   and on behalf of others similarly
     situated,
 5
                   Plaintiffs,
 6                                       CASE NO:
             vs.                         1:12-CV-1654-TWP-MJD
 7
     SHERMAN CAPITAL LLC;
 8
     (Caption continues on Page 2)
 9


10
     DEPOSITION OF:   KENNETT R. KENDALL
11
     DATE:            May 15, 2013
12
     TIME:            1:27 PM
13
     LOCATION:        A. William Roberts, Jr. & Assoc.
14                    234 Seven Farms Drive, Suite 210
                      Charleston, SC
15
     TAKEN BY:        Counsel for the Plaintiffs
16
     REPORTED BY:     SANDRA K. BJERKE, RDR, CRR, CBC
17

18

19

20

21

22

23

24

25
```

```
                                                         8

 1              But Sherman Capital Markets is your
 2   current employer?
 3        A.    Correct.
 4        Q.    And how long have you been working for
 5   them?
 6        A.    A little over five years.
 7        Q.    And in the capacity of your employment
 8   what is your position?
 9        A.    Currently I'm the CFO.
10        Q.    CFO?  And in the position of CFO, what
11   are your general duties, so to speak, in that
12   capacity for this company?
13        A.    Overseeing financing, overseeing
14   financial reporting, strategy.
15        Q.    And what kind of background do you have
16   to be able to do that?  Were you college educated?
17        A.    Yes.
18        Q.    Where did you go to school?
19              THE WITNESS:  Are we just going down
20   this path?
21   BY MR. CHEESEBOUROUGH:
22        Q.    I'm sorry.  I mean, it's light.  You
23   don't even have to answer that.  I'll just rephrase
24   the question.  I just wanted to know what your
25   degree, background is.  How's that?  You can keep
```

```
                                                              24
 1   It could come in the form of something else.
 2              THE WITNESS:  I do not receive a
 3   paycheck from LVNV.
 4   BY MR. CHEESEBOUROUGH:
 5       Q.  That wasn't my question.  However, I
 6   understand that -- do you -- let me get to this:
 7   Do you have any ownership interest in LVNV Funding?
 8              MR. DeMARINO:  Objection.  Robert, what
 9   does this have to do with whether or not --
10              MR. CHEESEBOUROUGH:  Because I sued
11   LVNV and I sued this company, and there are
12   individuals that run LVNV and I've got a document
13   that shows that he is the treasurer of that company
14   as he shows it with another state.
15              And I need to know why he just
16   contradicted himself with regard to my question,
17   why does the document contradict what he's saying,
18   and I need to make that clear.  It was a simple
19   question.  It was a baseline question, but it was a
20   wrong answer.
21              MR. DeMARINO:  But it was outside the
22   scope of this deposition because it's not designed
23   to elicit whether or not the defendant has availed
24   himself of the privileges and laws of the forum
25   jurisdiction.  We're in Indiana here.  You're
```