```
                                                                    1

 1            IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF INDIANA
 2                  INDIANAPOLIS DIVISION

 3   ANDREW COX, LUCINDA COX, and
     STEPHANIE SNYDER, Individually
 4   and on behalf of others similarly
     situated,
 5
                    Plaintiffs,
 6                                     CASE NO:
             vs.                       1:12-CV-1654-TWP-MJD
 7
     SHERMAN CAPITAL LLC;
 8
     (Caption continues on Page 2)
 9

10
     DEPOSITION OF:    ROBERT A. RODERICK
11
     DATE:             May 16, 2013
12
     TIME:             11:27 AM
13
     LOCATION:         A. William Roberts, Jr. & Assoc.
14                     234 Seven Farms Drive, Suite 210
                       Charleston, SC
15
     TAKEN BY:         Counsel for the Plaintiffs
16
     REPORTED BY:      SANDRA K. BJERKE, RDR, CRR, CBC
17

18

19

20

21

22

23

24

25
```

```
                                                             5
 1         Q.    Sure.
 2         A.    Sherman Capital Markets.
 3         Q.    And what's your job title at Sherman
 4   Capital Markets?
 5         A.    Director.
 6         Q.    And in your job as director do you deal
 7   with any Indiana consumer credit card accounts?
 8         A.    Deal with would be a question I want to
 9   have clarified.
10         Q.    What do you do in this job as director?
11         A.    I do operational reviews.
12         Q.    Do you do an operation review of the
13   LVNV Funding?
14         A.    No.
15         Q.    Do you do operational review of
16   Resurgent Capital Services LP?
17               MR. DeMARINO:  Objection to form.  You
18   can -- you can answer.  I objected to the form of
19   his question, but you can answer if you understand
20   it.
21               THE WITNESS:  Yeah.  No.
22   BY MR. BORUTA:
23         Q.    Okay.  Do you deal with the operational
24   review of Sherman Capital LLC?
25               MR. DeMARINO:  Objection; form.  Same
```

```
                                                          9
 1              THE WITNESS:  I mean, involved I guess
 2   is the thing I want to make sure I understood I was
 3   answering accurately on.
 4   BY MR. BORUTA:
 5        Q.   Agreed.  Do you have any contact as
 6   your job as director with Resurgent Capital
 7   Services LP?
 8        A.   Do I have contact with them?  Yes.
 9        Q.   Okay.  And do you have contact, as your
10   job as director, with LVNV Funding LLC?
11             MR. DeMARINO:  Objection.  When you say
12   as director, we're talking about as director of
13   Sherman Capital Markets.
14             MR. BORUTA:  Yes.  That's what he said.
15             MR. DeMARINO:  Gotcha.  I thought it
16   might read back funny.
17             THE WITNESS:  No contact with LVNV.
18   BY MR. BORUTA:
19        Q.   Okay.  Does LVNV have any employees?
20        A.   No.
21        Q.   Do you personally communicate with any
22   Indiana consumers via the mail or the telephone?
23             MR. DeMARINO:  You can answer that.
24             THE WITNESS:  No.
25   BY MR. BORUTA:
```