```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF INDIANA
                      INDIANAPOLIS DIVISION
```

```
LUCINDA COX,                          )
ANDREW COX,                           )
STEPHANIE SNYDER,                     )
                                      )
            Plaintiffs,               )
       vs.                            ) NO. 1:12-cv-01654-TWP-MJD
                                      )
SHERMAN CAPITAL LLC,                  )
MEETING STREET PARTNERS II INC.,      )
SHERMAN FINANCIAL GROUP LLC,          )
SHERMAN CAPITAL MARKETS LLC,          )
LVNV FUNDING LLC,                     )
RESURGENT CAPITAL SERVICES LP,        )
SHERMAN ORIGINATOR III LLC,           )
SHERMAN ACQUISITION LLC,              )
BENJAMIN W. NAVARRO,                  )
LESLIE G. GUTIERREZ,                  )
SCOTT E. SILVER,                      )
KEVIN P. BRANIGAN,                    )
ROBERT A. RODERICK,                   )
KENNETT KENDALL,                      )
JOHN DOES 1-50,                       )
SHERMAN ORIGINATOR LLC,               )
                                      )
            Defendants.               )
```

**MINUTE ENTRY FOR JUNE 11, 2013**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. The parties reported on the status of scheduling depositions.

This matter is scheduled for a telephonic status conference on **Thursday, June 13, 2013 at 5:00 p.m.** to discuss the scheduling of depositions. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court

via email generated by the Court's ECF system.

Dated: 06/11/2013

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.