```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION


LUCINDA COX,                        )
ANDREW COX,                         )
STEPHANIE SNYDER,                   )
                                    )
          Plaintiffs,               )
             vs.                    ) NO. 1:12-cv-01654-TWP-MJD
                                    )
SHERMAN CAPITAL LLC,                )
MEETING STREET PARTNERS II INC.,    )
SHERMAN FINANCIAL GROUP LLC,        )
SHERMAN CAPITAL MARKETS LLC,        )
LVNV FUNDING LLC,                   )
RESURGENT CAPITAL SERVICES LP,      )
SHERMAN ORIGINATOR III LLC,         )
SHERMAN ACQUISITION LLC,            )
BENJAMIN W. NAVARRO,                )
LESLIE G. GUTIERREZ,                )
SCOTT E. SILVER,                    )
KEVIN P. BRANIGAN,                  )
ROBERT A. RODERICK,                 )
KENNETT KENDALL,                    )
JOHN DOES 1-50,                     )
SHERMAN ORIGINATOR LLC,             )
                                    )
          Defendants.               )
```

**ORDER REGARDING DEFENDANTS' MOTION FOR RECONSIDERATION**

This matter comes before the Court on Defendants' motion seeking reconsideration of part of the relief awarded in the Court's Order on Motion to Compel Deposition Answers. [Dkt. 89.] Specifically, in its order granting in part Plaintiffs' motion to compel, the Court granted Plaintiffs' motion to compel the depositions of the six named Defendants, but limited such discovery to the issue of personal jurisdiction only. [Dkt. 55.] In its order granting Plaintiffs' second motion to compel

complete responses at those same depositions, the Court removed that limitation, finding such was "necessary to prevent any further improper avoidance by Defendants of this necessary discovery." [Dkt. 88 at 4.]

Defendants' present motion seeks reimposition of the limitation of the scope of the depositions in question to the issue of personal jurisdiction. [Dkt. 89 at 8.] That motion will be GRANTED. The Court hereby reimposes the limitation set forth in its Entry on Plaintiffs' Motion to Compel [Dkt. 55]; the depositions at issue shall be limited to discovery as to the issue of personal jurisdiction only, which limitation includes, at a minimum, the full scope of any discovery addressed in the Court's Order on Motion to Compel Deposition Answers [Dkt. 88]. This order, however, comes with an admonishment and a warning for Defendants. Two motions to compel on one issue is too many. If Plaintiffs are forced to file yet another motion to compel complete deposition responses within the scope authorized by this and the Court's prior orders, and if that motion too is granted, then the Court will recommend as a sanction the summary denial of Defendants' Motion to Dismiss [Dkt. 21]. The Court expects the depositions in question to be completed this week without any further improper interference by Defendants.

So Ordered.

Dated:    06/18/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel