UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX,<br>LUCINDA COX,<br>STEPHANIE SNYDER Individually and on<br>behalf of others similarly situated,<br><br>     Plaintiffs,<br><br>  vs.<br><br>SHERMAN CAPITAL LLC,<br>MEETING STREET PARTNERS II INC.,<br>SHERMAN FINANCIAL GROUP LLC,<br>SHERMAN CAPITAL MARKETS LLC,<br>LVNV FUNDING LLC,<br>RESURGENT CAPITAL SERVICES LP,<br>SHERMAN ORIGINATOR III LLC,<br>SHERMAN ACQUISITION LLC,<br>BENJAMIN W. NAVARRO,<br>LESLIE G. GUTIERREZ,<br>SCOTT E. SILVER,<br>KEVIN P. BRANIGAN,<br>ROBERT A. RODERICK,<br>KENNETT KENDALL,<br>JOHN DOES 1-50,<br>SHERMAN ORIGINATOR LLC,<br><br>     Defendants. | No. 1:12-cv-01654-TWP-MJD |

**MINUTE ENTRY FOR JULY 1, 2013
STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

  This matter came before the Court for a status conference at the request of the Plaintiffs. The parties were represented by counsel. Plaintiffs orally moved for a two day enlargement of time to respond to Defendants' motion to dismiss, which motion was not opposed by the

Defendants. Accordingly, Plaintiffs' motion is **GRANTED** and the time for Plaintiffs to respond to Defendants' motion to dismiss is hereby enlarged to and including **July 3, 2013**.

Date: 07/02/2013

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Robert D. Cheesebourough
ruaneagle@aol.com

Matthew D. Boruta
CHEESEBOUROUGH & BORUTA
boruta17@hotmail.com

David A. Maas
REED SMITH LLP
dmaas@reedsmith.com

Gary S. Caplan
REED SMITH LLP
gcaplan@reedsmith.com

Michael L. DeMarino
REED SMITH LLP
mdemarino@reedsmith.com

James W. Riley, Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com