September 27, 2010

Allen Reis, Esq.

Managing Partner

Weltman, Weinberg & Reis

965 Keynote Circle

Brooklyn Heights, OH 44131     Re: Your file Nos. 8702311 and 8701867

Dear Mr. Reis:     *Sent certified mail 7000 0600 0027 3525 4840*

*mailed copy*

   For several weeks I have received almost daily phone calls and messages from you and your firm, including phone calls to my cellphone. I have asked for no further phone calls, the matters on Chase credit cards are in dispute. **Calls to my cellphone are illegal in Indiana, as I have not given any consent to these calls, and I am on the Do Not Call List, etc**. and have been given no notice of why any calls would be made. Your actions seem to break numerous consumer protection laws.

In looking up your firm with the Indiana Secretary of State **I have discovered that your firm is NOT licensed as a collection agency in Indiana, as required by Indiana law**. This is a serious matter, as any collection activities, as you are NOT registered are hence illegal, and puts into doubt any activities that could serve your client, Chase Bank. You apparently haven't told Chase Bank of your non-registration, which is another serious matter. I have contact Chase Bank, to inform them of your lack of registration, and what seems like a serious violation of law, which could harm Chase's ability to further collect any amounts that may be owed. As stated in the attached letters, any amounts are in dispute with Chase, a fact well-known to Chase and probably overlooked by your firms interest in trying to collect on a contingent basis, which is another set of ethical and legal problems. I urge you to stop calling me, and to follow the various laws, and not contact me until the Indiana Attorney General, and your client Chase Bank complete their investigation into what seems poor conduct.

Sincerely;

Andrew Cox

4451 Broadway Street

Indianapolis, IN 46205



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

INDEPENDENCE OH 4413[...]

SEP 27 2010

Total Postage & Fees    $5.54

Recipient's Name: Allen Reis, Weltman Weinberg Reis
965 Keynote Circle
Brooklyn Heights, OH 44131

PS Form 3800, February 2000        See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  9-29-10 |
| 1. Article Addressed to:<br><br>Allen Reis<br>Weltman, Weinberg + Reis<br>965 Keynote Circle<br>Brooklyn Heights, OH<br>44131 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  7000 0600 0027 3535 4840 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Andrew Cox
4451 Broadway
Indianapolis, IN 46205