*Faxed Copy*
*Houston office*

October 12, 2011

Erica Lynn Brachfeld, Esq.

President

The Brachfeld Law Group, a Professional Corporation

880 Apollo Street, STE 155

El Segundo, CA 90245

Dear Ms. Brachfeld:

I am writing regarding the numerous phone calls from your Houston Office to my home phone number, **317-283-3408, often** several times a day. I have no idea what these calls may be about, or what client you may represent on any alleged debt. Each of these calls leaves no message, I only know of your phone calls from the electronic memory on my phone, as well as the voicemail recorder, which again has no message. Consumer protection laws require that messages be left to identify calls from debt collectors, which I assume is the role you are engaged in, but which your Company is ignoring.

As an attorney and as the Leader of a law group, I am sure that you are aware, I am sure that you are familiar that the consumer protection laws require that a collection agency also must first send a letter regarding any alleged debt, prior to making any phone calls. **I have NOT received any such letter or letters from your Company**. This other improper action by your Company is then breaking the law. I am considering filing a Complaint with the Attorney General of Indiana, and other actions, which may cause your Company fines and penalties. You are also making improper phone calls to my cellphone, which further violates Indiana laws, and are a separate set of fines and penalties, which can exceed $10,000 for each infraction. As your Company is licensed here in Indiana, you must then be aware of the fact that you are violating Indiana laws by these calls to my cellphone. I do understand that you personally may not know of these wrong doings by your employees. But, with this letter, a copy of which has been sent to your Registered Agent here in Indiana, you are now aware.

The improper actions that your Company has taken so far in whatever matter this is, also serves as Counterclaims and defenses to any alleged debt that you may be representing for any client, as the violations carry $1,000 or more in offsets, and you have made numerous improper phone calls. In fact, these improper actions also are grounds for actions that I could take against your client, again offsetting any alleged debt. I ask you to stop making these phone calls immediately. If you do have a client with a debt issue, you can write me a letter to discuss the matter, and I will respond.

Sincerely;

*Andrew Cox*

Andrew Cox

4451 Broadway St, Indianapolis, IN 46205

1

TRANSMISSION VERIFICATION REPORT

TIME : 10/12/2011 00:28

| | |
|---|---|
| DATE, TIME | 10/12 00:28 |
| FAX NO./NAME | 917135797053 |
| DURATION | 00:00:31 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

October 17, 2011

Erica Lynn Brachfeld, Esq.

President

The Brachfeld Law Group, a Professional Corporation

880 Apollo Street, STE 155

El Segundo, CA 90245

Reference # 10485822

Dear Ms. Brachfeld:

I am writing as a further follow up to my letter of last week dated October 12th, which was faxed and mailed to you. Please reference this letter. In my letter I said that I had received numerous unsolicited phone calls from your company with no messages, etc. I also stated that I had no idea what these phone calls were about, as I had received nothing in writing from your company, which is a violation of law. These types of phone calls are illegal, and carry substantial fines, as detailed in my letter.

I received in the mail on the 14th of October; which was several days after I wrote to you, a letter from your company, alleging a debt of a large amount from a creditor that I have never heard of, alleging that I have an "account" with this "creditor". **I do NOT have any accounts with your client**, nor have I ever had any accounts with your client. I note with irony that your letter comes AFTER my written complaint; which does not mitigate any of the violations. The law is quite clear that such letter must be sent PRIOR to phone calls being made, as you must be aware. This would offset any alleged debt, and provide affirmative defenses and counterclaims as well carry fines and penalties to your client.

Your letter with the above reference number is offering a "discount" of 70% of the alleged debt, and there is no validation or documentation of any such debt. This is another set of violations, which again carry substantial fines and penalties, and also provide affirmative defenses and counterclaims.

The tacit of "offering to settle " and unknown and undocumented and alleged debt would also seem to fly in the face the Fair Debt Collection act and numerous other laws, especially Indiana laws. This also appears to be yet another set of violations, which carry fines and penalties, as well as providing affirmative defenses and counterclaims, if there was a valid debt in the first place.

The level of things wrong so far made me concerned, that I began to draft a Complaint to the Attorney General of Indiana, who takes a hard line of possible types of fraud, especially by out-of-state companies. I contacted the Indiana Secretary of State's office to see if your client, the alleged "creditor" was registered or licensed in Indiana, as Indiana has strict laws of financial companies, especially after the problems that have happened recently in the financial markets, which have caused the Great Recession. To my surprise, I discovered that your client, the alleged "creditor", LVNV Funding, LLC (hereafter "LVNV") is not registered nor licensed here in Indiana. This is a serious question of how your client is doing its business, as not being licensed nor registered may be an element of fraud, and

1

October 17, 2011

committing fraud is another set of violations and penalties, as well as providing affirmative defenses and counterclaims to any alleged debt.

It would appear that your client is trying to do business in Indiana without being properly being in a position to do so. It also appears that if your client is contacting me, your client must also be contacting others in Indiana, which would then suggest that this may be a very serious matter. One wonders also, with the lack of proper registration, if your client is then paying the proper Indiana taxes on Indiana business to the Indiana Department of Revenue. There seem to be a whole set of questions and issues that need some answers before your company makes any further calls to takes any further action.

As LVNV is not registered or licensed in Indiana, I fail to see how I could have any kind of valid contract or "account" with your client. I have been a resident of Indiana for 25 years, and on behalf of your client phone calls and letters are being sent to me, which is not proper as your client is NOT registered nor licensed in Indiana, as required; as your client is subject to the Indiana Financial Intuitions Act, among other laws. As your client is not authorized to conduct business here in Indiana, I have reason to believe that there may be grounds for fraud; which would undercut any type of valid contract. This not only raises affirmative defenses and counterclaims to any alleged debt, but also carries very substantial fines and penalties.

LVNV is a foreign corporation, as defined by Indiana law, and is not properly registered or licensed. I have attached a copy of the Indiana Secretary of State record, showing that it appears to me that your client is breaking the law. I see no other logical or legal conclusion here.

I would like to propose that you read this letter and consult with your client. I fail to see how there exists any type of valid debt. Even if there was a valid debt of some sort, to try to settle this debt; which would be a bit difficult, given the lack of any legal standing by your client, to settle this matter would result in a much more substantial "discount" than the nearly 70% your client is offering. Besides the amount of the "discount", there are the lack of proper registration and all those fines and penalties to factor in.

I would like to talk with you, and you can call me; hopefully before the end of October or early November, about trying to solve this whole set of problems and complications. I look forward to hearing from you.

Sincerely;

*Andrew Cox*

Andrew Cox

4451 Broadway St, Indianapolis, IN 46205 Phone 317-283-3408

- There were no Entity Names found for your search criteria: LVNV FUNDING LLC

## Business Services Online

- Search for Indiana Business Information
- Print Official Certificates of Existence
- Place Orders for Other Certificates
- Download Business Entity Documents
- File a Supplemental Filing

Enter Business Name to Start:

◉ Full word search
  Partial word search

Client ID (Optional)

**SUBMIT**   **RESET**

## Instructions:

- NOTE: Use of words such as "The," "Inc," or "&" will increase the search time required. Use of common words like "Indiana," "Association," and "Midwest" will increase search time as well.

- When you enter a Business Name and click on the search button, you will receive entity names that match your search criteria along with name type, entity type and the city/state. Select an entity from the resulting list to view additional information, including entity full address, control number, status, entity creation date, entity expiration date (if applicable), entity inactive date (if applicable) and any other names for the entity. The third screen will contain more detail information, including registered agent, principals, transactions made with the Secretary of State's office, and corporate report information.

- You will have the option to print an official Certificate of Existence for any entity that is active and current under the law. There is a total fee of $20.00 for IN.gov subscribers and a fee of $21.42 for credit card users.

**Business Entity Name Search Tips**

« Business Services Home Page

https://secure.in.gov/sos/online_corps/name_search.aspx                    10/13/2011

TRANSMISSION VERIFICATION REPORT

TIME : 10/17/2011 00:40

```
DATE,TIME              10/17 00:39
FAX NO./NAME           913102739867
DURATION               00:01:12
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```