## Transaction Parties and Documents

