# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW  COX, | ) | |
| LUCINDA  COX, | ) | |
| STEPHANIE  SNYDER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SHERMAN CAPITAL LLC, | ) | |
| MEETING STREET PARTNERS II INC., | ) | |
| SHERMAN FINANCIAL GROUP LLC, | ) | |
| SHERMAN CAPITAL MARKETS LLC, | ) | |
| LVNV FUNDING LLC, | ) | |
| RESURGENT CAPITAL SERVICES LP, | ) | No. 1:12-cv-01654-TWP-MJD |
| SHERMAN ORIGINATOR III LLC, | ) | |
| SHERMAN ACQUISITION LLC, | ) | |
| BENJAMIN W. NAVARRO, | ) | |
| LESLIE G. GUTIERREZ, | ) | |
| SCOTT E. SILVER, | ) | |
| KEVIN P. BRANIGAN, | ) | |
| ROBERT A. RODERICK, | ) | |
| KENNETH  KENDALL, | ) | |
| JOHN DOES 1-50, | ) | |
| SHERMAN ORIGINATOR LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Class Certification. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.  Pursuant to Rule 23, any appeal to this Order must be filed with the circuit clerk within fourteen days after this Order's date of entry.

Date: _____
08/08/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Robert D. Cheesebourough
ruaneagle@aol.com

Matthew D. Boruta
CHEESEBOUROUGH & BORUTA
boruta17@hotmail.com

David A. Maas
REED SMITH LLP
dmaas@reedsmith.com

Gary S. Caplan
REED SMITH LLP
gcaplan@reedsmith.com

Michael L. DeMarino
REED SMITH LLP
mdemarino@reedsmith.com

James W. Riley, Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com