```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF INDIANA
                      INDIANAPOLIS DIVISION


LUCINDA COX,                         )
ANDREW COX,                          )
STEPHANIE SNYDER,                    )
                                     )
          Plaintiffs,                )
             vs.                     ) NO. 1:12-cv-01654-TWP-MJD
                                     )
SHERMAN CAPITAL LLC,                 )
MEETING STREET PARTNERS II INC.,     )
SHERMAN FINANCIAL GROUP LLC,         )
SHERMAN CAPITAL MARKETS LLC,         )
LVNV FUNDING LLC,                    )
RESURGENT CAPITAL SERVICES LP,       )
SHERMAN ORIGINATOR III LLC,          )
SHERMAN ACQUISITION LLC,             )
BENJAMIN W. NAVARRO,                 )
LESLIE G. GUTIERREZ,                 )
SCOTT E. SILVER,                     )
KEVIN P. BRANIGAN,                   )
ROBERT A. RODERICK,                  )
KENNETT KENDALL,                     )
JOHN DOES 1-50,                      )
SHERMAN ORIGINATOR LLC,              )
                                     )
          Defendants.                )
```

**MINUTE ENTRY FOR NOVEMBER 20, 2013**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. A discussion was held regarding issues relating to the settlement conference scheduled for December 11, 2013. On or before November 22, 2013 Plaintiff is to serve their demand on Defendants or file a motion to continue the settlement conference, if they do not feel they have the information needed to make a demand. On or before November 25, 2013, if necessary,

Defendants may file a motion to continue the settlement conference. A discussion was further held regarding who will be in attendance at the settlement conference pursuant to the Court's order setting this matter for settlement conference.

Dated: 11/20/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.