**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| ANDREW  COX, | ) |
| LUCINDA  COX, | ) |
| STEPHANIE  SNYDER Individually and on | ) |
| behalf of others similarly situated, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| SHERMAN CAPITAL LLC, | ) |
| MEETING STREET PARTNERS II INC., | ) |
| SHERMAN FINANCIAL GROUP LLC, | ) |
| SHERMAN CAPITAL MARKETS LLC, | ) |
| LVNV FUNDING LLC, | )      No. 1:12-cv-01654-TWP-MJD |
| RESURGENT CAPITAL SERVICES LP, | ) |
| SHERMAN ORIGINATOR III LLC, | ) |
| SHERMAN ACQUISITION LLC, | ) |
| BENJAMIN W. NAVARRO, | ) |
| LESLIE G. GUTIERREZ, | ) |
| SCOTT E. SILVER, | ) |
| KEVIN P. BRANIGAN, | ) |
| ROBERT A. RODERICK, | ) |
| KENNETT  KENDALL, | ) |
| JOHN DOES 1-50, | ) |
| SHERMAN ORIGINATOR LLC, | ) |
| | ) |
| Defendants. | ) |

<u>**SCHEDULING ORDER**</u>

Having approved the Case Management Plan as amended, the Court hereby sets the final

pretrial conference on January 14, 2015, at 10:00 a.m., in Room 330, and the jury trial to begin

on February 9, 2015, at 9:00 a.m., in Courtroom 344, Birch Bayh Federal Building and United

States Courthouse, 46 East Ohio Street, Indianapolis, Indiana.  The final pretrial conference is for

attorneys only.  At the final pretrial conference, Counsel shall be prepared to discuss the status of

the action, including all matters requiring completion preparatory to trial.

Date: ___12/10/2013___

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Robert D. Cheesebourough
ruaneagle@aol.com

Matthew D. Boruta
CHEESEBOUROUGH & BORUTA
boruta17@hotmail.com

Frederick D. Emhardt
PLEWS SHADLEY RACHER & BRAUN
emhardt@psrb.com

George M. Plews
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com

Peter M. Racher
PLEWS SHADLEY RACHER & BRAUN
pracher@psrb.com

David A. Maas
REED SMITH LLP
dmaas@reedsmith.com

Gary S. Caplan
REED SMITH LLP
gcaplan@reedsmith.com

Michael L. DeMarino
REED SMITH LLP
mdemarino@reedsmith.com

James W. Riley, Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com