```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION


LUCINDA COX,                           )
ANDREW COX,                            )
STEPHANIE SNYDER,                      )
                                       )
            Plaintiffs,                )
         vs.                           ) NO. 1:12-cv-01654-TWP-MJD
                                       )
SHERMAN CAPITAL LLC,                   )
MEETING STREET PARTNERS II INC.,       )
SHERMAN FINANCIAL GROUP LLC,           )
SHERMAN CAPITAL MARKETS LLC,           )
LVNV FUNDING LLC,                      )
RESURGENT CAPITAL SERVICES LP,         )
SHERMAN ORIGINATOR III LLC,            )
SHERMAN ACQUISITION LLC,               )
BENJAMIN W. NAVARRO,                   )
LESLIE G. GUTIERREZ,                   )
SCOTT E. SILVER,                       )
KEVIN P. BRANIGAN,                     )
ROBERT A. RODERICK,                    )
KENNETT KENDALL,                       )
JOHN DOES 1-50,                        )
SHERMAN ORIGINATOR LLC,                )
                                       )
            Defendants.                )
```

**MINUTE ENTRY FOR December 11, 2013**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. Plaintiff reports they will file a motion to compel on or before December 20, 2013. The parties were reminded of the discovery deadline.

This matter is scheduled for a telephonic status conference on **Wednesday, January 15, 2014 at 1:00 p.m.** to discuss case status. Counsel shall attend the status conference by calling

the designated phone number, to be provided by the Court via

email generated by the Court's ECF system.

Dated: 12/16/2013

*Mark J. Dinsmore*
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.