# RILEY BENNETT & EGLOFF, LLP

ATTORNEYS AT LAW

*Answers, Advice and Advocacy*

**James W. Riley, Jr.**
Direct Fax: (317) 955-7157
E-mail: jriley@rbelaw.com

October 18, 2013

**VIA EMAIL AND HAND DELIVERY**
Robert D. Cheesebourough
CHEESEBOUROUGH & BORUTA
543 E. Market Street
Indianapolis, IN 46204

Frederick D. Emhardt
PLEWS SHADLEY
RACHER & BRAUN
1346 North Delaware Street
Indianapolis, IN 46202

  Re:  Cox *et al* v. Sherman Capital, LLC *et al*
     Cause No: 1:12-cv-01654-TWP-MJD

Dear Counsel:

  Thank you for taking the time to speak with me yesterday. As discussed during our phone call, after you have had an opportunity to review the documents on the enclosed CD, please, should you need to, send a Rule 37 letter that notifies us of any potential discovery issues. As further discussed, we will review the letter and determine if an in-person meet and confer is necessary and, if so, attempt to schedule one for late next week. Please note the enclosed CD is encrypted and password protected, the password to decrypt is q54NS4G3.

  I understand that the discovery issues in this case may be complicated, particularly, the relationship between the various entity defendants and the extent to which a particular defendant is involved in purchasing, acquiring, or collecting the accounts at issue. Given this inherent difficulty, I wanted to provide you with some background information and a framework in which you can understand my clients' discovery responses.

  In the case of Plaintiff Snyder, Sherman Originator purchased the account portfolio from Citi and then, in turn transferred and assigned those accounts to LVNV.

  In the case of Plaintiffs Cox, Sherman Originator III, LLC purchased the account portfolio from Chase, and then transferred and assigned those accounts to Sherman Originator, LLC who then transferred and assigned the accounts to LVNV.

  In both cases, LVNV is the final transferee and assignee and the owner of plaintiffs' credit card accounts. Resurgent acts as LVNV's attorney-in-fact and uses a number of different collection agencies and/or law firms to collect the accounts on behalf of LVNV. A list of these law firms can be found in Resurgent's production documents.

---

# RILEY BENNETT & EGLOFF, LLP

Counsel
October 18, 2013
Page 2

In addition, we have produced a spread sheet of the data string of accounts that we received from the seller (Chase or Citi) and that contains Plaintiffs' Cox's and Snyder's accounts listed on it. Because thousands of accounts are purchased at a time, we have only produced the ten names that come before and after the names "Cox" and "Snyder." The names before and after Plaintiffs' names are redacted in accordance with privacy laws. We have marked that document confidential pursuant to the protective order, and expect that all information marked that way should be treated in accordance with the protective order entered by the court.

We are currently in the process of compiling, and obtaining the necessary consents to produce, additional contracts pursuant to which Indiana accounts were purchased. We will produce these contracts as soon as possible.

As far as the discovery responses are concerned, I want to take this time to explain some of the answers that may appear formulaic. Several of Plaintiffs' requests seek documents that simply do not exist. In this case, for the most part (but certainly not always) a defendant responded: "There are no documents responsive to this request." In other instances, Plaintiffs' requests seek documents that do exist but the request is directed to the wrong defendants. In that case, for the most part (but certainly not always) a defendant responded: "Defendant will produce documents responsive to this request to the extent such documents are in Defendants' custody, control, or possession."

We are confident that the parties can resolve any discovery disputes that might arise. We look forward to your cooperation in this regard.

Sincerely,

RILEY BENNETT & EGLOFF, LLP

*James W. Riley, Jr. by AMF*

James W. Riley, Jr.

Enclosure
CC: Gary S. Caplan
    Michael L. DeMarino