IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, ) <br> and STEPHANIE SNYDER, ) <br> individually and on behalf of ) <br> others similarly situated, ) <br>               Plaintiffs, ) <br>      ) <br>     v. ) <br>      ) <br> SHERMAN CAPITAL LLC; ) <br> MEETING STREET PARTNERS II INC.; ) <br> SHERMAN FINANCIAL GROUP LLC; ) <br> SHERMAN CAPITAL MARKETS LLC; ) <br> LVNV FUNDING LLC; ) <br> RESURGENT CAPITAL SERVICES LP; ) <br> SHERMAN ORIGINATOR LLC; ) <br> SHERMAN ORIGINATOR III, LLC; ) <br> SHERMAN ACQUISITION, LLC; ) <br> BENJAMIN W. NAVARRO; ) <br> LESLIE G. GUTIERREZ; ) <br> SCOTT E. SILVER; ) <br> KEVIN P. BRANIGAN; ) <br> ROBERT A. RODERICK; ) <br> KENNETH KENDALL; ) <br> AND JOHN DOES1-50 ) <br>               Defendants. ) | Civil Action No. 1:12-cv-1654-TWP-MJD <br> CLASS ACTION |

**PROPOSED ORDER ON MOTION FOR LEAVE TO FILE MATERIAL UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER [DKT. 73]**

This matter comes before the Court on Plaintiffs' Motion for Leave to File Material Under Seal Pursuant to Stipulated Protective Order [Dkt. 73], seeking leave to file under seal Exhibits S, U, and V to the Memorandum in Support of Plaintiffs' Motion to Compel Regarding Written Discovery. It is ordered that:

1. Plaintiffs may file Exhibits S, U, and V designated as Confidential by Defendants, under seal.

2. Within seven days, Defendants shall file a motion pursuant to Fed. R. Civ. P. 26(c) to seal any specific portions of Exhibits S, U, and V that Defendants believe should be maintained by the Court under seal. Such motion shall cite to and comply with the relevant Rules and case law governing such motions.  Contemporaneous with that motion to seal, Defendants shall file a motion to unseal any portions of Plaintiffs' submission that Defendants do not believe should be maintained under seal, along with copies of Plaintiffs' brief and any exhibits subject to Defendants' motion to seal, from which only the information Defendants seek to maintain under seal should be redacted, which redacted copies shall not be filed under seal.

3. Defendants may file their brief in response to Plaintiffs' Motion to Compel Regarding Written Discovery, as well as any documents or information designated as Confidential by Defendants, under seal. However, Defendants shall accompany such filing with a separate motion pursuant to Fed. R. Civ. P. 26(c) to seal any specific portions of Defendants' brief and/or any exhibits submitted by Defendants with their response that Defendants believe should be maintained by the Court under seal. Such motion shall cite to and comply with the relevant Rules and case law governing such motions. Contemporaneous with that motion to seal, Defendants shall file copies of Defendants' response brief (if filed under seal) and any exhibits subject to Defendants' motion to seal, from which only the information Defendants seek to maintain under seal should be redacted, which redacted copies shall not be filed under seal.

4. Failure by Defendants to timely file the motions to seal required by this order shall result in the unsealing of the related documents.

Dated: 12/23/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

3

Distribution:
All Electronically Registered Counsel