UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


| | |
|---|---|
| LUCINDA COX,<br>ANDREW COX,<br>STEPHANIE SNYDER, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) NO. 1:12-cv-01654-TWP-MJD |
| | ) |
| SHERMAN CAPITAL LLC,<br>MEETING STREET PARTNERS II INC.,<br>SHERMAN FINANCIAL GROUP LLC,<br>SHERMAN CAPITAL MARKETS LLC,<br>LVNV FUNDING LLC,<br>RESURGENT CAPITAL SERVICES LP,<br>SHERMAN ORIGINATOR III LLC,<br>SHERMAN ACQUISITION LLC,<br>BENJAMIN W. NAVARRO,<br>LESLIE G. GUTIERREZ,<br>SCOTT E. SILVER,<br>KEVIN P. BRANIGAN,<br>ROBERT A. RODERICK,<br>KENNETT KENDALL,<br>JOHN DOES 1-50,<br>SHERMAN ORIGINATOR LLC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |


**MINUTE ENTRY FOR JANUARY 15, 2014**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**


The parties appeared by telephone for a status conference.
Defendant served interrogatories and requests for production in
November.  Plaintiff confirmed they would respond on or before
January 30, 2014. The parties further discussed Plaintiff's
Motion to Compel [Dkt. 172].  Any brief in reply to said motion
is due on or before **January 24, 2014.**

This matter is set for a hearing on Plaintiff's Motion on **Friday, January 31, 2014 at 9:00 a.m., in room 243,** United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Mark J. Dinsmore.

Dated:    01/15/2014

Distribution:
All Electronically Registered Counsel

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana