```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF INDIANA
                     INDIANAPOLIS DIVISION
```

```
LUCINDA COX,                         )
ANDREW COX,                          )
STEPHANIE SNYDER,                    )
                                     )
          Plaintiffs,                )
     vs.                             ) NO. 1:12-cv-01654-TWP-MJD
                                     )
SHERMAN CAPITAL LLC,                 )
MEETING STREET PARTNERS II INC.,     )
SHERMAN FINANCIAL GROUP LLC,         )
SHERMAN CAPITAL MARKETS LLC,         )
LVNV FUNDING LLC,                    )
RESURGENT CAPITAL SERVICES LP,       )
SHERMAN ORIGINATOR III LLC,          )
SHERMAN ACQUISITION LLC,             )
BENJAMIN W. NAVARRO,                 )
LESLIE G. GUTIERREZ,                 )
SCOTT E. SILVER,                     )
KEVIN P. BRANIGAN,                   )
ROBERT A. RODERICK,                  )
KENNETT KENDALL,                     )
JOHN DOES 1-50,                      )
SHERMAN ORIGINATOR LLC,              )
                                     )
          Defendants.                )
```

**MINUTE ENTRY FOR JANUARY 31, 2014
HEARING
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

This matter came before the Court for a hearing on Plaintiff's Motion to Compel [Dkt. 172]. Arguments were held and the and the matter was taken under advisement.

This matter is scheduled for a telephonic status conference on **Thursday, February 13, 2014 at 2:40 p.m.** to discuss revisions to the Case Management Plan. In advance of the call the parties are to discuss and attempt to agree upon proposed revisions to

the Case Management Plan. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 02/05/2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.