UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, ) | |
| LUCINDA COX, ) | |
| STEPHANIE SNYDER, ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| SHERMAN CAPITAL LLC, ) | |
| MEETING STREET PARTNERS II INC., ) | |
| SHERMAN FINANCIAL GROUP LLC, ) | |
| SHERMAN CAPITAL MARKETS LLC, ) | |
| LVNV FUNDING LLC, ) | |
| RESURGENT CAPITAL SERVICES LP, ) | No. 1:12-cv-01654-TWP-MJD |
| SHERMAN ORIGINATOR III LLC, ) | |
| SHERMAN ACQUISITION LLC, ) | |
| BENJAMIN W. NAVARRO, ) | |
| LESLIE G. GUTIERREZ, ) | |
| SCOTT E. SILVER, ) | |
| KEVIN P. BRANIGAN, ) | |
| ROBERT A. RODERICK, ) | |
| KENNETT KENDALL, ) | |
| JOHN DOES 1-50, ) | |
| SHERMAN ORIGINATOR LLC, | |
| Defendants. | |

**MINUTE ENTRY FOR FEBRUARY 13, 2014**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. The parties discussed case management deadlines. The Court will issue by separate order an Amended Case Management Order. The parties were instructed to file a motion to continue the trial.

This matter is scheduled for a telephonic status conference on **Monday, March 17, 2014 at 9:40 a.m.** to discuss case status. Counsel shall attend the status conference by

calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 02/14/2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.