# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, )<br>and STEPHANIE SNYDER, )<br>Individually and on behalf of )<br>others similarly situated, )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>SHERMAN CAPITAL LLC; )<br>MEETING STREET PARTNERS )<br>II INC.; SHERMAN FINANCIAL )<br>GROUP LLC; SHERMAN )<br>CAPITAL MARKETS LLC; LVNV )<br>FUNDING LLC; RESURGENT )<br>CAPITAL SERVICES LP; )<br>SHERMAN ORIGINATOR LLC; )<br>SHERMAN ORIGINATOR III, )<br>LLC; SHERMAN ACQUISITION, )<br>LLC; BENJAMIN W. NAVARRO; )<br>LESLIE G. GUTIERREZ; SCOTT )<br>E. SILVER; KEVIN P. BRANIGAN; )<br>ROBERT A. RODERICK; )<br>KENNETT KENDALL; and )<br>JOHN DOES 1-50, )<br>)<br>      Defendants. ) | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

## ORDER GRANTING DEFENDANTS' MOTION TO SEAL EXHIBIT C TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL REGARDING WRITTEN DISCOVERY

This cause has come before the Court upon Defendants' Motion to Seal Exhibit C to Defendants' Response in Opposition to Plaintiffs' Motion to Compel Regarding Written Discovery [Dkt. 185]. The Court being duly advised, now GRANTS said Motion.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Exhibit C [Dkt. 185-3] to Defendants' Response in Opposition to Plaintiffs' Motion to Compel Regarding Written

- 2 -

Discovery [Dkt. 185.] is sealed.  Within seven days (7) from the date of this order, Defendants are to file a redacted copy of Exhibit C.

Dated: 2/18/ 2014

Distribution:
All Electronically Registered Counsel

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana