IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, Individually and on behalf of others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:12-cv-1654-TWP-MJD CLASS ACTION |
| SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETT KENDALL; and JOHN DOES 1-50, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**AMENDED ORDER GRANTING DEFENDANTS' MOTION TO MAINTAIN FILING UNDER SEAL**

This cause has come before the Court upon Defendants' Motion to Maintain Filing Under Seal. The Court being duly advised, now GRANTS said Motion.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the portion of Exhibit S [Dkt. 175] which constitutes the excerpt of the deposition testimony of Kevin P. Branigan and portions of Exhibit V [Dkt. 177] relating to the number of accounts and total amounts collected of Plaintiffs' Motion to Compel Regarding Written Discovery [Dkt. 172] shall be maintained under seal. The Clerk is directed to unseal Dkt. 172.

Dated: 02/19/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution to:
All Electronically Registered Counsel