IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETT KENDALL; and JOHN DOES 1-50,<br><br>Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

**ORDER GRANTING DEFENDANTS' MOTION TO UNSEAL DOCUMENTS**

This cause has come before the Court upon Defendants' Motion to Unseal Documents. The Court being duly advised, now GRANTS said Motion.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Exhibits U be unsealed [Dkt. 176] , Exhibt S [Dkt. 175] and V [Dkt. 177] of Plaintiffs' Motion to Compel Regarding Written Discovery [Dkt. 172] are to remain sealed.  Dkt. 182 contains the redacted portions of these Exhibits.

Dated: 02/19/2014

_Mark J. Dinsmore_
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution to:
All Electronically Registered Counsel