**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, Individually and on behalf of others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |
| SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETT KENDALL; and JOHN DOES 1-50, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL EXHIBITS W, X, AND Y TO PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS'**
**MOTION TO COMPEL REGARDING WRITTEN DISCOVERY**

Come now, Defendants, by counsel and pursuant to Fed. R. Civ. P. 26(c) move the Court to seal and maintain under seal Exhibits W, X, and Y to Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Regarding Written Discovery [Dkt. 189], and in support thereof shows as follows:

1. Plaintiffs filed their Reply in Support of Plaintiffs' Motion to Compel Regarding Written Discovery on or about January 24, 2014 [Dkt. 189], along with their supporting Memorandum,

Exhibits, ("Reply Brief") and a Motion to File Material Under Seal as to Exhibits W, X, and Y. [Dkt. 190]

2. This Court granted Plaintiffs' Motion for Leave to File Material Under Seal by its Order dated February 17, 2014 [Dkt. 206], in which the Court Ordered Defendants to file an appropriate motion to seal specific portions of Exhibits W, X, and Y within seven (7) days, and contemporaneously file a motion to unseal any portion of Plaintiffs' submission that Defendants believe should not be maintained under seal.

3. Pursuant to the Court's Order, Defendants request that Exhibit W be maintained under seal. Exhibit W constitutes 4 pages of deposition testimony of Benjamin Navarro relating to the organizational structure of the defendants, as well as Mr. Navarro's ownership interests. Plaintiffs also extensively quoted excerpts of this testimony in the body of their Reply Brief. [Dkt. 189 at 2-3.] Defendants, therefore, are filing contemporaneously with this motion a separate motion to seal Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Regarding Written Discovery on or about January 24, 2014 [Dkt. 189], and as an exhibit thereto a redacted version of Plaintiffs' Reply Brief.

4. As indicated in Defendants' Motion to Maintain Filing Under Seal [Dkt. 180], which the Court granted [Dkt. 205], deposition testimony relating to ownership issues of Defendant entities and affiliated entities is highly confidential information because the Defendant entities are privately owned companies, and details concerning the ownership of such entities is not publicly available information and has been protected by the Defendants. Moreover, such testimony sets forth the ownership structure of the Defendant entities, which itself is highly proprietary and is not necessary to inform the public as to the issues in this action.

5.  Pursuant to the Court's Order, Defendants also request that Exhibit X and Exhibit Y be maintained under sealed.  These exhibits include the identity and account numbers of Indiana consumers who have been subject to collection activity.  Such information is highly confidential and sensitive because it discloses the identity of individuals who have failed to pay their debts.  Moreover, this information is not publicly available information and has been protected by Defendants. Such information should remain confidential to protect privacy rights.

WHEREFORE, the Defendants pray that the Court allow Exhibit W, X, and Y be sealed and maintained under seal.

Dated:  February 26, 2014

Respectfully submitted,

s/ Michael L. DeMarino
James A. Rolfes, pro hac vice
Michael L. DeMarino, pro hac vice
David A. Maas, pro hac vice
REEDSMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7507
(312) 207-2000
(312) 207-6400 (Facsimile)
gcaplan@reedsmith.com

James W. Riley, Jr.
Atty. No. 6073-49
141 East Washington Street, Fourth Floor
Indianapolis, IN  46204
(317) 636-8000
(317) 636-8027 (Facsimile)
jriley@rbelaw.com
Attorneys for Defendants

- 4 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2014 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing to all counsel of record.


                                                             s/ Michael L. DeMarino