# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, Individually and on behalf of others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETT KENDALL; and JOHN DOES 1-50, )<br><br>Defendants. ) | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

## ORDER GRANTING DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL EXHIBITS W, X, AND Y TO PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL REGARDING WRITTEN DISCOVERY

This cause has come before the Court upon Defendants' Motion to Maintain Under Seal Exhibits W, X, and Y to Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Regarding Written Discovery. The Court being duly advised, now GRANTS said Motion.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Exhibits W, X, and Y to Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Regarding Written Discovery,

- 2 -

consisting of deposition testimony regarding the structure and ownership of Defendants, as well as the identity and account numbers of Indiana consumers, be maintained under seal.

Dated: _____

                                                  Judge, United States District Court
                                                  Southern District of Indiana

Distribution to:

All electronically registered counsel