IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, Individually and on behalf of others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br>)<br>)<br>SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETT KENDALL; and JOHN DOES 1-50, )<br><br>Defendants. ) | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

**DEFENDANTS' MOTION TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL REGARDING WRITTEN DISCOVERY**

Come now, Defendants, by counsel and pursuant to Fed. R. Civ. P. 26(c) move the Court to seal and maintain under seal Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Regarding Written Discovery [Dkt. 189], and in support thereof shows as follows:

1. Plaintiffs filed their Reply in Support of Plaintiffs' Motion to Compel Regarding Written Discovery on or about January 24, 2014 [Dkt. 189] along with their supporting Memorandum, Exhibits ("Reply Brief"), and a Motion to File Material Under Seal as to Exhibits W, X, and Y. [Dkt. 190]

2. This Court granted Plaintiffs' Motion for Leave to File Material Under Seal by its Order dated February 17, 2014 [Dkt. 206], in which the Court Ordered Defendants to file an appropriate motion to seal specific portions of Exhibits W, X, and Y within seven (7) days, and contemporaneously file a motion to unseal any portion of Plaintiffs' submission that Defendants believe should not be maintained under seal.

3. Pursuant to the Court's Order, Defendants contemporaneously filed a Motion to Maintain Under Seal Exhibits W, X, and Y to Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Regarding Written Discovery.

4. As indicated in that motion, Exhibit W contains four pages of deposition testimony relating to the organizational structure of the defendants, as well as Mr. Navarro's ownership interests.

5. Plaintiffs, however, also extensively quote excerpts of Benjamin Navarro's testimony in the body of their Reply Brief. [Dkt. 189 at 2-3.] This deposition testimony also relates to the organizational structure of the defendants, as well as Mr. Navarro's ownership interests.

6. As indicated in Defendants' Motion to Maintain Filing Under Seal [Dkt. 180], which the Court granted [Dkt. 205], deposition testimony relating to ownership issues of Defendant entities and affiliated entities is highly confidential information because the Defendant entities are privately owned companies, and details concerning the ownership of such entities is not publicly available information and has been protected by the Defendants. Moreover, such testimony sets forth the ownership structure of the Defendant entities, which itself is highly proprietary and is not necessary to inform the public as to the issues in this action.

7. Because Plaintiffs quote deposition testimony discussing this confidential material in the body of their Reply Brief, Defendants request that Plaintiffs' Reply Brief be sealed and maintained under seal.

8. In connection with this motion, Defendants are attaching hereto as Exhibit A, a redacted version of Plaintiffs' Reply Brief that redacts the quoted testimony discussing confidential ownership information.

WHEREFORE, the Defendants pray that the Court allow Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Regarding Written Discovery [Dkt. 189] be sealed and maintained under seal.

Dated:  February 26, 2014

Respectfully submitted,

s/ Michael L. DeMarino
James A. Rolfes, pro hac vice
Michael L. DeMarino, pro hac vice
David A. Maas, pro hac vice
REEDSMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7507
(312) 207-2000
(312) 207-6400 (Facsimile)
gcaplan@reedsmith.com

James W. Riley, Jr.
Atty. No. 6073-49
141 East Washington Street, Fourth Floor
Indianapolis, IN  46204
(317) 636-8000
(317) 636-8027 (Facsimile)
jriley@rbelaw.com
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 26, 2014 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing to all counsel of record.

                   s/ Michael L. DeMarino