IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW COX, LUCINDA COX, ) | | |
| and STEPHANIE SNYDER, ) | | |
| Individually and on behalf of ) | | |
| others similarly situated, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | | Civil Action No. 1:12-cv-1654-TWP-MJD |
| ) | | CLASS ACTION |
| ) | | |
| SHERMAN CAPITAL LLC; ) | | |
| MEETING STREET PARTNERS ) | | |
| II INC.; SHERMAN FINANCIAL ) | | |
| GROUP LLC; SHERMAN ) | | |
| CAPITAL MARKETS LLC; LVNV ) | | |
| FUNDING LLC; RESURGENT ) | | |
| CAPITAL SERVICES LP; ) | | |
| SHERMAN ORIGINATOR LLC; ) | | |
| SHERMAN ORIGINATOR III, ) | | |
| LLC; SHERMAN ACQUISITION, ) | | |
| LLC; BENJAMIN W. NAVARRO; ) | | |
| LESLIE G. GUTIERREZ; SCOTT ) | | |
| E. SILVER; KEVIN P. BRANIGAN; ) | | |
| ROBERT A. RODERICK; ) | | |
| KENNETT KENDALL; and ) | | |
| JOHN DOES 1-50, ) | | |
| ) | | |
| Defendants. ) | | |

**ORDER GRANTING D DEFENDANTS' MOTION TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS'**
<u>**MOTION TO COMPEL  REGARDING WRITTEN DISCOVERY**</u>

This cause has come before the Court upon Defendants' Motion to Seal Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Regarding Written Discovery.  The Court being duly advised, now GRANTS said Motion.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Regarding Written Discovery [Dkt 189], consisting of quoted

- 2 -

deposition testimony regarding the structure and ownership of Defendants be sealed  maintained under seal.

Dated: _____                    _____
                                            Judge, United States District Court
                                            Southern District of Indiana

Distribution to:

All electronically registered counsel