**Gary S. Caplan**
Direct Phone: +1 312 207 6425
Email: gcaplan@reedsmith.com

10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

November 15, 2013

*Confidential*

<u>Via Email</u>

Robert D. Cheesebourough
Matthew D. Boruta
Cheesebourough & Boruta
543 E Market Street
Indianapolis, IN 46204

Frederick D. Emhardt
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, IN 46202-2145

*Re:* *Cox, Andrew & Lucinda; Stephanie Snyder v. Sherman Capital LLC, et al.;*
USDC-So. Dist. of Indiana, Case No. 12-cv-1654 – *CONFIDENTIAL.*

Dear Counsel:

In anticipation of the upcoming settlement conference, this letter provides confidential information regarding the amounts collected from Indiana residents during the relevant time periods requested in Plaintiffs' written discovery requests. Please treat the information below as confidential pursuant to the protective order entered in this case. The information below represents account information regarding *possible* class members. By providing information regarding possible class members, Defendants do not waive and expressly reserve the right to challenge whether any of these accounts constitute actual class members, as well as whether the amounts at issue are correct. Subject to and without waiving this position or Defendants' general and specific objections to Plaintiffs' written discovery requests, Defendants state as follows:



Mr. Robert Cheeseborough
Mr. Matthew Boruta
October 31, 2013
Page 2





Very truly yours,

/s Gary S. Caplan

GSC:ew

cc: James W. Riley (via email)