# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | Civil Action No. 1:12-cv-1654-TWP-MJD
| | | CLASS ACTION
| SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETT KENDALL; and JOHN DOES 1-50, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LIST

Defendants Sherman Capital LLC; Meeting Street Partners II Inc., Sherman Financial Group LLC; Sherman Capital Markets LLC; LVNV Funding LLC; Resurgent Capital Services LP; Sherman Originator LLC; Sherman Originator III, LLC; Sherman Acquisition, LLC, Benjamin W. Navarro, Leslie G. Gutierrez, Scott E. Silver, Kevin P. Branigan, Robert A. Roderick, and Kennett Kendall (collectively "Defendants"), by and through their attorneys, submit the following preliminary witness and exhibit list:

**WITNESSES**

1. Plaintiff Andrew Cox

2. Plaintiff Lucinda Cox

3. Plaintiff Stephanie Snyder[1]

4. Kennett Kendall

5. Robert A. Roderick

6. Kevin P. Branigan

7. Scott E. Silver

8. Leslie G. Gutierrez

9. Benjamin W. Navarro

10. Sherman Capital, LLC

11. Sherman Financial Group, LLC

12. Sherman Capital Markets, LLC

13. LVNV Funding, LLC

14. Resurgent Capital Services, LP

15. Sherman Originator, LLC

16. Sherman Acquisition, LLC

17. Sherman Originator III, LLC

18. Family members of Plaintiff Andrew Cox, with personal knowledge of any of the issues in this lawsuit.

19. Family members of Plaintiff Lucinda Cox, with personal knowledge of any of the issues in this lawsuit.

20. Family members of Plaintiff Stephanie Snyder, with personal knowledge of any of the issues in this lawsuit.

21. All witnesses necessary to produce or authenticate any document.

---

[1] As used herein, the term "Plaintiffs" refers collectively to Plaintiffs Andrew and Lucinda Cox and Stephanie Snyder.

22. All witnesses whose identity is revealed through further investigation of discovery, including but not limited to the potential John Doe Defendants.

23. A representative of Citibank (South Dakota), N.A., or any affiliate thereof, with regard to the purchase of Plaintiff Snyder's credit card debt.

24. Representative of Chase Bank USA, N.A., or any affiliate thereof with regard to the purchase of Plaintiffs Andrew Cox's and/or Lucinda Cox's credit card debt.

25. Luke Umstetter, Resurgent in-house counsel, with regard to matters related to the licensing and/or registration requirements.

26. Representative of the former The Brachfeld Law Group, PC, PO BOX 421088, Houston, TX, 77242, with regard to collection efforts on Plaintiffs Andrew Cox's and/or Lucinda Cox's debt.

27. Representative of Wright & Lerch, 2001 Reed Road, Suite 100, Fort Wayne, IN 46815 with regard to collection efforts on Plaintiff Snyder's debt.

28. All witnesses identified in Defendants' Rule 26(a) Initial Disclosures.

29. All witnesses identified by Plaintiffs in any witness list provided by Plaintiffs, including but not limited to Dkts. 47 and 171.

30. All witnesses identified by any other party.

31. All witnesses necessary to offer rebuttal testimony to any testimony offered by any other party.

32. All witnesses identified in discovery of this case.

33. All witnesses identified by any witness in deposition or in any document produced in this case.

**EXHIBITS**

1. Documents relating to Plaintiffs' debts.

2. Correspondence between any Defendant and one or more of the Plaintiffs.

3. Documents related to the debt servicing practices applicable or employed in the collection of Plaintiffs' debts.

4. Documents related to Defendants' corporate structure.

5. Documents related to the purchase of Plaintiffs' debts.

6. Documents related to the financing of the purchase of Plaintiffs' debt.

7. All documents produced third parties in the course of this litigation.

8. All pleadings in this case.

9. Documents produced in discovery by Plaintiffs.

10. Documents necessary for impeachment or rebuttal.

11. Any exhibit listed on Plaintiffs' exhibit list.

12. Documents initially disclosed by parties in discovery in this case.

13. Any other documents located through further investigation or discovery.

14. Any recorded statements and/or depositions of any individuals with information relating to the subject matter of this lawsuit.

15. Documents related to Defendants' licensing and/or registration in the State of Indiana.

16. All exhibits identified by Plaintiffs in any exhibit list of Plaintiffs, including but not limited to Dkts. 47 and 171.

17. All documents related to evidencing the chain of title or ownership of Plaintiffs' accounts and/or debts .

Defendants reserve the right to amend and supplement this preliminary witness and exhibit list pending further discovery.  Further, to the extent the Court certifies a class in this matter, Defendants reserve the right to identify any additional witness or documents relevant to class-wide claims.

Dated:  February 28, 2014

Respectfully submitted,

s/ Michael L. DeMarino
James A. Rolfes, pro hac vice
Michael L. DeMarino, pro hac vice
David A. Maas, pro hac vice
REEDSMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7507
(312) 207-2000
(312) 207-6400 (Facsimile)
gcaplan@reedsmith.com

James W. Riley, Jr.
Atty. No. 6073-49

- 5 -

        141 East Washington Street, Fourth Floor
        Indianapolis, IN  46204
        (317) 636-8000
        (317) 636-8027 (Facsimile)
        jriley@rbelaw.com
        Attorneys for Defendants

- 6 -

## **CERTIFICATE OF SERVICE**

       I hereby certify that on February 28, 2014 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing to all counsel of record.

                                                     s/ Michael L. DeMarino