# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, Individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETT KENDALL; and JOHN DOES 1-50,<br><br>    Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

## DEFENDANTS' MOTION FOR LEAVE TO FILE MATERIAL UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER [DKT. 73]

Defendants, by their counsel and pursuant to the Stipulated Protective Order [Dkt. 73], respectfully request leave to file under seal (i) Defendants' Objection to the Magistrate Judge's Order on Plaintiffs' Motion to Compel dated February 24, 2014 [Dkt. No. 210], (ii) Defendants' Memorandum in support of Defendants' Motion for Reconsideration or in the Alternative to Stay the Magistrate's Order; and (iii) Exhibits D, E, F, J, K, and L to the same.

1.      Contemporaneous with this motion, Defendants are filing (i) an Objection to the Magistrate Judge's Order on Plaintiffs' Motion to Compel dated February 24, 2014 [Dkt. No. 210] ("Objection") and (ii) a Motion for Reconsideration or in the Alternative to Stay the Magistrate's Order ("Motion to Reconsider or Stay").

2.      In connection with Defendants' Motion to Reconsider or Stay, Defendants are filing a supporting memorandum ("Supporting Memorandum") that discusses relevant law and facts, including sensitive and confidential information related to the ownership of Entity Defendants. In addition, Defendants' Supporting Memorandum also cites to various exhibits, including documents produced, the parties' correspondence, and excerpts of deposition testimony. Defendants' Objection also discusses confidential ownership information and cites to the exact same exhibits as the Supporting Memorandum.

3.      In addition to confidential ownership information being discussed in the body of the Defendants' Objection and Defendants' Supporting Memorandum, several of the exhibits attached to and referenced in Defendants' Objection and Defendants' Supporting Memorandum contain highly sensitive and confidential information, including information related to ownership of the Defendant entities and the audited financial statements of Sherman Financial Group, LLC and Resurgent Capital Services, L.P.

4.      Specifically, exhibits D, E, F, J, K, and L all contain confidential ownership or financial information the Defendants.  For instance, Exhibit D is an organization chart of all of the Entity Defendants; Exhibit E is a letter dated November 14, 2013 that discusses ownership of the Entity Defendants and has been previously filed under seal (*see* [Dkt 207.]); Exhibit F is a more recent letter—dated January 29, 2014—and contains the same type of ownership information in

Defendants November 14, 2014 letter; Exhibit J is Benjamin Navarro's deposition testimony discussing ownership of the Defendants; Exhibits K and L are redacted 2011 and 2012 audited financial statements of Sherman Financial Group, LLC (and subsidiaries) and Resurgent Capital Services, L.P., respectively.

5.   As indicated in Defendants' Motion to Maintain Filing Under Seal [Dkt. 180], which the Court granted [Dkt. 205], deposition testimony and information relating to the ownership of Defendant entities and affiliated entities is highly confidential information because the Defendant entities are privately owned companies, and details concerning the ownership of such entities is not publicly available information and has been protected by the Defendants. Moreover, such testimony and information sets forth the ownership structure of the Defendant entities, which itself is highly proprietary and is not necessary to inform the public as to the issues in this action.

6.   Likewise, as privately held companies, audited financial statements are highly sensitive and confidential. This information consists of earnings, expenses, and revenues. Defendant entities, as privately held companies, keep such information confidential and do not disclose it to the public.

WHEREFORE, Defendants respectfully request leave to file under seal (i) Defendants' Objection to the Magistrate Judge's Order on Plaintiffs' Motion to Compel dated February 24, 2014 [Dkt. No. 210] and (ii) Defendants' Memorandum in Support of Defendants' Motion for Reconsideration or in the Alternative to Stay the Magistrate's Order, and (iii) Exhibits D, E, F, J, K, and L to the same.

Dated:  March 10, 2014

Respectfully submitted,

s/  James A. Rolfes
James A. Rolfes, pro hac vice
Michael L. DeMarino, pro hac vice
David A. Maas, pro hac vice
REEDSMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7507
(312) 207-2000
(312) 207-6400 (Facsimile)
gcaplan@reedsmith.com

James W. Riley, Jr.
Atty. No. 6073-49
141 East Washington Street, Fourth Floor
Indianapolis, IN  46204
(317) 636-8000
(317) 636-8027 (Facsimile)
jriley@rbelaw.com
Attorneys for Defendants

- 4 -

- 5 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2014 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing to all counsel of record.

                                                            s/ James A. Rolfes