IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, Individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETT KENDALL; and JOHN DOES 1-50,<br><br>      Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

**<u>ORDER GRANTING DEFENDANTS' MOTION TO FILE MATERIAL UNDER SEAL</u>**

This cause has come before the Court upon Defendants' Motion to seal (i) Defendants' Objection to the Magistrate Judge's Order on Plaintiffs' Motion to Compel dated February 24, 2014 [Dkt. No. 210], (ii) Defendants' Memorandum in Support of Defendants' Motion for Reconsideration or in the Alternative to Stay the Magistrate's Order; and (iii) Exhibits D, E, F, J, K, and L to the same. The Court being duly advised, now GRANTS said Motion.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that (i) Defendants' Objection to the Magistrate Judge's Order on Plaintiffs' Motion to Compel dated February 24,

- 2 -

2014 [Dkt. No. 210], (ii) Defendants' Memorandum in Support of Defendants' Motion for Reconsideration or in the Alternative to Stay the Magistrate's Order; and (iii) Exhibits D, E, F, J, K, and L to the same shall be sealed and maintained under seal.  Within seven days (7) from the date of this order, Defendants are to file a redacted copy of (i) Defendants' Objection to the Magistrate Judge's Order on Plaintiffs' Motion to Compel dated February 24, 2014 [Dkt. No. 210], (ii) Defendants' Memorandum in Support of Defendants' Motion for Reconsideration or in the Alternative to Stay the Magistrate's Order.

Dated: _____                    _____
                                            Judge, United States District Court
                                            Southern District of Indiana

Distribution to:

All electronically registered counsel