# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, Individually and on behalf of others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETT KENDALL; and JOHN DOES 1-50, )<br><br>Defendants. ) | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

## SEALED COVER SHEET

Please take notice that, pursuant to the pending Motion to File Material Under Seal, Defendants seek permission to file under seal the below listed material.

Defendants' Objection to Magistrate Judge's Order on Plaintiffs' Motion to Compel.

Exhibit D – Organization Chart of all of the Defendants.

Exhibit E – Letter dated November 14, 2013.

Exhibit F – Letter dated January 25, 2014.

Exhibit J – Excerpts of Benjamin Navarro Deposition.

Exhibit K – Consl. Fin. Stmts. and Rpt. Of Independent C.P.A. of Sherman Financial Group LLC and Subs., Dec. 31, 2012 and 2011 (Redacted).

Exhibit L – Consl. Fin. Stmts. and Rpt. Of Independent C.P.A. of Resurgent Capital Services LP and Subs., Dec. 31, 2012 and 2011 (Redacted).

Defendants electronically filed the above documents under seal on March 10, 2014. As required by Local Rule 5-11, opposing counsel has been served other than through the Court's ECF system.

Dated: March 10, 2014

Respectfully submitted,

/s/ *James A. Rolfes*
James A. Rolfes, pro hac vice
Michael L. DeMarino, pro hac vice
David A. Maas, pro hac vice
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
(312) 207-2000
(312) 207-6400 (Facsimile)
Jrolfes@reedsmith.com

James W. Riley, Jr.
Atty. No. 6073-49
141 East Washington Street, Fourth Floor
Indianapolis, IN 46204
(317) 636-8000
(317) 636-8027 (Facsimile)
jjriley@rbelaw.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2014 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing to all counsel of record.

                                                                                          */s/ James A. Rolfes*