# **<u>NON SEALED EXHIBITS</u>**