## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW COX, LUCINDA COX, | ) | |
| and STEPHANIE SNYDER, | ) | |
| individually and on behalf of | ) | |
| others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:12-cv-1654-TWP-MJD |
| | ) | CLASS ACTION |
| | ) | |
| SHERMAN CAPITAL LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR RECONSIDERATION OF THE MAGISTRATE'S ORDER, OR IN THE ALTERNATIVE TO STAY

Defendants, by their counsel, respectfully request that the Court exercise its inherent power to reconsider the portion of its February 24, 2014 Order on Plaintiffs' Motion to Compel [Dkt. 210] (the "Order") that compelled the production of Defendants' financial statements and income tax returns as that decision is based on a manifest error of fact and was made outside the adversarial issues presented to the Court.  These documents are highly sensitive, confidential and proprietary documents that do not contain the ownership, corporate structure or securitization information Plaintiffs' claim as the basis for their requests.  As a result, Plaintiffs motion to compel the production of such financial statements and income tax returns should be denied.

In the alternative, Defendants move to stay the execution of the portion of the Order, pending resolution of Defendants' Objection to that Order pursuant to Federal Rule of Civil Procedure 72(a), which Defendants have filed contemporaneously with this Motion.  The Magistrate's order fails to provide either a factual or legal basis for ordering the production of financial statements and tax returns, and will result in an irreversible breach of the Defendants'

privacy rights and irreparably harm Defendants' competitive position.  The District Court, therefore, will likely reverse that part of the Order.  Under such circumstances stay of the Magistrate's order is appropriate.

In support of this Motion, Defendants are submitting the accompanying memorandum of law, which is incorporated herein by reference.

WHEREFORE, the Defendants pray that the Court reconsider its order to compel the production of Defendants' financial statements and income tax returns, and instead deny Plaintiffs' motion to compel their production.

In the alternative, Defendants pray that the Court stay its Order compelling the production of Defendants financial statements and income tax returns until the District Court has the opportunity to rule on Defendants' Objection to the Magistrate's Order on Plaintiffs' Motion to Compel.

Dated:  March 10, 2014                          Respectfully submitted,

s/  James A. Rolfes
James A. Rolfes, pro hac vice
Michael L. DeMarino, pro hac vice
David A. Maas, pro hac vice
REEDSMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7507
(312) 207-2000
(312) 207-6400 (Facsimile)
gcaplan@reedsmith.com

James W. Riley, Jr.
Atty. No. 6073-49
141 East Washington Street, Fourth Floor
Indianapolis, IN  46204
(317) 636-8000
(317) 636-8027 (Facsimile)
jriley@rbelaw.com
Attorneys for Defendants

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2014 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing to all counsel of record.


s/ James A. Rolfes