# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:12-cv-1654-TWP-MJD  CLASS ACTION |
| SHERMAN CAPITAL LLC, et al. | ) ) | |
| Defendants. | ) | |

## PROPOSED ORDER

This cause coming to be heard on Defendants' Motion For Reconsideration Or In The Alternative To Stay The Magistrate's Order, it is HEREBY ORDERED:

1. Defendants' Motion For Reconsideration is GRANTED;

    a. The portion of the Magistrate Judge's Order dated February 24, 2014 (the "Order") compelling production of all financial statements and income tax returns is vacated; and

    b. Plaintiffs' Motion To Compel with respect to financial statements and income tax returns is DENIED; or

2. The Order is stayed with respect to the production of financial statements and income tax returns pending disposition of Defendants' objection.

**SO ORDERED**:

Dated: _____

_____
Honorable Mark J. Dinsmore
United States Magistrate Judge