# **NON SEALED EXHIBITS**