IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:12-cv-1654-TWP-MJD CLASS ACTION |
| SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETH KENDALL; AND JOHN DOES1-50 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### JOINT MOTION TO CONTINUE TRIAL AND FINAL PRETRIAL CONFERENCE

The Plaintiffs and the Defendants jointly move to continue the trial set for February 9, 2015, and the final pretrial conference set for January 14, 2015, and in support state:

1

1. The parties agreed to and the Magistrate Judge Dinsmore extended the case management deadlines after the hearing on the motion to compel.  The extended deadlines are found in "Third Agreed Case Management Order" (Dkt. 204) entered on February 14, 2014.

2. In "Scheduling Order" (Dkt. 168), the Court set this case for a final pretrial conference on January 14, 2015 at 10:00 a.m. and trial on February 9, 2015, at 9:00 a.m.  The trial needs to be reset because of the enlarged case management deadlines.

3. All parties respectfully request the Court to vacate the current trial setting and final pretrial conference and to reset the conference and trial to a later date convenient to the Court.

Date:  March 17, 2014         Respectfully submitted,

/s Frederick D. Emhardt
George M. Plews, Attorney No. 6274-49
Peter M. Racher, Attorney No. 11293-53
Frederick D. Emhardt, Attorney No. 10952-49
Jeffrey A. Townsend, Attorney No. 14082-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN  46202
Telephone: (317) 637-0700
Fax: (317) 637-0710
Email: gplews@psrb.com
       pracher@psrb.com
       femhardt@psrb.com
       jtownsend@psrb.com

        Robert D. Cheesebourough
        Matthew D. Boruta
        CHEESEBOUROUGH & BORUTA
        543 East Market Street
        Indianapolis, Indiana 46204
        Telephone: 317.637.7000
        Fax: 317.638.2707
        Email: rdc@home-saver.org
             boruta17@hotmail.com

        *Counsel for Plaintiffs*


        */s James W. Riley, Jr.*
        James W. Riley, Jr. Attorney No. 6073-49
        RILEY BENNETT & EGLOFF LLP
        141 East Washington Street, Fourth Floor
        Indianapolis, IN 46204
        Telephone: (317) 636-8000
        Fax: (317) 636-8027
        Email: jriley@rbelaw.com

        James A. Rolfes (pro hac vice)
        David A. Maas (pro hac vice)
        Michael L. DeMarino (pro hac vice)
        REED SMITH LLP
        10 South Wacker Drive, 40th Floor
        Chicago, IL 60606-7507
        Telephone: (312) 207-2000

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March 2014, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

*/s Frederick D. Emhardt*