IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SHERMAN CAPITAL LLC;<br>MEETING STREET PARTNERS II INC.;<br>SHERMAN FINANCIAL GROUP LLC;<br>SHERMAN CAPITAL MARKETS LLC;<br>LVNV FUNDING LLC;<br>RESURGENT CAPITAL SERVICES LP;<br>SHERMAN ORIGINATOR LLC;<br>SHERMAN ORIGINATOR III, LLC;<br>SHERMAN ACQUISITION, LLC;<br>BENJAMIN W. NAVARRO;<br>LESLIE G. GUTIERREZ;<br>SCOTT E. SILVER;<br>KEVIN P. BRANIGAN;<br>ROBERT A. RODERICK;<br>KENNETH KENDALL;<br>AND JOHN DOES1-50<br><br>    Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

**ORDER GRANTING JOINT MOTION**
**TO CONTINUE TRIAL AND FINAL PRETRIAL CONFERENCE**

The Parties have filed their "Joint Motion to Continue Trial and Final Pretrial Conference." And the Court, for good cause shown, continues the final pretrial conference and trial and resets them as follows: (a) the final pretrial

conference is set for _____, 2015, at \_\_\_ \_\_m.; (b) trial is set for \_\_\_\_\_

_____, 2015, at \_\_\_ \_\_m.

  All of which is ordered this \_\_\_ day of March, 2014.


                _____
                Judge, United States District Court
                Southern District of Indiana


Copies to:

All Counsel of Record