IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, Individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETT KENDALL; and JOHN DOES 1-50,<br><br>  Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

**ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO STAY**

This cause has come before the Court upon Defendants' Emergency Motion to Stay. The Court being duly advised, now GRANTS said Motion.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the compelled production of Defendants' financial statements and income tax returns shall be stayed until the Court can consider and rule upon Defendants' Objection and/or Motion for Reconsideration of Magistrate's Order or in the Alternative to Stay.

2

Dated:_____

                                              Judge, United States District Court
                                              Southern District of Indiana

Distribution to:
All Electronically Registered Counsel