IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:12-cv-1654-TWP-MJD CLASS ACTION |
| SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETH KENDALL; AND JOHN DOES1-50 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING JOINT MOTION**
**TO CONTINUE TRIAL AND FINAL PRETRIAL CONFERENCE**

The Parties have filed their "Joint Motion to Continue Trial and Final Pretrial Conference." And the Court, for good cause shown, continues the final pretrial conference and trial and resets them as follows: (a) the final pretrial

conference is set for June 17, 2015, at 10:00 a.m. in Room 330; (b) trial by jury is set to commence on July 13, 2015 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana.

Date: 03/18/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

➢ Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.