UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, ) | |
| LUCINDA COX, ) | |
| STEPHANIE SNYDER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| SHERMAN CAPITAL LLC, ) | |
| MEETING STREET PARTNERS II INC., ) | |
| SHERMAN FINANCIAL GROUP LLC, ) | |
| SHERMAN CAPITAL MARKETS LLC, ) | |
| LVNV FUNDING LLC, ) | |
| RESURGENT CAPITAL SERVICES LP, ) | No. 1:12-cv-01654-TWP-MJD |
| SHERMAN ORIGINATOR III LLC, ) | |
| SHERMAN ACQUISITION LLC, ) | |
| BENJAMIN W. NAVARRO, ) | |
| LESLIE G. GUTIERREZ, ) | |
| SCOTT E. SILVER, ) | |
| KEVIN P. BRANIGAN, ) | |
| ROBERT A. RODERICK, ) | |
| KENNETT KENDALL, ) | |
| JOHN DOES 1-50, ) | |
| SHERMAN ORIGINATOR LLC, ) | |
| ) | |
| Defendants. ) | |

**MINUTE ENTRY FOR MARCH 17, 2014**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. The parties report they are working on an agreement, whereby instead of producing bankruptcy forms, as ordered by the court, Defendants would produce an EXCEL spreadsheet containing the same information. A discussion was further held regarding Defendant's motion to stay and what was expected to be

produced.  The parties further discussed Defendants' pending motions at Dkt. 211, 212, and 215, to which Plaintiffs indicated they did not plan to object.

This matter is scheduled for a telephonic status conference on **Monday, May 5, 2014 at 1:00 p.m.** to discuss case status.  Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:   03/18/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.