IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX,<br>and STEPHANIE SNYDER,<br>individually and on behalf of<br>others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>SHERMAN CAPITAL LLC;<br>MEETING STREET PARTNERS II INC.;<br>SHERMAN FINANCIAL GROUP LLC;<br>SHERMAN CAPITAL MARKETS LLC;<br>LVNV FUNDING LLC;<br>RESURGENT CAPITAL SERVICES LP;<br>SHERMAN ORIGINATOR LLC;<br>SHERMAN ORIGINATOR III, LLC;<br>SHERMAN ACQUISITION, LLC;<br>BENJAMIN W. NAVARRO;<br>LESLIE G. GUTIERREZ;<br>SCOTT E. SILVER;<br>KEVIN P. BRANIGAN;<br>ROBERT A. RODERICK;<br>KENNETH KENDALL;<br>AND JOHN DOES1-50<br><br>        Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

**MOTION FOR LEAVE TO FILE MATERIAL UNDER SEAL PURSUANT TO
STIPULATED PROTECTIVE ORDER [DKT. 73]**

Plaintiffs Andrew Cox, Lucinda Cox, and Stephanie Snyder, individually and

on behalf of others similarly situated, pursuant to the Stipulated Protective Order

[Dkt. 73], respectfully request leave to file under seal Plaintiffs' Response to

Defendants' Emergency Motion for Stay.

1. Contemporaneous with this motion, plaintiffs file Plaintiffs' Response to Defendants' Emergency Motion for Stay.

2. Plaintiffs' Response to Defendants' Emergency Motion for Stay contains information that has been designated as "Confidential" by defendants or filed under seal. For this reason, plaintiffs move to file this response under seal.

3. On July 3, 2013, this Court entered its "Order Regarding Agreed Motion for Leave to File Under Seal [Dkt. 92]" [Dkt. 119]. There, the Court set forth a mechanism permitting plaintiffs to file documents under seal designated as "Confidential" by defendants. Defendants were then given seven days to file a motion pursuant to Fed. R. Civ. P. 26(c) to seal any specific portions of the response submitted by plaintiffs that defendants believe should be maintained by the Court under seal.

WHEREFORE, plaintiffs respectfully request leave to file under seal Plaintiffs' Response to Defendants' Emergency Motion for Stay.

                                  Respectfully submitted

                                  *s/ Jeffrey A. Townsend*
                                  *Attorney for Plaintiffs Andrew Cox, Lucinda Cox, and Stephanie Snyder, individually and on behalf of others similarly situated*

George M. Plews, Attorney No. 6274-49
Peter M. Racher, Attorney No. 11293-53
Frederick D. Emhart, Attorney No. 10952-49
Jeffrey A. Townsend, Attorney No. 14082-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN  46202

2

Telephone: (317) 637-0700
Facsimile: (317) 637-0710
Email: gplews@psrb.com
       pracher@psrb.com
       femhardt@psrb.com
       jtownsend@psrb.com

Robert D. Cheesebourough
Matthew D. Boruta
CHEESEBOUROUGH & BORUTA, L.P.A.
543 E. Market Street
Indianapolis, IN 46204
Telephone: (317) 708-3925
Facsimile: (317) 638-2707
Email: rdc@home-saver.org
       boruta17@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March 2014, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

*s/ Jeffrey A. Townsend*