IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, )<br>and STEPHANIE SNYDER, )<br>individually and on behalf of )<br>others similarly situated, )<br>        Plaintiffs, )<br>)<br>  v. )<br>)<br>SHERMAN CAPITAL LLC; )<br>MEETING STREET PARTNERS II INC.; )<br>SHERMAN FINANCIAL GROUP LLC; )<br>SHERMAN CAPITAL MARKETS LLC; )<br>LVNV FUNDING LLC; )<br>RESURGENT CAPITAL SERVICES LP; )<br>SHERMAN ORIGINATOR LLC; )<br>SHERMAN ORIGINATOR III, LLC; )<br>SHERMAN ACQUISITION, LLC; )<br>BENJAMIN W. NAVARRO; )<br>LESLIE G. GUTIERREZ; )<br>SCOTT E. SILVER; )<br>KEVIN P. BRANIGAN; )<br>ROBERT A. RODERICK; )<br>KENNETH KENDALL; )<br>AND JOHN DOES1-50 )<br>        Defendants. ) | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

**PROPOSED ORDER ON MOTION FOR LEAVE TO FILE
MATERIAL UNDER SEAL PURSUANT TO
STIPULATED PROTECTIVE ORDER [DKT. 73]**

This matter comes before the Court on Plaintiffs' Motion for Leave to File

Material Under Seal Pursuant to Stipulated Protective Order [Dkt. 73], seeking

leave to file under seal Plaintiffs' Response to Defendants' Emergency Motion for

Stay.  It is ordered that:

1. Plaintiffs may file Plaintiffs' Response to Defendants' Emergency Motion for Stay containing information designated as Confidential by Defendants, under seal.

2. Within seven days, Defendants shall file a motion pursuant to Fed. R. Civ. P. 26(c) to seal any specific portions of Plaintiffs' Response to Defendants' Emergency Motion for Stay that Defendants believe should be maintained by the Court under seal. Such motion shall cite to and comply with the relevant Rules and case law governing such motions. Contemporaneous with that motion to seal, Defendants shall file a motion to unseal any portions of Plaintiffs' submission that Defendants do not believe should be maintained under seal, along with copies of Plaintiffs' response and any exhibits subject to Defendants' motion to seal, from which only the information Defendants seek to maintain under seal should be redacted, which redacted copies shall not be filed under seal.

3. Failure by Defendants to timely file the motions to seal required by this order shall result in the unsealing of the related documents.

Dated: _____

Magistrate Judge Mark J. Dinsmore
United States Magistrate Judge
Southern District Of Indiana

Distribution:
All Electronically Registered Counsel