IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, )<br>and STEPHANIE SNYDER, )<br>individually and on behalf of )<br>others similarly situated, )<br>)<br>        Plaintiffs, )<br>)<br> v. )<br>)<br>SHERMAN CAPITAL LLC; )<br>MEETING STREET PARTNERS II INC.; )<br>SHERMAN FINANCIAL GROUP LLC; )<br>SHERMAN CAPITAL MARKETS LLC; )<br>LVNV FUNDING LLC; )<br>RESURGENT CAPITAL SERVICES LP; )<br>SHERMAN ORIGINATOR LLC; )<br>SHERMAN ORIGINATOR III, LLC; )<br>SHERMAN ACQUISITION, LLC; )<br>BENJAMIN W. NAVARRO; )<br>LESLIE G. GUTIERREZ; )<br>SCOTT E. SILVER; )<br>KEVIN P. BRANIGAN; )<br>ROBERT A. RODERICK; )<br>KENNETH KENDALL; )<br>AND JOHN DOES1-50 )<br>)<br>        Defendants. ) | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

**SEALED DOCUMENT COVER SHEET**

SEALED – SUBJECT TO STIPULATED PROTECTIVE ORDER
DATED MAY 17, 2013 [DKT. 73]

SEALED
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR
RECONSIDERATION OF THE MAGISTRATE'S ORDER, OR IN THE
ALTERNATIVE TO STAY [DKT. 218] AND
DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S ORDER ON
PLAINTIFFS' MOTION TO COMPEL [DKT. 216]

Respectfully submitted

s/ Jeffrey A. Townsend

George M. Plews, Attorney No. 6274-49
Peter M. Racher, Attorney No. 11293-53
Frederick D. Emhart, Attorney No. 10952-49
Jeffrey A. Townsend, Attorney No. 14082-49
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, IN  46202
Telephone: (317) 637-0700
Facsimile: (317) 637-0710
Email: gplews@psrb.com
       pracher@psrb.com
       femhardt@psrb.com
       jtownsend@psrb.com

Robert D. Cheesebourough
Matthew D. Boruta
CHEESEBOUROUGH & BORUTA, L.P.A.
543 E. Market Street
Indianapolis, IN 46204
Telephone: (317) 708-3925
Facsimile: (317) 638-2707
Email: rdc@home-saver.org
       ruaneagle@aol.com
       boruta17@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March 2014, a copy of the foregoing was served on opposing counsel via first class U.S. Mail, postage pre-paid pursuant Fed. R. Civ. P. 5.

s/ Jeffrey A. Townsend