IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |
| SHERMAN CAPITAL LLC;<br>MEETING STREET PARTNERS II INC.;<br>SHERMAN FINANCIAL GROUP LLC;<br>SHERMAN CAPITAL MARKETS LLC;<br>LVNV FUNDING LLC;<br>RESURGENT CAPITAL SERVICES LP;<br>SHERMAN ORIGINATOR LLC;<br>SHERMAN ORIGINATOR III, LLC;<br>SHERMAN ACQUISITION, LLC;<br>BENJAMIN W. NAVARRO;<br>LESLIE G. GUTIERREZ;<br>SCOTT E. SILVER;<br>KEVIN P. BRANIGAN;<br>ROBERT A. RODERICK;<br>KENNETH KENDALL;<br>AND JOHN DOES1-50 | ) | |
| Defendants. | ) | |

**SEALED DOCUMENT COVER SHEET**

SEALED – SUBJECT TO STIPULATED PROTECTIVE ORDER
DATED MAY 17, 2013 [DKT. 73]

SEALED
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION OF THE MAGISTRATE'S ORDER, OR IN THE ALTERNATIVE TO STAY [DKT. 218] AND
DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S ORDER ON PLAINTIFFS' MOTION TO COMPEL [DKT. 216]

Respectfully submitted

*s/ Jeffrey A. Townsend*

George M. Plews, Attorney No. 6274-49
Peter M. Racher, Attorney No. 11293-53
Frederick D. Emhart, Attorney No. 10952-49
Jeffrey A. Townsend, Attorney No. 14082-49
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, IN 46202
Telephone: (317) 637-0700
Facsimile: (317) 637-0710
Email: gplews@psrb.com
pracher@psrb.com
femhardt@psrb.com
jtownsend@psrb.com

Robert D. Cheesebourough
Matthew D. Boruta
CHEESEBOUROUGH & BORUTA, L.P.A.
543 E. Market Street
Indianapolis, IN 46204
Telephone: (317) 708-3925
Facsimile: (317) 638-2707
Email: rdc@home-saver.org
ruaneagle@aol.com
boruta17@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March 2014, a copy of the foregoing was served on opposing counsel via first class U.S. Mail, postage pre-paid pursuant Fed. R. Civ. P. 5.

*s/ Jeffrey A. Townsend*