IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>SHERMAN CAPITAL LLC;<br>MEETING STREET PARTNERS II INC.;<br>SHERMAN FINANCIAL GROUP LLC;<br>SHERMAN CAPITAL MARKETS LLC;<br>LVNV FUNDING LLC;<br>RESURGENT CAPITAL SERVICES LP;<br>SHERMAN ORIGINATOR LLC;<br>SHERMAN ORIGINATOR III, LLC;<br>SHERMAN ACQUISITION, LLC;<br>BENJAMIN W. NAVARRO;<br>LESLIE G. GUTIERREZ;<br>SCOTT E. SILVER;<br>KEVIN P. BRANIGAN;<br>ROBERT A. RODERICK;<br>KENNETH KENDALL;<br>AND JOHN DOES1-50<br><br>        Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

<u>SEALED DOCUMENT COVER SHEET</u>

SEALED – SUBJECT TO STIPULATED PROTECTIVE ORDER
DATED MAY 17, 2013 [DKT. 73]

SEALED EXHIBIT A TO
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR
RECONSIDERATION OF THE MAGISTRATE'S ORDER, OR IN THE
ALTERNATIVE TO STAY [DKT. 218] AND
DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S ORDER ON
PLAINTIFFS' MOTION TO COMPEL [DKT. 216]

                Respectfully submitted

                *s/ Jeffrey A. Townsend*
                *Attorney for Plaintiffs Andrew Cox, Lucinda Cox, and Stephanie Snyder, individually and on behalf of others similarly situated*

George M. Plews, Attorney No. 6274-49
Peter M. Racher, Attorney No. 11293-53
Frederick D. Emhart, Attorney No. 10952-49
Jeffrey A. Townsend, Attorney No. 14082-49
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, IN 46202
Telephone: (317) 637-0700
Facsimile: (317) 637-0710
Email: gplews@psrb.com
       pracher@psrb.com
       femhardt@psrb.com
       jtownsend@psrb.com

Robert D. Cheesebourough
Matthew D. Boruta
CHEESEBOUROUGH & BORUTA, L.P.A.
543 E. Market Street
Indianapolis, IN 46204
Telephone: (317) 708-3925
Facsimile: (317) 638-2707
Email: rdc@home-saver.org
       ruaneagle@aol.com
       boruta17@hotmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of March 2014, a copy of the foregoing was served on opposing counsel via first class U.S. Mail, postage pre-paid pursuant Fed. R. Civ. P. 5.

                *s/ Jeffrey A. Townsend*