# Exhibit A

# In The Matter Of:

*Andrew Cox, Lucinda Cox and Stephanie Snyder v.*
*Sherman Capital, LLC, et al.*

*Robert A. Roderick, Volume II*
*June 19, 2013*
*Confidential*

**Stewart**

www.StewartRichardson.com

Page 53

1  A. I'm not. I'm not aware of that.
2  Q. Do you have an ownership interest in
3  Sherman Capital Markets?
4  A. Not that I'm aware of, no.
5  Q. Are you employed by Sherman Capital
6  Markets?
7  A. Yes.
8  Q. Are you a member of Sherman Capital
9  Markets, LLC?
10 A. Not to my knowledge.
11 Q. Do you know whether Sherman Capital
12 Markets is owned by an entity?
13 A. I'm not familiar with the legal
14 structure of that entity.
15 Q. Well, what about the business structure
16 of the entity?
17    I'm not speaking legally, I guess.
18 It's a word that is a little bit confusing, so move
19 that term "legal" out of your language. I just
20 want to know if you're aware of who might own this
21 company.
22    MR. DeMARINO: Objection. Asked and
23 answered. You can answer it.
24 A. I'm not aware of its ownership
25 structure, no.

Page 54

1  Q. You're not aware of anyone that might
2  have any ownership interest in it whatsoever?
3     MR. DeMARINO: Objection. Asked and
4  answered.
5  Q. (Continued) Is that correct?
6  A. That's correct.
7  Q. Do you have any ownership interest in
8  Sherman Capital, LLC?
9  A. Not to my knowledge, no.
10 Q. Are you a member of Sherman Capital,
11 LLC?
12 A. No.
13 Q. Do you have any ownership interest in
14 any entity that owns Sherman Capital, LLC?
15 A. Not to my knowledge. I'm not sure who
16 owns Sherman Capital, LLC.
17 Q. Does Sherman Capital, LLC have any
18 employees?
19 A. I don't know.
20 Q. Do you know where their offices are
21 located at Sherman Capital, LLC?
22 A. No, I don't.
23 Q. Have you ever known Sherman Capital,
24 LLC to have a business location?
25 A. No. I'm honestly not familiar with the

Page 55

1  entity.
2  Q. Okay. Thank you.
3     Do you own any stock in Sherman
4  Capital, LLC?
5  A. No.
6  Q. Do you own any stock in Alegis?
7  A. Do you mean Alegis Group, LLC?
8  Q. Yes, sir.
9  A. No.
10 Q. Do you own any stock in Sherman
11 Financial Group?
12 A. No.
13    MR. DeMARINO: Objection.
14 A. (Continued) I don't believe the
15 ownership contains stock.
16 Q. That's fine.
17    MR. DeMARINO: Objection. That was,
18 I think, asked and answered before when we
19 established ownership interest in that entity.
20 Q. (Continued) You stated in the prior
21 deposition that you were a director of Sherman
22 Capital Markets, LLC.
23    As director do you have any contact
24 with Moody's Investor Services?
25 A. No.

Page 56

1  Q. As a director do you receive a
2  paycheck?
3     MR. DeMARINO: As director of what?
4  Q. (Continued) As a director of Sherman
5  Capital Markets do you receive a paycheck from
6  Sherman Capital Markets, LLC?
7  A. Yes.
8  Q. Do you receive any other forms of
9  compensation from any of the other defendants in
10 this case? I won't enumerate them again.
11    MR. DeMARINO: Objection to form. You
12 can answer.
13    (The court reporter read the pending
14 question.)
15 Q. (Continued) I did ask the question.
16 You can answer.
17 A. No.
18 Q. As chief executive officer of Alegis
19 were you responsible for the management of
20 Resurgent Capital Services, LP?
21    MR. DeMARINO: Objection; foundation.
22 You can answer that, Mr. Roderick.
23 A. I guess I want to clarify the question
24 because I don't believe I ever was the chief
25 executive of Alegis Group, LLC.

```
                                        Page 73
 1              I N D E X
                                  Page    Line
 2
 3   EXAMINATION
         By Mr. Cheesebourough    3       8
 4
 5   Certificate of Reporter      44      1
 6
 7
 8
 9
10          (NO INFORMATION REQUESTED.)
11
            (NO EXHIBITS PROFFERED.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```