## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, Individually and on behalf of others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:12-cv-1654-TWP-MJD CLASS ACTION |
| SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETT KENDALL; and JOHN DOES 1-50, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING D DEFENDANTS' MOTION TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL  REGARDING WRITTEN DISCOVERY

This cause has come before the Court upon Defendants' Motion to Seal Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Regarding Written Discovery.  The Court being duly advised, now GRANTS said Motion.

IT IS THEREFORE ORDERED that Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Regarding Written Discovery [Dkt 189] be maintained under seal.  Within seven days of the

- 2 -

date of this order, Defendants shall file a public version of Dkt. 189 from which only confidential

information has been redacted.  The redactions at Dkt. 212-1 are overbroad.  Proper redactions

would be limited to deposition answers and then only to the portions of the response that actually

discloses confidential information.

Dated:          04/02/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution to:

All electronically registered counsel