# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, Individually and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETT KENDALL; and JOHN DOES 1-50,<br><br>   Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION<br><br><br><br><br><br><br><br><br><br>_____<br>Mark J. Dinsmore<br>United States Magistrate Judge<br>Southern District of Indiana |

**DEFENDANTS' MOTION FOR LEAVE TO FILE MATERIAL UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER [DKT. 73]**

Defendants' motion is **GRANTED IN PART** and **DENIED IN PART**. Dkt. Nos. 216, 216-7, 219, and 219-7 contain only generalized information that does not meet the standard to justify those documents being sealed from public view. Accordingly, the Court **DENIES** Defendants' motion with regard to Dkt. Nos. 216, 216-7, 219, and 219-7 and orders those documents to be **UNSEALED**.

The Court **GRANTS** Defendants' motion with regard to Dkt. Nos. 216-1 through 216-6 and 219-1 through 219-6 and those documents shall be maintained under seal. Within seven days from the date of this order, Defendants shall file public versions of Dkt. Nos. 216-1 through 216-6 and 219-1 through 219-6 from which **only** confidential information has been redacted. Defendants are directed to limit any redaction to specific names, words or phrases that disclose confidential information. Overredaction by Defendants may lead to reconsideration by the Court of its order placing these documents under seal. Dated: April 2, 2014