IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SHERMAN CAPITAL LLC; <br> MEETING STREET PARTNERS II INC.; <br> SHERMAN FINANCIAL GROUP LLC; <br> SHERMAN CAPITAL MARKETS LLC; <br> LVNV FUNDING LLC; <br> RESURGENT CAPITAL SERVICES LP; <br> SHERMAN ORIGINATOR LLC; <br> SHERMAN ORIGINATOR III, LLC; <br> SHERMAN ACQUISITION, LLC; <br> BENJAMIN W. NAVARRO; <br> LESLIE G. GUTIERREZ; <br> SCOTT E. SILVER; <br> KEVIN P. BRANIGAN; <br> ROBERT A. RODERICK; <br> KENNETH KENDALL; <br> AND JOHN DOES1-50 <br><br> Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD <br> CLASS ACTION |

**Plaintiffs' motion is DENIED. Dkt. Nos. 230 and 230-1 contain only generalized information that does not meet the standard to justify those documents being sealed from public view. Accordingly, the Court DENIES Plaintiffs' motion and orders Dkt. Nos. 230 and 230-1 to be UNSEALED.**

Dated: April 2, 2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

**MOTION FOR LEAVE TO FILE MATERIAL UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER [DKT. 73]**

Plaintiffs Andrew Cox, Lucinda Cox, and Stephanie Snyder, individually and on behalf of others similarly situated, pursuant to the Stipulated Protective Order [Dkt. 73], respectfully request leave to file under seal Plaintiffs' Response to Defendants' Emergency Motion for Stay.