IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETH KENDALL; AND JOHN DOES 1-50 <br><br> Defendants. | _/s/ Mark J. Dinsmore_ <br> Mark J. Dinsmore <br> United States Magistrate Judge <br> Southern District of Indiana <br><br> Civil Action No. 1:12-cv-1654-TWP-MJD <br> CLASS ACTION <br><br> Plaintiffs' motion is **GRANTED IN PART** and **DENIED IN PART**. Dkt. No. 233 contains no information that meets the standard to justify that document being sealed from public view. Accordingly, the Court **DENIES** Defendants' motion with regard to Dkt. No. 233 and orders that document to be **UNSEALED**. <br><br> The Court **GRANTS** Plaintiffs' motion with regard to Dkt. No. 233-1 and that document shall be maintained under seal. Within seven days from the date of this order, Defendants shall file a public version of Dkt. No. 233-1 from which **only** confidential information has been redacted. Defendants are directed to limit any redaction to specific names, words or phrases that actually disclose confidential information. Overredaction by Defendants may lead to reconsideration by the Court of its order placing this document under seal. <br> Dated: April 2, 2014 |

**MOTION FOR LEAVE TO FILE MATERIAL UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER [DKT. 73]**

Plaintiffs Andrew Cox, Lucinda Cox, and Stephanie Snyder, individually and

on behalf of others similarly situated, pursuant to the Stipulated Protective Order

[Dkt. 73], respectfully request leave to file under seal Plaintiffs' Opposition to

Defendants' Motion for Reconsideration of the Magistrate's Order, or in the