IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SHERMAN CAPITAL LLC; <br> MEETING STREET PARTNERS II INC.; <br> SHERMAN FINANCIAL GROUP LLC; <br> SHERMAN CAPITAL MARKETS LLC; <br> LVNV FUNDING LLC; <br> RESURGENT CAPITAL SERVICES LP; <br> SHERMAN ORIGINATOR LLC; <br> SHERMAN ORIGINATOR III, LLC; <br> SHERMAN ACQUISITION, LLC; <br> BENJAMIN W. NAVARRO; <br> LESLIE G. GUTIERREZ; <br> SCOTT E. SILVER; <br> KEVIN P. BRANIGAN; <br> ROBERT A. RODERICK; <br> KENNETH KENDALL; <br> AND JOHN DOES 1-50 <br><br> Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD <br> CLASS ACTION |

> Plaintiffs' motion is **DENIED**. Dkt. Nos. 234 and 234-1 contain only generalized information that does not meet the standard to justify those documents being sealed from public view. Accordingly, the Court **DENIES** Defendants' motion and orders Dkt. Nos. 234 and 234-1 to be **UNSEALED**.
> Dated: April 2, 2014
>
> _/s/ Mark J. Dinsmore_
> Mark J. Dinsmore
> United States Magistrate Judge
> Southern District of Indiana

**MOTION FOR LEAVE TO FILE MATERIAL UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER [DKT. 73]**

Plaintiffs Andrew Cox, Lucinda Cox, and Stephanie Snyder, individually and on behalf of others similarly situated, pursuant to the Stipulated Protective Order [Dkt. 73], respectfully request leave to file under seal Exhibit A to Plaintiffs' Opposition to Defendants' Motion for Reconsideration of the Magistrate's Order, or