IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, Individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETT KENDALL; and JOHN DOES 1-50,<br><br>    Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

This cause has come before the Court upon Defendants' Motion to Withdraw Appearance of Counsel. The Court being duly advised, now GRANTS said Motion.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the Appearance of Gary S. Caplan as counsel for Defendants is hereby withdrawn.

Dated: 04/02/2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

{00770070- }

Copies to:

James W. Riley, Jr., Riley Bennett & Egloff, LLP, jriley@rbelaw.com
Michael L. DeMarino, ReedSmith LLP, MDeMarino@reedsmith.com
David A. Maas, ReedSmith LLP, dmaas@reedsmith.com
James A. Rolfes, ReedSmith LLP, jrolfes@reedsmith.com
Thomas L. Allen, ReedSmith LLP, tallen@reedsmith.com
Matthew D. Boruta, Cheesebourough & Boruta, boruta17@hotmail.com
Robert D. Cheesebourough, Cheesebourough & Boruta, rdc@home-saver.org
Jeffrey A. Townsend, Plews Shadley Racher & Braun, LLP, jtownsend@psrb.com
George M. Plews, Plews Shadley Racher & Braun, LLP, gplews@psrb.com
Frederick D. Emhardt, Plews Shadley Racher & Braun, LLP, femhardt@psrb.com
Peter M. Racher, Plews Shadley Racher & Braun, LLP, pracher@psrb.com