# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, Individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETT KENDALL; and JOHN DOES 1-50,<br><br>  Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

## ORDER GRANTING DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL EXHIBITS W, X, AND Y TO PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL REGARDING WRITTEN DISCOVERY

This cause has come before the Court upon Defendants' Motion to Maintain Under Seal Exhibits W, X, and Y to Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Regarding Written Discovery. The Court being duly advised, now GRANTS said Motion.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Exhibits W, X, and Y [Dkts. 191, 192 & 193] to Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Regarding Written Discovery be maintained under seal.

- 2 -

Unless they have already done so, within seven days of the date of this order, Defendants shall file unsealed versions of Dkts. 191, 192 & 193 from which only confidential information has been redacted.

Dated:     04/02/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution to:

All electronically registered counsel