IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SHERMAN CAPITAL LLC, *et al.*,<br><br>    Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

## SEALED COVER SHEET

Please take notice that, pursuant to the pending Motion to File Material Under Seal, Defendants seek permission to file under seal the below listed material.

Reply in Support of Defendants' Motion to Stay Magistrate's Order or in the Alternative for Reconsideration.

    Exhibit N – Defendant LVNV's amended objection and response to Interrogatory Number 11

    Exhibit O – Collection of Entity Defendants' Amended Objections and Responses to Interrogatory Numbers

    Exhibit P – Excerpts of the Deposition Abstract of Kevin P. Branigan (taken 5/17/13)

    Exhibit Q – Excerpts of the Deposition Abstract of Kevin P. Branigan, Volume II (taken 6/21/13)

    Exhibit R – Excerpts of the Deposition Abstract of Benjamin W. Navarro (taken 6/21/13)

    Exhibit S – Excerpts of the Deposition Abstract of Leslie G. Gutierrez (taken 6/20/13)

    Exhibit T – Excerpts of the Deposition Abstract of Kennett R. Kendall, III (taken 6/20/13)

    Exhibit U – Excerpts of the Deposition Abstract of Robert A. Roderick, Volume II (taken 6/19/13)

Exhibit V – Defendant LVNV Funding LLC's Amended Objections and Responses to Plaintiffs' First Request for Production of Documents

Exhibit W – Defendant Resurgent Capital Services LP's Amended Objections and Responses to Plaintiffs' First Request for Production of Documents

Exhibit X – Defendant Sherman Financial Group LLC's Amended Objections and Responses to Plaintiffs' First Set of Request for Production of Documents

Defendants electronically filed the above documents under seal on April 7, 2014.  As required by Local Rule 5-11, opposing counsel has been served other than through the Court's ECF system.

Dated:  April 7, 2014              Respectfully submitted,

                                   s/ James A. Rolfes

| Thomas Allen *pro hac vice* | James A. Rolfes *pro hac vice* | James W. Riley, Jr. |
| REED SMITH LLP | jrolfes@reedsmith.com | Atty. No. 6073-49 |
| 225 Fifth Avenue | Michael DeMarino *pro hac vice* | RILEY BENNETT & |
| Pittsburgh, PA 15222 | mdemarino@reedsmith.com | EGLOFF LLP |
| (412) 288-3131 | David A. Maas *pro hac vice* | 141 East Washington Street |
| (412) 288-3086 (Facsimile) | dmaas@reedsmith.com | Fourth Floor |
| tallen@reedsmith.com | REED SMITH LLP | Indianapolis, IN  46204 |
| | 10 South Wacker Drive |  (317) 636-8000 |
| | Chicago, IL  60606-7507 |  (317) 636-8027 (Facsimile) |
| | (312) 207-1000 | jriley@rbelaw.com |
| | (312) 207-6400 (Facsimile) | |

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2014 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing to all counsel of record.

/s/ *James A. Rolfes*