**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:12-cv-1654-TWP-MJD CLASS ACTION |
| v. | ) ) | |
| SHERMAN CAPITAL LLC, *et al.*, | ) ) | |
| Defendants. | | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE MATERIAL UNDER SEAL**
**PURSUANT TO STIPULATED PROTECTIVE ORDER [DKT. 73]**

Defendants, by their counsel and pursuant to the Stipulated Protective Order [Dkt. 73], respectfully request leave to file under seal (i) portions of the Reply In Support Of Defendants' Motion To Stay Magistrate's Order Or In The Alternative For Reconsideration; (ii) portions of Exhibits N, O,P, V, W, and Y; and (iii) all of Exhibits Q, R, S, T, U, to the same.

1.      Contemporaneous with this motion, Defendants are filing their Reply in Support of Defendants Motion for Reconsideration or in the Alternative to Stay the Magistrate's Order [Dkt. 218] ("Reply Memorandum").

2.      The Reply Memorandum that discusses relevant law and facts, including sensitive and confidential information related to the ownership of Entity Defendants.  In addition, Defendants' Supporting Memorandum also cites to various exhibits, including confidential responses to written discovery and excerpts of deposition testimony.

3.      In addition to confidential ownership information being discussed in the body of the Defendants' Reply Memorandum, several of the exhibits attached to and referenced in the Reply Memorandum contain highly sensitive and confidential information, including information related to ownership of the Defendant entities and financial information related to the Defendant Entities.

4.      Specifically, a portion of Exhibit N contains confidential ownership information as well as confidential management information.[1]  A portion of Exhibit O contains the disclosure of the Defendant Entities' management structure.  A portion of Exhibit P contains discussion of the management structure of one of the Entity Defendants during oral argument on objections raised at the depositions of the Individual Defendants.  Defendants file the entirety of Exhibits Q, R, S, T, and U under seal as these deposition excerpts deal exclusively with the confidential organizational and management structure of the Entity Defendants.  Portions of Exhibits V, W and X are redacted as they disclose confidential net worth information of the Entity Defendants.

5.      As indicated in Defendants' Motion to Maintain Filing Under Seal [Dkt. 180], which the Court granted [Dkt. 205], deposition testimony and information relating to the ownership of Defendant entities and affiliated entities is highly confidential information because the Defendant entities are privately owned companies, and details concerning the ownership of such entities is not publicly available information and has been protected by the Defendants. Moreover, such testimony and information sets forth the ownership structure of the Defendant

---

[1] Defendants have blackened out the confidential information in the unsealed filing of Exhibit N.  It has similarly blackened our the confidential information in the other Exhibits in which it seeks to file only a portion of such Exhibits under seal.  Defendants have additionally shown as "REDACTED" those portions of the Exhibits that are not referred to or part of the evidence presented in the Reply Memorandum.

entities, which itself is highly proprietary and is not necessary to inform the public as to the issues in this action.

6.      Likewise, as privately held companies, the Entity Defendants' net worth information is highly sensitive and confidential.  The Entity Defendants, as privately held companies, keep such information confidential and do not disclose it to the public.

WHEREFORE, Defendants respectfully request leave to file under seal portions of the Reply In Support Of Defendants' Motion To Stay Magistrate's Order Or In The Alternative For Reconsideration; (ii) portions of Exhibits N, O,P, V, W, and Y; and (iii) all of Exhibits Q, R, S, T, U, to the same.

Dated:  April 7, 2014                                    Respectfully submitted,


                                                        /s/        James A. Rolfes



| | | |
|---|---|---|
| Thomas Allen *pro hac vice* | James A. Rolfes  *pro hac vice* | James W. Riley, Jr. |
| REED SMITH LLP | jrolfes@reedsmith.com | Atty. No. 6073-49 |
| 225 Fifth Avenue | Michael DeMarino *pro hac vice* | RILEY BENNETT & |
| Pittsburgh, PA 15222 | mdemarino@reedsmith.com | EGLOFF LLP |
| (412) 288-3131 | David A. Maas *pro hac vice* | 141 East Washington Street |
| (412) 288-3086 (Facsimile) | dmaas@reedsmith.com | Fourth Floor |
| tallen@reedsmith.com | REED SMITH LLP | Indianapolis, IN  46204 |
| | 10 South Wacker Drive | (317) 636-8000 |
| | Chicago, IL  60606-7507 | (317) 636-8027 (Facsimile) |
| | (312) 207-1000 | jriley@rbelaw.com |
| | (312) 207-6400 (Facsimile) | |

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2014 a copy of the foregoing document was filed

electronically.  Notice of this filing will be sent by operation of the Court's electronic filing to all

counsel of record.

/s/ James A.Rolfes