# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, ) ) ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 1:12-cv-1654-TWP-MJD ) CLASS ACTION |
| v. ) ) | |
| SHERMAN CAPITAL LLC, et al., ) ) | |
| Defendants. ) | |

### DEFENDANT LVNV FUNDING LLC'S
### AMENDED OBJECTIONS AND RESPONSES TO
### PLAINTIFFS' FIRST SET OF INTERROGATORIES

Defendant LVNV Funding, LLC ("Defendant") amends its initial Objections and Responses to Plaintiffs Andrew Cox, Lucinda Cox, and Stephanie Snyder ("Plaintiffs") First Set of Interrogatories ("Interrogatories"), and responds, as follows:

### PRELIMINARY STATEMENT

Defendant's Responses to Plaintiffs' Interrogatories have been made in good faith and after diligent inquiry into the facts and information now known. Defendant is engaged in a continuing investigation into the subject matter sought by this discovery, and as such, cannot exclude the possibility that its continued investigation may at some time reveal more complete information or even information that indicates a response now supplied is incorrect. For these reasons, the information being provided in these Responses is or may be incomplete.

Information of this nature is supplied because it may lead to the discovery of admissible evidence. Without in any way obligating itself to do so, Defendant reserves the rights: (a) to make subsequent revision, supplementation or amendment to these Responses based upon any

# REDACTED

11. Is Defendant affiliated with any other (e.g., common ownership, overlapping officers or managers or common facilities or employees)? If so, describe the affiliation, identify the participants, and describe the role, duties, activities, responsibilities of each officer as it relates to each overlapping company.

ANSWER:

Defendant objects on the ground that this Interrogatory is vague and confusing insofar as it contains a typographical error and/or fails to identify what "other" refers to. Defendant further objects on the ground that this Interrogatory is vague and confusing insofar as it fails to identify which "participants" or "officers" to which it refers. Subject to and without waiving the foregoing objections, Defendant responds as follows: Defendant has produced an organizational chart showing the relationship of the various entities named as Defendants in this lawsuit to one-another. (*See* SF Group 000002.) Defendant additionally states:



CONFIDENTIAL



Defendant further refers to its Response to Interrogatory 3, above, and the responses of the other Entity Defendants to the similar interrogatories that Plaintiffs propounded to such Entity Defendant.

Defendants further states that the officers of the Entity Defendants are as follows:



CONFIDENTIAL



None of the Entity Defendants have overlapping employees or facilities.

# REDACTED