# EXHIBIT X

EXHIBIT X

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SHERMAN CAPITAL LLC, et al., <br><br> Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD <br> CLASS ACTION |

## DEFENDANT SHERMAN FINANCIAL GROUP, LLC'S AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant Sherman Financial Group, LLC ("Defendant") supplements and amends its responses to Plaintiffs Andrew Cox, Lucinda Cox, and Stephanie Snyder ("Plaintiffs") Request for Production of Documents ("Requests") as follows:

### PRELIMINARY STATEMENT

Defendant's Responses to Plaintiffs' Requests have been made in good faith and after diligent inquiry into the facts and information now known. Defendant is engaged in a continuing investigation into the subject matter sought by this discovery, and as such, cannot exclude the possibility that its continued investigation may at some time reveal more complete information or even information that indicates a response now supplied is incorrect. For these reasons, the information being provided in these Responses is or may be incomplete.

Without in any way obligating itself to do so, Defendant reserves the rights: (a) to make subsequent revision, supplementation or amendment to these Responses based upon any information, evidence, documents, facts and things which hereafter may be discovered, or the

# REDACTED

**REQUEST FOR PRODUCTION NO. 64:**

All documents demonstrating the calculation of the net worth of Sherman Financial Group, LLC.

RESPONSE TO REQUEST FOR PRODUCTION NO. 64: Defendant objects on the grounds that this request is overly broad, indefinite, and unlimited in time and scope. Defendant further objects on the ground that this request seeks information that is not relevant in that it is not reasonably calculated to lead to the discovery of admissible evidence ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Defendant further objects to this interrogatory on the grounds that it is vague and confusing in that it fails to explain what is meant by "net worth." Defendant further objects on the grounds that this request is outside the scope of the matters alleged. .

# REDACTED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ANDREW COX, LUCINDA COX, and     )
STEPHANIE SNYDER, individually and )
on behalf of others similarly situated, )
                                   )
                                   )
       Plaintiffs,                 )  Civil Action No. 1:12-cv-1654-TWP-MJD
                                   )  CLASS ACTION
       v.                          )
                                   )
SHERMAN CAPITAL LLC, et al.,       )
                                   )
       Defendants.                 )

## DEFENDANT SHERMAN CAPITAL, LLC'S AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant Sherman Capital, LLC ("Defendant") supplements and amends its responses to Plaintiffs Andrew Cox, Lucinda Cox, and Stephanie Snyder ("Plaintiffs") Request for Production of Documents ("Requests") as follows:

### PRELIMINARY STATEMENT

Defendant's Responses to Plaintiffs' Requests have been made in good faith and after diligent inquiry into the facts and information now known. Defendant is engaged in a continuing investigation into the subject matter sought by this discovery, and as such, cannot exclude the possibility that its continued investigation may at some time reveal more complete information or even information that indicates a response now supplied is incorrect. For these reasons, the information being provided in these Responses is or may be incomplete.

Without in any way obligating itself to do so, Defendant reserves the rights: (a) to make subsequent revision, supplementation or amendment to these Responses based upon any

# REDACTED

**REQUEST FOR PRODUCTION NO. 64:**

All documents demonstrating the calculation of the net worth of Sherman Capital, LLC.

<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 61</u>: Defendant objects on the grounds that this request is overly broad, indefinite, and unlimited in time and scope. Defendant further objects on the ground that this request seeks information that is not relevant in that it is not reasonably calculated to lead to the discovery of admissible evidence ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████ ████████████████████████ ████████████████████████████████ Defendant further objects to this interrogatory on the grounds that it is vague and confusing in that it fails to explain what is meant by "net worth." Defendant further objects on the grounds that this request is outside the scope of the matters alleged.

# REDACTED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHERMAN CAPITAL LLC, *et al.*,<br><br>Defendants. | ) ) ) ) ) ) ) Civil Action No. 1:12-cv-1654-TWP-MJD ) CLASS ACTION ) ) ) ) ) |

## DEFENDANT SHERMAN ORIGINATOR, LLC'S AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant Sherman Originator, LLC ("Defendant") supplements and amends its responses to Plaintiffs Andrew Cox, Lucinda Cox, and Stephanie Snyder ("Plaintiffs") Request for Production of Documents ("Requests") as follows:

### PRELIMINARY STATEMENT

Defendant's Responses to Plaintiffs' Requests have been made in good faith and after diligent inquiry into the facts and information now known. Defendant is engaged in a continuing investigation into the subject matter sought by this discovery, and as such, cannot exclude the possibility that its continued investigation may at some time reveal more complete information or even information that indicates a response now supplied is incorrect. For these reasons, the information being provided in these Responses is or may be incomplete.

Without in any way obligating itself to do so, Defendant reserves the rights: (a) to make subsequent revision, supplementation or amendment to these Responses based upon any information, evidence, documents, facts and things which hereafter may be discovered, or the

# REDACTED

**REQUEST FOR PRODUCTION NO. 57:**

All documents demonstrating the calculation of the net worth of Sherman Originator, LLC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 57:** Defendant objects on the grounds that this request is overly broad, indefinite, and unlimited in time and scope. Defendant further objects on the ground that this request seeks information that is not relevant in that it is not reasonably calculated to lead to the discovery of admissible evidence ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Defendant further objects to this interrogatory on the grounds that it is vague and confusing in that it fails to explain what is meant by "net worth." Defendant further objects on the grounds that this request is outside the scope of the matters alleged.

# REDACTED

Dated: March 24, 2014

Respectfully submitted,

s/ James A. Rolfes

- 23 -