# EXHIBIT Y

# In The Matter Of:

*Andrew Cox, Lucinda Cox and Stephanie Snyder v.*
*Sherman Capital, LLC, et al.*

---

*Kennett R. Kendall*
*May 15, 2013*

---

Min-U-Script® with Word Index

Page 29

(blank numbered lines 1–25)

Page 30

(blank numbered lines 1–25)

Page 31

(blank numbered lines 1–25)

Page 32

1 answer.
2   BY MR. BORUTA: How does Sherman Capital Markets
3 make a profit?
4   MR. DeMARINO: Objection. Don't
5 answer. That just is completely outside of the
6 scope, you guys.
7   MR. BORUTA: Well --
8   MR. DeMARINO: And if we're going to be
9 here all day --
10   MR. BORUTA: I guess what I'm saying
11 is: We're trying to establish the fact that the
12 business of this entity is buying -- one of the
13 businesses is buying defaulted credit card
14 accounts. Some of those defaulted credit card
15 accounts are in the state of Indiana.
16   MR. DeMARINO: I understand you're
17 trying to establish that. However, the scope of
18 this deposition is to establish whether or not the
19 deponent, the witness, the defendant in this case,
20 has availed himself of Indiana, his contacts with
21 Indiana, whether those contacts are sufficient to
22 give rise to general or specific jurisdiction. And
23 the relationship between the various entities, who
24 buys what, where the money goes has absolutely
25 nothing to do with that.

Page 33

1  MR. BORUTA: It does underneath the
2  civil RICO. It's the entire flow of the money and
3  who makes the profit off of an illicit event.
4      MR. DeMARINO: I'll grant you that.
5  However, the purpose of this deposition is not to
6  establish your RICO claims. You'll have RICO
7  discovery at another point. The purpose here is
8  limited to whether or not this defendant has
9  contacts with Indiana.

Page 34

Page 35

Page 36