# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>SHERMAN CAPITAL LLC, *et al.*, )<br>Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

**REDACTED EXHIBITS PER COURT'S ORDER**