# EXHIBIT F

**Gary S. Caplan**
Direct Phone: +1 312 207 6425
Email: gcaplan@reedsmith.com

10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

*Confidential – Subject To Protective Order*

January 29, 2014

<u>Via Email</u>

Robert D. Cheesebourough
Matthew D. Boruta
Cheesebourough & Boruta
543 E Market Street
Indianapolis, IN 46204

Frederick D. Emhardt
Jeffrey A. Townsend
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, IN 46202-2145

Re:   *Cox, Andrew & Lucinda; Stephanie Snyder v. Sherman Capital LLC, et al.;*
      USDC-So. Dist. of Indiana, Case No. 12-cv-1654.

Dear Counsel:

Attached please find the relevant umbrella policy for Defendants. Plaintiffs asserted in their motion to compel that Defendants had only produced two portfolio purchase agreements. As set forth in Defendants' response brief, Defendants previously produced the portfolio purchase agreements Plaintiffs requested. These purchase agreements appear at the following Bates ranges: SO 0001 – 0019; SOIII-0001 – 0388. For your convenience, we are also sending them to Mr. Townsend via email.

We are in the process of preparing supplemental responses to Plaintiffs' discovery requests related to the ownership of the entity Defendants. However, in the interest of providing that information promptly, Defendants provide the information in this letter pursuant to the protective order entered in this case:

████████████████ ) is owned by the following individuals and entities:

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████

████████████████████████████ ) is wholly owned by ████████████████████

**Confidential**

Mr. Robert Cheeseborough
Mr. Matthew Boruta
Mr. Frederick Emhardt
Mr. Jeffrey Townsend
January 29, 2014
Page 2

ReedSmith

Very truly yours,

/s Gary S. Caplan

GSC:ew

cc: James W. Riley (via email)

- 2 -

**Confidential**