# EXHIBIT J

# In The Matter Of:
*Andrew Cox, Lucinda Cox and Stephanie Snyder v.*
*Sherman Capital, LLC, et al.*

---

*Benjamin W. Navarro*
*June 21, 2013*
*Confidential*

---

Min-U-Script® with Word Index

Confidential

```
                                                              10
 1   refers to.
 2       Q.     (Continued) What is that indirect
 3   ownership interest?
 4            MR. DeMARINO: Objection to the term
 5   "indirect ownership interest." You can answer.
 6       A.     I'm actually trying to figure out
 7   exactly what you're trying to ask me, ███ ███████
     █████████████████████████████████████████████
     ██████████ if that's what you're trying to ask me.
10       Q.     Up the line of --
11       A.     ██████████████████████ ████
     █████████████████████████████████████████████
     ████████████████████████
14       Q.     And what is that entity?
15       A.     ████████████████
16       Q.     █████████, ████?
17       A.     Yes. Actually I have to change that
18   answer. That's not right. I don't recall the name
19   of it, █████████████████ ███████████████████
     ████████.
21       Q.     Well, that's fine.
22       A.     Yeah.
23       Q.     Do you have an ████████████████
24   interest in an entity that owns ████████████ ████?
25            MR. DeMARINO: Objection. Asked and
```

Confidential

```
                                                           14
 1        Q.      Do you have a ████████████████████
 2   in an entity that owns ████████████████████
 3   ██ ███?
 4        A.      No.  Ask me the next question, the
 5   ████████████████.  That would be yes.
 6        Q.      I'll just take your response.  And what
 7   is the name of that ████████████████?
 8        A.      That was the answer I gave you before.
 9   I don't recall the name of ████████ ██ ██
10   ███████ ████████ ████████████.  And I don't
11   know the name, but that's it.
12        Q.      Do you have a direct ownership interest
13   in ████████████ ███?
14        A.      ██
15        Q.      Did you ever have █ ████████████████
16   ████████ █ ████████████ ██?
17        A.      ███
18        Q.      And what is that?
19        A.      Up until about six months ago.
20        Q.      What did that ████████████████
21   consist of?
22                MR. DeMARINO:  Objection; vague,
23   confusing.
24        Q.      (Continued)  Do you understand my
25   question?
```

1   A.      Like a piece of paper or -- so no.
2   I guess I don't understand the question.
3   Q.      A member of that -- █████████████
4   ████████████████████ ████
5   A.      ████
6   Q.      Do you have an █████████████████
7   ██████████████████████████████ ███?
8   A.      ████.
9   Q.      Through what company do you have that
10  ██████████████████████?
11          MR. DeMARINO:  Objection.  Asked and
12  answered.
13          MR. CHEESEBOUROUGH:  I don't think so.
14          MR. DeMARINO:  I promise you.
15          MR. CHEESEBOUROUGH:  I was going down
16  the list.  I know I didn't ask the question.
17          THE WITNESS:  You did.  It was the one
18  I was telling you -- ████████ █████████████
19  ████ ██████ █████ ████████████████.
20  BY MR. CHEESEBOUROUGH:
21  Q.      There may be the same answer, but it's
22  not the same question.  So I have the same answer
23  as before?
24  A.      Uh-huh.
25          MR. CHEESEBOUROUGH:  That is a head nod

```
                                                                  16

 1   yes.
 2   BY MR. CHEESEBOUROUGH:
 3       Q.      The ████████ that you've mentioned that
 4   you're unaware of the name of, when was it
 5   established?
 6       A.      I think you asked me that and I
 7   answered it.
 8       Q.      When was it established?
 9       A.      Six months ago.
10       Q.      Six months ago?
11       A.      Roughly, yeah.  Let's say three to six
12   because I don't remember exactly.
13       Q.      ██ ██████████
14       A.      ██
15               MICHAEL BAHNER:  Counsel, if it's not
16   one of the named parties how is it relevant?
17               MR. CHEESEBOUROUGH:  I wouldn't know if
18   it was or wasn't.  I didn't ask, but I can ask
19   that.
20               MR. DeMARINO:  We don't need to go down
21   the line on what type of entity it is.  ██████████
██   ████████████████████████
23               MR. CHEESEBOUROUGH:  That's fine.
24   BY MR. CHEESEBOUROUGH:
25       Q.      Do you have a ████████████████████████
```

1    Q.    In general terms what does Sherman
2 Capital Group, Inc. do?
3          MR. DeMARINO:  Objection.  Robert,
4 before he had stated he doesn't know if that entity
5 exists.  He's not familiar with it.
6          MR. CHEESEBOUROUGH:  I'll let him state
7 that.
8    A.    You're not asking Sherman Capital, LLC?
9 Sherman Capital, Inc.?
10   Q.    Yes, sir.
11   A.    I'm not sure.
12         MR. CHEESEBOUROUGH:  I'm going to stop
13 right here.
14         (Short recess taken.)
15         THE WITNESS:  Can I clarify that?
16 After thinking about that, ▇▇▇▇▇▇▇▇ ▇▇
17 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇
18 That's -- I don't really know that entity because I
19 don't deal with it.  So that's how that is.
20 BY MR. CHEESEBOUROUGH:
21   Q.    That's consistent with some other
22 testimony I've heard so far.  You had some trouble
23 remembering the name of ▇▇▇▇▇▇▇.
24   A.    Yes.  ▇▇▇▇▇▇▇▇ ▇▇▇
▇▇▇▇▇▇▇▇▇ I don't remember.

```
                                                                35
 1         Q.     I just don't have a lot here.  I just
 2   want to try to understand about -- I'm so
 3   intrigued.  I can't help it.
 4                This ███████████ that was created six
 5   months ago, you're not sure what the name is.  ██
 6   ██████████████████████ ████████ut which one?  Is
 7   there a way to have an answer?  Can you call
 8   someone at your office right now to find the answer
 9   to ████████████████████?
10         A.     Yeah.
11                MR. CAPLAN:  No.  We would object.
12                MR. DeMARINO:  We object to that.
13                MR. CAPLAN:  You can put out a
14   discovery request and we'll take it into account.
15                MR. DeMARINO:  This deposition is based
16   on the witness's personal knowledge at this time.
17                MR. CHEESEBOUROUGH:  That's fine.
18   BY MR. CHEESEBOUROUGH:
19         Q.     Is there a reason why you're unable to
20   remember that?  You don't have something -- you
21   seem like a very bright person.  There is nothing
22   that is preventing you from physically being able
23   to remember that?
24         A.     I turned 50 this year.  We have a lot
25   of -- as you can see, ●███████████████████████████,
```