# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |
| v. ) ) | |
| SHERMAN CAPITAL LLC, *et al.*, ) ) | |
| Defendants. | |

**REDACTED EXHIBITS PER COURT'S ORDER**