# EXHIBIT D



Confidential