# EXHIBIT E

**Gary S. Caplan**
Direct Phone: +1 312 207 6425
Email: gcaplan@reedsmith.com

10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

November 14, 2013

<u>**Via Email**</u>

Robert D. Cheesebourough
Matthew D. Boruta
Cheesebourough & Boruta
543 E Market Street
Indianapolis, IN 46204

Frederick D. Emhardt
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, IN 46202-2145

*Re:* *Cox, Andrew & Lucinda; Stephanie Snyder v. Sherman Capital LLC, et al.;*
USDC-So. Dist. of Indiana, Case No. 12-cv-1654

Dear Counsel:

I write to provide you with the ownership structure of the entity defendants.

We are in the process of compiling ownership information related to  and ▬▬▬▬▬▬▬▬▬▬▬. We will produce this information as soon as possible.

Very truly yours,

/s Gary S. Caplan

GSC:ew

cc: James W. Riley (via email)

US_ACTIVE-115250854.1-MLDEMARI 11/14/2013 3:48 PM

**Confidential**