# EXHIBIT J

# In The Matter Of:
*Andrew Cox, Lucinda Cox and Stephanie Snyder v.*
*Sherman Capital, LLC, et al.*

*Benjamin W. Navarro*
*June 21, 2013*
*Confidential*

Min-U-Script® with Word Index

```
                                                                10
 1   refers to.
 2        Q.    (Continued)   What is that indirect
 3   ownership interest?
 4             MR. DeMARINO:   Objection to the term
 5   "indirect ownership interest."   You can answer.
 6        A.    I'm actually trying to figure out
 7   exactly what you're trying to ask me, ▇▇ ▇▇▇▇▇
     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
     ▇▇▇▇▇▇▇ if that's what you're trying to ask me.
10        Q.    Up the line of --
11        A.    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇
     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
     ▇▇▇▇▇▇▇▇▇▇▇▇▇.
14        Q.    And what is that entity?
15        A.    ▇▇▇▇▇▇▇▇▇▇
16        Q.    ▇▇▇▇▇▇▇▇, ▇▇?
17        A.    Yes.   Actually I have to change that
18   answer.   That's not right.   I don't recall the name
19   of it, ▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇
     ▇▇▇▇▇▇.
21        Q.    Well, that's fine.
22        A.    Yeah.
23        Q.    Do you have an ▇▇▇▇▇▇▇▇▇▇▇
24   interest in an entity that owns ▇▇▇▇▇▇ ▇▇?
25             MR. DeMARINO:   Objection.   Asked and
```

1    Q.    Do you have a ███████████████████
2  in an entity that owns ███████████████
█ ██?
4    A.    No. Ask me the next question, the
5  ███████████████. That would be yes.
6    Q.    I'll just take your response. And what
7  is the name of that ████████████████?
8    A.    That was the answer I gave you before.
9  I don't recall the name of ████████ ██ ██
10 ███████ ███████ ██████████. And I don't
11 know the name, but that's it.
12   Q.    Do you have a direct ownership interest
13 in ███████████ ██?
14   A.    ██
15   Q.    Did you ever have █ █████████████
16 ██████ █ █████████████ ██?
17   A.    ██
18   Q.    And what is that?
19   A.    Up until about six months ago.
20   Q.    What did that ████████████████
21 consist of?
22         MR. DeMARINO: Objection; vague,
23 confusing.
24   Q.    (Continued) Do you understand my
25 question?

1    A.    Like a piece of paper or -- so no.
2 I guess I don't understand the question.
3    Q.    A member of that -- ███████████████
███████████████ ████
5    A.    ████
6    Q.    Do you have an ███████████████
████████████████████████████ ███?
8    A.    ███.
9    Q.    Through what company do you have that
10 ████████████████████?
11          MR. DeMARINO:  Objection.  Asked and
12 answered.
13          MR. CHEESEBOUROUGH:  I don't think so.
14          MR. DeMARINO:  I promise you.
15          MR. CHEESEBOUROUGH:  I was going down
16 the list.  I know I didn't ask the question.
17          THE WITNESS:  You did.  It was the one
18 I was telling you -- ████████ ██████████████
███ █████ █████ ██████████████.
20 BY MR. CHEESEBOUROUGH:
21    Q.    There may be the same answer, but it's
22 not the same question.  So I have the same answer
23 as before?
24    A.    Uh-huh.
25          MR. CHEESEBOUROUGH:  That is a head nod

1  yes.
2  BY MR. CHEESEBOUROUGH:
3      Q.    The ▇▇▇▇ that you've mentioned that
4  you're unaware of the name of, when was it
5  established?
6      A.    I think you asked me that and I
7  answered it.
8      Q.    When was it established?
9      A.    Six months ago.
10     Q.    Six months ago?
11     A.    Roughly, yeah.  Let's say three to six
12 because I don't remember exactly.
13     Q.    ▇▇▇▇▇▇
14     A.    ▇▇
15           MICHAEL BAHNER:  Counsel, if it's not
16 one of the named parties how is it relevant?
17           MR. CHEESEBOUROUGH:  I wouldn't know if
18 it was or wasn't.  I didn't ask, but I can ask
19 that.
20           MR. DeMARINO:  We don't need to go down
21 the line on what type of entity it is.  ▇▇▇▇
▇▇▇▇▇▇▇▇
23           MR. CHEESEBOUROUGH:  That's fine.
24 BY MR. CHEESEBOUROUGH:
25     Q.    Do you have a ▇▇▇▇▇▇▇▇

1   Q.   In general terms what does Sherman
2   Capital Group, Inc. do?
3         MR. DeMARINO:  Objection.  Robert,
4   before he had stated he doesn't know if that entity
5   exists.  He's not familiar with it.
6         MR. CHEESEBOUROUGH:  I'll let him state
7   that.
8   A.   You're not asking Sherman Capital, LLC?
9   Sherman Capital, Inc.?
10  Q.   Yes, sir.
11  A.   I'm not sure.
12        MR. CHEESEBOUROUGH:  I'm going to stop
13  right here.
14        (Short recess taken.)
15        THE WITNESS:  Can I clarify that?
16  After thinking about that, ████████████ ███
17  ████████████████████ ███
18  That's -- I don't really know that entity because I
19  don't deal with it.  So that's how that is.
20  BY MR. CHEESEBOUROUGH:
21  Q.   That's consistent with some other
22  testimony I've heard so far.  You had some trouble
23  remembering the name of ████████████.
24  A.   Yes.  ██ ████████████ ████
    ████████████████) I don't remember.

**Confidential**

35

1    Q.    I just don't have a lot here.  I just
2  want to try to understand about -- I'm so
3  intrigued.  I can't help it.
4         This [REDACTED] that was created six
5  months ago, you're not sure what the name is. [REDACTED]
6  [REDACTED] [REDACTED] but which one?  Is
7  there a way to have an answer?  Can you call
8  someone at your office right now to find the answer
9  to [REDACTED]?
10   A.    Yeah.
11         MR. CAPLAN:  No.  We would object.
12         MR. DeMARINO:  We object to that.
13         MR. CAPLAN:  You can put out a
14  discovery request and we'll take it into account.
15         MR. DeMARINO:  This deposition is based
16  on the witness's personal knowledge at this time.
17         MR. CHEESEBOUROUGH:  That's fine.
18  BY MR. CHEESEBOUROUGH:
19   Q.    Is there a reason why you're unable to
20  remember that?  You don't have something -- you
21  seem like a very bright person.  There is nothing
22  that is preventing you from physically being able
23  to remember that?
24   A.    I turned 50 this year.  We have a lot
25  of -- as you can see, [REDACTED],