# EXHIBIT K

Consolidated Financial Statements and Report of Independent Certified Public Accountants

█████████████████████

December 31, 2012 and 2011



# Table of contents

| | |
|---|---:|
| Report of Independent Certified Public Accountants | 1-2 |
| Consolidated Financial Statements: | |
|     Balance Sheets | 3 |
|     Statements of Operations and Equity | 4 |
|     Statements of Comprehensive Income | 5 |
|     Statements of Cash Flows | 6 |
| Notes to Consolidated Financial Statements | 7-22 |


CONFIDENTIAL



Audit • Tax • Advisory

Grant Thornton LLP
4140 Park Lake Avenue
Suite 130
Raleigh, NC 27612

T 919.881.2700
F 919.881.2795
www.GrantThornton.com

**Report of Independent Certified Public Accountants**

To the Member and Board of Directors of
████████ ████████

We have audited the accompanying consolidated financial statements of ████████
████████ ████████ ████████ which comprise the consolidated balance sheets as of December 31, 2012 and 2011, and the related consolidated statements of operations and equity, comprehensive income and cash flows for the periods then ended, and the related notes to the consolidated financial statements.

### Management's responsibility for the financial statements

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

### Auditor's responsibility

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

Grant Thornton LLP
U.S. member firm of Grant Thornton International Ltd





We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

Opinion

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as of December 31, 2012 and 2011, and the results of their operations and their cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

GRANT THORNTON LLP

Raleigh, North Carolina
March 12, 2013

Grant Thornton LLP
U.S. member firm of Grant Thornton International Ltd



CONFIDENTIAL

REDACTED

Pages 3 through 6

## Notes to Consolidated Financial Statements
*(Amounts presented in thousands)*

**REDACTED**

### Note B - Summary of Significant Accounting Policies

**Principles of Consolidation**

The consolidated financial statements include ▮▮▮ and the following entities:

Asset Holding and Holding Company Entities:

▮▮▮

**REDACTED**

**REDACTED**

▮▮▮

▮▮▮

**REDACTED**

Page 7





# Notes to Consolidated Financial Statements
*(Amounts presented in thousands)*

**Operating Entities:**

REDACTED

REDACTED





## Notes to Consolidated Financial Statements
(Amounts presented in thousands)

REDACTED

**Consolidation**

The Company consolidates entities in which the Company has a controlling financial interest. The Company determines whether it has a controlling financial interest in an entity by first evaluating whether the entity is a voting interest entity or a variable interest entity.

**Voting Interest Entities**

Voting interest entities are entities in which (i) the total equity investment at risk is sufficient to enable the entity to finance its activities independently and (ii) the equity holders have the power to direct the activities of the entity that most significantly impact its economic performance, the obligation to absorb the losses of the entity and the right to receive the residual returns of the entity. The usual condition for a controlling financial interest in a voting interest entity is ownership of a majority voting interest. If the Company has a majority voting interest in a voting interest entity, the entity is consolidated.





## Notes to Consolidated Financial Statements
*(Amounts presented in thousands)*

**Variable Interest Entities (VIE)**

A VIE is an entity that lacks one or more of the characteristics of a voting interest entity. The Company has a controlling financial interest in a VIE when the Company has a variable interest or interests that provide it with (i) the power to direct the activities of the VIE that most significantly impact the VIE's economic performance and (ii) the obligation to absorb losses of the VIE or the right to receive benefits from the VIE that could potentially be significant to the VIE.

REDACTED



REDACTED

Page 11

## Notes to Consolidated Financial Statements
*(Amounts presented in thousands)*

**REDACTED**

**Income Taxes**

The Company is wholly owned by ▮▮▮▮▮▮▮▮▮▮ a limited liability company that is treated as a partnership for United States federal income tax purposes. Therefore, the taxable income or loss of the Company is reported on the tax returns of the ▮▮▮▮▮▮▮▮▮▮ members for 2012 and 2011.

**REDACTED**


CONFIDENTIAL

REDACTED

Pages 13 through 18

▬▬▬▬▬▬▬▬

## Notes to Consolidated Financial Statements
*(Amounts presented in thousands)*

REDACTED

**Note H - Equity**

████████████████████████ of the Company throughout 2012 and 2011. All profits and losses are allocated to ████████████ for the years ended December 31, 2012 and 2011.

CONFIDENTIAL

# REDACTED

## Pages 20 and 21

## Notes to Consolidated Financial Statements
*(Amounts presented in thousands)*

**REDACTED**

### Note N - Management Services Agreement

The Company has a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The agreement runs through January 1, 2014. The agreement is automatically extended for one year periods unless either party notifies the other of an intention not to renew.

**REDACTED**


CONFIDENTIAL