# Exhibit W

Confidential

Page 9

1  A.  Ask you ask it one more time.
2      (The court reporter read the pending
3  question.)
4      BY MR. CHEESEBOUROUGH:
5  Q.  I'm not sure it was typed incorrectly.
6  I'll restate it again.
7      Did you ever have a direct ownership
8  interest in an entity that owns an interest in ▇
▇ ▇?
10 A.  ▇
11 Q.  Did you have a direct ownership
12 interest -- did you have -- excuse me.
13     Do you have a direct ownership interest
14 in an entity that did own an interest in ▇
▇ ▇
16 A.  ▇
17 Q.  Do you have an indirect ownership
18 interest in ▇
19     MR. DeMARINO: Objection; vague.
20 A.  Say it one more time.  Do I have --
21 Q.  Indirect interest in ▇
22 A.  ▇
23 Q.  And what is that?
24     MR. DeMARINO: Objection.  That's
25 vague.  What is "that?"  I don't know what "that"

Page 10

1  refers to.
2  Q.  (Continued) What is that indirect
3  ownership interest?
4      MR. DeMARINO: Objection to the term
5  "indirect ownership interest."  You can answer.
6  A.  I'm actually trying to figure out
7  exactly what you're trying to ask me, but ▇
▇
▇       if that's what you're trying to ask me.
10 Q.  ▇
11 A.  ▇
▇
▇
14 Q.  And what is that entity?
15 A.  ▇.
16 Q.  ▇
17 A.  Yes.  Actually I have to change that
18 answer.  That's not right.  I don't recall the name
19 of it, but ▇
▇ ▇
21 Q.  Well, that's fine.
22 A.  Yeah.
23 Q.  Do you have an indirect ownership
24 interest in an entity that owns ▇
25     MR. DeMARINO: Objection.  Asked and

Page 11

1  answered.
2  Q.  (Continued) Excuse me.  I meant to
3  say: Did you have an indirect ownership interest
4  in ▇
5  A.  I think that was answered.
6      MR. DeMARINO: Objection.  I think
7  that's still asked and answered.  If he currently
8  does, I think that implies that he did.
9      MR. CHEESEBOROUGH: That is correct.
10 Q.  (Continued) Do you have an ownership
11 interest in ▇ ▇
12 A.  ▇.
13 Q.  Did you ever have a ▇ -
14 A.  ▇
15 Q.  -- ownership interest in ▇
16 ▇
17 A.  ▇
18 Q.  Do you have a direct ownership interest
19 in ▇
20 A.  ▇
21 Q.  It is repetitive, but we'll get through
22 each one and hopefully we'll make it through.
23     Did you have --
24     MR. DeMARINO: The witness stated ▇
25 ▇

Page 12

1  Q.  (Continued) Do you know the name of
2  that entity or interest?
3  A.  I don't know exactly how ▇
▇
5  Q.  So you do have an ownership interest in
6  ▇                    through another entity that
7  owns it; is that correct?
8      MR. DeMARINO: Objection.  Misstates
9  prior testimony.
10 Q.  (Continued) I don't understand.
11 A.  I'm not sure how ▇
12 off the top of my head, so I don't know which
13 entity it rolls up to.
14 Q.  Do you have an indirect ownership
15 interest in ▇
16     MR. DeMARINO: Objection.  "Indirect
17 ownership" -- I object to that term and I think
18 that calls for a legal conclusion, but you can
19 answer that.  Do you remember the question?
20     THE WITNESS: I think we answered this
21 question.  I'm saying I didn't know how it rolled
22 up.
23     MR. DeMARINO: If you don't know --
24     THE WITNESS: Yes.  I'm going to stick
25 with that.

Confidential



Page 13

1   MR. DeMARINO: -- the worse thing to do
2   is guess.
3   THE WITNESS: I'm going to stick to my
4   earlier answer. I don't know.
5   BY MR. CHEESEBOUROUGH:
6   Q. Did you ever have an indirect ownership
7   interest in ▮
8   A. Sorry. The answer would be the same
9   because -- for the same reasons.
10  Q. Do you have an indirect ownership
11  interest in ▮
▮ ▮
13  MR. DeMARINO: Objection to the term
14  "indirect ownership interest." Also a legal
15  conclusion. You can answer that.
16  A. I think we keep saying the same thing.
17  I don't know -- sorry. I don't know how the entity
18  rolls up, so I'm not a hundred percent where that
19  rolls up to. So I'm not sure.
20  Q. Do you have a ▮
21  in Sherman Financial Group, LLC?
22  A. ▮
23  Q. Did you ever have a direct ownership
24  interest in ▮
25  A. ▮

Page 14

1   Q. Do you have a direct ownership interest
2   in an entity that owns ▮
▮
4   A. No. Ask me the next question, ▮
▮              That would be yes.
6   Q. I'll just take your response. And what
7   is the name of that entity or interest?
8   A. That was the answer I gave you before.
9   I don't recall the name of ▮
▮                        And I don't
11  know the name, but that's it.
12  Q. Do you have a direct ownership interest
13  in ▮
14  A. ▮
15  Q. Did you ever have a direct ownership
16  interest in ▮
17  A. ▮
18  Q. And what is that?
19  A. Up until about six months ago.
20  Q. What did that ▮
21  consist of?
22  MR. DeMARINO: Objection; vague,
23  confusing.
24  Q. (Continued) Do you understand my
25  question?

Page 15

1   A. Like a piece of paper or -- so no.
2   I guess I don't understand the question.
3   Q. A member of that -- ▮
▮
5   A. ▮
6   Q. Do you have an indirect ownership
7   interest in ▮
8   A. ▮
9   Q. Through what company do you have that
10  ▮
11  MR. DeMARINO: Objection. Asked and
12  answered.
13  MR. CHEESEBOUROUGH: I don't think so.
14  MR. DeMARINO: I promise you.
15  MR. CHEESEBOUROUGH: I was going down
16  the list. I know I didn't ask the question.
17  THE WITNESS: You did. It was the one
18  I was telling you -- ▮
▮
20  BY MR. CHEESEBOUROUGH:
21  Q. There may be the same answer, but it's
22  not the same question. So I have the same answer
23  as before?
24  A. Uh-huh.
25  MR. CHEESEBOUROUGH: That is a head nod

Page 16

1   yes.
2   BY MR. CHEESEBOUROUGH:
3   Q. The ▮ that you've mentioned that
4   you're unaware of the name of, when was it
5   established?
6   A. I think you asked me that and I
7   answered it.
8   Q. When was it established?
9   A. Six months ago.
10  Q. Six months ago?
11  A. Roughly, yeah. Let's say three to six
12  because I don't remember exactly.
13  Q. ▮
14  A. ▮
15  MICHAEL BAHNER: Counsel, if it's not
16  one of the named parties how is it relevant?
17  MR. CHEESEBOUROUGH: I wouldn't know if
18  it was or wasn't. I didn't ask, but I can ask
19  that.
20  MR. DeMARINO: We don't need to go down
21  the line on what type of entity it is. ▮
▮
23  MR. CHEESEBOUROUGH: That's fine.
24  BY MR. CHEESEBOUROUGH:
25  Q. Do you have a direct ownership interest

Pages 13 - 16 (4)

Confidential

Page 33

1 understand what is the function of Resurgent
2 Capital Services and what it does.
3 A. They provide operational support to
4 those activities that need it.
5 Q. What type of activities do they provide
6 operational support for?
7 A. The different business activities that
8 we conduct within Sherman.
9 Q. In general terms what does Sherman
10 Acquisition, LLC do?
11 A. The same as Originator. Do you want me
12 to repeat it?
13 Q. Sure, please.
14 A. It is an entity responsible for
15 purchasing distressed consumer debt from
16 institutional sellers.
17    MICHAEL BAHNER: Counsel, we've had
18 four depositions and we bring in the chairman and
19 you're going to ask him the board chart?
20    MR. CHEESEBOROUGH: I only have a few
21 questions on this line.
22    BY MR. CHEESEBOROUGH:
23 Q. In general terms what did Meeting
24 Street Partners II, LLC do?
25 A. I'm not sure.

Page 34

1 Q. In general terms what does Sherman
2 Capital Group, Inc. do?
3    MR. DeMARINO: Objection. Robert,
4 before he had stated he doesn't know if that entity
5 exists. He's not familiar with it.
6    MR. CHEESEBOROUGH: I'll let him state
7 that.
8 A. You're not asking Sherman Capital, LLC?
9 Sherman Capital, Inc.?
10 Q. Yes, sir.
11 A. I'm not sure.
12    MR. CHEESEBOROUGH: I'm going to stop
13 right here.
14    (Short recess taken.)
15    THE WITNESS: Can I clarify that?
16 After thinking about that, ▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬
18 That's -- I don't really know that entity because I
19 don't deal with it. So that's how that is.
20    BY MR. CHEESEBOROUGH:
21 Q. That's consistent with some other
22 testimony I've heard so far. You had some trouble
23 remembering the name of ▬▬▬▬
24 A. Yes. ▬▬▬▬▬
▬▬▬▬▬▬. I don't remember.

Page 35

1 Q. I just don't have a lot here. I just
2 want to try to understand about -- I'm so
3 intrigued. I can't help it.
4 This ▬▬▬▬ that was created six
5 months ago, you're not sure what the name is. ▬
▬▬▬▬▬▬▬▬ but which one? Is
7 there a way to have an answer? Can you call
8 someone at your office right now to find the answer
9 to ▬▬▬▬▬
10 A. Yeah.
11    MR. CAPLAN: No. We would object.
12    MR. DeMARINO: We object to that.
13    MR. CAPLAN: You can put out a
14 discovery request and we'll take it into account.
15    MR. DeMARINO: This deposition is based
16 on the witness's personal knowledge at this time.
17    MR. CHEESEBOROUGH: That's fine.
18    BY MR. CHEESEBOROUGH:
19 Q. Is there a reason why you're unable to
20 remember that? You don't have something -- you
21 seem like a very bright person. There is nothing
22 that is preventing you from physically being able
23 to remember that?
24 A. I turned 50 this year. We have a lot
25 of -- as you can see, ▬▬▬▬▬

Page 36

1 and I just don't happen to recall the name of it.
2 I don't know why that is material to you, but I'm
3 not going to name that entity.
4    MR. CHEESEBOROUGH: I just want to
5 thank you for the time that you spent here.
6 I didn't need to take up very much of your time,
7 but I'm done.
8    MR. DeMARINO: Defendants don't have
9 any questions at this time. This concludes the
10 deposition.
11    (Deposition concluded at 1:40 p.m.)