# Exhibit X

| FIRST NAME | LAST NAME | MIDDLE NAME |
|---|---|---|
| ███ | ███ | ● |
| ███ | ███ | ● |
| ███ | ███ | ● |
| █ | ███ | ● |
| ████ | ████ | |
| ███ | ███ | |
| ████ | ████ | |
| ███ | ██ | |
| ██ | ██ | |
| ███ | ████ | ● |
| █ | | ● |
| ███ | ████ | ● |
| ██ | ████ | ● |
| ████ | ████ | |
| ██ | ███ | |
| ███ | ███ | |
| ███ | ██ | |
| █ | ███ | ● |
| ██ | ████ | ● |
| ██ | ███ | J |
| ██ | ███ | ● |
| ██ | █████ | |
| ███ | ████ | ● |
| ████ | ██ | ● |
| █ | ████ | ● |
| ███ | ████ | |
| ███ | ███ | ● |
| ████ | ███ | |
| ██ | █████ | |
| ██ | ████ | ● |
| █ | ███ | ● |
| ████ | ████ | |
| ██ | ███ | |
| ██ | ████ | |
| ██ | ███ | ● |
| █ | ███ | |
| ███ | ████ | |
| ██ | ███ | ● |
| ██ | ███ | |
| ██ | ████ | ● |

**CONFIDENTIAL**



**CONFIDENTIAL**

**LVNV000842**