# Exhibit Y



0

CONFIDENTIAL

LVNV026347

 

0

CONFIDENTIAL

LVNV026348