UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX,<br>LUCINDA COX,<br>STEPHANIE SNYDER,<br><br>     Plaintiffs,<br><br>     vs.<br><br>SHERMAN CAPITAL LLC,<br>MEETING STREET PARTNERS II INC.,<br>SHERMAN FINANCIAL GROUP LLC,<br>LVNV FUNDING LLC,<br>RESURGENT CAPITAL SERVICES LP,<br>JOHN DOES 1-50,<br>SHERMAN ORIGINATOR LLC,<br><br>     Defendants. | No. 1:12-cv-01654-TWP-MJD |

## SCHEDULING ORDER
### HON. MAGISTRATE JUDGE MARK J. DINSMORE

  This matter is set for a telephone status conference on **Friday, April 18, 2014 at 9:00 a.m.** The purpose of the conference is to discuss the Court's ruling at Dkt. 237 and the effect on discovery. Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court=s ECF system.

Dated: 04/14/2014

Distribution:
All Electronically Registered Counsel

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana