UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, <br> LUCINDA COX, <br> STEPHANIE SNYDER, <br><br> Plaintiffs, <br><br> vs. <br><br> SHERMAN CAPITAL LLC, <br> MEETING STREET PARTNERS II INC., <br> SHERMAN FINANCIAL GROUP LLC, <br> LVNV FUNDING LLC, <br> RESURGENT CAPITAL SERVICES LP, <br> JOHN DOES 1-50, <br> SHERMAN ORIGINATOR LLC, <br><br> Defendants. | No. 1:12-cv-01654-TWP-MJD |

MINUTE ENTRY FOR APRIL 22, 2014
STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE

Parties appeared by telephone for a Status Conference. Plaintiff reported they would be moving to amend the complaint by April 29, 2014. The Court and parties further addressed the impact of the Court's recent Entry on Motion to Reconsider [Dkt. 237] upon Defendant's motion to reconsider the order on the motion to compel [Dkt. 218]. It was agreed that Defendants would file a supplemental brief in support of the motion to reconsider [Dkt. 218] on or before **May 6, 2014**, Plaintiffs may file a response to the supplemental brief on or before **May 20, 2014** and Defendants may file a reply in support of the supplemental brief on or before **May 27, 2014**.

This matter is scheduled for a telephonic status conference on **Monday, June 23, 2014 at 10:30 a.m.** to discuss case status. Counsel shall attend the status conference by calling the

designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 04/23/2014

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana