# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated,  )<br>)<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>SHERMAN CAPITAL LLC, *et al.*,  )<br>)<br>Defendants.  | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

## **REDACTED EXHIBITS PER COURT'S ORDER**

05/02/2014 2:23 PM