# **EXHIBIT Q**

# In The Matter Of:

*Andrew Cox, Lucinda Cox and Stephanie Snyder v.*
*Sherman Capital, LLC, et al.*

*Kevin P. Branigan, Volume II*
*June 21, 2013*
*Confidential*

Min-U-Script® with Word Index

Page 72

1 Q. For yourself -- I see what you're
2 saying. Let me think about what you're saying.
3 Could you explain to me what you mean by "direct
4 interest." I think I know what you're saying, but
5 I want to make sure I understand what you're
6 saying.
7 A. Well, we can differentiate between
8 direct and indirect. I assume we're going to keep
9 going up the corporate ladder.
10 ▮
11 ▮
12 ▮
13 ▮
14 ▮
15 ▮
16 ▮
17 ▮
18 Q. And do you have an ownership interest
19 in ▮
20 ▮
21 Q. Have you ever had an ownership interest
22 in ▮
23 ▮
24 Q. Is it possible -- does your job title
25 potentially -- I'm sorry. I didn't ask that

Page 73

1 question.
2 Are you employed by Sherman Financial
3 Group, LLC?
4 A. No.
5 Q. Are you compensated by Sherman
6 Financial Group, LLC for any work that you do for
7 the Sherman companies at all?
8 MR. DeMARINO: Objection; vague.
9 Q. (Continued) Do you understand the
10 question?
11 A. I do.
12 Q. You can answer.
13 MR. DeMARINO: You can answer if you
14 understand.
15 A. Explain "compensate."
16 Q. Do you receive -- do you have any
17 ownership -- well, initially just income that can
18 be coming in your hands from Sherman Financial
19 Group, LLC in some capacity for any work that you
20 do that's related to that company. We've used
21 different words: Remuneration, bonuses, or any
22 type of money compensation or even ownership
23 shares.
24 A. I receive no income or remuneration
25 from Sherman Financial Group, LLC.

Page 74

1 Q. And so you're not sure if you've ever
2 owned any part of ▮ but
3 it's possible that you might have some kind of
4 ownership of ▮
5 MR. DeMARINO: Objection. Calls for
6 speculation and misstates prior testimony. You can
7 answer.
8 A. I cannot recall if I had direct
9 ownership of ▮ in the
10 past.
11 Q. In the past have you had ownership of
12 ▮
13 ▮
14 Q. And the same thing for ▮
15 In the past have you ever had any direct ownership
16 of ▮
17 ▮
18 Q. Who owns ▮
19 ▮
20 Q. And does Sherman Capital, LLC employ
21 you in any capacity?
22 MR. DeMARINO: Objection; vague. You
23 can answer.
24 A. Define "employ."
25 Q. Do you perform work for Sherman

Page 75

1 Capital, LLC?
2 A. No.
3 Q. In any capacity?
4 MR. DeMARINO: Objection.
5 MR. CHEESEBOUROUGH: Vague?
6 MR. DeMARINO: Asked and answered.
7 A. I'm not employed by Sherman Capital,
8 LLC.
9 Q. Do you have any ownership interest in
10 ▮
11 A. ▮ 'm sorry. I apologize.
12 Q. How about ▮
13 do you have any ownership interest in that?
14 A. ▮
15 Q. Does any entity have ownership interest
16 in ▮ ?
17 A. ▮
18 Q. What is that entity's name?
19 A. I apologize. I forgot.
20 Q. Whatever the name of that entity --
21 whatever it is, do you have any ownership interest
22 in that entity that might own it?
23 A. No, sir.
24 Q. I guess that's what I'm trying to get
25 to. That's more important to me right now than



Page 76

1  knowing the entity.
2  Is ▓▓▓▓ owned by
3  more than one entity, do you think?
4  A.  Say again?
5  Q.  Is ▓▓▓▓ owned
6  by more than one entity?
7  A.  No.
8  Q.  But the entity that owns it, you don't
9  have any ownership interest in that entity?
10 A.  That's correct.
11 Q.  Do you have any ownership interest in
12 ▓▓▓▓
13
14 Q.  Do you have any ownership interest in
15 ▓▓▓▓
16
17 Q.  Do you have any ownership interest in
18 an entity that has ownership interest in A▓▓▓
19 ▓▓▓▓
20
21 Q.  Do you have any ownership interest in
22 ▓▓▓▓
23
24 Q.  Do you have any ownership interest in
25 any entity that has ownership interest in ▓▓▓▓

Page 77

1  ▓▓▓▓
2  A.  ▓▓
3  Q.  Do you have any ownership interest in
4  ▓▓▓▓
5
6  Q.  And Sherman Capital, LLC, do you have a
7  position with Sherman Capital, LLC?
8     MR. DeMARINO:  Objection; vague.  You
9  can answer that.
10 A.  Just define "position."
11 Q.  A position as a corporate officer.
12 Hold an office.
13 A.  As a corporate officer, yes, I do.  My
14 position is that of vice-president.
15 Q.  Are you a member of ▓▓▓▓
16 ▓▓
17 A.  Robert, what do you mean by "member?"
18 Q.  I thought LLCs had memberships in terms
19 of their ownership.  I think we're saying the same
20 thing but just using a different term.
21    Are you a member of ▓▓▓▓
22 ▓▓
23    MR. DeMARINO:  Objection; vague,
24 ambiguous.  You can answer that.
25 A.  ▓▓▓▓

Page 78

1  Q.  Are you a managing member of ▓▓▓▓
2  ▓▓
3  ▓▓
4  Q.  Do you own any interest -- did you own
5  any interest in ▓▓▓▓
6     MR. DeMARINO:  Just for clarification,
7  is it:  Do you or did you?
8     MR. CHEESEBOUBOURGH:  Did you.
9  A.  ▓▓
10 Q.  Did you own shares in that company?
11 A.  ▓▓
12 Q.  You're aware that that company was
13 dissolved?
14 A.  Yes, sir.
15 Q.  When was Meeting Street Partners, Inc.
16 dissolved?
17 A.  I don't remember specifically.
18 Q.  Was it within the last two years?
19    MR. DeMARINO:  Objection; calls for
20 speculation.
21 Q.  (Continued)  I'm not trying to trick
22 you.
23 A.  No.  It's cool.  I want to say it was
24 within the last three years.
25 Q.  I had it somewhere in here.

Page 79

1  A.  All right.  The term I used before, I
2  say that with some gray matter.
3  Q.  I understand.  Do you have any
4  ownership interest in ▓▓▓▓
5  ▓▓▓▓
6  Q.  Do you have ownership interest in any
7  entity that has an ownership interest in ▓▓▓▓
8  ▓▓▓▓
9     MR. DeMARINO:  Objection.  Assumes
10 facts that aren't in evidence.  You can answer
11 that.
12 A.  ▓▓▓▓
13 Q.  Do you have any ownership interest in
14 ▓▓▓▓
15 A.  ▓▓
16 Q.  Do you have any ownership interest in
17 any entity that might have an ownership interest in
18 ▓▓▓▓
19 A.  ▓▓
20 Q.  Do you have any ownership interest in
21 ▓▓▓▓
22
23 Q.  Do you have any interest in an entity
24 that does have ownership interest in ▓▓▓▓
25 ▓▓▓▓

Page 80

1  A. [redacted]
2  Q. Did you ever have an ownership interest
3  in [redacted]
4  [redacted]
5  Q. From what I recall, you had various
6  positions in the companies from our last
7  deposition, and I don't want -- I think I've got
8  most of them, but I might have to go over that
9  again just to make sure I'm clear myself.
10     MR. DeMARINO: Objection to the extent
11  that that mischaracterizes prior testimony in the
12  last deposition.
13  Q. (Continued) Let me summarize here one
14  question. So [redacted]
15  [redacted]
16  [redacted] in;
17  is that correct?
18  A. [redacted]
19  Q. That is not correct?
20  A. [redacted]
21  [redacted] I did not say
22  that.
23  Q. I'm sorry. [redacted]
24  [redacted]
25  [redacted] is that correct?

Page 81

1  A. [redacted]
2  Q. And then we stated earlier that [redacted]
3  [redacted]
4  [redacted]
5  [redacted]
6  [redacted]
7  [redacted]
8  [redacted]
9  [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 Q. What was your position with Meeting
16 Street Partners, Inc.?
17    MR. DeMARINO: Objection; vague. You
18 can answer that.
19 A. I don't know.
20 Q. Did you hold an office?
21 A. I don't recall. I don't recall.
22 Q. Did you hold -- you did say you held a
23 position -- do you hold a position with Sherman
24 Capital, LLC?
25    MR. DeMARINO: Objection; vague. You

Page 82

1  can answer.
2  A. A position --
3     MR. DeMARINO: Objection. Asked and
4  answered.
5     MR. CHEESEBOUROUGH: I didn't have it
6  written down here. I had a "yes." I'm sorry,
7  counsel. I'm not trying to confuse. I think I
8  missed it.
9     BY MR. CHEESEBOUROUGH:
10 Q. Did you have an executive position with
11 Sherman Capital, LLC?
12    MR. DeMARINO: Objection; asked and
13 answered.
14 Q. (Continued) You can answer the
15 question.
16 A. I don't know what you mean by
17 "executive position."
18 Q. I'm sorry.
19 A. Corporate officer?
20 Q. Yes. Were you an officer?
21 A. An officer, yes. Vice-president.
22    MR. DeMARINO: Mr. Cheeesebourough,
23 we're going to be here an awful long time.
24    MR. CHEESEBOROUGH: I don't have that
25 many questions, so we won't be here too long.

Page 83

1  I apologize.
2     BY MR. CHEESEBOROUGH:
3  Q. Was Meeting Street Partners II, Inc.
4  dissolved maybe in December of 2010?
5     MR. DeMARINO: Objection. Calls for
6  speculation.
7  A. It's possible.
8  Q. Was Meeting Street Partners II
9  dissolved due to merger?
10    MR. DeMARINO: Objection.
11 Q. (Continued) You can answer the
12 question.
13 A. Define "merger."
14 Q. A company comes in and two different
15 entities come together and they make one new
16 company with a new name.
17    MR. DeMARINO: Objection to the
18 definition of "merger." It's ambiguous. You can
19 answer to the extent --
20 A. Ownership was collapsed in Sherman
21 Capital, LLC for tax reasons.
22 Q. So when Sherman Capital -- was Sherman
23 Capital, LLC created -- let me ask another
24 question. When was Sherman Capital, LLC formed?
25 A. I don't recall.