# EXHIBIT R

# In The Matter Of:

*Andrew Cox, Lucinda Cox and Stephanie Snyder v.*
*Sherman Capital, LLC, et al.*

---

*Benjamin W. Navarro*
*June 21, 2013*
*Confidential*

---

Min-U-Script® with Word Index

Confidential

Page 9

1  A. Ask you ask it one more time.
2     (The court reporter read the pending
3  question.)
4     BY MR. CHEESEBOUROUGH:
5  Q. I'm not sure it was typed incorrectly.
6  I'll restate it again.
7     Did you ever have a direct ownership
8  interest in an entity that owns an interest in
9
10
11 Q. Did you have a direct ownership
12 interest -- did you have -- excuse me.
13    Do you have a direct ownership interest
14 in an entity that did own an interest in
15
16
17 Q. Do you have an indirect ownership
18 interest in
19    MR. DeMARINO: Objection; vague.
20 A. Say it one more time. Do I have --
21 Q. Indirect interest in
22
23 Q. And what is that?
24    MR. DeMARINO: Objection. That's
25 vague. What is "that?" I don't know what "that"

Page 10

1  refers to.
2  Q. (Continued) What is that indirect
3  ownership interest?
4     MR. DeMARINO: Objection to the term
5  "indirect ownership interest." You can answer.
6  A. I'm actually trying to figure out
7  exactly what you're trying to ask me,
8
9     if that's what you're trying to ask me.
10 Q. Up the line of --
11 A.
12
13
14 Q. And what is that entity?
15 A.
16
17 A. Yes. Actually I have to change that
18 answer. That's not right. I don't recall the name
19 of it,
20
21 Q. Well, that's fine.
22 A. Yeah.
23 Q. Do you have an indirect ownership
24 interest in an entity that owns                  ?
25    MR. DeMARINO: Objection. Asked and

Page 11

1  answered.
2  Q. (Continued) Excuse me. I meant to
3  say: Did you have an indirect ownership interest
4  in
5  A. I think that was answered.
6     MR. DeMARINO: Objection. I think
7  that's still asked and answered. If he currently
8  does, I think that implies that he did.
9     MR. CHEESEBOUROUGH: That is correct.
10 Q. (Continued) Do you have an ownership
11 interest in
12
13 Q. Did you ever have a direct --
14 A.
15 Q. -- ownership interest in
16
17
18 Q. Do you have a direct ownership interest
19 in an
20
21 Q. It is repetitive, but we'll get through
22 each one and hopefully we'll make it through.
23    Did you have --
24    MR. DeMARINO: The witness stated
25

Page 12

1  Q. (Continued) Do you know the name of
2  that entity or interest?
3  A. I don't know exactly how
4
5  Q. So you do have an ownership interest in
6                                 through another entity that
7  owns it; is that correct?
8     MR. DeMARINO: Objection. Misstates
9  prior testimony.
10 Q. (Continued) I don't understand.
11 A. I'm not sure how
12 off the top of my head, so I don't know which
13 entity it rolls up to.
14 Q. Do you have an indirect ownership
15 interest in
16    MR. DeMARINO: Objection. "Indirect
17 ownership" -- I object to that term and I think
18 that calls for a legal conclusion, but you can
19 answer that. Do you remember the question?
20    THE WITNESS: I think we answered this
21 question. I'm saying I didn't know how it rolled
22 up.
23    MR. DeMARINO: If you don't know --
24    THE WITNESS: Yes. I'm going to stick
25 with that.





**Page 33**

1  understand what is the function of Resurgent
2  Capital Services and what it does.
3  A.  They provide operational support to
4  those activities that need it.
5  Q.  What type of activities do they provide
6  operational support for?
7  A.  The different business activities that
8  we conduct within Sherman.
9  Q.  In general terms what does Sherman
10  Acquisition, LLC do?
11  A.  The same as Originator. Do you want me
12  to repeat it?
13  Q.  Sure, please.
14  A.  It is an entity responsible for
15  purchasing distressed consumer debt from
16  institutional sellers.
17     MICHAEL BAHNER: Counsel, we've had
18  four depositions and we bring in the chairman and
19  you're going to ask him the board chart?
20     MR. CHEESEBOUROUGH: I only have a few
21  questions on this line.
22     BY MR. CHEESEBOUROUGH:
23  Q.  In general terms what did Meeting
24  Street Partners II, LLC do?
25  A.  I'm not sure.

**Page 34**

1  Q.  In general terms what does Sherman
2  Capital Group, Inc. do?
3     MR. DeMARINO: Objection. Robert,
4  before he had stated he doesn't know if that entity
5  exists. He's not familiar with it.
6     MR. CHEESEBOUROUGH: I'll let him state
7  that.
8  A.  You're not asking Sherman Capital, LLC?
9  Sherman Capital, Inc.?
10  Q.  Yes, sir.
11  A.  I'm not sure.
12     MR. CHEESEBOUROUGH: I'm going to stop
13  right here.
14     (Short recess taken.)
15     THE WITNESS: Can I clarify that?
16  After thinking about that,
17
18  That's -- I don't really know that entity because I
19  don't deal with it. So that's how that is.
20     BY MR. CHEESEBOUROUGH:
21  Q.  That's consistent with some other
22  testimony I've heard so far. You had some trouble
23  remembering the name of
24  A.  Yes.
                                  I don't remember.

**Page 35**

1  Q.  I just don't have a lot here. I just
2  want to try to understand about -- I'm so
3  intrigued. I can't help it.
4     This            that was created six
5  months ago, you're not sure what the name is.
6                             but which one? Is
7  there a way to have an answer? Can you call
8  someone at your office right now to find the answer
9  to                        ?
10  A.  Yeah.
11     MR. CAPLAN: No. We would object.
12     MR. DeMARINO: We object to that.
13     MR. CAPLAN: You can put out a
14  discovery request and we'll take it into account.
15     MR. DeMARINO: This deposition is based
16  on the witness's personal knowledge at this time.
17     MR. CHEESEBOUROUGH: That's fine.
18     BY MR. CHEESEBOUROUGH:
19  Q.  Is there a reason why you're unable to
20  remember that? You don't have something -- you
21  seem like a very bright person. There is nothing
22  that is preventing you from physically being able
23  to remember that?
24  A.  I turned 50 this year. We have a lot
25  of -- as you can see,

**Page 36**

1  and I just don't happen to recall the name of it.
2  I don't know why that is material to you, but I'm
3  not going to name that entity.
4     MR. CHEESEBOUROUGH: I just want to
5  thank you for the time that you spent here.
6  I didn't need to take up very much of your time,
7  but I'm done.
8     MR. DeMARINO: Defendants don't have
9  any questions at this time. This concludes the
10  deposition.
11     (Deposition concluded at 1:40 p.m.)