# **EXHIBIT T**

# In The Matter Of:

*Andrew Cox, Lucinda Cox and Stephanie Snyder v.*
*Sherman Capital, LLC, et al.*

---

*Kennett R. Kendall, III*
*June 20, 2013*
*Confidential*

---

Min-U-Script® with Word Index

Confidential

Page 60

1 responsibilities?
2 Q. No.
3 (The court reporter read the pending
4 question.)
5 A. No.
6 Q. Do you have any ownership interests in
7 [redacted]
9 Q. What would help you know?
10 A. I don't understand the question.
11 Q. You don't know whether you have an
12 ownership interest in the company you work for, and
13 is there something that would help you to know the
14 answer to that question? Some information that
15 could be put in front of you to help you answer it?
16 A. No. [redacted]
18 Q. Does [redacted] -- do
19 you have any ownership in their stock or is there
20 any stock issued?
21 MR. DeMARINO: Objection.
22 Q. (Continued) It's a double question.
23 I apologize.
24 Does Sherman Capital Markets, LLC issue
25 stock?

Page 61

1 A. I don't believe so.
2 Q. Do you have any ownership shares of
3 [redacted]
4 MR. DeMARINO: Objection.
5 Q. (Continued) You can answer.
6 A. [redacted]
10 MR. DeMARINO: Objection. Calls for
11 speculation.
12 MR. CHEESEBOROUGH: Yes, it does.
13 Q. (Continued) Go ahead and answer the
14 question.
15 A. [redacted]
17 Q. Is that ownership chart kept at Sherman
18 Capital Markets, LLC?
19 A. I don't know where it's kept, meaning
20 the specific location. That seems to be the
21 question you're asking.
22 Q. Do you think the company can put its
23 hands on it in discovery? If I asked for a copy of
24 the chart do you think one could be produced?
25 A. Yes.

Page 62

1 Q. And you believe the ownership chart
2 would detail your possible ownership in stock or
3 not having ownership in stock?
4 MR. DeMARINO: Objection.
5 A. I don't know what the chart would show.
6 MR. DeMARINO: Calls for speculation.
7 BY MR. CHEESEBOROUGH:
8 Q. That's what I was getting at. [redacted]
14 Q. Do you have ownership interest in any
15 other company?
16 Let me put it this way. Let's focus on
17 the defendants here. You're familiar with who the
18 defendants are in this case; correct?
19 A. Uh-huh.
20 Q. Do you have any ownership interest in
21 any of the other -- I'm sorry. Clarify.
22 [redacted] when you say
23 that term, do you mean [redacted]

Page 63

1 Q. And now the question. I apologize.
2 Do you have any [redacted]
3 [redacted] in any of the other defendants listed in
4 this case?
5 A. [redacted]
11 MR. DeMARINO: Objection; vague.
12 Q. (Continued) I think if you understand
13 the question you can answer it.
14 MR. CAPLAN: And specifically the last
15 question and answer related to the defendants in
16 this lawsuit.
17 THE WITNESS: Say that again?
18 MR. CAPLAN: Specifically
19 Mr. Cheeseborough's last question and your answer
20 to it related to the other defendants in this
21 lawsuit.
22 MR. CHEESEBOROUGH: And no other
23 companies. Just the defendants.
24 A. Ask the question again.
25 Q. I apologize.

