IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 1:12-cv-1654-TWP-MJD CLASS ACTION |
| SHERMAN CAPITAL LLC; MEETING STREET PARTNERS II INC.; SHERMAN FINANCIAL GROUP LLC; SHERMAN CAPITAL MARKETS LLC; LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES LP; SHERMAN ORIGINATOR LLC; SHERMAN ORIGINATOR III, LLC; SHERMAN ACQUISITION, LLC; BENJAMIN W. NAVARRO; LESLIE G. GUTIERREZ; SCOTT E. SILVER; KEVIN P. BRANIGAN; ROBERT A. RODERICK; KENNETH KENDALL; AND JOHN DOES1-50 ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**

The Plaintiffs, Andrew Cox, Lucinda Cox, and Stephanie Snyder, individually and on behalf of others similarly situated, pursuant to Fed. Rules Civ. P. 15 and various orders of the Court, move to amend their complaint. In support, the Plaintiffs state as follows:

1.     On July 18, 2013, the Magistrate Judge entered a Report and Recommendation [Dkt. 131] regarding the plaintiffs' motion for class certification [Dkt. 5] filed on November 9, 2012.

2.     On August 1, 2013, defendants filed an objection to the Report and Recommendation regarding class certification [Dkt. 133].

3.     On September 30, 2013, the Magistrate Judge entered a Report and Recommendation [Dkt. 151] regarding defendants' Motion to Dismiss [Dkt. 21].

4.     On October 15, 2013, defendants filed an Objection to the Report and Recommendation regarding Defendants' Motion to Dismiss [Dkt. 154].

5.     On March 31, 2014, the Court filed its Entry on Motion to Reconsider addressing issues raised by Defendants' Objection to the Report and Recommendations regarding Class Certification [Dkt. 133] and the Motion to Dismiss [Dkt. 151].

6.     The Court's entry granted in part and denied in part defendants' Motion to Dismiss [Dkt. 21].  The entry dismissed certain parties and claims while retaining certain other parties and claims.

7.     The original deadline for the filing of motions for leave to amend the pleadings and/or to join additional parties was April 15, 2014.  This deadline is contained in the Third Agreed Case Management Order [Dkt. 204], paragraph I. D. This deadline has been extended to today, May 6, 2014.

8.     The proposed amended complaint is attached as <u>Exhibit A</u>. Fed Rules Civ. P. 15(a)(2) provides that a party may amend a complaint with leave of court

and that the court "should freely give leave when justice so requires." That standard is met here for the proposed amended complaint.

WHEREFORE, plaintiffs respectfully request that the Court grant leave to file the proposed amended complaint attached as <u>Exhibit A</u> and for all other just and proper relief.

Respectfully submitted

*s/Frederick D. Emhardt*
*Attorneys for Plaintiffs, Andrew Cox, Lucinda Cox, and Stephanie Snyder, individually and on behalf of others similarly situated*

George M. Plews, Attorney No. 6274-49
Peter M. Racher, Attorney No. 11293-53
Frederick D. Emhardt, Attorney No. 10952-49
Jeffrey A. Townsend, Atty. No. 14082-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202
Telephone: (317) 637-0700
Facsimile: (317) 637-0710
Email: gplews@psrb.com
       pracher@psrb.com
       femhardt@psrb.com
       jtownsend@psrb.com

Robert D. Cheesebourough
Matthew D. Boruta
CHEESEBOUROUGH & BORUTA L.P.A.
543 E. Market Street
Indianapolis, IN 46204
Telephone: (317) 708-3925
Facsimile: (317) 638-2707
Email: rdc@home-saver.org
       boruta17@hotmail.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2014, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

<u>s/ Frederick D. Emhardt</u>