IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:12-cv-1654-TWP-MJD |
| | ) | CLASS ACTION |
| SHERMAN CAPITAL LLC; | ) | |
| MEETING STREET PARTNERS II INC.; | ) | |
| SHERMAN FINANCIAL GROUP LLC; | ) | |
| SHERMAN CAPITAL MARKETS LLC; | ) | |
| LVNV FUNDING LLC; | ) | |
| RESURGENT CAPITAL SERVICES LP; | ) | |
| SHERMAN ORIGINATOR LLC; | ) | |
| SHERMAN ORIGINATOR III, LLC; | ) | |
| SHERMAN ACQUISITION, LLC; | ) | |
| BENJAMIN W. NAVARRO; | ) | |
| LESLIE G. GUTIERREZ; | ) | |
| SCOTT E. SILVER; | ) | |
| KEVIN P. BRANIGAN; | ) | |
| ROBERT A. RODERICK; | ) | |
| KENNETH KENDALL; | ) | |
| AND JOHN DOES1-50 | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING LEAVE TO AMEND COMPLAINT**

The Plaintiffs have filed "Plaintiffs' Motion for Leave to Amend the

Complaint."  The Court, being duly advised, GRANTS the motion.  The Plaintiff is

ordered to file and serve the proposed amended complaint attached as <u>Exhibit A</u> to

the motion within ten (10) days of this order.

2

Dated: _____

                                                         _____

                                                         Magistrate Judge Mark J. Dinsmore
                                                         United States District Court
                                                         Southern District of Indiana

Distribution:
Counsel of Record via ECF