IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SHERMAN CAPITAL LLC, *et al.*,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:12-cv-1654-TWP-MJD<br>)  CLASS ACTION<br>)<br>)<br>)<br>) |

## SEALED DOCUMENT COVER SHEET

SEALED – SUBJECT TO STIPULATED PROTECTIVE ORDER
DATED MAY 17, 2013 [DKT. 73]

SEALED PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL
BRIEF [DKT. 271]

Respectfully submitted

*s/Jeffrey A. Townsend*
*Attorneys for Plaintiffs*


George M. Plews, Attorney No. 6274-49
Peter M. Racher, Attorney No. 11293-53
Frederick D. Emhardt, Attorney No. 10952-49
Jeffrey A. Townsend, Atty. No. 14082-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN  46202
Telephone: (317) 637-0700
Facsimile: (317) 637-0710
Email: gplews@psrb.com
       pracher@psrb.com
       femhardt@psrb.com
       jtownsend@psrb.com

Robert D. Cheesebourough
Matthew D. Boruta
CHEESEBOUROUGH & BORUTA, L.P.A.
543 E. Market Street
Indianapolis, IN 46204
Telephone: (317) 708-3925
Facsimile: (317) 638-2707
Email: rdc@home-saver.org
       boruta17@hotmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of May 2014, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

*s/ Jeffrey A. Townsend*