EXHIBIT Y

# In The Matter Of:

*Andrew Cox, Lucinda Cox and Stephanie Snyder v.
Sherman Capital, LLC, et al.*

---

*Robert A. Roderick
May 16, 2013*

---

Page 17



Page 18

1

22 Q. As a director at Sherman Capital
23 Markets do you have a role in the securitization of
24 the Indiana consumer credit card accounts?
25    MR. DeMARINO: Objection; form, assumes

Page 19

1 facts that aren't in evidence. You can answer
2 that.
3    THE WITNESS: No.
4    BY MR. BORUTA:
5 Q. Do you understand what securitization
6 is?
7 A. Sure, I think I do, but I'll be happy
8 to have you clarify it for me.
9 Q. I just wondered if you knew what it
10 was.
11 A. (Witness moves head up and down.)
12 Q. Do you play a role in -- as director of
13 Sherman Capital Markets, do you play a role in the
14 issuance of the LVNV securities to Indiana
15 investors?
16    MR. DeMARINO: Objection; again,
17 assumes facts that aren't in evidence.
18    MR. CHEESEBOUROUGH: You can answer the
19 question.
20    MR. DeMARINO: You can answer, though.
21    THE WITNESS: I mean, I guess following
22 your earlier lead, if you could describe exactly
23 what you mean by securities to Indiana residents.
24    BY MR. BORUTA:
25 Q. Well, by security -- on the credit card

Page 20

1 there's a payment made. I purchase the right to
2 that payment, but then I subsequently sell the
3 right to receive that money to a third party, an
4 investor. That's what's called securitization.
5    MR. DeMARINO: Objection to the
6 definition of securitization to the extent that
7 it's not securitization.
8    MR. BORUTA: Well, that's the
9 definition.
10    BY MR. BORUTA:
11 Q. To get that interest in the payments of
12 the money there is a security or a certificate
13 that's issued to the investor. So my question is:
14 Do you play any role in the offering of these LVNV
15 securities to Indiana entities?
16 A. No. I mean, it doesn't go on, so I
17 don't know. I play no role in it.
18 Q. Okay. So there's no securitization in
19 LVNV.
20 A. Not to my knowledge.
21

(5) Pages 17 - 20