EXHIBIT Z

# In The Matter Of:

*Andrew Cox, Lucinda Cox and Stephanie Snyder v. Sherman Capital, LLC, et al.*

---

*Kevin P. Branigan*
*May 17, 2013*

---



Page 20

1   BY MR. BORUTA:
2   Q. Okay. Are you aware then if -- well,
3   on that same lines, if LVNV is involved in
4   securitization?
5       MR. DeMARINO: Objection to the term
6   securitization. You can answer.
7       THE WITNESS: I don't understand what
8   you mean by securitization.
9       BY MR. CHEESEBOUROUGH:
10  Q. Have you ever heard of the term
11  securitization?
12  A. Of course I have.
13  Q. Okay. What does securitization mean to
14  you?
15  A. If there's a outside investor that's
16  buying the right or an interest in a security that
17  someone has created.
18  Q. Okay.
19  A. Third-party investor.
20      BY MR. BORUTA:
21  Q. Under that definition, the credit card
22  accounts purchased by LVNV Funding, do they -- does
23  LVNV Funding securitize or sell the rights to the
24  payments to a third party?
25      MR. DeMARINO: Objection; form.

Page 21

1  MR. CHEESEBOUROUGH: You can still
2  answer.
3  MR. DeMARINO: You can answer that if
4  you know.
5  THE WITNESS: No.
6  MR. BORUTA: Okay.
7  BY MR. CHEESEBOUROUGH:
8  Q. So under your definition LVNV does not
9  securitize?
10 A. Correct.
11



(6) Pages 21 - 24