UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, <br> LUCINDA COX, <br> STEPHANIE SNYDER, <br><br> Plaintiffs, <br><br> vs. <br><br> SHERMAN CAPITAL LLC, <br> MEETING STREET PARTNERS II INC., <br> SHERMAN FINANCIAL GROUP LLC, <br> LVNV FUNDING LLC, <br> RESURGENT CAPITAL SERVICES, LP, <br> JOHN DOES 1-50, <br> SHERMAN ORIGINATOR LLC, <br><br> Defendants. | No. 1:12-cv-01654-TWP-MJD |

**MINUTE ENTRY FOR JUNE 23, 2014**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. The parties reported on the status of discovery. A discussion was held regarding the pending motions and case management deadlines. Accordingly, the Court *sua sponte* suspends the remaining case management deadlines. The deadlines will be reset after a ruling on the pending motions.

Dated: 06/23/2014

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana