# Exhibit 4

Site Tour · About Moody's · Regulatory Affairs · Careers · Contact Us · Help

Find ratings, research, analysts and more    GO

Welcome Matt Boruta  M    Profile

**Research & Ratings**        **Products & Solutions**        **News & Events**        My Portfolios   My Alerts   My Events   Log Out

# LVNV Funding LLC

Moody's Org ID: 400039347

| | |
|---|---|
| Closing Date: 08 Apr 2005 | Market Segment: Structured Finance |
| Pay Frequency: Not Applicable | Collateral Type: ABS - Consumer Loans |
| | Location of Assets (at Issuance): UNITED STATES |

Analyst

Lead Monitoring Analyst: Matias Langer

Originator: Sherman Capital Markets LLC
Trustee: Not Applicable
Primary Servicer: Not Applicable
Underwriter: Direct Offering, Harris Nesbitt Corp.

Research    **Ratings**    Related Parties                                    Go to ABS Industry Page

Tranche List                                                                    [ ] Export Results: 1

| Debt ID | Tranche | Rating Description | Current Rating | Indicator | Watch Status | Last Rating Action | Rating Date | Face Amount (Mil) Original | Current | Maturity | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MDY:808912506 | Facility Note | PASS-THRU CTFS | Baa2 | (sf) | Not on Watch | Downgrade | 18 Feb 2009 | 784 | 0.0 | 16 Nov 2035 | USD |

Tranche Detail: MDY:808912506

| | |
|---|---|
| Coupon Type | |
| Coupon | |
| Base Rate: N/A | |
| Spread to Base Rate: 0.0 | |
| Support: No | |
| Support Type | |
| Support Provider | |

| | |
|---|---|
| Most Recently Reported Face Amount (Mil): 0.0 | |
| Reporting Date of Face Amount | |
| Structure | |
| Tax Election: Debt | |
| Releasing Office: New York - (Moody's Investors Service, Inc.) | |
| Endorsement: EU Endorsed | |

RATING HISTORY



| Rating Date | Rating | Indicator | Rating Action |
|---|---|---|---|
| 18 Feb 2009 | Baa2 | (sf) | Downgrade |
| 04 Nov 2008 | ON WATCH | | Possible Downgrade |
| 18 Nov 2005 | A2 | (sf) | New |

For credit ratings that are derived exclusively from an existing credit rating of a program, series, category/class of debt, support provider or primary rated entity, or that replace a previously assigned provisional rating at the same rating level, Moody's publishes a rating announcement on that series, category/class of debt or program as a whole, on the support provider or primary rated entity, or on the provisional rating, but often does not publish a specific rating announcement on each subsequent bond or note for which the credit rating is derived from the existing credit rating. Rating announcements are usually press releases classified as Rating Actions on www.moodys.com. Please refer to the Research tab on the issuer/entity page for the rating announcement.

Terms of Use · Privacy Policy · Proprietary Rights    Home · Research & Ratings · Products & Solutions · News & Events · Careers · Contact Us

© 2012 Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their affiliates and licensors. All rights reserved.

Regional Sites: Global



Site Tour · About Moody's · Regulatory Affairs · Careers · Contact Us · Help

Find ratings, research, analysts and more    GO                 Welcome Matt Boruta M · Profile

**Research & Ratings**        **Products & Solutions**        **News & Events**        My Portfolios · My Alerts · My Events · Log Out

# LVNV Funding LLC
Moody's Org ID: 720407008

| | | |
|---|---|---|
| Closing Date: 10 Jul 2007 | Market Segment: Structured Finance | Analyst |
| Pay Frequency: Monthly | Collateral Type: ABS - Consumer Loans | |
| | Location of Assets (at issuance): UNITED STATES | Lead Monitoring Analyst: Matias Langer |
| Originator: Not Applicable | | |
| Trustee: Not Applicable | | |
| Primary Servicer: Not Applicable | | |
| Underwriter: Direct Offering | | |

Research    **Ratings**    Related Parties                                  Go to ABS Industry Page

Tranche List                                                                 [Export] Results: 1

| Debt ID | Tranche ▲ | Rating Description | Current Rating | Indicator | Watch Status | Last Rating Action | Rating Date | Face Amount(Mil) Original | Face Amount(Mil) Current | Maturity | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MDY:820409049 | Cl. B | COLL NOTES | B2 | (sf) | Not on Watch | Downgrade | 18 Feb 2009 | 117 | 0.0 | 16 Nov 2035 | USD |

Tranche Detail: MDY:820409049

| | | |
|---|---|---|
| Coupon Type | Most Recently Reported Face Amount (Mil) | 0.0 |
| Coupon | Reporting Date of Face Amount | |
| Base Rate: N/A | Structure | |
| Spread to Base Rate: 0.0 | Tax Election: Debt | |
| Support: No | Releasing Office: New York - (Moody's Investors Service, Inc.) | |
| Support Type | Endorsement: EU Endorsed | |
| Support Provider | | |

**RATING HISTORY**



| Rating Date | Rating | Indicator | Rating Action |
|---|---|---|---|
| 18 Feb 2009 | B2 | (sf) | Downgrade |
| 04 Nov 2008 | ON WATCH | (sf) | Possible Downgrade |
| 24 Jul 2007 | Ba2 | (sf) | New |

For credit ratings that are derived exclusively from an existing credit rating of a program, series, category/class of debt, support provider or primary rated entity, or that replace a previously assigned provisional rating at the same rating level, Moody's publishes a rating announcement on that series, category/class of debt or program as a whole, on the support provider or primary rated entity, or on the provisional rating, but often does not publish a specific rating announcement on each subsequent bond or note for which the credit rating is derived from the existing credit rating. Rating announcements are usually press releases classified as Rating Actions on www.moodys.com. Please refer to the Research tab on the issuer/entity page for the rating announcement.

Terms of Use · Privacy Policy · Proprietary Rights     Home · Research & Ratings · Products & Solutions · News & Events · Careers · Contact Us

© 2012 Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their affiliates and licensors. All rights reserved.    Regional Sites · Global

# Sherman Financial Group

**Exhibit** E

Presentation for

# RADIAN'S INVESTOR DAY

**November 9, 2006**

Confidential

# CONTENTS

## Sherman Overview

Market Overview

Sherman Results

Summary

# S Overview – Sherman's Business

## Profit from Understanding the Distressed Consumer Debtor



**Buyer:** Sherman is the nation's largest unsecured distressed debt buyer.

RETAILERS

BANKS

FINANCIAL COMPANIES

→

CHARGE-OFFS

CONSUMER BANKRUPTCIES

PERFORMING/ SUBPERFORMING ACCOUNTS

→

PURCHASE

SERVICE

SECURITIZE



**Originator:** With the acquisition of a national bank, Sherman is now a leading nationwide issuer of sub-prime credit cards.

CONSUMERS

→

CREDIT CARDS

→

ISSUE

118

# ⑤ Overview – How We Generate Earnings

| | Revenue & Benefits | Expense |
|---|---|---|
| **Portfolio Purchase** | • Recoveries in excess of purchase price<br>• Contractual payments from bankruptcy plans<br>• Interest, fee income and principal payments on Ascent cards<br>• Scalable business platform | • Amortization of purchase price (non cash)<br>• Variable cost of third party servicing<br>• Overhead limited to cost of internal due diligence to evaluate new transactions and monitor performance of servicers |
| **Direct Originations** | • Net interest income from performing credit cards<br>• Annual cardholder and late payment fees<br>• Development of consumer lending franchise<br>• Scalable origination platform<br>• OCC regulatory stamp of approval | • Direct mail (variable) and other origination costs<br>• In-house servicing costs are fixed but efficiency improves with growth<br>• Reserves for non-performing accounts |
| **3rd Party Servicing** | • Fee revenues generated for successfully managed bankruptcy plans and balance transfer accounts<br>• Improves and deepens relationships with portfolio owners (banks, retailers, finance companies)<br>• Increases knowledge of asset performance without incremental capital exposure<br>• Enhances potential future portfolio acquisition opportunities through servicing relationships | • Marginal increase of in-house servicing cost |

119

S Overview – What We Do

## Sherman's Approach to Consumer Debt



120



# Overview - Current Asset Composition

## Book Basis

As of 9/30/06

- Charge-Offs 44%
- Credit Cards 43%
- BK Plans 13%

## Gross Cash Flow

As Of 9/30/06

- Charge-Offs 45%
- Credit Cards 45%
- BK Plans 10%

Since inception, Sherman has invested over $2.6BN and recovered over $3.8BN in distressed and sub-performing debt, representing over $46BN in face amount and more than 25MM accounts.

121

# S Overview – Why Sherman?

## Competitive Advantages

Sherman Financial Group is a full service provider of consumer finance products and services, including purchasing and servicing all types of distressed and bankrupt consumer debt, as well as issuing credit cards.

Sherman's competitive advantages include the following:

### 1. Intellectual Capital

| Resource | Benefit |
|---|---|
| **22  Person Front Office**<br>Average of 18 years experience managing relationships, analyzing, pricing, financing, and closing distressed consumer debt deals, as well as proven ability to create value through investments in new business opportunities. | Ability to dominate the distressed debt market through closely maintained relationships with issuers, the creation of innovative structures to meet mutual goals, and the ability to execute transactions quickly and efficiently. Ability to create opportunities that add value while minimizing downside risk. |
| **Senior Operations Management Team**<br>A seasoned group of senior operating personnel with experience not only in collections, but also in a wide array of operating companies. | Ability to quickly add required operating expertise in recovery services of all asset types due to a well managed, professionally run, and scalable operating company with a strong culture. |
| **Credit Origination Management Team**<br>A group of senior banking executives with a proven track record in effectively working with regulators while also providing valuable products to sub-prime consumers. | Sherman has the only OCC regulated nonprime credit card bank in the U.S., which provides a scalable business platform to grow products and services that can be offered to consumers. |
| **100  Person Technology Group**<br>A centralized effort, supporting both the front office as well as all operations infrastructure. | Ability to easily handle all IT requirements, including internal and external reporting requirements, data exchange with issuers, and support of front office analytics through extensive database management and sophisticated model development. |

122

# S Overview – Why Sherman?

## 2. Financial Resources

| Resource | Benefit |
|---|---|
| **Partnership with MGIC & Radian**<br><br>**Committed Financing Facilities**<br><br>**Cash Flow** | $222MM in capital and over $1.1BN in financing lines gives Sherman significant financial resources and flexibility. The continued involvement and oversight of MGIC and Radian add to Sherman's credibility within the industry.<br><br>A current portfolio run rate of over $155MM in monthly gross cash flow provides Sherman with a consistent source of internally generated capital for growth. |



## 3. Operating Capacity

| Resource | Benefit |
|---|---|
| **Resurgent Capital Services**<br>Proprietary servicing operations include a fully automated state of the art bankruptcy operation liquidating both owned and third party assets. Integration with charge-off collections allows for a lifecycle approach to recoveries.<br><br>**Resurgent Recovery Management**<br>The largest outsourcer of distressed consumer paper in the US with a staff of 175 people and over 15 million accounts placed with balances of over $22BN.<br><br>**Origination Platform**<br>A leading issuer of sub-prime credit cards with over 1,400,000 active accounts with principal receivables balances of over $565MM. | Sherman's approach to recoveries ensures maximum liquidations while complying with applicable laws and providing the flexible operating capacity to allow for opportunistic portfolio purchases of varying size and scale.<br><br>Sherman's credit card origination and servicing platform can be leveraged to facilitate future growth. |

123

# S Overview – Credit Card Originations

## The Bank Offers Qualified Customers the Opportunity to Regain Access to Credit.

Sherman has 2.4 million+ customers that have consistently made payments.

Together, Sherman and the bank help this underserved population...

Sherman provides capital enabling the bank to continue to grow its credit card portfolio.

### Bank

**Bank's Credit Card Program**
- Leading issuer of sub-prime credit cards (1.3MM)
- Customer friendly approach to impaired borrowers' credit rehabilitation
- Provide customers conservative credit line increases & graduation programs
- Systems and technology to handle the high touch needs of customers

**Bank's Customer Characteristics**
- Customer has little or no access to credit
- Lower to Middle Income
- Average balance is $420

The bank operates as a credit card bank only, accepting no deposits and retaining no credit card assets on its books.

**2.4 Million Paying Customers**

Offer customers that qualify a bank card.

**13 Million Additional Customers**

As other customers qualify, provide them with access to the same opportunity.

...and continue to provide the same offer to future qualifying customers.

### Sherman Financial Group

Sherman's performing customers have made consistent payments on...
- Bankruptcy plans (1.5 million)
- Consumer credit counseling plans (25,000)
- Performing/Sub-performing accounts (100,000)
- Payment plan arrangements (600,000)
- "Ascent Card" for credit rehabilitation customers (175,000)

- Debtors have made consistent payments over an extended period of time.
- They have demonstrated a desire to re-establish their credit.
- However, access to credit remains difficult.

Many qualify for a bank credit card.

124

**125**

# S Overview – Our Affiliates

 

## Corporate Governance

### MGIC & RADIAN

## Oversight

**Jeffrey Lane**, SVP, General Counsel, and Secretary
Mortgage Guaranty Insurance Co.
**Robert Quint**, CFO and EVP Radian Group, Inc.

## Board Participation

**Jeffrey Lane**, SVP, General Counsel, and Secretary MGIC
**Stephen Blose**, VP, MGIC
**Robert Quint**, CFO and EVP Radian Group, Inc.
**Mark Casale**, President, Radian Guaranty, Inc.

## Involvement

**Deal Approval Calls**
  On investments greater than $15MM
**Monthly Review Calls**
  Financial Statements
  Portfolio Performance Review
**Quarterly Board Meetings**
  Complete Business Review
  Deloitte & Touche Annual Audit Report
  Budget Approval
**Approval of Material Operating Decisions**

### Capital Contributions

1998 - $ 44 MM
2001 - $ 30 MM

### Capital Distributions

2003 - $   25 MM
2004 - $ 100 MM
2005 - $ 221 MM
1H06 - $ 121 MM

– Confidential

# CONTENTS

System Overview

**Market Overview**

Solution Results

Appendix

126

# Market Overview



Charge-Offs Increasing & Bankruptcies Decreasing

Consumer Debt Rising

Charge-Off Sales Volume & Pricing Increasing

BK 13 Sales Volume Declining

* Projected

127

128

# § Market Overview

## 2005 – Leading Purchaser of Charged-Off Credit Card Debt[1]

| 2005 Rank | Buyer Only (in MM) | Credit Card Purchases | Rankings 2004 | Rankings 2003 |
|---|---|---|---|---|
| 1. | Sherman Financial Group | $9,555.0 | 1 | 1 |
| 2. | NCO Portfolio Management | $9,003.2 | 9 | 9 |
| 3. | B-Line | $7,018.5 | 2 | 2 |
| 4. | Unifund | $6,032.5 | 4 | 4 |
| 5. | Encore Capital | $4,800.0 | 12 | — |
| 6. | Asta Funding | $4,600.0 | 8 | 3 |
| 7. | Portfolio Recovery Associates | $4,335.0 | 7 | 12 |
| 8. | Max Recovery/eCast | $3,276.0 | 3 | 5 |
| 9. | Collect America | $2,100.0 | 6 | 7 |
| 10. | Arrow Financial | $2,082.5 | 14 | 10 |

Note 1- Source: 2006 Nilson Report

# Market Overview – Barriers to Entry

**Sub-Prime Credit Card Industry**

- Technological and operational constraints
- Highly sophisticated market
- Capital intensive
- Regulated industry



Barriers to Entry

**Debt Purchasing Industry**

- Limited access to historical data
- Required portfolio valuation and deal structuring expertise
- Required Information Technology infra-structure
- Difficulty in establishing relationships with large issuers that drive supply

Sherman has a competitive edge over current and future market participants based on its size, scale, systems, and intellectual and financial capital.

129

Confidential

# CONTENTS

Introduction

Summary

Sherman Results

Appendix

131

§ Sherman Results – Earnings Stability

## Sherman's Investments Perform Well Through All Economic Cycles

The short duration of Sherman's assets allows for the rapid re-pricing of the majority of the portfolio.

During economic downturns:

➢ Issuers have more distressed debt (both charge-offs and bankruptcy plans) to sell, driving down market prices.

➢ Defaulted debtors tend to be temporarily distressed and over time will perform better than receivables created during economic prosperity.

➢ The credit card serves as a utility card; there are not large balances at risk.

During times of economic prosperity:

➢ Collections on existing portfolios increase as formerly distressed debtors gain employment.

➢ Issuers have less debt to sell due to lower default rates, driving up the value of the existing portfolio.

➢ New credit card account activity increases and charge-offs on originated credit cards decline, improving profitability.

132

# Sherman Results – P & L

## Consolidated Pre-Tax Income



## Summary Results

| | FY 2001 | FY 2002 | FY 2003 | FY 2004 | FY 2005 | As of 09/30/06 |
|---|---|---|---|---|---|---|
| Portfolio Face Amount | $ 9.7BN | $ 18.9BN | $ 26.4BN | $ 30.0BN | $ 38.5BN | $46.4BN |
| Recoveries | $ 119MM | $ 324MM | $ 529MM | $ 808MM | $ 855MM | $ 802MM |
| Credit Card Portfolio | — | — | — | — | $ 398MM | $ 572MM |
| Total Financing Lines | $ 200MM | $ 310MM | $ 461MM | $ 500MM | $ 1.05BN | $ 1.1BN |
| Equity Capitalization | $ 85MM | $ 116MM | $ 159MM | $ 240MM | $ 236MM | $ 178MM |



# § Summary

Consistent performance since inception through variations in U.S. economic conditions.

Portfolio business model is differentiated through the use of extensive front end due diligence and a wide array of collection techniques such as the credit rehabilitation program.

The acquisition of the bank has significantly diversified Sherman's revenue base and has improved earnings stability.

Uniquely positioned to stay abreast of market conditions and pricing as most major industry transactions are observed.

Consistently conservative balance sheet and financial management.

Ownership has a long-term time horizon which allows more flexibility in executing its growth strategy.

Operations are characterized by best in class process management and a variety of tools used to maximize returns and prudently manage risks.

Sherman's business platforms are scalable and can be leveraged to facilitate future growth.

Experienced, strong, and cohesive management team.

133

- Confidential

# CONTENTS

Introduction

Market Overview

Sherman Rosales

## Appendix

# Appendix - Affiliates and Subsidiaries



## Resurgent Capital Services

**Resurgent Capital Services, located in Greenville, SC, Sioux Falls, SD and Cincinnati, OH, currently employs over 600 people. Resurgent has four divisions: Investor Services, Bankruptcy Recovery, Performing and Sub-Performing Recovery, and Secured/Unsecured Recovery.**

Resurgent's Investor Services Division acts as the master servicer for over 15 million accounts at over 200 collection agencies and law firms across the country. The Division is divided into five key service areas: Inventory Management, Portfolio Strategy, Portfolio Operations, Customer Service, and Compliance.

Resurgent is one of the largest consumer bankruptcy management companies in the United States. Its Bankruptcy Recovery Division has developed a life-cycle recovery approach to working bankruptcy accounts to ensure the value of bankrupt consumer receivables are maximized.

Resurgent's Performing and Sub-Performing Division serves as the special servicer for Sherman's secured consumer finance loans, unsecured and consumer credit counseling accounts. This division is also home for the credit card rehabilitation program: Ascent Card. The marketing and servicing operations for the Ascent Card are located in Sioux Falls, SD, and the card is issued through a member bank.

Resurgent's Secured/Unsecured Recovery Division specializes in the servicing and recovery of consumer high-LTV mortgage debt, as well as the collection of non-traditional unsecured debt, and recovery of other non-mortgage collateralized consumer loans. The common element of all parts of Resurgent's special servicing business is creating and maintaining long-term paying relationships with borrowers that were previously in a highly delinquent repayment status.

# Appendix - Affiliates and Subsidiaries



## Consupago

**Headquarters:** Mexico City

**Coverage:** National

**Employees:** 310

**Stockholders:** Original Founders: 73.4%
Sherman Financial: 26.6%

**Retail Affiliation:**
Consupago is affiliated with one of the largest retailers in Mexico .

**Key Products:**
Institutional Loans: Cash loans to government employees repaid through payroll deductions

Traditional Loans : In-store loans, both cash and for large purchases

### Institutional Business

- Initiated cash lending in January of 2003
- Portfolio balance of MXN 540 MM as of June, 2006
- Contracts with government employers and unions to originate loans that are paid through payroll deductions
- Middle to low income jobs with extremely low turnover
- Markets to borrowers that are underserved by the formal banking sector and government credit programs
- Highly scalable
- High demand

### Traditional Business

- Initiated operations in July of 2001
- Portfolio balance of MXN 150 MM as of June, 2006
- Origination channel through the retail affiliate (100+ grocery and durable goods stores nationally)
- High touch and labor intensive collection process
- Able to expand through the natural distribution channel of the affiliated retail chain

136

# Appendix - Affiliates and Subsidiaries

 Capital Management Services

Capital Management Services was formed in 2006 resulting from a business combination agreement between Ventus Capital Services and Capital Management Services.  The Buffalo, NY-based collection agency has two sites in Buffalo and one site in Las Vegas, NV, Houston, TX and Greenville, SC.

Capital Management Services provides performance-driven receivables management services to financial services companies nationwide.  CMS has expertise in both first and third-party collections as well as experience in recovering all ages of receivables (from primary to quaternary).

The CMS management team, led by Jeff Hauser, has decades of combined experience and a proven track record of successfully managing, growing, and sustaining profitable contingency collection organizations.

137

138

# § Appendix - Affiliates and Subsidiaries - Operations Risk Management

## Legal / Compliance Administration

- Sherman maintains an internally developed nationwide network of outside counsel as well as specialized counsel for relevant issues.

- A VP heads the Compliance group that continually assesses and works to mitigate risk based on internal processes, audits and tracking of internal processes, current and proposed legislation, litigation trends and ongoing reviews of consumer concerns.

- Resurgent adheres to the spirit, as well as the intent, of all state, federal and local laws and regulations and monitors legislative revisions. Staff is trained to comply with regulations applicable to their job responsibilities.

- Two VP level attorneys with significant consumer credit experience are on site to oversee outside counsel, raise staff awareness of legal obligations, and assist with legal issues.

- Members of ACA, Debt Buyers Association, and NARCA in order to monitor the most recent laws, legal case law, and hot compliance topics in the industry.

## Culture

- Resurgent's attention to building productive culture has resulted in:
  - Better Business Bureau Marketplace Ethics award for the Greenville site.
  - Materially lower turnover than industry norms.

## Process Improvement

- Team of 5 dedicated professionals that are Black Belt or Green Belt certified in Six Sigma methodologies

- Formalized training programs and certifications for key managers; Green Belt and Yellow Belt certifications issued by the Juran Institute

- Production groups utilize key methodologies for production management, dashboard reporting, and process controls

- Six Sigma "Lean" methodologies utilized to eliminate waste in processes

## Licensing / Bonding

- Resurgent is properly licensed for the businesses in which they are engaged.

- Resurgent maintains substantial amounts of relevant insurance coverage.

- A full-time staff attorney is responsible for maintaining all required licensing and related issues.

## Agency Management

- Comprehensive approach to agency risk management begins with a rigorous agency screening process.

- Active agencies are grouped into risk tiers based on the volume of assets placed and their recoveries. The risk tier determines the frequency of dial-in and on-site audits.

- Recoveries are optimized through the use of a linear program that allocates placements based on inputs including batch track performance and scorecard evaluations.

## Employee Training

- Formal training and procedures manuals have been created along with quick reference guides used as job aids for operations staff.

- All relevant employees are given formal training in FDCPA, relevant portions of the bankruptcy code, and our systems and procedures.

- On-going training is conducted and continuing Education programs are under constant development.