# **EXHIBIT C**



CONFIDENTIAL

SF GROUP – 000002

Confidential