**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| ANDREW COX, et al., individually and on behalf of others similarly situated, )))) | |
| ) | Civil Action No. 1:12-cv-1654-TWP-MJD |
| Plaintiffs, ) | |
| ) | CLASS ACTION |
| v. ) | |
| ) | |
| SHERMAN CAPITAL LLC, et al. ) | |
| ) | |
| Defendants. ) | |

**<u>SEALED DOCUMENT COVER SHEET</u>**

SEALED – SUBJECT TO STIPULATED PROTECTIVE ORDER
DATED MAY 17, 2013 [DKT. 73]

SEALED EXHIBIT C, D, E, G, H, I, K, L, AND M TO
DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S SEPTEMBER 5, 2014 ORDER
ON DEFENDANTS' MOTION FOR RECONSIDERATION

Dated:  September 19, 2014   Respectfully submitted,

/s/ *James A. Rolfes*
James A. Rolfes *pro hac vice*
Michael L. DeMarino *pro hac vice*
David A. Maas *pro hac vice*
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7507
(312) 207-2000
(312) 207-6400 (Facsimile)
Jrolfes@reedsmith.com

James W. Riley, Jr.
Atty. No. 6073-49
141 East Washington Street, Fourth Floor
Indianapolis, IN  46204
(317) 636-8000
(317) 636-8027 (Facsimile)
jjriley@rbelaw.com

Thomas Allen *pro hac vice*
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-3131
(412) 288-3063 (Facsimile)
tallen@reedsmith.com

*Attorneys for Defendants*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2014 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing to all counsel of record.


                                                    /s/ *James A. Rolfes*