# **EXHIBIT C**

Confidential



**CONFIDENTIAL**

SF GROUP -- 000002