# **EXHIBIT D**

**Gary S. Caplan**
Direct Phone: +1 312 207 6425
Email: gcaplan@reedsmith.com

10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

November 14, 2013

<u>**Via Email**</u>

Robert D. Cheesebourough
Matthew D. Boruta
Cheesebourough & Boruta
543 E Market Street
Indianapolis, IN 46204

Frederick D. Emhardt
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, IN 46202-2145

Re:   *Cox, Andrew & Lucinda; Stephanie Snyder v. Sherman Capital LLC, et al.;*
      USDC-So. Dist. of Indiana, Case No. 12-cv-1654

Dear Counsel:

I write to provide you with the ownership structure of the entity defendants.

Sherman Financial Group LLC is 100% owned by Sherman Capital LLC; LVNV Funding LLC is 100% owned by Sherman Originator LLC; Resurgent Capital Services LP is 99% owned by Sherman Financial Group LLC and 1% owned by Alegis Group LLC (General Partner); Sherman Originator LLC is 100% owned by Sherman Financial Group LLC; Sherman Originator III LLC is 100% owned by Sherman Financial Group LLC; Sherman Acquisition LLC is 100% owned by Sherman Financial Group LLC.

We are in the process of compiling ownership information related to Sherman Capital LLC and Sherman Capital Markets LLC. We will produce this information as soon as possible.

Very truly yours,

/s Gary S. Caplan

GSC:ew

cc: James W. Riley (via email)

**Confidential**