# **EXHIBIT G**

# In The Matter Of:

*Andrew Cox, Lucinda Cox and Stephanie Snyder v.*
*Sherman Capital, LLC, et al.*

---

*Benjamin W. Navarro*
*June 21, 2013*
*Confidential*

---

Min-U-Script® with Word Index

**Confidential**

Confidential

10

1  refers to.
2      Q.     (Continued)  What is that indirect
3  ownership interest?
4             MR. DeMARINO:  Objection to the term
5  "indirect ownership interest."  You can answer.
6      A.     I'm actually trying to figure out
7  exactly what you're trying to ask me, but I have an
8  ownership interest somewhere up the line of
9  entities, if that's what you're trying to ask me.
10     Q.     Up the line of --
11     A.     Different corporate entities.  So I
12 have an ownership interest in one of the entities
13 that ultimately owns LVNV.
14     Q.     And what is that entity?
15     A.     Sherman Capital.
16     Q.     Sherman Capital, LLC?
17     A.     Yes.  Actually I have to change that
18 answer.  That's not right.  I don't recall the name
19 of it, but it's an S corp. that sits above Sherman
20 Capital.
21     Q.     Well, that's fine.
22     A.     Yeah.
23     Q.     Do you have an indirect ownership
24 interest in an entity that owns LVNV Funding, LLC?
25            MR. DeMARINO:  Objection.  Asked and

Confidential

14

1   Q.     Do you have a direct ownership interest
2   in an entity that owns Sherman Financial Group,
3   LLC?
4   A.     No. Ask me the next question, the
5   indirect ownership. That would be yes.
6   Q.     I'll just take your response. And what
7   is the name of that entity or interest?
8   A.     That was the answer I gave you before.
9   I don't recall the name of the entity. We just
10  created a new one. It's an S corp. And I don't
11  know the name, but that's it.
12  Q.     Do you have a direct ownership interest
13  in Sherman Capital, LLC?
14  A.     No.
15  Q.     Did you ever have a direct ownership
16  interest in Sherman Capital, LLC?
17  A.     Yes.
18  Q.     And what is that?
19  A.     Up until about six months ago.
20  Q.     What did that ownership interest
21  consist of?
22          MR. DeMARINO: Objection; vague,
23  confusing.
24  Q.     (Continued) Do you understand my
25  question?

Confidential

15

1   A.    Like a piece of paper or -- so no.
2   I guess I don't understand the question.
3   Q.    A member of that -- were you a member
4   of Sherman Capital, LLC?
5   A.    Yes.
6   Q.    Do you have an indirect ownership
7   interest in Sherman Capital, LLC?
8   A.    Yes.
9   Q.    Through what company do you have that
10  indirect ownership interest?
11       MR. DeMARINO: Objection. Asked and
12  answered.
13       MR. CHEESEBOROUGH: I don't think so.
14       MR. DeMARINO: I promise you.
15       MR. CHEESEBOROUGH: I was going down
16  the list. I know I didn't ask the question.
17       THE WITNESS: You did. It was the one
18  I was telling you -- it was a recently set up
19  entity, and I don't recall the name of it.
20  BY MR. CHEESEBOROUGH:
21  Q.    There may be the same answer, but it's
22  not the same question. So I have the same answer
23  as before?
24  A.    Uh-huh.
25       MR. CHEESEBOROUGH: That is a head nod

Confidential

16

1  yes.
2  BY MR. CHEESEBOUROUGH:
3       Q.    The S corp. that you've mentioned that
4  you're unaware of the name of, when was it
5  established?
6       A.    I think you asked me that and I
7  answered it.
8       Q.    When was it established?
9       A.    Six months ago.
10      Q.    Six months ago?
11      A.    Roughly, yeah. Let's say three to six
12 because I don't remember exactly.
13      Q.    Is it an LLC?
14      A.    No.
15           MICHAEL BAHNER: Counsel, if it's not
16 one of the named parties how is it relevant?
17           MR. CHEESEBOUROUGH: I wouldn't know if
18 it was or wasn't. I didn't ask, but I can ask
19 that.
20           MR. DeMARINO: We don't need to go down
21 the line on what type of entity it is. He said on
22 the record it's an S corp.
23           MR. CHEESEBOUROUGH: That's fine.
24 BY MR. CHEESEBOUROUGH:
25      Q.    Do you have a direct ownership interest

Confidential

34

1  Q.    In general terms what does Sherman
2  Capital Group, Inc. do?
3        MR. DeMARINO:  Objection.  Robert,
4  before he had stated he doesn't know if that entity
5  exists.  He's not familiar with it.
6        MR. CHEESEBOUROUGH:  I'll let him state
7  that.
8  A.    You're not asking Sherman Capital, LLC?
9  Sherman Capital, Inc.?
10 Q.    Yes, sir.
11 A.    I'm not sure.
12       MR. CHEESEBOUROUGH:  I'm going to stop
13 right here.
14       (Short recess taken.)
15       THE WITNESS:  Can I clarify that?
16 After thinking about that, Sherman Capital, Inc.
17 sits on top of Sherman Capital Markets, LLC.
18 That's -- I don't really know that entity because I
19 don't deal with it.  So that's how that is.
20 BY MR. CHEESEBOUROUGH:
21 Q.    That's consistent with some other
22 testimony I've heard so far.  You had some trouble
23 remembering the name of this new LLC.
24 A.    Yes.  We just named them.  We use
25 streets in Charleston.  I don't remember.

Confidential

35

1  Q. I just don't have a lot here. I just
2  want to try to understand about -- I'm so
3  intrigued. I can't help it.
4      This new company that was created six
5  months ago, you're not sure what the name is. You
6  know it's named after a street, but which one? Is
7  there a way to have an answer? Can you call
8  someone at your office right now to find the answer
9  to the name of that company?
10 A. Yeah.
11     MR. CAPLAN: No. We would object.
12     MR. DeMARINO: We object to that.
13     MR. CAPLAN: You can put out a
14 discovery request and we'll take it into account.
15     MR. DeMARINO: This deposition is based
16 on the witness's personal knowledge at this time.
17     MR. CHEESEBOUROUGH: That's fine.
18 BY MR. CHEESEBOUROUGH:
19 Q. Is there a reason why you're unable to
20 remember that? You don't have something -- you
21 seem like a very bright person. There is nothing
22 that is preventing you from physically being able
23 to remember that?
24 A. I turned 50 this year. We have a lot
25 of -- as you can see, a lot of different entities,