# **EXHIBIT I**

Consolidated Financial Statements and Report of Independent Certified Public Accountants

**Resurgent Capital Services LP and Subsidiary**

December 31, 2012 and 2011



# Resurgent Capital Services LP and Subsidiary

## Table of Contents

Report of Independent Certified Public Accountants.................................................................................................1-2

Consolidated Financial Statements:

    Balance Sheets........................................................................................................................................................3

    Statements of Income............................................................................................................................................4

    Statements of Partners' Capital.............................................................................................................................5

    Statements of Cash Flows.....................................................................................................................................6

Notes to Consolidated Financial Statements..........................................................................................................7-10

Grant Thornton LLP
US member firm of Grant Thornton International Ltd

CONFIDENTIAL



**Report of Independent Certified Public Accountants**

Audit • Tax • Advisory

Grant Thornton LLP
4140 ParkLake Avenue, Suite 130
Raleigh, NC 27612-3723
T 919.881.2700
F 919.881.2795
www.GrantThornton.com

To the Management of
Resurgent Capital Services LP:

We have audited the accompanying consolidated financial statements of **Resurgent Capital Services LP** (a Delaware limited partnership) **and Subsidiary**, which comprise the consolidated balance sheets as of December 31, 2012 and 2011, and the related consolidated statements of income, changes in partners' capital and cash flows for the years then ended, and the related notes to the financial statements.

**Management's responsibility for the financial statements**
Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

**Auditor's responsibility**
Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.



Grant Thornton LLP
U.S. member firm of Grant Thornton International Ltd

CONFIDENTIAL



2

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Resurgent Capital Services, LP and Subsidiary as of December 31, 2012 and 2011, and the results of their operations and their cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

*Grant Thornton LLP*

Raleigh, North Carolina
March 5, 2013

Grant Thornton LLP
U.S. member firm of Grant Thornton International Ltd

CONFIDENTIAL

REDACTED

Pages 3 through 4

## Resurgent Capital Services LP and Subsidiary

Consolidated Statements of Partners' Capital
For the Years Ended December 31, 2012 and 2011

|  | Alegis Group, LLC (1% General Partner) | Sherman Financial Group, LLC (99% Limited Partner) | Total |
|---|---|---|---|
| Partners' capital - December 31, 2010 | | | |
| Distributions to partners | | | |
| Net income | | | |
| Partners' capital - December 31, 2011 | | REDACTED | |
| Distributions to partners | | | |
| Net income | | | |
| Partners' capital - December 31, 2012 | | | |

The accompanying notes are an integral part of these consolidated financial statements.
Page 5


CONFIDENTIAL

REDACTED

Page 6

## Resurgent Capital Services LP and Subsidiary

Notes to Consolidated Financial Statements
For the Years Ended December 31, 2012 and 2011

### Note A – Summary of Significant Accounting Policies

**Organization**

Resurgent Capital Services LP (the Partnership) is a subsidiary of Sherman Financial Group LLC (Sherman). The Partnership comprises Alegis Group LLC (General Partner), which holds a 1% ownership interest, and Sherman (Limited Partner), which holds a 99% ownership interest. The General Partner is a subsidiary of the Limited Partner.

The Partnership maintains offices in Greenville, South Carolina, Houston, Texas and Cincinnati, Ohio.

**Principles of Consolidation**

The financial statements are consolidated and include the Partnership and its wholly owned subsidiary, Resurgent Capital Services PR LLC.

All intercompany transactions and balances have been eliminated in consolidation.


REDACTED


CONFIDENTIAL

## Resurgent Capital Services LP and Subsidiary

Notes to Consolidated Financial Statements
For the Years Ended December 31, 2012 and 2011

**REDACTED**

### Income Taxes

Resurgent Capital Services LP, its General Partner and its Limited Partner are disregarded entities for Federal income tax purposes. As such, their assets, liabilities, income and expenses are included in the tax returns of the Limited Partner's owner. Accordingly, no provision or liability for income taxes related to its operations is included in the accompanying consolidated financial statements.

**REDACTED**



CONFIDENTIAL

REDACTED

Page 9

## Resurgent Capital Services LP and Subsidiary

Notes to Consolidated Financial Statements
For the Years Ended December 31, 2012 and 2011

### Note D - Related-party Transactions

As mentioned previously, the majority of the Partnership's revenue is commissions paid by affiliates of the Limited Partner. As the business includes the collection and remittance of cash, there are significant related-party cash transactions both to and from the Partnership. The intercompany balances do not bear interest and most are settled within 30 days.

The Partnership receives cash from the Limited Partner to fund certain operations for affiliates. The Partnership additionally provides various management and collection services to affiliates.

REDACTED

CONFIDENTIAL