# **EXHIBIT K**

11.     Is Defendant affiliated with any other (e.g., common ownership, overlapping officers or managers or common facilities or employees)? If so, describe the affiliation, identify the participants, and describe the role, duties, activities, responsibilities of each officer as it relates to each overlapping company.

ANSWER:

Defendant objects on the ground that this Interrogatory is vague and confusing insofar as it contains a typographical error and/or fails to identify what "other" refers to. Defendant further objects on the ground that this Interrogatory is vague and confusing insofar as it fails to identify which "participants" or "officers" to which it refers. Subject to and without waiving the foregoing objections, Defendant responds as follows: Defendant has produced an organizational chart showing the relationship of the various entities named as Defendants in this lawsuit to one-another. (*See* SF Group 000002.) Defendant additionally states:

- Sherman Financial Group LLC is 100% owned by Sherman Capital LLC;

- LVNV Funding LLC is 100% owned by Sherman Originator LLC;

- Resurgent Capital Services LP is 99% owned by Sherman Financial Group LLC and 1% owned by Alegis Group LLC (General Partner);

- Sherman Originator LLC is 100% owned by Sherman Financial Group LLC;

- Sherman Originator III LLC is 100% owned by Sherman Financial Group LLC;

- Sherman Acquisition LLC is 100% owned by Sherman Financial Group LLC.

- Sherman Capital LLC is owned by the following individuals and entities:

    Huger St LLC; Moultrie St LLC; Woolf St LLC; Fulton St LLC; Robert Roderick; Avondale St LLC; Jasper St LLC; Concord St LLC; Robert Banasik; Scott Kester; Hagood St LLC; Charlotte St LLC; Archdale St LLC; Jacobs Alley LLC; Peachtree Street LLC; Greenhill St LLC; Daniel Picciano III; Amanda Smith; James Wagner; Philip T. Thurmond III; Chalmers St LLC; Gregory Hammond; Jon Mazzoli; Princess St LLC; Terry O'Connell; Dennis Grady; R Roderick trust.



- Sherman Capital Markets LLC is wholly owned by Sherman Capital Group Inc.

Defendant further refers to the redacted, audited financial statements as of, and for the years ended December 31, 2012 and 2011 of Sherman Financial Group, LLC and Resurgent Capital Services LP. (*See* SF Group 3-17; Resurgent 612-622) Defendant further refers to its Response to Interrogatory 3, above, and the responses of the other Entity Defendants to the similar interrogatories that Plaintiffs propounded to such Entity Defendant.

Defendants further states that the officers of the Entity Defendants are as follows:

Sherman Originator LLC
    Kevin Branigan: President and Chief Executive Officer
    Rusty Kendall: Vice President, Chief Financial Officer and Treasurer
    Scott Kester: Vice President and Secretary
    Jon Mazzoli: Vice President

Sherman Acquisitions LLC
    Kevin Branigan: President and Chief Executive Officer
    Scott Kester : Vice President and Secretary
    Rusty Kendall: Vice President and Treasurer and Chief Financial Officer
    Jon Mazzoli : Vice President

Sherman Originator III LLC
    Kevin Branigan: President and Chief Executive Officer
    Rusty Kendall: Vice President, Chief Financial Officer and Treasurer
    Scott Kester: Vice President and Secretary
    Jon Mazzoli: Vice President

Sherman Capital, L.L.C.
    Benjamin W. Navarro: President and Chief Executive Officer
    Scott Silver: Vice President, Secretary and General Counsel
    Sue Shuler: Vice President, Treasurer and Chief Financial Officer
    Brett A. Hildebrand: Vice President
    Kevin Branigan: Vice President

SFG -  No officers*
    *Under the Management Services Agreement with Sherman Capital Markets, Benjamin W. Navarro undertakes the functions that a CEO would

CONFIDENTIAL

if a direct officer, Scott Silver undertakes the functions that a General Counsel would if a direct officer, Rusty Kendal undertakes the functions that a CFO would if a direct officer.

Resurgent Capital Services LP
    Tim Grant: CEO
    Dan Picciano: Division President
    Tom Thurmond: Division President
    Scott Kester: EVP, Treasurer

LVNV Funding LLC
    Kevin Branigan: President
    Scott Silver: Corporate Secretary
    Rusty Kendall: Chief Financial Officer

Sherman Capital Markets LLC
    Benjamin Navarro: President and Chief Executive Officer
    Scott Silver: Secretary
    Kevin Branigan: Vice President

None of the Entity Defendants have overlapping employees or facilities.

CONFIDENTIAL