# **EXHIBIT M**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, individually and on behalf of others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>SHERMAN CAPITAL LLC, *et al.*, )<br><br>Defendants. ) | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

**DEFENDANT RESURGENT CAPITAL SERVICES, LP'S
AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFFS'
FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendant Resurgent Capital Services, L.P. ("Defendant") hereby supplements and amends its response to Plaintiffs Andrew Cox, Lucinda Cox, and Stephanie Snyder ("Plaintiffs") First Set of Request for Production of Documents ("Requests") as follows:

**PRELIMINARY STATEMENT**

Defendant's Responses to Plaintiffs' Requests have been made in good faith and after diligent inquiry into the facts and information now known. Defendant is engaged in a continuing investigation into the subject matter sought by this discovery, and as such, cannot exclude the possibility that its continued investigation may at some time reveal more complete information or even information that indicates a response now supplied is incorrect. For these reasons, the information being provided in these Responses is or may be incomplete.

Without in any way obligating itself to do so, Defendant reserves the rights: (a) to make subsequent revision, supplementation or amendment to these Responses based upon any information, evidence, documents, facts and things which hereafter may be discovered, or the

**REQUEST FOR PRODUCTION NO. 74:**

All documents demonstrating the calculation of the net worth of Resurgent Capital Services, LP.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 74:** Defendant objects on the grounds that this request is overly broad, indefinite, unlimited in time and scope, and seeks information that is not relevant in that it is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects on the grounds that this request is outside the scope of the matters alleged. Defendant further objects to this interrogatory on the grounds that it is vague and confusing in that it fails to explain what is meant by "net worth." Subject to and without waiving the foregoing objections, Defendant responds as follows: See Resurgent 00680.

**Resurgent Capital Services LP**
**Balance Sheet**
**December 31, 2012**

| ASSETS | |
|---|---:|
| Cash and cash equivalents | 25,294,706 |
| Restricted Cash | 14,861,011 |
| Accounts Receivable - Other | 13,186,595 |
| Prepaid & Other Assets | 1,346,039 |
| PP&E | 7,194,532 |
| Goodwill | 234,532 |
| **Total Assets** | **62,117,415** |

| LIABILITIES: | |
|---|---:|
| Debt | 76,557 |
| Accrued Expenses | 15,817,029 |
| Accounts Payable | 16,939,656 |
| Intercompany A/P | 21,445,372 |
| Other liabilities | 703,885 |
| **TOTAL LIABILITIES** | **54,982,499** |
| **PARTNERS' CAPITAL** | **7,134,916** |
| **LIABILITIES & EQUITY** | **62,117,415** |