UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, ) | |
| LUCINDA COX, ) | |
| STEPHANIE SNYDER, ) | |
| ROBERT GOODALL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| SHERMAN CAPITAL LLC, ) | |
| SHERMAN FINANCIAL GROUP LLC, ) | |
| LVNV FUNDING LLC, ) | |
| RESURGENT CAPITAL SERVICES LP, ) | |
| JOHN DOES 1-50, ) | No. 1:12-cv-01654-TWP-MJD |
| SHERMAN ORIGINATOR LLC, ) | |
| HUGER STREET LLC, ) | |
| MOULTRIE STREET LLC, ) | |
| WOOLFE STREET LLC, ) | |
| FULTON STREET LLC, ) | |
| JASPER STREET LLC, ) | |
| CONCORD STREET LLC, ) | |
| HAGOOD STREET LLC, ) | |
| CHARLOTTE STREET LLC, ) | |
| ARCHDALE STREET LLC, ) | |
| JACOBS ALLEY LLC, ) | |
| PEACHTREE STREET LLC, ) | |
| GREENHILL STREET LLC, ) | |
| CHALMERS STREET LLC, ) | |
| PRINCESS STREET LLC, ) | |
| UNKNOWN S CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

On September 24, 2014, Defendants Sherman Capital, LLC, Sherman Financial Group, LLC, LVNV Funding, LLC, Resurgent Capital Services LP and Sherman Originator, LLC filed

Objection to Magistrate's Order Denying Emergency Motion to Stay (Dkt. 309). Any response is due no later than **12:00 p.m. (EDT) Thursday, September 25, 2014**.

Date: 9/24/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Robert D. Cheesebourough
ruaneagle@aol.com

Matthew D. Boruta
CHEESEBOUROUGH & BORUTA
boruta17@hotmail.com

David A. Maas
REED SMITH LLP
dmaas@reedsmith.com

Gary S. Caplan
REED SMITH LLP
gcaplan@reedsmith.com

Michael L. DeMarino
REED SMITH LLP
mdemarino@reedsmith.com

James W. Riley, Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com