UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, STEPHANIE SNYDER, and ROBERT GOODALL, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SHERMAN CAPITAL LLC; SHERMAN FINANCIAL GROUP LLC; RESURGENT CAPITAL SERVICES LP; LVNV FUNDING LLC; SHERMAN ORIGINATOR LLC; HUGER STREET LLC; MOULTRIE STREET LLC; WOOLFE STREET LLC; FULTON STREET LLC: JASPER STREET LLC; CONCORD STREET LLC; HAGOOD STREET LLC; CHARLOTTE STREET LLC; ARCHDALE STREET LLC; JACOBS ALLEY LLC; PEACHTREE STREET LLC; GREENHILL STREET LLC; CHALMERS STREET LLC; AND PRINCESS STREET LLC; UNKNOWN S CORPORATION and JOHN DOES 1-50. <br> Defendants. | Civil Action No.: 1:12-cv-1654-TWP-MJD <br> CLASS ACTION <br><br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' RESPONSE TO OBJECTION TO
MAGISTRATE'S ORDER DENYING EMERGENCY MOTION TO STAY**

Plaintiffs Andrew Cox, Lucinda Cox, Stephanie Snyder, and Robert Goodall,

individually and on behalf of others similarly situated, pursuant to the "Order"

entered yesterday at 4:22 p.m. [Dkt. 310], state that they do not object to a stay of the orders compelling production of tax returns and audited financial statements (Dkt. 210; Dkt. 300) while this Court reviews the sound factual and legal analysis of Magistrate Judge Mark J. Dinsmore in those orders.  In support, the Plaintiffs state:

    1.    The Plaintiffs believe that they are entitled to the documents that the defendants have desperately withheld from discovery throughout the case.  After exhausting efforts for voluntary compliance with discovery, the norm in federal courts and in this District, on December 20, 2013, the Plaintiffs were forced to file a motion to compel discovery and supporting brief which were supported with ample facts and case law to obtain the discovery at issue.  (Dkt. 172; Dkt. 173).

    2.    Magistrate Dinsmore set the motion for hearing on January 31, 2014, (Dkt. 187) and heard arguments.  On February 24, 2014, he entered a 14 page "Order on Plaintiffs' Motion to Compel" (Dkt. 210) soundly analyzing the factual and legal issues involved.

    3.    The Defendants filed a motion for reconsideration on March 10, 2014 (Dkt. 218), which also was fully briefed and analyzed in light of all the different procedural issues in the case. (Dkt. 216; Dkt. 218; Dkt. 219; Dkt. 232; Dkt. 233; Dkt. 245; Dkt. 247; Dkt. 252; Dkt. 264; Dkt. 271; Dkt. 282; Dkt. 284)

    4.    On September 5, 2014, Magistrate Dinsmore entered a second 10 page "Order on Defendants' Motion to reconsider" (Dkt. 300) which again soundly

analyzed the rather mundane discovery issues relating to production pursuant to an agreed protective order of tax returns and financial statements of these Defendants.

  5. The Plaintiffs do not understand why the Defendants won't simply comply with the discovery orders entered, but cannot demonstrate how they would be prejudiced by another short delay in obtaining the ordered discovery while this Court reviews Magistrate Dinsmore's orders.

               Respectfully submitted

               *s/Frederick D. Emhardt*
               *Attorneys for Plaintiffs, Andrew Cox,*
               *Lucinda Cox, Stephanie Snyder, and Robert*
               *Goodall individually and on behalf of others*
               *similarly situated*

George M. Plews, Attorney No. 6274-49
Frederick D. Emhardt, Attorney No. 10952-49
Amy E. Romig, Attorney No. 22523-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202
Telephone: (317) 637-0700
Facsimile: (317) 637-0710
Email: gplews@psrb.com
   femhardt@psrb.com
   aromig@psrb.com

Robert D. Cheesebourough
Matthew D. Boruta
CHEESEBOUROUGH & BORUTA, L.P.A.
543 E. Market Street
Indianapolis, IN 46204
Telephone: (317) 708-3925
Facsimile: (317) 638-2707
Email: rdc@home-saver.org
   boruta17@hotmail.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 25th day of September 2014, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

<em>s/Frederick D. Emhardt</em>