UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, STEPHANIE SNYDER, and ROBERT GOODALL, Individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SHERMAN CAPITAL LLC, SHERMAN FINANCIAL GROUP LLC, LVNV FUNDING LLC, SHERMAN ORIGINATOR LLC, JOHN DOES 1-50, HUGER STREET LLC, MOULTRIE STREET LLC, FULTON STREET LLC, JASPER STREET LLC, CONCORD STREET LLC, HAGOOD STREET LLC, CHARLOTTE STREET LLC, ARCHDALE STREET LLC, JACOBS ALLEY LLC, PEACHTREE STREET LLC, GREENHILL STREET LLC, CHALMERS STREET LLC, PRINCESS STREET LLC and UNKNOWN S CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Case No. 1:12-cv-01654-TWP-MJD ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER GRANTING STAY OF SEPTEMBER 5, 2014 ORDER**

This matter is before the Court on Defendants Sherman Capital, LLC, Sherman Financial Group, LLC, LVNV Funding, LLC, Resurgent Capital Services LP and Sherman Originator, LLC (the "Entity Defendants") Emergency Motion to Stay (Filing No. 309). Plaintiffs do not object to a stay of the orders compelling production of tax returns and audited financial statement (Filing No. 210 and Filing No. 300) while this Court reviews the orders of the Magistrate Judge. *See* Filing No. 312.

**IT IS HEREBY ORDERED** that the execution of the September 5, 2014 Order on Defendants' Motion for Reconsideration (the "Reconsideration Order") ([Filing No. 300](#)) is stayed to the extent that the Reconsideration Order requires Defendants Sherman Capital LLC, Sherman Financial Group LLC, LVNV Funding LLC, Resurgent Capital Services LP and Sherman Originator LLC (the "Entity Defendants"), or any of them, to produce financial statements and income tax returns prior to the Court's determination on the Entity Defendants' Defendants' Objection to Magistrate Judge's September 5, 2014 Order on Defendants' Motion for Reconsideration ("Defendants' Objection") ([Filing No. 305](#)).  So as not to impact the current trial date, the Court intends to have a ruling on the Motion for Reconsideration within 30 days. The Objection to Magistrate's Order Denying Emergency Motion to Stay ([Filing No. 309](#)) is **sustained**.

Date: 9/25/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

2

DISTRIBUTION:

Robert D. Cheesebourough
ruaneagle@aol.com

Matthew D. Boruta
CHEESEBOUROUGH & BORUTA
boruta17@hotmail.com

Frederick D. Emhardt
PLEWS SHADLEY RACHER & BRAUN
emhardt@psrb.com

George M. Plews
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com

Jeffrey A. Townsend
PLEWS SHADLEY RACHER & BRAUN
jtownsend@psrb.com

Amy E. Romig
PLEWS SHADLEY RACHER & BRAUN
aromig@psrb.com

Peter M. Racher
PLEWS SHADLEY RACHER & BRAUN
pracher@psrb.com

David A. Maas
REED SMITH LLP
dmaas@reedsmith.com

James A. Rolfes
REED SMITH LLP
jrolfes@reedsmith.com

Michael L. DeMarino
REED SMITH LLP
mdemarino@reedsmith.com

Thomas L. Allen
REED SMITH LLP
tallen@reedsmith.com

James W. Riley, Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com