IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, and STEPHANIE SNYDER, Individually and on behalf of others similarly situation,<br><br>           Plaintiffs,<br><br>v.<br><br>SHERMAN CAPITAL LLC;<br>MEETING STREET PARTNERS II INC.;<br>SHERMAN FINANCIAL GROUP LLC;<br>SHERMAN CAPITAL MARKETS LLC;<br>LVNV FUNDING LLC;<br>RESURGENT CAPITAL SERVICES LP;<br>SHERMAN ORIGINATOR LLC;<br>SHERMAN ORIGINATOR III, LLC;<br>SHERMAN ACQUISITION, LLC;<br>BENJAMIN W. NAVARRO;<br>LESLIE G. GUTIERREZ;<br>SCOTT E. SILVER;<br>KEVIN P. BRANIGAN;<br>ROBERT A. RODERICK;<br>KENNETT KENDALL; and<br>JOHN DOES 1-50,<br><br>           Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

## **APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Sherman Capital, LLC
    Sherman Financial Group, LLC
    LVNV Funding, LLC
    Resurgent Capital Service, LP and
    Sherman Originator, LLC

{00867901- }

Date: <u>December 12, 2014</u>                     <u>s/ *Stephanie S. Chaudhary*</u>
                                                   *Attorney's signature*

                                                   <u>Stephanie S. Chaudhary         28785-53</u>
                                                   *Printed name and bar number*

                                                   RILEY BENNETT & EGLOFF, LLP
                                                   141 East Washington Street
                                                   Fourth Floor
                                                   <u>Indianapolis, IN  46204</u>
                                                   *Address*

                                                   <u>schaudhary@rbelaw.com</u>
                                                   *E-mail address*

                                                   <u>(317) 636-8000</u>
                                                   *Telephone number*

                                                   <u>(317) 636-8027</u>
                                                   *FAX number*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Appearance of Counsel* was filed electronically on this 12th day of December, 2014.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.

                                                   <u>s/ Stephanie S. Chaudhary</u>
                                                   Stephanie S. Chaudhary

{00867901- }

2