UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ANDREW COX, et al., )
individually and on behalf of others )
similarly situated, )
 )
    Plaintiffs, )
 ) Civil Action No.: 1:12-cv-1654-TWP-MJD
    v. ) CLASS ACTION
 ) JURY TRIAL DEMANDED
SHERMAN CAPITAL LLC, et al. )
 )
    Defendants. )

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs, Andrew Cox, Lucinda Cox, Stephanie Snyder, and Robert Goodall ("Plaintiffs" or "Named Plaintiffs") seek certification pursuant to Fed. R. Civ. P. 23(b)(3) of a class seeking damages against defendants for their violations of the Fair Debt Collection Practice Act ("FDCPA"), 15 U.S.C. 1692 *et seq.*, the United States Racketeer Influence and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§1961, 1962(c) and (d), and 1964(a) and (c), fraud and constructive fraud, restitution, and unjust enrichment. The class will consist of all Indiana residents who were the subject of collection activity by the Defendants or their agents or who paid money to Defendants as more fully discussed below.

In support of this motion, Plaintiffs state:

1. This case arises from Defendants' or Defendants' agents' collection activities in Indiana. Between November 2008 through November 15, 2013 Defendants have directly or indirectly collected on at least 1,174,222 accounts, just in Indiana.

2. Plaintiffs propose to certify the following three subclasses:

a. FDCPA Subclass

All Indiana citizens who were the subject of collection activity or activities which violate the FDCPA by the Defendants or Defendants' agents in an attempt to collect a debt incurred for personal, family or household purposes which were served with process or contacted in any matter by Defendants or Defendants' agents during the period beginning November 9, 2011 (one year prior to the filing of the original complaint in this action) through trial of this case.

b. RICO Subclass

All Indiana citizens who paid money to Defendants pursuant to Defendants' scheme to defraud using the mail or wires; interstate transportation of stolen property; or extortion or any combination of these during the period beginning November 9, 2008 (four years prior to the filing of the original complaint in this action) through trial of this case.

c. Restitution Subclass

All Indiana citizens who paid money to Defendants in payment of an alleged debt owed to Defendants for the period beginning November 9, 2006 (six years prior to the filing of the original complaint in this action) through the trial of this case.

3. All requirements of Fed. R. Civ. P. 23 have been satisfied warranting certification of this action as a class action. That Rule provides:

Rule 23. Class actions

(a) Prerequisites. One or more members of a class may sue or be sued as representative parties on behalf of all members only if:

> (1) the class is so numerous that joinder of all members is impracticable;
>
> (2) there are questions of law or fact common to the class;
>
> (3) the claims or defenses of the representative parties are typical of the claims or defenses of the class; and
>
> (4) the representative parties will fairly and adequately protect the interests of the class.
>
> (b) Types of Class Actions. A class may be maintained if Rule 23(a) is satisfied and if:
>
> * * *
>> (3) the court finds that the questions of law or fact common to class members predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy….

4. There are tens of thousands of Indiana consumers who have been impacted by Defendants' collection activities. The class is so numerous that joinder of all members is impracticable.

5. The facts and legal issues relevant to the Named Plaintiffs' claims are common to all class members' claims. Those facts and issues include:

  a. Whether Defendants and their agents properly engaged in collection activities against Indiana consumers;

  b. Whether Defendants and their agents acquired legal ownership of class members' debt obligations;

  c. Whether Defendants and their agents impermissibly pulled credit reports, performed outbound dialer calling activity, sent dunning letters, and filed lawsuits against Indiana consumers;

  d. Whether Defendants and their agents committed a scheme to defraud using the mail or wires; interstate transportation of stolen property; or extortion; and

  e. Whether Defendants and their agents engaged in collection activity without legal standing.

  6. Named Plaintiffs' claims are typical of the claims of the class. The Named Plaintiffs will fairly and adequately represent the interests of the class. The Named Plaintiffs have no interests adverse to the interests of the class. Counsel retained by Named Plaintiffs and the class are experienced in handling class actions, other complex litigation, and consumer cases. Neither Plaintiffs nor Plaintiffs' counsel has any interest which might cause them not to vigorously pursue these claims.

  Plaintiff's accompanying memorandum explains the reasons why the class should be certified in more detail.

           Respectfully submitted

           *s/Amy E. Romig*
           *Attorneys for Plaintiffs, Andrew Cox, Lucinda Cox, Stephanie Snyder, and Robert Goodall individually and on behalf of others similarly situated*

George M. Plews, Attorney No. 6274-49
Frederick D. Emhardt, Attorney No. 10952-49
Amy E. Romig, Attorney No. 22523-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN  46202
Telephone: (317) 637-0700
Facsimile: (317) 637-0710
Email: gplews@psrb.com
   femhardt@psrb.com
   aromig@psrb.com

Robert D. Cheesebourough
Matthew D. Boruta
CHEESEBOUROUGH & BORUTA
543 E. Market Street
Indianapolis, IN 46204
Telephone: (317) 637-7000
Facsimile: (317) 638-2707
Email: rdc@home-saver.org
   boruta17@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March 2015, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

s/ Amy E. Romig