IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, *et al.*, individually and on behalf of others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) SHERMAN CAPITAL LLC, *et al.*, ) ) Defendants. ) ) ) | Civil Action No.: 1:12-cv-1654-TWP-MJD CLASS ACTION |

## DEFENDANT MOULTRIE STREET LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant, Moultrie Street LLC, submits this corporate disclosure statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

No other corporation owns any shares of this Defendant.

Dated: March 31, 2015                    Respectfully submitted,

s/ James A. Rolfes

Thomas Allen *pro hac vice*
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-3131
(412) 288-3086 (Facsimile)
tallen@reedsmith.com

James A. Rolfes  *pro hac vice*
jrolfes@reedsmith.com
David A. Maas *pro hac vice*
dmaas@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
(312) 207-1000
(312) 207-6400 (Facsimile)

James W. Riley, Jr.
Atty. No. 6073-49
RILEY BENNETT &
EGLOFF LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN  46204
 (317) 636-8000
 (317) 636-8027 (Facsimile)
jriley@rbelaw.com

*Attorneys for Defendants Archdale Street LLC, Chalmers Street LLC, Charlotte Street LLC, Concord Street LLC, Fulton Street LLC, Greenhill Street LLC, Hagood Street LLC, Huger Street LLC, Jacobs Alley LLC, Jasper Street LLC, LVNV Funding LLC, Moultrie Street LLC, Peachtree Street LLC, Princess Street LLC, Resurgent Capital Services LP, Sherman Capital LLC, Sherman Financial Group LLC,  Sherman Originator LLC, and Woolfe Street LLC*

US_ACTIVE-121390762.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 31st day of March, 2015, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

s/      *James A. Rolfes*