# **<u>EXHIBIT B</u>**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, STEPHANIE SNYDER, and ROBERT GOODALL, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>SHERMAN CAPITAL LLC, et al.<br><br>      Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

**DECLARATION OF MEGHAN EMMERICH**

I, Meghan Emmerich, do hereby declare and state as follows:

1. I am a managing paralegal for Resurgent Capital Services, LP, which serves as attorney-in-fact for LVNV Funding LLC ("LVNV"). I am an authorized representative of LVNV.

2. In my capacity as an authorized representative for LVNV, I am familiar with the records LVNV keeps for debts that it purchases and holds. I have reviewed LVNV's records for the two accounts of Plaintiff Robert Goodall that LVNV acquired and held: a Heritage First USA account sold by Chase Bank USA, N.A. ("Goodall Account 1") and a Lowe's Consumer account sold by General Electric Capital Corporation ("Goodall Account 2"). Both of these accounts were acquired and held by LVNV before LVNV made any communications to Robert Goodall regarding his debt.

3. The following records document LVNV's purchase of Goodall Account 1. Attached as Exhibit A is the Credit Card Account Purchase Agreement between Chase Bank

USA, N.A. and Sherman Originator III LLC dated as of July 26, 2010. Attached as Exhibit B is the Bill of Sale for a portfolio of debts that Sherman Originator III LLC acquired from Chase Bank USA, N.A. Attached as Exhibit C is the Declaration of Account Transfer of that portfolio of debts from Sherman Originator III LLC to Sherman Originator LLC, and then from Sherman Originator LLC to LVNV. Attached as Exhibit D is a list of accounts contained in the portfolio of debts that LVNV acquired from Sherman Originator LLC, showing that Goodall Account 1 was included within that portfolio.

4. The following records document LVNV's purchase of Goodall Account 2. Attached as Exhibit E is the Forward Flow Receivables Purchase Agreement, dated as of December 11, 2009, by and between General Electric Capital Corporation, GE Money Bank, Retail Credit Services, Inc. and Sherman Originator III, LLC. Attached as Exhibit F is the Bill of Sale for a portfolio of debts that Sherman Originator III LLC acquired from General Electric Capital Corporation, GE Money Bank, and Retailer Credit Services Inc. Attached as Exhibit G is the Declaration of Account Transfer of that portfolio of debts from Sherman Originator III LLC to Sherman Originator LLC, and then from Sherman Originator LLC to LVNV. Attached as Exhibit H is a list of accounts contained in the portfolio of debts that LVNV acquired from Sherman Originator LLC, showing that Goodall Account 2 was included within that portfolio.

5. Neither Resurgent, LVNV nor any of the other Defendants named in this case maintain any records showing whether the debts purchased and held by LVNV had been securitized prior to LVNV's purchase of the debt.

6. In my capacity as an authorized representative for LVNV, I am familiar with LVNV's practices with respect to the purchase of debt. LVNV has not securitized any of the debt that it has purchased and held.

-3-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2015.

_____
Meghan Emmerich