# **<u>EXHIBIT B</u>**



## BILL OF SALE

Chase Bank USA, N.A. ("Seller"), for value received and pursuant to the terms and conditions of Credit Card Account Purchase Agreement dated July 26, 2010 between Seller and Sherman Originator III, LLC ("Purchaser"), its successors and assigns ("Credit Card Account Purchase Agreement"), hereby assigns effective as of the File Creation Date of September 9, 2010 all rights, title and interest of Seller in and to those certain receivables, judgments or evidences of debt described in **Exhibit 1** attached hereto and made part hereof for all purposes.

Number of Accounts
Total Unpaid Balances
Premium
Due Seller

Amounts due to Seller by Purchaser in hereunder shall be paid U.S. Dollars by a wire transfer to be received by Seller no later than September 14, 2010 (the "Closing Date") by 2:00 p.m. Seller's time, as follows:

This Bill of Sale is executed without recourse except as stated in the Credit Card Account Purchase Agreement to which this is an Exhibit. No other representation of or warranty of title or enforceability is expressed or implied.

| Chase Bank USA, N.A. | | Sherman Originator III, LLC | |
|---|---|---|---|
| By: | _(signature)_ | By: | _(signature)_ |
| Date: | September 9, 2010 | Date: | 9.9.2010 |
| Title | Team Leader | Title | Director |