# **EXHIBIT C**

**Declaration of Account Transfer**

  Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated September 09, 2010 delivered by Chase Bank USA, N.A. on September 09, 2010 for purchase by SOLLC III on September 13, 2010. The transfer of the Assets included electronically stored business records.

  SOLLC, subsequent to the above mentioned transfer, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

          Sherman Originator III LLC
          a Delaware Limited Liability Company

          By: _____
            Name: Jon Mazzoli
            Title: Director


          Sherman Originator LLC
          a Delaware Limited Liability Company

          By: _____
            Name: Kevin Branigan
            Title: Authorized Representative


          LVNV Funding LLC
          a Delaware Limited Liability Company

          By: _____
            Name: Les Gutierrez
            Title: Authorized Representative

## Exhibit A

**Receivables File**

**09.13.10**

| Transfer Group | Portfolio | Transfer Batch |
| --- | --- | --- |
| 168666 | 15254 | N/A |