# **EXHIBIT F**

Non-Judgment AR Bulk January 2010

BILL of SALE

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated as of this 11th day of December, 2009 by and between General Electric Capital Corporation, a Delaware corporation, GE Money Bank, a federal savings bank, and Retailer Credit Services Inc, a Delaware corporation (collectively "Seller") and Sherman Originator III LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on the Transfer Date, and as further described in the Agreement.

GE Money Bank
By: _____
Title: CFO

Retailer Credit Services Inc
By: _____
Title: President

General Electric Capital Corporation
By: _____
Title: Vice President