# **EXHIBIT C**

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
 2                  INDIANAPOLIS DIVISION
                CAUSE NO. 1:12cv-1654-TWP-MJD
 3

 4      ANDREW COX, LUCINDA COX,           )
        STEPHANIE SNYDER, AND ROBERT       )
 5      GOODALL, on behalf of others       )
        similarly situated,                )
 6                                         )
                    Plaintiffs,            )
 7                                         )
                    -vs-                   )
 8                                         )
        SHERMAN CAPITAL, LLC, et al.,      )
 9                                         )
                    Defendants.            )
10

11

12
               VIDEO DEPOSITION OF ROBERT JAMES GOODALL
13

14

15

16          The deposition upon oral examination of
     ROBERT JAMES GOODALL, a witness produced and sworn
17   before me, Amy Doman, RPR, CRR, CSR No. 10-R-3022,
     Notary Public in and for the County of Hamilton, State
18   of Indiana, taken on behalf of the Defendants, at the
     offices of Riley Bennett & Egloff, 141 E. Washington
19   Street, Suite 400, Indianapolis, Indiana, at 9:11 a.m.,
     on Thursday, March 19, 2015, pursuant to the Federal
20   Rules of Civil Procedure.

21

22

23

24

25
```



Connor Reporting    317.236.6022
www.connorreporting.com

1    relating to any debt you incurred with Chase Bank
2    USA, NA, or any of its affiliates, 'Chase Bank,'
3    including but not limited to all communications
4    between you and Chase Bank."
5         And in your answer, the first sentence refers
6    to your answer to the previous interrogatory.  And
7    then it states -- and I will just read it for the
8    record -- "In addition, Weltman, Weinberg & Reis
9    Co., LPA, representing LVNV Funding, LLC, filed a
10   summons and complaint against me in May of 2010.  I
11   paid $1,200 to Weltman, Weinberg & Reis on or about
12   July 30th, 2010, to settle Account No. 8109036."
13        And is that -- those statements are correct?
14  A   To the best of my knowledge, yes.
15        MR. ALLEN:  Oops.  Let me take that back.  I
16   wasn't looking at it close enough.  Can you take
17   your sticker off?
18        THE REPORTER:  Yes.
19        (Goodall Deposition Exhibit 6 was marked for
20   identification.)
21        MR. ALLEN:  This is the next one.
22      BY MR. ALLEN:
23  Q   Now, we have marked as Goodall Exhibit 6 this
24   document, Mr. Goodall, which was a document that we
25   received from your counsel, which is your responses

```
 1        to document requests that we had served on your
 2        counsel.  And if you will look at the -- it's
 3        actually the last three pages of this document --
 4        are some documents that were produced by your
 5        counsel.  And the first one is a summons in an
 6        action captioned LVNV, LLC, versus Robert Goodall
 7        in the Marion Superior Court -- Marion County
 8        Superior Court, State of Indiana.
 9             And this is the summons that you referred to
10        in that interrogatory involving a lawsuit that LVNV
11        filed against you?
12   A    Repeat that.
13   Q    This -- you'll recall we read the interrogatory
14        answer a moment ago where you stated that a summons
15        and complaint had been filed against you in May of
16        2010.  And this is the summons from that case,
17        right?
18   A    Correct.
19   Q    Now, when you received the summons, did you also
20        receive a complaint -- received this summons, did
21        you also receive a complaint?
22   A    Complaint?  I'm not sure what --
23   Q    Well, the complaint is -- would be a document that
24        described, you know, what claim LVNV was making
25        against you.
```



| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Okay. You don't remember getting a complaint? |
| 3 | A | No. |
| 4 | Q | When you received the summons, did you understand that LVNV was trying to collect money that you owed on a credit card account? |
| 7 | A | No, not at the time. I didn't know who they were or anything. Reis Weinberg, or whoever they were, contacted me. |
| 10 | Q | If you will look at the -- so you said the law firm contacted you? |
| 12 | A | Uh-huh. |
| 13 | Q | And did you talk with them? |
| 14 | A | I did. |
| 15 | Q | What do you recall about that conversation? |
| 16 | A | I don't recall word for word, but they were demanding money that I owed and saying that they were going to garnish me, go to court, those type things. |
| 20 | Q | And what did you say to them? |
| 21 | A | Told them the same thing, I don't know who LVNV is, and I don't owe this debt. |
| 23 | Q | And if you look at the second -- the second page after the summons, this page is entitled "Answer." And it says, "Comes now the defendant, Robert |

| | | |
|---|---|---|
| 1 | | Goodall, and files this answer: I deny owing this |
| 2 | | debt. I have no idea who LVNV is and this case |
| 3 | | should be dismissed. Robert Goodall." |
| 4 | | Did you personally prepare this? |
| 5 | A | I did. |
| 6 | Q | Did you have a lawyer in the matter? |
| 7 | A | No -- |
| 8 | Q | Okay. |
| 9 | A | -- not that I believe. |
| 10 | Q | Did you file this in court, this particular paper |
| 11 | | that's entitled "Answer"? |
| 12 | A | I don't recall. |
| 13 | Q | Did you end up paying any money to LVNV in |
| 14 | | connection with this particular claim? |
| 15 | A | I did. |
| 16 | Q | And how much did you pay? |
| 17 | A | $1,200. |
| 18 | Q | And why did you make the payment, given that you |
| 19 | | were saying you didn't owe the debt? |
| 20 | A | Because I was under pressure, threatened with going |
| 21 | | to court, getting wages garnished, all those type |
| 22 | | of things. And, you know, in a panic and effort |
| 23 | | to, you know, try to make it die down or go away, |
| 24 | | that was the result. |
| 25 | Q | And if you look at the next page, this is a -- it |



Connor Reporting
www.connorreporting.com

317.236.6022

| | | Robert Goodall |
|---|---|---|
| 37 | | March 19, 2015 |

```
                                                                    37
 1          appears to be a check.  Is this a check on your
 2          account?
 3    A     Correct.
 4    Q     And it's written to the law firm of Weltman,
 5          Weinberg & Reis in the amount of $1,200, right?
 6    A     Correct.
 7    Q     In addition to paying the money, was there any kind
 8          of agreement, written agreement or documentation
 9          signed about your making this payment in the
10          lawsuit?
11    A     I'm not sure.
12    Q     Was the lawsuit dismissed?
13    A     I'm not sure.  I'm assuming they may have -- I
14          didn't hear anything further.
15    Q     Now, this particular account that was involved in
16          the lawsuit that was filed in 2010, do you believe
17          that was a Chase bank account as well?
18    A     No.
19    Q     Do you know who the lender was for that account?
20    A     I believe it was Lowe's.
21    Q     It was Lowe's?
22    A     Uh-huh.
23    Q     So this was an account that you had opened at the
24          Lowe's store?
25    A     Correct.
```



Robert Goodall
March 19, 2015

38

| | | |
|---|---|---|
| 1 | Q | Do you know whether the lender was Lowe's or was |
| 2 | | there some bank that was involved in the account as |
| 3 | | well? |
| 4 | A | I have no knowledge of that.  I just know it was |
| 5 | | Lowe's. |
| 6 | Q | Did you continue to use the account after you paid |
| 7 | | the $1,200? |
| 8 | A | I don't believe so. |
| 9 | Q | Do you know when you opened the account with |
| 10 | | Lowe's? |
| 11 | A | I do not. |
| 12 | Q | Now, Mr. Goodall, in this case, are you claiming |
| 13 | | that LVNV should give back to you this $1,200 that |
| 14 | | you paid back in 2010? |
| 15 | A | Yes. |
| 16 | Q | And why do you believe that LVNV should give the |
| 17 | | $1,200 back to you? |
| 18 | A | Because, again, I don't know who LVNV is, and I |
| 19 | | have never done business with LVNV. |
| 20 | Q | Do you know whether LVNV purchased that credit card |
| 21 | | debt that you owed on the Lowe's account? |
| 22 | A | Again, I have no knowledge as to if they did or |
| 23 | | didn't. |
| 24 | Q | Now, we've talked about a couple of different |
| 25 | | accounts that you had.  And so I want to focus |