# **EXHIBIT G**

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| ANDREW COX, LUCINDA COX, STEPHANIE SNYDER, and ROBERT GOODALL, individually and on behalf of others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>SHERMAN CAPITAL LLC, et al. )<br><br>Defendants. ) | Civil Action No. 1:12-cv-1654-TWP-MJD<br>CLASS ACTION |

**DECLARATION OF MICHAEL J. MIHALICH**

I, Michael J. Mihalich do hereby state as follows:

1.     I am a Senior Litigation Technology Services Analyst at Reed Smith LLP.

2.     In my capacity as Senior Litigation Technology Services Analyst, I was asked to perform certain tasks with respect to source spreadsheets that were produced to Plaintiffs in this action in March of 2014.  These spreadsheets were labeled:  (1) Confidential - Resurgent 00677A.xlsx; (2) Confidential - Resurgent 00677B.xlsx; and (3) Confidential - Resurgent 00677C.xlsx.

3.     It is my understanding that the three source spreadsheets contained data with respect to Indiana accounts against which one or more of the Defendants had taken collection activity during the period from November, 2006 to January, 2014.  Specifically, the spreadsheet labeled Confidential - Resurgent 00677A.xlsx includes Indiana accounts subject to collection efforts from November, 2008 to November, 2011 (622,549 accounts); the spreadsheet labeled Confidential - Resurgent 00677B.xlsx includes Indiana accounts subject to collection efforts from December, 2011 to January, 2014 (559,899 accounts); and the spreadsheet labeled

Confidential - Resurgent 00677C.xlsx includes Indiana accounts subject to collection efforts from November, 2006 through November, 2011 (357,409 accounts).

4.      Some accounts were subject to collection activity during more than one of the three time periods covered by the three spreadsheets. As a result, those accounts appear on more than one of the three spreadsheets.

5.      In order to identify the unique, non-duplicated, account records contained within the spreadsheets, I took the following steps.

6.      First, I exported the contents of the three spreadsheets into three tab delimited text files. After moving all three text files into a single folder, I ran the Windows Command Line to merge all three spreadsheets into a single text file and imported the results into a single table in Microsoft Access. In order to address the errors identified in the "import errors" table, I modified the "Data Type" for the fields and reloaded the single tab delimited text file until all "Data Type" errors were resolved.

7.      With the data contained within a single table containing 1,539,857 account records, I pulled all of the account records into the Query Design tab with the "Last Name" and "SSNLast4" fields to identify the unique records with the "Unique Records" functionality in the Property Sheet in the Query Design tab. The query returned 615,815 unique account records.

8.      After exhausting all the functionality in Microsoft Access, I transferred the data into a CSV version of Microsoft Excel and ran the "Remove Duplicates" function in the CSV file, which returned 615,815 account records. Several comparisons confirmed that the 615,815 account records returned from the "Remove Duplicates" function were exact matches to what Microsoft Access returned.

9.      Each of the 615,815 account records includes data fields with the following headings:

| AcctID | CurrBalance | PortfolioID | BKLastPmtDate |
|---|---|---|---|
| AcctNumber | AcctType | PurchaseDate | BarDate |
| FirstName | Merchant | PurchaseBalance | CourtState |
| MiddleName | LOB | CashCollectedDuringClassPeriod | Court |
| LastName | ProductType | ChgOffDate | Trustee |
| Address | ProductSource | LastPmtDate | CaseNumber |
| Address2 | SellerOrg | DataSource | Chapter |
| City | TotalCollectedLTD | SSNLast4 | CurrentCreditor |
| State | CurrentStatus | BKAmtDue | CreditorPurchasedFrom |
| Zip | CurrentPlaceType | BKChgOffDate | AlternateNames |

10.     Once I arrived at the 615,815 unique records, I ran pivot tables and broke down the data by "AcctType" and "SellerOrg." The pivot tables revealed that there were 12 different Account Types. *See* **Exhibit A**. In addition, the pivot tables revealed that there were 95 different Seller Organizations. *See* **Exhibit B**.

11.     The field labeled "PurchaseDate" includes 1460 dates covering the period from September 25, 1998 to January 21, 2014. *See* **Exhibit C**.

12.     Despite the changes to the Data Types for the Field Names in Access, data integrity was maintained throughout the different processes. I ran several levels of sampling and testing across both the Microsoft Access and Microsoft Excel platforms. Field validations were run to ensure that the data extracted from each spreadsheet was the same data imported into Microsoft Access and then exported back into Microsoft Excel.

13.     The source spreadsheets, as well as the spreadsheet containing the 615,815 unique records, are voluminous and cannot be conveniently submitted to the Court in their entirety. Nonetheless, the spreadsheets are available for examination by the Court. Defendants have produced the source spreadsheets to Plaintiffs' counsel and hence all the underlying account records already have been made available to Plaintiffs' counsel.

-3-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2015.

Michael J. Mihalich

# **EXHIBIT A**

| AcctType |
| --- |
| |
| Auto |
| Bankcard |
| Commercial |
| HELOC |
| Installment |
| Medical |
| Other |
| Overdraft Account |
| Real Estate |
| Retail |
| Student Loan |
| Telecom |

# EXHIBIT B

| SellerOrg |
| --- |
| |
| Absolute Resolutions corp |
| Accounts Management Services |
| Advanta Business Cards |
| Aman Collection Service, Inc. |
| American Express |
| Ameriquest Mortgage Company |
| Arrow Financial Services, LLC |
| Associates National Bank |
| AutoCorp Equities |
| Bank of America, N.A. |
| Bank One Corporation |
| B-Line, LLC |
| Cabeles |
| Capital One Bank (USA), N.A. |
| Cash Call, Inc |
| Chase Bank USA, N.A. |
| Chase Manhattan Bank USA, N.A. |
| Citibank, N.A. |
| Citicorp |
| CitiFinancial, Inc. |
| Citizen's Bank |
| Community Bank |
| Compucredit |
| Conn Appliances, Inc. |
| Consolidation USA |
| Creative Credit Solutions |
| Credit One Financial Solutions, LLC |
| Cross Country Bank |
| CVF Consumer Acquisition Company |
| Deutsche Bank |
| Discover Bank USA |
| Drive Financial Services, LP |
| Empire Funding Corp. |
| Equifirst |
| ExTerra Credit Recovery, Inc. |
| Fidelity National Bank |
| Fifth Third Bank |
| Fingerhut Companies, Inc. |
| First Boston |
| First National Bank Omaha |
| First Premier Bank |
| First Select, Inc |
| First Union |
| First USA Bank, N.A. |
| Firstar Bank |

| |
|---|
| Fleet Bank(RI), N.A. |
| FNBM, LLC |
| General Electric Capital Corporation |
| Greatlakes |
| Heilig Meyers |
| Homecomings Financial Network, Inc. |
| HomeEq  Servicing Corp. |
| HSBC |
| Huntington Bank |
| IDT Carmel, Inc |
| InfiBank N.A. |
| Inovision Medclr Portfolio Group, LLC |
| Juniper Bank |
| Key Bank, NA |
| MBNA |
| MCI Communications Services, Inc |
| MCM Capital |
| Metris Companies, Inc. |
| MHC Receivables, LLC |
| Midland Capital Management |
| National City Bank |
| NCO Portfolio Management |
| Nextel Communications, Inc. |
| North Star Capital Acquisition LLC |
| One Main Financial Inc. |
| OSI |
| Providian Financial Corp |
| PRS Assets, LLC |
| RBS Citizens, N.A. |
| RFC |
| Rushmore Recovery Management, LLC |
| Santander Financial Services, Inc. |
| Sears National Bank |
| Soaring Capital, LLC |
| Springleaf Financial Services, Inc. |
| Sterling Jewelers, Inc. |
| Target |
| TransAmerica Bank, N.A. |
| Triad |
| Tri-Cap Investment Partners, LLC |
| Triumph Partnerships, LLC |
| U.S. Bank, N.A. |
| Union Planters |
| Unknown |
| Vion Holdings LLC |
| Wachovia Bank, N.A. |
| Washington Mutual Bank, NA |

| |
|---|
| Wells Fargo Bank, N.A. |
| West Asset Management, Inc |
| Windstream Communications, Inc. |

# **EXHIBIT C**

| PurchaseDate |
| --- |
| 25-Sep-98 |
| 31-Dec-98 |
| 02-Feb-99 |
| 03-Mar-99 |
| 23-Mar-99 |
| 29-Mar-99 |
| 31-Mar-99 |
| 27-Apr-99 |
| 12-May-99 |
| 13-May-99 |
| 28-May-99 |
| 01-Jun-99 |
| 03-Jun-99 |
| 04-Jun-99 |
| 18-Jun-99 |
| 25-Jun-99 |
| 29-Jun-99 |
| 30-Jun-99 |
| 01-Jul-99 |
| 28-Jul-99 |
| 30-Jul-99 |
| 02-Aug-99 |
| 26-Aug-99 |
| 23-Sep-99 |
| 24-Sep-99 |
| 29-Sep-99 |
| 30-Sep-99 |
| 01-Oct-99 |
| 25-Oct-99 |
| 29-Oct-99 |
| 04-Nov-99 |
| 10-Nov-99 |
| 15-Nov-99 |
| 07-Dec-99 |
| 10-Dec-99 |
| 14-Dec-99 |
| 17-Dec-99 |
| 22-Dec-99 |
| 29-Dec-99 |
| 05-Jan-00 |
| 14-Jan-00 |
| 18-Jan-00 |
| 20-Jan-00 |
| 02-Feb-00 |
| 08-Feb-00 |

| |
|---|
| 09-Feb-00 |
| 22-Feb-00 |
| 28-Feb-00 |
| 29-Feb-00 |
| 07-Mar-00 |
| 08-Mar-00 |
| 20-Mar-00 |
| 22-Mar-00 |
| 23-Mar-00 |
| 28-Mar-00 |
| 30-Mar-00 |
| 03-Apr-00 |
| 06-Apr-00 |
| 20-Apr-00 |
| 25-Apr-00 |
| 26-Apr-00 |
| 27-Apr-00 |
| 28-Apr-00 |
| 09-May-00 |
| 22-May-00 |
| 23-May-00 |
| 24-May-00 |
| 08-Jun-00 |
| 09-Jun-00 |
| 20-Jun-00 |
| 23-Jun-00 |
| 26-Jun-00 |
| 28-Jun-00 |
| 29-Jun-00 |
| 11-Jul-00 |
| 20-Jul-00 |
| 24-Jul-00 |
| 07-Aug-00 |
| 08-Aug-00 |
| 17-Aug-00 |
| 21-Aug-00 |
| 22-Aug-00 |
| 24-Aug-00 |
| 12-Sep-00 |
| 15-Sep-00 |
| 20-Sep-00 |
| 22-Sep-00 |
| 27-Sep-00 |
| 28-Sep-00 |
| 12-Oct-00 |
| 20-Oct-00 |
| 23-Oct-00 |

| |
|---|
| 24-Oct-00 |
| 25-Oct-00 |
| 27-Oct-00 |
| 03-Nov-00 |
| 10-Nov-00 |
| 20-Nov-00 |
| 21-Nov-00 |
| 05-Dec-00 |
| 08-Dec-00 |
| 14-Dec-00 |
| 20-Dec-00 |
| 28-Dec-00 |
| 29-Dec-00 |
| 22-Jan-01 |
| 26-Jan-01 |
| 12-Feb-01 |
| 21-Feb-01 |
| 22-Feb-01 |
| 23-Feb-01 |
| 26-Feb-01 |
| 01-Mar-01 |
| 12-Mar-01 |
| 20-Mar-01 |
| 21-Mar-01 |
| 22-Mar-01 |
| 23-Mar-01 |
| 29-Mar-01 |
| 30-Mar-01 |
| 12-Apr-01 |
| 20-Apr-01 |
| 25-Apr-01 |
| 26-Apr-01 |
| 22-May-01 |
| 24-May-01 |
| 29-May-01 |
| 30-May-01 |
| 01-Jun-01 |
| 04-Jun-01 |
| 20-Jun-01 |
| 22-Jun-01 |
| 25-Jun-01 |
| 28-Jun-01 |
| 29-Jun-01 |
| 12-Jul-01 |
| 20-Jul-01 |
| 02-Aug-01 |
| 03-Aug-01 |

| |
|---|
| 15-Aug-01 |
| 17-Aug-01 |
| 20-Aug-01 |
| 23-Aug-01 |
| 30-Aug-01 |
| 31-Aug-01 |
| 14-Sep-01 |
| 17-Sep-01 |
| 18-Sep-01 |
| 24-Sep-01 |
| 25-Sep-01 |
| 26-Sep-01 |
| 27-Sep-01 |
| 28-Sep-01 |
| 04-Oct-01 |
| 05-Oct-01 |
| 17-Oct-01 |
| 22-Oct-01 |
| 30-Oct-01 |
| 31-Oct-01 |
| 06-Nov-01 |
| 08-Nov-01 |
| 20-Nov-01 |
| 21-Nov-01 |
| 29-Nov-01 |
| 30-Nov-01 |
| 05-Dec-01 |
| 06-Dec-01 |
| 10-Dec-01 |
| 20-Dec-01 |
| 21-Dec-01 |
| 28-Dec-01 |
| 31-Dec-01 |
| 03-Jan-02 |
| 07-Jan-02 |
| 24-Jan-02 |
| 31-Jan-02 |
| 01-Feb-02 |
| 06-Feb-02 |
| 19-Feb-02 |
| 20-Feb-02 |
| 21-Feb-02 |
| 28-Feb-02 |
| 06-Mar-02 |
| 08-Mar-02 |
| 20-Mar-02 |
| 25-Mar-02 |

| |
|---|
| 26-Mar-02 |
| 27-Mar-02 |
| 28-Mar-02 |
| 02-Apr-02 |
| 11-Apr-02 |
| 18-Apr-02 |
| 22-Apr-02 |
| 30-Apr-02 |
| 01-May-02 |
| 02-May-02 |
| 10-May-02 |
| 14-May-02 |
| 15-May-02 |
| 20-May-02 |
| 23-May-02 |
| 30-May-02 |
| 31-May-02 |
| 05-Jun-02 |
| 10-Jun-02 |
| 17-Jun-02 |
| 19-Jun-02 |
| 20-Jun-02 |
| 27-Jun-02 |
| 28-Jun-02 |
| 29-Jun-02 |
| 03-Jul-02 |
| 17-Jul-02 |
| 24-Jul-02 |
| 25-Jul-02 |
| 26-Jul-02 |
| 01-Aug-02 |
| 08-Aug-02 |
| 20-Aug-02 |
| 23-Aug-02 |
| 26-Aug-02 |
| 27-Aug-02 |
| 29-Aug-02 |
| 12-Sep-02 |
| 18-Sep-02 |
| 19-Sep-02 |
| 25-Sep-02 |
| 26-Sep-02 |
| 27-Sep-02 |
| 29-Sep-02 |
| 30-Sep-02 |
| 07-Oct-02 |
| 15-Oct-02 |

| |
|---|
| 18-Oct-02 |
| 22-Oct-02 |
| 25-Oct-02 |
| 30-Oct-02 |
| 31-Oct-02 |
| 05-Nov-02 |
| 08-Nov-02 |
| 19-Nov-02 |
| 20-Nov-02 |
| 21-Nov-02 |
| 22-Nov-02 |
| 26-Nov-02 |
| 03-Dec-02 |
| 04-Dec-02 |
| 11-Dec-02 |
| 17-Dec-02 |
| 18-Dec-02 |
| 19-Dec-02 |
| 20-Dec-02 |
| 23-Dec-02 |
| 30-Dec-02 |
| 31-Dec-02 |
| 03-Jan-03 |
| 15-Jan-03 |
| 17-Jan-03 |
| 21-Jan-03 |
| 22-Jan-03 |
| 30-Jan-03 |
| 31-Jan-03 |
| 03-Feb-03 |
| 04-Feb-03 |
| 07-Feb-03 |
| 19-Feb-03 |
| 21-Feb-03 |
| 25-Feb-03 |
| 26-Feb-03 |
| 27-Feb-03 |
| 28-Feb-03 |
| 13-Mar-03 |
| 17-Mar-03 |
| 19-Mar-03 |
| 21-Mar-03 |
| 25-Mar-03 |
| 27-Mar-03 |
| 28-Mar-03 |
| 31-Mar-03 |
| 02-Apr-03 |

| |
|---|
| 03-Apr-03 |
| 04-Apr-03 |
| 15-Apr-03 |
| 17-Apr-03 |
| 21-Apr-03 |
| 23-Apr-03 |
| 24-Apr-03 |
| 25-Apr-03 |
| 29-Apr-03 |
| 30-Apr-03 |
| 01-May-03 |
| 07-May-03 |
| 16-May-03 |
| 20-May-03 |
| 22-May-03 |
| 28-May-03 |
| 29-May-03 |
| 30-May-03 |
| 02-Jun-03 |
| 11-Jun-03 |
| 23-Jun-03 |
| 24-Jun-03 |
| 26-Jun-03 |
| 27-Jun-03 |
| 30-Jun-03 |
| 01-Jul-03 |
| 09-Jul-03 |
| 10-Jul-03 |
| 17-Jul-03 |
| 21-Jul-03 |
| 23-Jul-03 |
| 24-Jul-03 |
| 25-Jul-03 |
| 30-Jul-03 |
| 31-Jul-03 |
| 01-Aug-03 |
| 04-Aug-03 |
| 05-Aug-03 |
| 08-Aug-03 |
| 14-Aug-03 |
| 20-Aug-03 |
| 21-Aug-03 |
| 22-Aug-03 |
| 26-Aug-03 |
| 27-Aug-03 |
| 28-Aug-03 |
| 29-Aug-03 |

| |
|---|
| 05-Sep-03 |
| 11-Sep-03 |
| 12-Sep-03 |
| 18-Sep-03 |
| 22-Sep-03 |
| 23-Sep-03 |
| 24-Sep-03 |
| 25-Sep-03 |
| 26-Sep-03 |
| 29-Sep-03 |
| 30-Sep-03 |
| 02-Oct-03 |
| 03-Oct-03 |
| 08-Oct-03 |
| 09-Oct-03 |
| 16-Oct-03 |
| 17-Oct-03 |
| 21-Oct-03 |
| 23-Oct-03 |
| 28-Oct-03 |
| 30-Oct-03 |
| 31-Oct-03 |
| 07-Nov-03 |
| 12-Nov-03 |
| 17-Nov-03 |
| 18-Nov-03 |
| 21-Nov-03 |
| 24-Nov-03 |
| 26-Nov-03 |
| 01-Dec-03 |
| 02-Dec-03 |
| 08-Dec-03 |
| 12-Dec-03 |
| 15-Dec-03 |
| 16-Dec-03 |
| 18-Dec-03 |
| 20-Dec-03 |
| 22-Dec-03 |
| 23-Dec-03 |
| 30-Dec-03 |
| 08-Jan-04 |
| 14-Jan-04 |
| 15-Jan-04 |
| 16-Jan-04 |
| 21-Jan-04 |
| 22-Jan-04 |
| 27-Jan-04 |

| |
|---|
| 28-Jan-04 |
| 29-Jan-04 |
| 03-Feb-04 |
| 05-Feb-04 |
| 10-Feb-04 |
| 11-Feb-04 |
| 12-Feb-04 |
| 18-Feb-04 |
| 19-Feb-04 |
| 20-Feb-04 |
| 23-Feb-04 |
| 24-Feb-04 |
| 26-Feb-04 |
| 27-Feb-04 |
| 02-Mar-04 |
| 04-Mar-04 |
| 05-Mar-04 |
| 10-Mar-04 |
| 11-Mar-04 |
| 17-Mar-04 |
| 19-Mar-04 |
| 23-Mar-04 |
| 24-Mar-04 |
| 25-Mar-04 |
| 26-Mar-04 |
| 01-Apr-04 |
| 07-Apr-04 |
| 08-Apr-04 |
| 12-Apr-04 |
| 15-Apr-04 |
| 16-Apr-04 |
| 19-Apr-04 |
| 22-Apr-04 |
| 23-Apr-04 |
| 26-Apr-04 |
| 28-Apr-04 |
| 29-Apr-04 |
| 05-May-04 |
| 12-May-04 |
| 13-May-04 |
| 14-May-04 |
| 19-May-04 |
| 21-May-04 |
| 25-May-04 |
| 26-May-04 |
| 27-May-04 |
| 01-Jun-04 |

| |
|---|
| 02-Jun-04 |
| 05-Jun-04 |
| 08-Jun-04 |
| 15-Jun-04 |
| 16-Jun-04 |
| 17-Jun-04 |
| 21-Jun-04 |
| 23-Jun-04 |
| 30-Jun-04 |
| 02-Jul-04 |
| 08-Jul-04 |
| 09-Jul-04 |
| 15-Jul-04 |
| 16-Jul-04 |
| 21-Jul-04 |
| 22-Jul-04 |
| 23-Jul-04 |
| 28-Jul-04 |
| 29-Jul-04 |
| 30-Jul-04 |
| 04-Aug-04 |
| 06-Aug-04 |
| 11-Aug-04 |
| 13-Aug-04 |
| 17-Aug-04 |
| 18-Aug-04 |
| 20-Aug-04 |
| 25-Aug-04 |
| 31-Aug-04 |
| 02-Sep-04 |
| 03-Sep-04 |
| 13-Sep-04 |
| 14-Sep-04 |
| 15-Sep-04 |
| 20-Sep-04 |
| 23-Sep-04 |
| 28-Sep-04 |
| 30-Sep-04 |
| 05-Oct-04 |
| 07-Oct-04 |
| 08-Oct-04 |
| 14-Oct-04 |
| 15-Oct-04 |
| 19-Oct-04 |
| 20-Oct-04 |
| 21-Oct-04 |
| 26-Oct-04 |

| |
|---|
| 27-Oct-04 |
| 29-Oct-04 |
| 02-Nov-04 |
| 04-Nov-04 |
| 05-Nov-04 |
| 11-Nov-04 |
| 17-Nov-04 |
| 18-Nov-04 |
| 19-Nov-04 |
| 22-Nov-04 |
| 23-Nov-04 |
| 24-Nov-04 |
| 02-Dec-04 |
| 03-Dec-04 |
| 06-Dec-04 |
| 08-Dec-04 |
| 16-Dec-04 |
| 20-Dec-04 |
| 22-Dec-04 |
| 23-Dec-04 |
| 29-Dec-04 |
| 05-Jan-05 |
| 06-Jan-05 |
| 13-Jan-05 |
| 14-Jan-05 |
| 19-Jan-05 |
| 25-Jan-05 |
| 26-Jan-05 |
| 27-Jan-05 |
| 28-Jan-05 |
| 31-Jan-05 |
| 07-Feb-05 |
| 11-Feb-05 |
| 15-Feb-05 |
| 16-Feb-05 |
| 18-Feb-05 |
| 22-Feb-05 |
| 23-Feb-05 |
| 24-Feb-05 |
| 25-Feb-05 |
| 28-Feb-05 |
| 08-Mar-05 |
| 09-Mar-05 |
| 16-Mar-05 |
| 17-Mar-05 |
| 18-Mar-05 |
| 21-Mar-05 |

| |
|---|
| 23-Mar-05 |
| 24-Mar-05 |
| 29-Mar-05 |
| 31-Mar-05 |
| 07-Apr-05 |
| 11-Apr-05 |
| 13-Apr-05 |
| 15-Apr-05 |
| 18-Apr-05 |
| 20-Apr-05 |
| 21-Apr-05 |
| 26-Apr-05 |
| 28-Apr-05 |
| 29-Apr-05 |
| 03-May-05 |
| 05-May-05 |
| 06-May-05 |
| 12-May-05 |
| 18-May-05 |
| 19-May-05 |
| 20-May-05 |
| 24-May-05 |
| 25-May-05 |
| 26-May-05 |
| 31-May-05 |
| 01-Jun-05 |
| 08-Jun-05 |
| 10-Jun-05 |
| 13-Jun-05 |
| 15-Jun-05 |
| 16-Jun-05 |
| 17-Jun-05 |
| 21-Jun-05 |
| 22-Jun-05 |
| 23-Jun-05 |
| 27-Jun-05 |
| 28-Jun-05 |
| 29-Jun-05 |
| 30-Jun-05 |
| 05-Jul-05 |
| 08-Jul-05 |
| 13-Jul-05 |
| 14-Jul-05 |
| 15-Jul-05 |
| 21-Jul-05 |
| 25-Jul-05 |
| 27-Jul-05 |

| |
|---|
| 28-Jul-05 |
| 01-Aug-05 |
| 05-Aug-05 |
| 11-Aug-05 |
| 17-Aug-05 |
| 18-Aug-05 |
| 19-Aug-05 |
| 23-Aug-05 |
| 24-Aug-05 |
| 29-Aug-05 |
| 30-Aug-05 |
| 31-Aug-05 |
| 02-Sep-05 |
| 09-Sep-05 |
| 19-Sep-05 |
| 21-Sep-05 |
| 22-Sep-05 |
| 26-Sep-05 |
| 27-Sep-05 |
| 28-Sep-05 |
| 29-Sep-05 |
| 30-Sep-05 |
| 04-Oct-05 |
| 07-Oct-05 |
| 13-Oct-05 |
| 17-Oct-05 |
| 18-Oct-05 |
| 19-Oct-05 |
| 20-Oct-05 |
| 25-Oct-05 |
| 26-Oct-05 |
| 27-Oct-05 |
| 28-Oct-05 |
| 02-Nov-05 |
| 03-Nov-05 |
| 07-Nov-05 |
| 14-Nov-05 |
| 17-Nov-05 |
| 22-Nov-05 |
| 23-Nov-05 |
| 29-Nov-05 |
| 30-Nov-05 |
| 02-Dec-05 |
| 07-Dec-05 |
| 08-Dec-05 |
| 09-Dec-05 |
| 12-Dec-05 |

| |
|---|
| 15-Dec-05 |
| 21-Dec-05 |
| 22-Dec-05 |
| 27-Dec-05 |
| 28-Dec-05 |
| 29-Dec-05 |
| 04-Jan-06 |
| 06-Jan-06 |
| 13-Jan-06 |
| 19-Jan-06 |
| 23-Jan-06 |
| 26-Jan-06 |
| 27-Jan-06 |
| 31-Jan-06 |
| 02-Feb-06 |
| 03-Feb-06 |
| 09-Feb-06 |
| 16-Feb-06 |
| 17-Feb-06 |
| 23-Feb-06 |
| 28-Feb-06 |
| 01-Mar-06 |
| 02-Mar-06 |
| 03-Mar-06 |
| 07-Mar-06 |
| 09-Mar-06 |
| 15-Mar-06 |
| 16-Mar-06 |
| 17-Mar-06 |
| 20-Mar-06 |
| 21-Mar-06 |
| 22-Mar-06 |
| 23-Mar-06 |
| 24-Mar-06 |
| 28-Mar-06 |
| 30-Mar-06 |
| 31-Mar-06 |
| 05-Apr-06 |
| 06-Apr-06 |
| 13-Apr-06 |
| 17-Apr-06 |
| 20-Apr-06 |
| 25-Apr-06 |
| 26-Apr-06 |
| 27-Apr-06 |
| 28-Apr-06 |
| 02-May-06 |

| |
|---|
| 03-May-06 |
| 04-May-06 |
| 11-May-06 |
| 17-May-06 |
| 18-May-06 |
| 19-May-06 |
| 22-May-06 |
| 24-May-06 |
| 25-May-06 |
| 31-May-06 |
| 02-Jun-06 |
| 05-Jun-06 |
| 08-Jun-06 |
| 13-Jun-06 |
| 15-Jun-06 |
| 16-Jun-06 |
| 20-Jun-06 |
| 21-Jun-06 |
| 23-Jun-06 |
| 26-Jun-06 |
| 27-Jun-06 |
| 28-Jun-06 |
| 30-Jun-06 |
| 05-Jul-06 |
| 06-Jul-06 |
| 12-Jul-06 |
| 13-Jul-06 |
| 14-Jul-06 |
| 17-Jul-06 |
| 18-Jul-06 |
| 21-Jul-06 |
| 25-Jul-06 |
| 26-Jul-06 |
| 28-Jul-06 |
| 31-Jul-06 |
| 02-Aug-06 |
| 10-Aug-06 |
| 16-Aug-06 |
| 18-Aug-06 |
| 22-Aug-06 |
| 23-Aug-06 |
| 24-Aug-06 |
| 25-Aug-06 |
| 29-Aug-06 |
| 30-Aug-06 |
| 01-Sep-06 |
| 12-Sep-06 |

| |
|---|
| 14-Sep-06 |
| 19-Sep-06 |
| 20-Sep-06 |
| 21-Sep-06 |
| 25-Sep-06 |
| 26-Sep-06 |
| 27-Sep-06 |
| 28-Sep-06 |
| 10-Oct-06 |
| 11-Oct-06 |
| 12-Oct-06 |
| 17-Oct-06 |
| 20-Oct-06 |
| 23-Oct-06 |
| 24-Oct-06 |
| 25-Oct-06 |
| 26-Oct-06 |
| 27-Oct-06 |
| 01-Nov-06 |
| 02-Nov-06 |
| 06-Nov-06 |
| 08-Nov-06 |
| 09-Nov-06 |
| 15-Nov-06 |
| 16-Nov-06 |
| 17-Nov-06 |
| 21-Nov-06 |
| 27-Nov-06 |
| 28-Nov-06 |
| 29-Nov-06 |
| 30-Nov-06 |
| 05-Dec-06 |
| 07-Dec-06 |
| 11-Dec-06 |
| 13-Dec-06 |
| 14-Dec-06 |
| 15-Dec-06 |
| 19-Dec-06 |
| 20-Dec-06 |
| 21-Dec-06 |
| 22-Dec-06 |
| 27-Dec-06 |
| 28-Dec-06 |
| 29-Dec-06 |
| 03-Jan-07 |
| 04-Jan-07 |
| 05-Jan-07 |

| |
|---|
| 11-Jan-07 |
| 12-Jan-07 |
| 18-Jan-07 |
| 19-Jan-07 |
| 23-Jan-07 |
| 24-Jan-07 |
| 25-Jan-07 |
| 26-Jan-07 |
| 29-Jan-07 |
| 30-Jan-07 |
| 02-Feb-07 |
| 06-Feb-07 |
| 08-Feb-07 |
| 14-Feb-07 |
| 15-Feb-07 |
| 16-Feb-07 |
| 21-Feb-07 |
| 22-Feb-07 |
| 23-Feb-07 |
| 26-Feb-07 |
| 27-Feb-07 |
| 28-Feb-07 |
| 01-Mar-07 |
| 02-Mar-07 |
| 09-Mar-07 |
| 12-Mar-07 |
| 14-Mar-07 |
| 15-Mar-07 |
| 16-Mar-07 |
| 19-Mar-07 |
| 20-Mar-07 |
| 21-Mar-07 |
| 22-Mar-07 |
| 23-Mar-07 |
| 26-Mar-07 |
| 28-Mar-07 |
| 29-Mar-07 |
| 30-Mar-07 |
| 04-Apr-07 |
| 05-Apr-07 |
| 12-Apr-07 |
| 17-Apr-07 |
| 18-Apr-07 |
| 19-Apr-07 |
| 23-Apr-07 |
| 24-Apr-07 |
| 25-Apr-07 |

| |
|---|
| 30-Apr-07 |
| 01-May-07 |
| 02-May-07 |
| 03-May-07 |
| 09-May-07 |
| 11-May-07 |
| 15-May-07 |
| 16-May-07 |
| 18-May-07 |
| 22-May-07 |
| 24-May-07 |
| 30-May-07 |
| 31-May-07 |
| 07-Jun-07 |
| 11-Jun-07 |
| 12-Jun-07 |
| 13-Jun-07 |
| 14-Jun-07 |
| 18-Jun-07 |
| 19-Jun-07 |
| 20-Jun-07 |
| 21-Jun-07 |
| 26-Jun-07 |
| 27-Jun-07 |
| 28-Jun-07 |
| 03-Jul-07 |
| 11-Jul-07 |
| 12-Jul-07 |
| 13-Jul-07 |
| 16-Jul-07 |
| 17-Jul-07 |
| 19-Jul-07 |
| 23-Jul-07 |
| 25-Jul-07 |
| 26-Jul-07 |
| 27-Jul-07 |
| 31-Jul-07 |
| 01-Aug-07 |
| 02-Aug-07 |
| 06-Aug-07 |
| 09-Aug-07 |
| 14-Aug-07 |
| 15-Aug-07 |
| 17-Aug-07 |
| 21-Aug-07 |
| 23-Aug-07 |
| 24-Aug-07 |

| |
|---|
| 27-Aug-07 |
| 29-Aug-07 |
| 30-Aug-07 |
| 07-Sep-07 |
| 10-Sep-07 |
| 12-Sep-07 |
| 13-Sep-07 |
| 14-Sep-07 |
| 18-Sep-07 |
| 19-Sep-07 |
| 20-Sep-07 |
| 21-Sep-07 |
| 24-Sep-07 |
| 26-Sep-07 |
| 27-Sep-07 |
| 28-Sep-07 |
| 04-Oct-07 |
| 09-Oct-07 |
| 10-Oct-07 |
| 11-Oct-07 |
| 12-Oct-07 |
| 16-Oct-07 |
| 17-Oct-07 |
| 18-Oct-07 |
| 19-Oct-07 |
| 22-Oct-07 |
| 23-Oct-07 |
| 24-Oct-07 |
| 25-Oct-07 |
| 26-Oct-07 |
| 05-Nov-07 |
| 08-Nov-07 |
| 13-Nov-07 |
| 15-Nov-07 |
| 16-Nov-07 |
| 19-Nov-07 |
| 21-Nov-07 |
| 26-Nov-07 |
| 27-Nov-07 |
| 28-Nov-07 |
| 29-Nov-07 |
| 30-Nov-07 |
| 06-Dec-07 |
| 11-Dec-07 |
| 12-Dec-07 |
| 13-Dec-07 |
| 14-Dec-07 |

| |
|---|
| 18-Dec-07 |
| 19-Dec-07 |
| 20-Dec-07 |
| 21-Dec-07 |
| 27-Dec-07 |
| 28-Dec-07 |
| 04-Jan-08 |
| 10-Jan-08 |
| 11-Jan-08 |
| 15-Jan-08 |
| 16-Jan-08 |
| 17-Jan-08 |
| 18-Jan-08 |
| 22-Jan-08 |
| 23-Jan-08 |
| 25-Jan-08 |
| 28-Jan-08 |
| 30-Jan-08 |
| 06-Feb-08 |
| 12-Feb-08 |
| 14-Feb-08 |
| 15-Feb-08 |
| 19-Feb-08 |
| 20-Feb-08 |
| 25-Feb-08 |
| 26-Feb-08 |
| 27-Feb-08 |
| 28-Feb-08 |
| 05-Mar-08 |
| 12-Mar-08 |
| 13-Mar-08 |
| 17-Mar-08 |
| 19-Mar-08 |
| 20-Mar-08 |
| 24-Mar-08 |
| 25-Mar-08 |
| 27-Mar-08 |
| 28-Mar-08 |
| 31-Mar-08 |
| 02-Apr-08 |
| 09-Apr-08 |
| 14-Apr-08 |
| 16-Apr-08 |
| 17-Apr-08 |
| 18-Apr-08 |
| 23-Apr-08 |
| 24-Apr-08 |

| |
|---|
| 29-Apr-08 |
| 30-Apr-08 |
| 08-May-08 |
| 12-May-08 |
| 14-May-08 |
| 16-May-08 |
| 19-May-08 |
| 20-May-08 |
| 21-May-08 |
| 22-May-08 |
| 23-May-08 |
| 27-May-08 |
| 28-May-08 |
| 29-May-08 |
| 04-Jun-08 |
| 10-Jun-08 |
| 12-Jun-08 |
| 13-Jun-08 |
| 16-Jun-08 |
| 17-Jun-08 |
| 18-Jun-08 |
| 20-Jun-08 |
| 23-Jun-08 |
| 24-Jun-08 |
| 25-Jun-08 |
| 26-Jun-08 |
| 30-Jun-08 |
| 01-Jul-08 |
| 02-Jul-08 |
| 10-Jul-08 |
| 14-Jul-08 |
| 15-Jul-08 |
| 16-Jul-08 |
| 17-Jul-08 |
| 18-Jul-08 |
| 21-Jul-08 |
| 23-Jul-08 |
| 24-Jul-08 |
| 28-Jul-08 |
| 29-Jul-08 |
| 06-Aug-08 |
| 12-Aug-08 |
| 13-Aug-08 |
| 15-Aug-08 |
| 18-Aug-08 |
| 19-Aug-08 |
| 20-Aug-08 |

| |
|---|
| 21-Aug-08 |
| 22-Aug-08 |
| 25-Aug-08 |
| 26-Aug-08 |
| 27-Aug-08 |
| 28-Aug-08 |
| 29-Aug-08 |
| 04-Sep-08 |
| 09-Sep-08 |
| 11-Sep-08 |
| 15-Sep-08 |
| 17-Sep-08 |
| 18-Sep-08 |
| 22-Sep-08 |
| 24-Sep-08 |
| 25-Sep-08 |
| 29-Sep-08 |
| 30-Sep-08 |
| 01-Oct-08 |
| 07-Oct-08 |
| 09-Oct-08 |
| 14-Oct-08 |
| 15-Oct-08 |
| 16-Oct-08 |
| 22-Oct-08 |
| 27-Oct-08 |
| 28-Oct-08 |
| 29-Oct-08 |
| 30-Oct-08 |
| 05-Nov-08 |
| 10-Nov-08 |
| 12-Nov-08 |
| 17-Nov-08 |
| 18-Nov-08 |
| 19-Nov-08 |
| 21-Nov-08 |
| 24-Nov-08 |
| 25-Nov-08 |
| 26-Nov-08 |
| 10-Dec-08 |
| 11-Dec-08 |
| 12-Dec-08 |
| 15-Dec-08 |
| 17-Dec-08 |
| 22-Dec-08 |
| 23-Dec-08 |
| 24-Dec-08 |

| |
|---|
| 29-Dec-08 |
| 30-Dec-08 |
| 09-Jan-09 |
| 14-Jan-09 |
| 15-Jan-09 |
| 20-Jan-09 |
| 21-Jan-09 |
| 23-Jan-09 |
| 27-Jan-09 |
| 28-Jan-09 |
| 29-Jan-09 |
| 02-Feb-09 |
| 04-Feb-09 |
| 06-Feb-09 |
| 10-Feb-09 |
| 11-Feb-09 |
| 18-Feb-09 |
| 19-Feb-09 |
| 20-Feb-09 |
| 23-Feb-09 |
| 25-Feb-09 |
| 26-Feb-09 |
| 27-Feb-09 |
| 09-Mar-09 |
| 10-Mar-09 |
| 11-Mar-09 |
| 12-Mar-09 |
| 18-Mar-09 |
| 19-Mar-09 |
| 24-Mar-09 |
| 25-Mar-09 |
| 26-Mar-09 |
| 27-Mar-09 |
| 30-Mar-09 |
| 03-Apr-09 |
| 07-Apr-09 |
| 09-Apr-09 |
| 14-Apr-09 |
| 15-Apr-09 |
| 17-Apr-09 |
| 22-Apr-09 |
| 27-Apr-09 |
| 28-Apr-09 |
| 29-Apr-09 |
| 30-Apr-09 |
| 06-May-09 |
| 12-May-09 |

| |
|---|
| 14-May-09 |
| 19-May-09 |
| 20-May-09 |
| 21-May-09 |
| 26-May-09 |
| 27-May-09 |
| 28-May-09 |
| 09-Jun-09 |
| 10-Jun-09 |
| 16-Jun-09 |
| 17-Jun-09 |
| 24-Jun-09 |
| 26-Jun-09 |
| 29-Jun-09 |
| 30-Jun-09 |
| 01-Jul-09 |
| 08-Jul-09 |
| 13-Jul-09 |
| 14-Jul-09 |
| 15-Jul-09 |
| 22-Jul-09 |
| 28-Jul-09 |
| 29-Jul-09 |
| 05-Aug-09 |
| 11-Aug-09 |
| 12-Aug-09 |
| 14-Aug-09 |
| 19-Aug-09 |
| 25-Aug-09 |
| 26-Aug-09 |
| 31-Aug-09 |
| 02-Sep-09 |
| 09-Sep-09 |
| 15-Sep-09 |
| 16-Sep-09 |
| 22-Sep-09 |
| 28-Sep-09 |
| 30-Sep-09 |
| 08-Oct-09 |
| 14-Oct-09 |
| 16-Oct-09 |
| 19-Oct-09 |
| 22-Oct-09 |
| 26-Oct-09 |
| 27-Oct-09 |
| 29-Oct-09 |
| 04-Nov-09 |

| |
|---|
| 11-Nov-09 |
| 12-Nov-09 |
| 17-Nov-09 |
| 18-Nov-09 |
| 19-Nov-09 |
| 23-Nov-09 |
| 24-Nov-09 |
| 30-Nov-09 |
| 02-Dec-09 |
| 08-Dec-09 |
| 10-Dec-09 |
| 14-Dec-09 |
| 15-Dec-09 |
| 16-Dec-09 |
| 17-Dec-09 |
| 21-Dec-09 |
| 22-Dec-09 |
| 23-Dec-09 |
| 30-Dec-09 |
| 06-Jan-10 |
| 07-Jan-10 |
| 14-Jan-10 |
| 20-Jan-10 |
| 21-Jan-10 |
| 25-Jan-10 |
| 26-Jan-10 |
| 27-Jan-10 |
| 28-Jan-10 |
| 29-Jan-10 |
| 04-Feb-10 |
| 10-Feb-10 |
| 18-Feb-10 |
| 23-Feb-10 |
| 24-Feb-10 |
| 25-Feb-10 |
| 26-Feb-10 |
| 03-Mar-10 |
| 12-Mar-10 |
| 18-Mar-10 |
| 22-Mar-10 |
| 25-Mar-10 |
| 29-Mar-10 |
| 31-Mar-10 |
| 01-Apr-10 |
| 09-Apr-10 |
| 15-Apr-10 |
| 16-Apr-10 |

| |
|---|
| 20-Apr-10 |
| 21-Apr-10 |
| 22-Apr-10 |
| 28-Apr-10 |
| 30-Apr-10 |
| 05-May-10 |
| 13-May-10 |
| 14-May-10 |
| 17-May-10 |
| 19-May-10 |
| 20-May-10 |
| 25-May-10 |
| 26-May-10 |
| 27-May-10 |
| 04-Jun-10 |
| 10-Jun-10 |
| 14-Jun-10 |
| 15-Jun-10 |
| 17-Jun-10 |
| 18-Jun-10 |
| 24-Jun-10 |
| 25-Jun-10 |
| 29-Jun-10 |
| 30-Jun-10 |
| 07-Jul-10 |
| 15-Jul-10 |
| 16-Jul-10 |
| 20-Jul-10 |
| 21-Jul-10 |
| 26-Jul-10 |
| 29-Jul-10 |
| 30-Jul-10 |
| 05-Aug-10 |
| 12-Aug-10 |
| 16-Aug-10 |
| 17-Aug-10 |
| 19-Aug-10 |
| 23-Aug-10 |
| 24-Aug-10 |
| 25-Aug-10 |
| 02-Sep-10 |
| 10-Sep-10 |
| 13-Sep-10 |
| 15-Sep-10 |
| 22-Sep-10 |
| 23-Sep-10 |
| 27-Sep-10 |

| |
|---|
| 29-Sep-10 |
| 13-Oct-10 |
| 19-Oct-10 |
| 20-Oct-10 |
| 21-Oct-10 |
| 22-Oct-10 |
| 26-Oct-10 |
| 28-Oct-10 |
| 29-Oct-10 |
| 15-Nov-10 |
| 19-Nov-10 |
| 23-Nov-10 |
| 29-Nov-10 |
| 13-Dec-10 |
| 14-Dec-10 |
| 15-Dec-10 |
| 16-Dec-10 |
| 21-Dec-10 |
| 23-Dec-10 |
| 30-Dec-10 |
| 03-Jan-11 |
| 11-Jan-11 |
| 13-Jan-11 |
| 14-Jan-11 |
| 20-Jan-11 |
| 21-Jan-11 |
| 28-Jan-11 |
| 01-Feb-11 |
| 07-Feb-11 |
| 11-Feb-11 |
| 15-Feb-11 |
| 16-Feb-11 |
| 18-Feb-11 |
| 22-Feb-11 |
| 23-Feb-11 |
| 28-Feb-11 |
| 08-Mar-11 |
| 10-Mar-11 |
| 14-Mar-11 |
| 15-Mar-11 |
| 17-Mar-11 |
| 21-Mar-11 |
| 23-Mar-11 |
| 28-Mar-11 |
| 31-Mar-11 |
| 06-Apr-11 |
| 08-Apr-11 |

| |
|---|
| 11-Apr-11 |
| 14-Apr-11 |
| 19-Apr-11 |
| 20-Apr-11 |
| 21-Apr-11 |
| 25-Apr-11 |
| 27-Apr-11 |
| 28-Apr-11 |
| 09-May-11 |
| 10-May-11 |
| 11-May-11 |
| 16-May-11 |
| 19-May-11 |
| 23-May-11 |
| 09-Jun-11 |
| 10-Jun-11 |
| 13-Jun-11 |
| 15-Jun-11 |
| 17-Jun-11 |
| 22-Jun-11 |
| 24-Jun-11 |
| 27-Jun-11 |
| 28-Jun-11 |
| 12-Jul-11 |
| 15-Jul-11 |
| 20-Jul-11 |
| 22-Jul-11 |
| 25-Jul-11 |
| 26-Jul-11 |
| 09-Aug-11 |
| 11-Aug-11 |
| 12-Aug-11 |
| 18-Aug-11 |
| 25-Aug-11 |
| 26-Aug-11 |
| 29-Aug-11 |
| 30-Aug-11 |
| 08-Sep-11 |
| 12-Sep-11 |
| 20-Sep-11 |
| 21-Sep-11 |
| 22-Sep-11 |
| 23-Sep-11 |
| 26-Sep-11 |
| 28-Sep-11 |
| 11-Oct-11 |
| 18-Oct-11 |

| |
|---|
| 19-Oct-11 |
| 26-Oct-11 |
| 31-Oct-11 |
| 08-Nov-11 |
| 10-Nov-11 |
| 14-Nov-11 |
| 15-Nov-11 |
| 17-Nov-11 |
| 18-Nov-11 |
| 21-Nov-11 |
| 22-Nov-11 |
| 28-Nov-11 |
| 30-Nov-11 |
| 09-Dec-11 |
| 13-Dec-11 |
| 19-Dec-11 |
| 20-Dec-11 |
| 21-Dec-11 |
| 29-Dec-11 |
| 30-Dec-11 |
| 10-Jan-12 |
| 11-Jan-12 |
| 12-Jan-12 |
| 17-Jan-12 |
| 23-Jan-12 |
| 26-Jan-12 |
| 31-Jan-12 |
| 13-Feb-12 |
| 14-Feb-12 |
| 21-Feb-12 |
| 29-Feb-12 |
| 12-Mar-12 |
| 13-Mar-12 |
| 20-Mar-12 |
| 23-Mar-12 |
| 27-Mar-12 |
| 28-Mar-12 |
| 30-Mar-12 |
| 09-Apr-12 |
| 10-Apr-12 |
| 12-Apr-12 |
| 16-Apr-12 |
| 19-Apr-12 |
| 23-Apr-12 |
| 24-Apr-12 |
| 25-Apr-12 |
| 27-Apr-12 |

| |
|---|
| 30-Apr-12 |
| 09-May-12 |
| 10-May-12 |
| 18-May-12 |
| 23-May-12 |
| 29-May-12 |
| 04-Jun-12 |
| 11-Jun-12 |
| 15-Jun-12 |
| 25-Jun-12 |
| 26-Jun-12 |
| 29-Jun-12 |
| 11-Jul-12 |
| 19-Jul-12 |
| 20-Jul-12 |
| 24-Jul-12 |
| 26-Jul-12 |
| 27-Jul-12 |
| 30-Jul-12 |
| 13-Aug-12 |
| 16-Aug-12 |
| 23-Aug-12 |
| 27-Aug-12 |
| 29-Aug-12 |
| 07-Sep-12 |
| 11-Sep-12 |
| 19-Sep-12 |
| 25-Sep-12 |
| 26-Sep-12 |
| 27-Sep-12 |
| 04-Oct-12 |
| 10-Oct-12 |
| 11-Oct-12 |
| 15-Oct-12 |
| 18-Oct-12 |
| 24-Oct-12 |
| 29-Oct-12 |
| 30-Oct-12 |
| 07-Nov-12 |
| 08-Nov-12 |
| 13-Nov-12 |
| 16-Nov-12 |
| 19-Nov-12 |
| 20-Nov-12 |
| 26-Nov-12 |
| 28-Nov-12 |
| 29-Nov-12 |

| |
|---|
| 07-Dec-12 |
| 11-Dec-12 |
| 17-Dec-12 |
| 18-Dec-12 |
| 07-Jan-13 |
| 10-Jan-13 |
| 11-Jan-13 |
| 15-Jan-13 |
| 18-Jan-13 |
| 12-Feb-13 |
| 15-Feb-13 |
| 20-Feb-13 |
| 11-Mar-13 |
| 13-Mar-13 |
| 18-Mar-13 |
| 25-Mar-13 |
| 11-Apr-13 |
| 16-Apr-13 |
| 18-Apr-13 |
| 29-Apr-13 |
| 09-May-13 |
| 14-May-13 |
| 16-May-13 |
| 20-May-13 |
| 30-May-13 |
| 07-Jun-13 |
| 12-Jun-13 |
| 14-Jun-13 |
| 17-Jun-13 |
| 24-Jun-13 |
| 27-Jun-13 |
| 01-Jul-13 |
| 11-Jul-13 |
| 16-Jul-13 |
| 23-Jul-13 |
| 08-Aug-13 |
| 13-Aug-13 |
| 10-Sep-13 |
| 17-Sep-13 |
| 02-Oct-13 |
| 15-Oct-13 |
| 23-Oct-13 |
| 13-Nov-13 |
| 25-Nov-13 |
| 26-Nov-13 |
| 11-Dec-13 |
| 12-Dec-13 |

| |
|---|
| 17-Dec-13 |
| 10-Jan-14 |
| 14-Jan-14 |
| 21-Jan-14 |