# **EXHIBIT I**

424B5 1 d424b5.htm FORM 424B5

[Table of Contents](#)

**The information in this prospectus supplement and the accompanying prospectus is not complete and may be changed. The prospectus supplement and the accompanying prospectus are not an offer to sell these securities and are not seeking an offer to buy these securities in any state where the offer or sale is not permitted.**

**SUBJECT TO COMPLETION DATED OCTOBER 16, 2006**
Prospectus Supplement dated October [•], 2006 to Prospectus dated October 16, 2006



## $500,000,000 Class A(2006-13) Card series Notes

# Capital One Bank
Sponsor, Servicer and Originator of Assets

# Capital One Funding, LLC
Depositor and Transferor

# Capital One Multi-asset Execution Trust
Issuing Entity

| | Class A(2006-13) Notes |
|---|---|
| Principal amount | $500,000,000 |
| Interest rate | One month LIBOR plus [•]% per year |
| Interest payment dates | 15th day of each calendar month, beginning in November 2006 |
| Expected principal payment date | October 15, 2009 |
| Legal maturity date | August 15, 2012 |
| Expected issuance date | October [•], 2006 |
| Price to public | $[•] (or [•]%) |
| Underwriting discount | $[•] (or [•]%) |
| Proceeds to the issuing entity | $[•] (or [•]%) |

The Class A(2006-13) notes are a tranche of Class A Card series notes.

The assets of the issuing entity, the Capital One Multi-asset Execution Trust, securing the Card series notes include:

- the collateral certificate, Series 2002-CC issued by the Capital One Master Trust, representing an undivided interest in the assets in the Capital One Master Trust; and
- the collection account and other supplemental accounts.

The assets of the Capital One Master Trust primarily include receivables arising in credit card accounts owned by Capital One Bank. The assets of the Capital One Master Trust may, in the future, include receivables arising in credit card accounts owned by Capital One, F.S.B. or any affiliate of Capital One Bank or Capital One, F.S.B.

> **You should consider the discussion under " Risk Factors" beginning on page 15 of the accompanying prospectus before you purchase any Card series notes.**
>
> The Card series notes are obligations of the issuing entity only and are not obligations of or interests in Capital One Bank, Capital One, F.S.B., Capital One Funding, LLC, their affiliates or any other person. Noteholders will have no recourse to any other assets of the issuing entity for the payment of the Card series notes.

Table of Contents

making collections on the receivables in the master trust. If the issuing entity holds any additional collateral certificates issued by any other master trust or special purpose entity, the bank or an affiliate also will be the servicer for such other master trusts or securitization special purpose entities. The servicer has outsourced certain functions to affiliated and unaffiliated third parties, but the bank remains

responsible for the overall servicing process. For information about certain affiliated and unaffiliated third party vendors that provide these services, including Capital One Services, Inc. and First Data Resources, Inc., see *"The Banks—The Servicer—Outsourcing of Servicing."*

As servicer, the bank will receive a master trust servicing fee. Each month, a share of the master trust servicing fee allocated to the COMT collateral certificate will be further allocated to each series of notes. The Card series servicing fee will be an amount equal to 2.00% of the aggregate nominal liquidation amount of each tranche of Card series notes for any month. See "*The Master Trust—The Servicer—Servicing Compensation and Payment of Expenses*."

**Issuing Entity**

Capital One Multi-asset Execution Trust, a Delaware statutory trust, is the issuing entity of the notes. The address of the issuing entity is Capital One Multi-asset Execution Trust, c/o Deutsche Bank Trust Company Delaware, E.A. Delle Donne Corporate Center, Montgomery Building, 1011 Centre Road, Wilmington, Delaware 19805-1266. Its telephone number is (201) 593-6792.

*We refer to the Capital One Multi-asset Execution Trust as the "issuing entity" or "COMET."*

**Indenture Trustee**

The Bank of New York, a New York banking corporation, is the indenture trustee under the indenture for each series, class and tranche of notes issued by COMET.

Under the terms of the indenture, the role of the indenture trustee is limited. See "*The Indenture—Indenture Trustee.*"

**Owner Trustee**

Deutsche Bank Trust Company Delaware, a Delaware banking corporation, is the owner trustee of COMET.

Under the terms of the trust agreement, the role of the owner trustee is limited. See "*The Issuing Entity—Owner Trustee*."

**Assets of the Master Trust**

The assets of the master trust consist primarily of credit card receivables arising in selected MasterCard and VISA revolving credit card accounts, which receivables have been transferred by the bank or the savings bank to Capital One Funding and have been transferred by Capital One Funding to the master trust.

The size of the master trust will fluctuate depending on the amount of receivables in accounts designated to the master trust. The transferor's ability to increase and decrease the size of the master trust is a result of its ability to designate and remove accounts from the master trust. The transferor may designate additional accounts to the master trust portfolio at any time provided the receivables in those accounts are eligible receivables arising in eligible accounts. Also, under certain limited circumstances, the transferor may be required to designate additional accounts to the master trust portfolio if an addition is required to maintain the master trust required transferor interest or to maintain a minimum required amount of principal receivables in the master trust. The transferor cannot add receivables to the master trust unless the transferor certifies that the addition will not cause a pay out event and the rating agencies confirm the outstanding ratings on the certificates and the notes either at the time of the addition or, in the case of required additions, on a quarterly basis as described in "*The Master Trust—Addition of Master Trust Assets*." For a description of pay out events, see "*The Master Trust—Pay Out Events*."

The transferor may also remove accounts from the master trust portfolio for any reason so long as the transferor certifies that the removal will not cause a pay out event and the rating agencies confirm the outstanding ratings on the certificates and the notes on the removal date. The amount of any removal is

Table of Contents

limited, and a removal generally may occur only once in a calendar month. In addition, except in limited circumstances, the accounts removed from the master trust portfolio must be selected randomly. However, if the transferor breaches certain representations or warranties regarding the eligibility of accounts in the master trust portfolio, the transferor may be required to remove the ineligible receivables related to those accounts from the master trust. Finally, on the date when any receivable in an account is charged off as uncollectible by the bank, the master trust trustee automatically transfers those receivables to the transferor.

See "*The Master Trust—Addition of Master Trust Assets,*" "*—Removal of Master Trust Assets*" and *"—Defaulted Receivables; Rebates and Fraudulent Charges; Recoveries."*

**Assets of COMET**

COMET's primary assets will consist of one or more collateral certificates, each representing an undivided interest in a master trust or other securitization special purpose entity, whose assets consist primarily of receivables arising in accounts owned or loans originated or acquired by the bank, the savings bank or by any of their affiliates (including non-banking affiliates).

COMET owns a collateral certificate, referred to as the "COMT collateral certificate," issued by the master trust. For a description of the COMT collateral certificate, see "*Sources of Funds to Pay the Notes—The COMT Collateral Certificate.*" For a description of the master trust, see "*—Assets of the Master Trust*" above and "*The Master Trust.*"

Other than as specifically described in this prospectus and the related prospectus supplement, noteholders will have no recourse to any other assets other than the assets of COMET. See *"Sources of Funds to Pay the Notes—General."* In addition to the Card series, COMET may issue other series of notes that are secured by the assets in COMET. Each series of notes in COMET will be entitled to its allocable share of the assets in COMET.

The size of the COMT collateral certificate will fluctuate depending on the aggregate nominal liquidation amount of all of the outstanding Card series notes secured by COMET's assets. See "*Sources of Funds to Pay the Notes—The COMT Collateral Certificate.*"

The occurrence of a pay out event for a collateral certificate owned by COMET will result in the early amortization of that collateral certificate and may result in the early redemption of the notes. The payments made upon the occurrence of a pay out event for a collateral certificate may be reinvested in another collateral certificate, reinvested directly in receivables, paid to noteholders or paid to the holder of the transferor interest. See "*The Master Trust—Pay Out Events.*"

**Securities Offered**

COMET is offering notes. The notes will be issued under the indenture and the asset pool supplement, between COMET and the indenture trustee. Each series of notes will be issued under an indenture supplement between COMET and the indenture trustee. The Card series notes will be issued under the Card series indenture supplement, which supplements the indenture and the asset pool supplement.

**Sources of Funds to Pay the Notes**

The following sources of funds will be available to pay principal of and interest on any series, class or tranche of notes:

- *The COMT Collateral Certificate*. The COMT collateral certificate is an investor certificate issued by the master trust and transferred by Capital One Funding to COMET. It represents an undivided interest in the assets of the master trust. The master trust primarily owns receivables arising in selected MasterCard and VISA credit card accounts. Both collections of principal receivables and finance charge receivables will be allocated among holders of interests in the master trust—including the COMT collateral certificate—based generally on the investment in principal receivables in the master trust. See "*Sources of Funds to Pay the Notes—The COMT Collateral Certificate*" and "*The Master Trust.*"

- *The COMET Trust Accounts*. COMET has established a collection account for the purpose

3