# **EXHIBIT J**

424B5 1 a2192767z424b5.htm 424B5

Filed Pursuant to Rule 424(b)(5)<br>Registration No. 333-144945

**The information in this preliminary prospectus supplement and the attached prospectus is not complete and may be changed. We may not sell these securities until we deliver a final prospectus supplement and attached final prospectus. This preliminary prospectus supplement and the attached prospectus are not an offer to sell these securities and we are not soliciting an offer to buy these securities in any state where the offer or sale is not permitted.**

*Subject to Completion, dated April 30, 2009*
Prospectus Supplement to Prospectus dated April 30, 2009

# GE Capital Credit Card Master Note Trust
Issuing Entity

**RFS Holding, L.L.C.**                    **GE Money Bank**
Depositor                                    Sponsor

## Series 2009-1 Asset Backed Notes[1]

|  | Class A Notes |
|---|---|
| Principal amount | $1,000,000,000[2] |
| Interest rate | One-month LIBOR[3] plus [•]% per year |
| Interest payment dates | monthly on the 15th, beginning June 15, 2009 |
| Expected principal payment date | April 2012 payment date |
| Final maturity date | April 2015 payment date |
| Price to public | $[•] (or [•]%) |
| Underwriting discount | $[•] (or [•]%) |
| Proceeds to issuing entity | $[•] (or [•]%) |

(1)    The issuing entity is also issuing Class B notes in the amount of $168,384,879 and Class C notes in the amount of $109,965,636. The Class B notes and the Class C notes are not offered by this prospectus supplement and the accompanying prospectus and will initially be purchased by an affiliate of the depositor.

(2)    The issuing entity may offer and sell Class A notes having an aggregate initial principal amount that is either greater or less than the amount shown above. In that event, the initial principal amount of the Class B notes and the Class C notes and the initial excess collateral amount will be proportionally increased or decreased. If the amount of Class A notes offered is increased, any such additional Class A notes will be eligible collateral under the Federal Reserve Bank of New York's Term Asset-Backed Securities Loan Facility.

(3)    Further disclosure of how one-month LIBOR is determined is included in the Structural Summary on page S-8.

On the closing date, the Class A notes will be eligible collateral under the Federal Reserve Bank of New York's Term Asset-Backed Securities Loan Facility, subject to those considerations discussed under "*Risk Factors—Loss of TALF eligibility or the lack of availability of a TALF loan may adversely affect your financing options and the liquidity and market value of the Class A notes*" in this prospectus supplement.

The Class A notes benefit from credit enhancement in the form of subordination of the Class B notes and Class C notes and a specified amount of excess collateral.

The notes will be paid from the issuing entity's assets consisting primarily of receivables in a portfolio of private label and co-branded revolving credit card accounts owned by GE Money Bank.

We expect to issue your series of notes in book-entry form on or about May 12, 2009.

**You should consider carefully the risk factors beginning on page S-13 in this prospectus supplement and page 1 in the prospectus.**

A note is not a deposit and neither the notes nor the underlying accounts or receivables are insured or guaranteed by the Federal Deposit Insurance Corporation or any other governmental agency. The notes are obligations of GE Capital

For accounts that are billed as 15 days past due, collection efforts vary from three to 14 days after the billing date. For accounts that are billed as 30 or more days past due, collection efforts generally begin one day after the billing date. Typically,

23

three attempts to contact the obligor on an account will be made per day until contact is made. If a cardholder promises to pay, 10 days is the longest time period between attempts to the cardholder. Collection efforts are based upon customer account characteristics. These characteristics include the cardholder's payment history and delinquency status, and whether the account was a first payment default. These characteristics are analyzed to determine the optimal collection strategy, which could include scheduling an account to receive a telephone call, a letter or e-mail, a 2Way Connect call (interactive voice response), or no action at the present time. GE Capital and its affiliates use several collection strategy tools and related software packages to automate the collection process in addition to a standardized automated daily calling procedure that maximizes its opportunity to contact the cardholder. In addition, a collection website offers delinquent cardholders self serve options to resolve their delinquency.

Special payment plans are available to cardholders that are experiencing a financial hardship on a temporary basis. These programs can vary in length from three to 40 months, and may include receiving a reduction of both minimum payment due and the monthly APR. These programs require specific account criteria for eligibility and a monthly payment to remain in the program. Proposals from consumer credit counseling service agencies are reviewed for eligibility and if accepted cardholders can be enrolled in the particular workout program for up to 60 months.

**Defaulted Receivables; Dilution; Investor Charge-Offs**

Federal Financial Institutions Examination Council guidelines are followed for charge-off procedures relating to aged, bankrupt, fraudulent and deceased accounts. An account must be in existence for at least nine months and the cardholder must make three consecutive monthly minimum payments or an equivalent lump sum payment before an account can be re-aged. No account may be re-aged more than once in any twelve-month period or more than twice in a five-year period unless the cardholder qualifies for a troubled debt restructuring program, in which case one additional re-age is permitted during the five-year period. Accounts are charged off as a credit loss no later than the time when the account becomes 180 days past due.

On the last day of the Monthly Period in which a receivable is charged-off, the receivable will be sold to us and will no longer be shown as an amount payable on the trust's records. The purchase price that we pay to the trust for those defaulted receivables will be equal to the aggregate amount of recoveries on previously charged-off accounts that we have received from the bank for the same Monthly Period, which will be allocated to us on a reasonable basis based on the historical recovery experience for the bank's portfolio of accounts.

Each series will be allocated a portion of defaulted receivables in each charged-off account in an amount equal to its allocation percentage on the date the account is charged-off, as specified in the related prospectus supplement, of the aggregate amount of transferred principal receivables in that account.

Unlike defaulted receivables, dilution, which includes reductions in transferred principal receivables as a result of returns, unauthorized charges and the like, is not intended to be allocated to any series. Instead, these reductions are applied to reduce the Free Equity Amount, and to the extent they would reduce the Free Equity Amount below zero, we are required to deposit the amount of the reduction into the excess funding account. However, if we default in our obligation to make a payment to cover dilution, then a portion of any resulting shortfall in receivables will be allocated to your series as specified in the accompanying prospectus supplement.

On each payment date, if the sum of the defaulted receivables and any dilution allocated to any series is greater than the finance charge collections and other funds available to cover those amounts as described in the related prospectus supplement, then the collateral amount for that series will be reduced by the amount of the excess. Any reductions in the collateral amount for any series on account of defaulted receivables and dilution will be reimbursed to the extent that finance charge collections and other amounts on deposit in the collection account are available for that purpose on any subsequent payment date as described in the related prospectus supplement.