# **EXHIBIT K**

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, LUCINDA COX, STEPHANIE SNYDER, and ROBERT GOODALL, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SHERMAN CAPITAL LLC, et al. <br><br> Defendants. | Civil Action No. 1:12-cv-1654-TWP-MJD <br> CLASS ACTION |

## DECLARATION OF M. PATRICK YINGLING

I, M. Patrick Yingling do hereby state as follows:

1. I am an Associate at Reed Smith LLP.

2. In my capacity as an Associate, I reviewed documents produced by Plaintiffs, which were received by counsel for Defendants on April 27, 2015, and marked as PLAINTIFFS 000004 - 007214. These documents included 21 prospectuses issued by credit card securitization trusts sponsored by Chase Bank, USA, National Association, Citibank, National Association, or Sears, Roebuck & Co.

3. Based on my review of the prospectuses contained within PLAINTIFFS 000004 - 007214, I compiled the chart attached as **Exhibit A**, which quotes from the prospectuses.

4. The prospectuses in PLAINTIFFS 000004 - 007214 are voluminous, consisting of 3,708 pages, and cannot be conveniently submitted to the Court in their entirety. Nonetheless, the documents are available for examination by the Court.

-2-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2015.

_____
M. Patrick Yingling

# **EXHIBIT A**

| Prospectus | Charge-off language |
|---|---|
| Citibank Credit Card Issuance Trust – August 1, 2013 | "When accounts are charged off, they are written off as losses in accordance with the credit card guidelines, and the related receivables are removed from the master trust. Charged-off accounts may be sold to collection agencies or other third parties or retained by Citibank for recovery. For charged-off receivables that were owned by the master trust, proceeds of the sale of sold receivables and recoveries on unsold receivables are treated as collections on the receivables." Page AI-4, Plaintiffs' Production 6134 |
| Citibank Credit Card Issuance Trust – April 29, 2013 | "When accounts are charged off, they are written off as losses in accordance with the credit card guidelines, and the related receivables are removed from the master trust. Charged-off accounts may be sold to collection agencies or other third parties or retained by Citibank for recovery. For charged-off receivables that were owned by the master trust, proceeds of the sale of sold receivables and recoveries on unsold receivables are treated as collections on the receivables." Page AI-4, Plaintiffs' Production 5915 |
| Citibank Credit Card Issuance Trust – September 27, 2012 | "When accounts are charged off, they are written off as losses in accordance with the credit card guidelines, and the related receivables are removed from the master trust. Charged-off accounts may be sold to collection agencies or other third parties or retained by Citibank for recovery. For charged-off receivables that were owned by the master trust, proceeds of the sale of sold receivables and recoveries on unsold receivables are treated as collections on the receivables." Page AI-4, Plaintiffs' Production 5377 |
| Citibank Credit Card Issuance Trust – December 16, 2009 | "When accounts are charged off, they are written off as losses in accordance with the credit card guidelines, and the related receivables are removed from the master trust. Charged-off accounts may be sold to collection agencies or other third parties or retained by Citibank (South |

|  | |
|---|---|
|  | Dakota) for recovery. For charged-off receivables that were owned by the master trust, proceeds of the sale of sold receivables and recoveries on unsold receivables are treated as collections on the receivables." Page AI-5, Plaintiffs' Production 3812 |
| Citibank Credit Card Issuance Trust – February 5, 2007 | "When accounts are charged off, they are written off as losses in accordance with the credit card guidelines, and the related receivables are removed from the master trust. Charged-off accounts may be sold to collection agencies or retained by Citibank (South Dakota) for recovery. For charged-off receivables that were owned by the master trust, proceeds of the sale of sold receivables and recoveries on unsold receivables are treated as collections on the receivables." Page AI-4, Plaintiffs' Production 7186 |
| Chase Issuance Trust – November 1, 2013 | "Chase USA generally charges off an account at the end of the month in which that credit card account becomes greater than six billing cycles past due unless a payment has been received in an amount sufficient to bring the credit card account into a different delinquency category or to bring the credit card account current." Page 41, Plaintiffs' Production 2894

"At the time of charge-off, an evaluation is made on a case by case basis to determine whether to pursue further collection activities and the type of collection activities. Generally, after an account is charged off, debt collection continues by Chase USA's collection department personnel or collection agencies. In some cases, charged-off revolving credit card accounts of bankrupt obligors are sold to buyers of distressed debt." Page 41, Plaintiffs' Production 2894 |
| Chase Issuance Trust – August 1, 2013 | "Chase USA generally charges off an account at the end of the month in which that credit card account becomes greater than six billing cycles past due unless a payment has been received in an amount sufficient to bring the credit card account into a different delinquency category or to bring the credit card account current." Page 41, Plaintiffs' Production 2691 |

| | |
|---|---|
| | "At the time of chargeoff, an evaluation is made on a case by case basis whether to pursue further remedies. Generally, after an account is charged off, debt collection continues by Chase USA's collection department personnel, collection agencies, or attorneys. In some cases, charged-off revolving credit card accounts of bankrupt obligors are sold to buyers of distressed debt. The credit evaluation, servicing and charge-off policies and collection practices of Chase USA may change from time to time in accordance with Chase USA's business judgment and applicable law." Page 41, Plaintiffs' Production 2691 |
| Chase Issuance Trust – May 1, 2013 | "Chase USA generally charges off an account at the end of the month in which that credit card account becomes greater than six billing cycles past due unless a payment has been received in an amount sufficient to bring the credit card account into a different delinquency category or to bring the credit card account current."  Page 41, Plaintiffs' Production 2488.  "At the time of chargeoff, an evaluation is made on a case by case basis whether to pursue further remedies. Generally, after an account is charged off, debt collection continues by Chase USA's collection department personnel, collection agencies, or attorneys. In some cases, charged-off revolving credit card accounts of bankrupt obligors are sold to buyers of distressed debt. The credit evaluation, servicing and charge-off policies and collection practices of Chase USA may change from time to time in accordance with Chase USA's business judgment and applicable law." Page 41, Plaintiffs' Production 2488. |
| Chase Issuance Trust – February 1, 2013 | "Chase USA generally charges off an account at the end of the month in which that credit card account becomes greater than six billing cycles past due unless a payment has been received in an amount sufficient to bring the credit card account into a different delinquency category or to bring the credit card account current."  Page 41, Plaintiffs' Production 2289 |

| | |
|---|---|
| | "At the time of chargeoff, an evaluation is made on a case by case basis whether to pursue further remedies. Generally, after an account is charged off, debt collection continues by Chase USA's collection department personnel, collection agencies, or attorneys. In some cases, charged-off revolving credit card accounts of bankrupt obligors are sold to buyers of distressed debt. The credit evaluation, servicing and charge-off policies and collection practices of Chase USA may change from time to time in accordance with Chase USA's business judgment and applicable law." Page 41, Plaintiffs' Production 2289 |
| Chase Issuance Trust – November 1, 2012 | "Chase USA generally charges off an account at the end of the month in which that credit card account becomes greater than six billing cycles past due unless a payment has been received in an amount sufficient to bring the credit card account into a different delinquency category or to bring the credit card account current."  Page 41, Plaintiffs' Production 356<br><br>"At the time of chargeoff, an evaluation is made on a case by case basis whether to pursue further remedies. Generally, after an account is charged off, debt collection continues by Chase USA's collection department personnel, collection agencies, or attorneys.  In some cases, charged-off revolving credit card accounts are sold to buyers of distressed debt.  The credit evaluation, servicing and charge-off policies and collection practices of Chase USA may change from time to time in accordance with Chase USA's business judgment and applicable law."  Page 41, Plaintiffs' Production 356 |
| Chase Issuance Trust – August 9, 2012 | "Chase USA generally charges off an account at the end of the month in which that credit card account becomes greater than six billing cycles past due unless a payment has been received in an amount sufficient to bring the credit card account into a different delinquency category or to bring the credit card account current."  Page 41, Plaintiffs' Production 1756<br><br>"At the time of chargeoff, an evaluation is made on a case by case basis |

| | |
|---|---|
| | whether to pursue further remedies. Generally, after an account is charged off, debt collection continues by Chase USA's collection department personnel, collection agencies, or attorneys. In some cases, charged-off revolving credit card accounts are sold to buyers of distressed debt. The credit evaluation, servicing and charge-off policies and collection practices of Chase USA may change from time to time in accordance with Chase USA's business judgment and applicable law." Page 41, Plaintiffs' Production 1756 |
| Chase Issuance Trust – May 4, 2012 | "Chase USA generally charges off an account at the end of the month in which that credit card account becomes greater than six billing cycles past due unless a payment has been received in an amount sufficient to bring the credit card account into a different delinquency category or to bring the credit card account current." Page 41, Plaintiffs' Production 1580<br><br>"At the time of chargeoff, an evaluation is made on a case by case basis whether to pursue further remedies. Generally, after an account is charged off, debt collection continues by Chase USA's collection department personnel, collection agencies, or attorneys.  In some cases, charged-off revolving credit card accounts are sold to buyers of distressed debt. The credit evaluation, servicing and charge-off policies and collection practices of Chase USA may change from time to time in accordance with Chase USA's business judgment and applicable law." Page 41, Plaintiffs' Production 1580 |
| Chase Issuance Trust – October 28, 2011 | "Chase USA generally charges off an account at the end of the month in which that credit card account becomes greater than six billing cycles past due unless a payment has been received in an amount sufficient to bring the credit card account into a different delinquency category or to bring the credit card account current." Page 39, Plaintiffs' Production 1084<br><br>"At the time of charge-off, an evaluation is made on a case by case basis whether to pursue further remedies. Generally, after an account is charged |

| | |
|---|---|
| | off, debt collection continues by Chase USA's collection department personnel, collection agencies, or attorneys.  In some cases, charged-off revolving credit card accounts are sold to buyers of distressed debt. The credit evaluation, servicing and charge-off policies and collection practices of Chase USA may change from time to time in accordance with Chase USA's business judgment and applicable law." Page 39, Plaintiffs' Production 1084 |
| Chase Issuance Trust – August 8, 2011 | "Chase USA generally charges off an account at the end of the month in which that credit card account becomes greater than six billing cycles past due unless a payment has been received in an amount sufficient to bring the credit card account into a different delinquency category or to bring the credit card account current." Page 39, Plaintiffs' Production 910<br><br>"At the time of charge-off, an evaluation is made on a case by case basis whether to pursue further remedies. Generally, after an account is charged off, debt collection continues by Chase USA's collection department personnel, collection agencies, or attorneys.  In some cases, charged-off revolving credit card accounts are sold to buyers of distressed debt. The credit evaluation, servicing and charge-off policies and collection practices of Chase USA may change from time to time in accordance with Chase USA's business judgment and applicable law." Page 39, Plaintiffs' Production 910 |
| Chase Issuance Trust – May 2, 2011 | "Chase USA generally charges off an account at the end of the month in which that credit card account becomes greater than six billing cycles past due unless a payment has been received in an amount sufficient to bring the credit card account into a different delinquency category or to bring the credit card account current." Page 41, Plaintiffs' Production 734<br><br>"At the time of charge-off, an evaluation is made on a case by case basis whether to pursue further remedies. Generally, after an account is charged off, debt collection continues by Chase USA's collection department |

| | |
|---|---|
| | personnel, collection agencies, or attorneys. In some cases, charged-off revolving credit card accounts are sold to buyers of distressed debt. The credit evaluation, servicing and charge-off policies and collection practices of Chase USA may change from time to time in accordance with Chase USA's business judgment and applicable law." Page 41, Plaintiffs' Production 734 |
| Chase Issuance Trust – February 1, 2011 | "Chase USA generally charges off an account at the end of the month in which that credit card account becomes greater than six billing cycles past due unless a payment has been received in an amount sufficient to bring the credit card account into a different delinquency category or to bring the credit card account current." Page 40, Plaintiffs' Production 556<br><br>"At the time of charge-off, an evaluation is made on a case by case basis whether to pursue further remedies. Generally, after an account is charged off, debt collection continues by Chase USA's collection department personnel, collection agencies, or attorneys. In some cases, charged-off revolving credit card accounts are sold to buyers of distressed debt. The credit evaluation, servicing and charge-off policies and collection practices of Chase USA may change from time to time in accordance with Chase USA's business judgment and applicable law." Page 40, Plaintiffs' Production 556 |
| Chase Issuance Trust – November 1, 2010 | "Chase USA generally charges off an account at the end of the month in which that credit card account becomes greater than six billing cycles past due unless a payment has been received in an amount sufficient to bring the credit card account into a different delinquency category or to bring the credit card account current." Page 40, Plaintiffs' Production 4406<br><br>"At the time of charge-off, an evaluation is made on a case by case basis whether to pursue further remedies. Generally, after an account is charged off, debt collection continues by Chase USA's collection department personnel, collection agencies, or attorneys. In some cases, charged-off |

| | |
|---|---|
| | revolving credit card accounts are sold to buyers of distressed debt. The credit evaluation, servicing and charge-off policies and collection practices of Chase USA may change from time to time in accordance with Chase USA's business judgment and applicable law." Page 40, Plaintiffs' Production 4406 |
| Chase Issuance Trust – August 2, 2010 | "Chase USA generally charges off an account at the end of the month in which that credit card account becomes greater than six billing cycles past due unless a payment has been received in an amount sufficient to bring the credit card account into a different delinquency category or to bring the credit card account current." Page 40, Plaintiffs' Production 4226<br><br>"At the time of charge- off, an evaluation is made on a case by case basis whether to pursue further remedies. In most cases, outside collection agencies and, in some cases, outside attorneys, are engaged. In some cases, charged-off revolving credit card accounts are sold to outside collection agencies. The credit evaluation, servicing and charge-off policies and collection practices of Chase USA may change from time to time in accordance with Chase USA's business judgment and applicable law." Page 40, Plaintiffs' Production 4226 |
| Chase Issuance Trust – May 3, 2010 | "Chase USA generally charges off an account at the end of the month in which that credit card account becomes greater than six billing cycles past due unless a payment has been received in an amount sufficient to bring the credit card account into a different delinquency category or to bring the credit card account current." Page 40, Plaintiffs' Production 4046<br><br>"At the time of charge- off, an evaluation is made on a case by case basis whether to pursue further remedies. In most cases, outside collection agencies and, in some cases, outside attorneys, are engaged. In some cases, charged-off revolving credit card accounts are sold to outside collection agencies. The credit evaluation, servicing and charge-off policies and collection practices of Chase USA may change from time to |

| | |
|---|---|
| | time in accordance with Chase USA's business judgment and applicable law." Page 40, Plaintiffs' Production 4046 |
| Chase Issuance Trust – February 1, 2010 | "Chase USA generally charges off an account at the end of the month in which that credit card account becomes greater than six billing cycles past due unless a payment has been received in an amount sufficient to bring the credit card account into a different delinquency category or to bring the credit card account current." Page 38, Plaintiffs' Production 3864<br><br>"At the time of charge- off, an evaluation is made on a case by case basis whether to pursue further remedies. In most cases, outside collection agencies and, in some cases, outside attorneys, are engaged. In some cases, charged-off revolving credit card accounts are sold to outside collection agencies. The credit evaluation, servicing and charge-off policies and collection practices of Chase USA may change from time to time in accordance with Chase USA's business judgment and applicable law." Page 38, Plaintiffs' Production 3865 |
| Sears Credit Account Master Trust II – November 12, 2002 | "Sears may charge off certain receivables in the trust as uncollectible. We refer to these receivables as charge-offs. The trust will reimburse investors for charge-offs to the extent funds are available. SRFG has agreed to transfer to the trust as additional funds a portion of the amounts it recovers with respect to accounts that Sears charged off as uncollectible." Page 4, Plaintiffs' Production 3541-3542 |