# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHERMAN CAPITAL LLC, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:12-cv-1654-TWP-MJD<br>)<br>)  CLASS ACTION<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF SCOTT SILVER

I, Scott Silver, hereby depose and state as follows:

1. I have personal knowledge of the facts stated herein.

2. I am over the age of 18 and competent to make this Declaration.

3. I am an officer of Sherman Capital LLC, and a former defendant in the above-captioned case. I additionally am the Corporate Secretary LVNV Funding LLC, and a member of its Board of Managers.

4. This Declaration is offered in support of the Motion to Dismiss for lack of personal jurisdiction brought by Huger Street LLC, Moultrie Street LLC, Wolfe Street LLC, Fulton Street LLC, Jasper Street LLC, Concord Street LLC, Hagood Street LLC, Charlotte Street LLC, Archdale Street LLC, Jacobs Alley LLC, Peachtree Street LLC, Greenhill Street LLC, Chalmers Street LLC, and Princess Street LLC (collectively "Shareholder LLC Defendants").

5. I am authorized to make this Declaration on behalf of the Shareholder LLC Defendants.

6. All of the Shareholder LLC Defendants are organized under the laws of Delaware and registered with the State of Delaware.

- 2 -

7. The principal locations of the Shareholder LLC Defendants (*i.e.*, the locations at which they receive correspondence, and where their managers principally conduct the affairs of the LLC) are in states other than Indiana.

8. In 2012, various membership shareholders of Sherman Capital LLC created the Shareholder LLC Defendants and transferred their Sherman Capital LLC membership units to the Shareholder LLC Defendants. They did this for personal financial and tax reasons, and unrelated to the filing of the above-captioned matter.

9. The Sherman Capital LLC shareholders who transferred Sherman Capital LLC membership units to the Shareholder LLC Defendants include me, as well as Benjamin W. Navarro, Kevin P. Branigan, and Kennett Kendall.

10. The Shareholder LLC Defendants have made the required public filings related to their formation and operations with Delaware, prepared and filed tax returns as required, and otherwise observed all the requirements for remaining in good standing.

11. The Shareholder LLC Defendants each maintain its own books and records. They do not maintain accounting records that consolidate with the accounting records of Sherman Capital LLC, LVNV Funding, LLC, Resurgent Capital Services LP, Sherman Financial Group LLC or Sherman Originator LLC. None of the Shareholder LLC Defendants has, or had the ability to, adjust, change or otherwise manipulate the accounting records of Sherman Capital LLC, LVNV Funding, LLC, Resurgent Capital Services LP, Sherman Financial Group LLC or Sherman Originator LLC.

12. Each Shareholder LLC Defendant's operations are limited to acquiring from its member(s), through a capital contribution, and owning, Sherman Capital LLC membership units, and engaging in activities incidental to the ownership of such units, except that, in 2014, Jasper Street LLC sold its Sherman Capital LLC membership units to Sherman Capital LLC.

13. Except for Jasper Street LLC, each Shareholder LLC Defendant's relationship with Sherman Capital LLC is as a member of Sherman Capital LLC. Each receives distributions from Sherman Capital LLC in accordance with its percentage ownership of Sherman Capital

LLC. Jasper Street LLC is a former member of Sherman Capital LLC. While a member of Sherman Capital LLC, Jasper Street LLC received distributions from Sherman Capital LLC in accordance with its percentage ownership of Sherman Capital LLC. Other than the distributions referred to in this paragraph, and in the case of Jasper Street LLC, the proceeds of its sale of membership units to Sherman Capital LLC, none of the Shareholder LLC Defendants have received any assets or transfers of value from Sherman Capital LLC, or any of the other defendants in the above-captioned matter.

14. None of the Shareholder LLC Defendants is a majority owner of Sherman Capital LLC or any other defendant in the above-captioned matter.

15. None of the Shareholder LLC Defendants is the parent of Sherman Capital LLC.

16. None of the Shareholder LLC Defendants is a parent of LVNV Funding, LLC or Resurgent Capital Services LP, or a parent of any parent of LVNV Funding, LLC or Resurgent Capital Services LP.

17. None of the Shareholder LLC Defendants exerts exclusive or dominant control over Sherman Capital LLC, LVNV Funding, LLC or Resurgent Capital Services LP, or a parent of LVNV Funding, LLC or Resurgent Capital Services LP.

18. The Shareholder LLC Defendants do not have the same ownership as Sherman Capital LLC, LVNV Funding, LLC, Resurgent Capital Services LP, Sherman Financial Group LLC or Sherman Originator LLC. Instead, the Shareholder LLC Defendants are owned by various individuals and trusts.

19. None of the members of any of the Shareholder LLC Defendants is a citizen of Indiana.

20. None of the Shareholder LLC Defendants has maintained an office in Indiana at any time.

21. None of the Shareholder LLC Defendants is incorporated or registered to do business in Indiana.

22. None of the Shareholder LLC Defendants owns any real property in Indiana.

23. None of the Shareholder LLC Defendants maintains any bank accounts in Indiana.

24. None of the Shareholder LLC Defendants advertises, solicits, or conducts business in Indiana.

25. None of the Shareholder LLC Defendants has ever been appointed an agent for service of process in Indiana.

26. None of the Shareholder LLC Defendants has sued anyone in Indiana or otherwise affirmatively sought the benefit of the judicial system in Indiana.

### **LVNV Funding LLC**

27. I am authorized to make this Declaration on behalf of LVNV Funding LLC ("LVNV").

28. LVNV is a Delaware limited liability company. As part of its operations, LVNV purchases certain debts and attempts through servicing agents to recover the amounts owed.

29. None of the Shareholder LLC Defendants is a parent company to, owns a majority share in, or exercises dominant or complete control over, LVNV.

30. LVNV has adequate capitalization to meet its obligations. LVNV has operated with solvency for ten (10) years, and is able to meet its debts in the normal course of business. As of March 31, 2015 LVNV had a net worth of $10,469,584.

31. LVNV is not, and has never been, insolvent. At all times, LVNV generates sufficient profits to sustain operations.

- 5 -

32. LVNV provides distributions of its net profits to its members, but only when there is a net profit, and always leaving LVNV with sufficient assets to meet its obligations as they become due.

33. LVNV observes corporate formalities. LVNV maintains separate accounting books, records, financial statements, and bank accounts from its owners.

34. The Shareholder LLC Defendants do not maintain dominion or control over LVNV. LVNV has engaged managers that make its operating decisions, including the decisions related to its debt purchase and collection efforts, independent of any input from the Shareholder LLC Defendants.

## CERTIFICATE UNDER 28 USC § 1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of May, 2015.

By: _____
Scott Silver