# **EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHERMAN CAPITAL LLC, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:12-cv-1654-TWP-MJD<br>)<br>) CLASS ACTION<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DAN PICCIANO

I, Dan Picciano, hereby depose and state as follows:

1. I have personal knowledge of the facts stated herein.

2. I am over the age of 18 and competent to make this Declaration.

3. I am presently the Division President of Resurgent Capital Services LP ("Resurgent").

4. This Declaration is offered in support of the Motion to Dismiss for lack of personal jurisdiction brought by Huger Street LLC, Moultrie Street LLC, Wolfe Street LLC, Fulton Street LLC, Jasper Street LLC, Concord Street LLC, Hagood Street LLC, Charlotte Street LLC, Archdale Street LLC, Jacobs Alley LLC, Peachtree Street LLC, Greenhill Street LLC, Chalmers Street LLC, and Princess Street LLC (collectively "Shareholder LLC Defendants"). I am authorized to make this Declaration on behalf of Resurgent.

5. Resurgent, a Delaware limited partnership, collects debts purchased by LVNV.

6. None of the Shareholder LLC Defendants is a parent company to, a partner in, or exercises dominant or complete control over, Resurgent.

7. Resurgent has adequate capitalization to meet its obligations. Resurgent has operated with solvency for fifteen (15) years, and is able to meet its debts in the normal course of business. As of March 31, 2015, Resurgent had a net worth of $1,540,519.

8. Resurgent is not, and has never been, insolvent. At all times, Resurgent generates sufficient profits to sustain operations.

9. Resurgent provides distributions of its net profits to its partners, but only when there is a net profit, and always leaving Resurgent with sufficient assets to meet its obligations as they become due.

10. Resurgent observes corporate formalities. Resurgent maintains separate accounting books, records, financial statements, and bank accounts from its owners.

11. The Shareholder LLC Defendants do not maintain dominion or control over Resurgent. Resurgent's officers are and have been capable of making decisions for Resurgent independent of any input from the Shareholder LLC Defendants.

12. Resurgent's employees and agents made the decisions regarding the collection efforts that are at issue in the above-captioned case. The Shareholder LLC Defendants did not participate in or control those decisions.

## CERTIFICATE UNDER 28 USC § 1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of May 2015

By: _/s/ Dan Picciano_

Name: Dan Picciano
Title: Division President of Resurgent Capital Services LP