IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ANDREW COX, *et al.*, individually and on behalf of others similarly situated,

Plaintiffs,

v.

SHERMAN CAPITAL LLC, *et al.*,

Defendants.

Civil Action No.: 1:12-cv-1654-TWP-MJD

CLASS ACTION

# SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY

Pursuant to the Court's January 26, 2015 Order, the parties provide the following Supplemental Joint Report on the Status of Discovery:

**I. Discovery Completed from May 1, 2015 to Date**

On May 20, 2015, the parties participated in a telephonic status conference to discuss the status of discovery and experts.

**II. Pending Discovery**

None.

**III. Pending Discovery Disputes**

There are no pending discovery disputes.

**IV. Discovery Planned for the Next 28 Days**

On June 26, 2015, the parties are scheduled to participate in a telephonic status conference.

**V. Discovery Remaining to be Completed**

Future discovery needs may change depending upon possible dispositive motions as well as information that may arise during the litigation. However, Plaintiffs are currently aware that they anticipate serving R. 30(B)(6) deposition requests upon all entity defendants. Plaintiffs are also in the process of preparing nonparty discovery to confirm information previously provided by Defendants. Plaintiffs' counsel Amy E. Romig and Matthew Boruta will be preparing these discovery requests. Depending on whether and what discovery Plaintiffs seek from nonparties, Defendants may need to seek third party discovery as well.

**VI.  Any Other Discovery Issues**

Defendants' counsel has agreed to the filing of this Supplemental Report on the Status of Discovery as a Joint Report.

Date: May 29, 2015                    Respectfully submitted

                                                 *s/Amy E. Romig*
*Attorneys for Plaintiffs, Andrew Cox, Lucinda Cox, Stephanie Snyder, and Robert Goodall individually and on behalf of others similarly situated*

George M. Plews, Attorney No. 6274-49
Frederick D. Emhardt, Attorney No. 10952-49
Amy E. Romig, Attorney No. 22523-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN  46202
Telephone: (317) 637-0700
Facsimile: (317) 637-0710
Email: gplews@psrb.com
       femhardt@psrb.com
       aromig@psrb.com

Robert D. Cheesebourough
Matthew D. Boruta

Cheesebourough & Boruta, L.P.A.
543 E. Market Street
Indianapolis, IN 46204
Telephone: (317) 708-3925
Facsimile: (317) 638-2707
Email: rdc@home-saver.org
      boruta17@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of May, 2015, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

*s/Amy E. Romig*