IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ANDREW COX, *et al.*, individually and
on behalf of others similarly situated,

    Plaintiffs,

v.

SHERMAN CAPITAL LLC, *et al.*,

    Defendants.

Civil Action No.: 1:12-cv-1654-TWP-MJD

CLASS ACTION

**SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY**

Pursuant to the Court's January 26, 2015 Order, the Parties provide the following Joint Report of the Status of Discovery:

**I.    Discovery Completed from May 30, 2015 to Date**

None.

**I.    Pending Discovery**

None.

**II.    Pending Discovery Disputes**

There are no pending discovery disputes.

**III.    Discovery Planned for the Next 28 Days**

On June 26, 2015, the parties are scheduled to participate in a telephonic status conference.

**IV.    Discovery Remaining to be Completed**

Future discovery needs may change depending upon possible dispositive motions as well as information that may arise during the litigation. However,

Plaintiffs are currently aware that they anticipate serving R. 30(B)(6) deposition requests upon all entity defendants. Plaintiffs are also in the process of preparing nonparty discovery to confirm information previously provided by Defendants. Plaintiffs' counsel Amy E. Romig and Matthew Boruta will be preparing these discovery requests. Depending on whether and what discovery Plaintiffs seek from nonparties, Defendants may need to seek third party discovery as well. Defendants additionally plan to issue written discovery regarding Plaintiffs' RICO and common law fraud law claims. David Maas and Jim Rolfes will be preparing this discovery.

### V. Any Other Discovery Issues

Plaintiffs' counsel has agreed to the filing of this Supplemental Report on the Status of Discovery as a Joint Report.

Dated: June 25, 2015  Respectfully submitted,

s/*James A. Rolfes*

| | | |
|---|---|---|
| Thomas Allen *pro hac vice* | James A. Rolfes *pro hac vice* | James W. Riley, Jr. |
| REED SMITH LLP | jrolfes@reedsmith.com | Atty. No. 6073-49 |
| 225 Fifth Avenue | David A. Maas *pro hac vice* | RILEY BENNETT & |
| Pittsburgh, PA 15222 | dmaas@reedsmith.com | EGLOFF LLP |
| (412) 288-3131 | REED SMITH LLP | 141 East Washington Street |
| (412) 288-3086 (Facsimile) | 10 South Wacker Drive | Fourth Floor |
| tallen@reedsmith.com | Chicago, IL 60606-7507 | Indianapolis, IN 46204 |
| | (312) 207-1000 | (317) 636-8000 |
| | (312) 207-6400 (Facsimile) | (317) 636-8027 (Facsimile) |
| | | jriley@rbelaw.com |

*Attorneys for Defendants Sherman Capital LLC, Sherman Financial Group LLC, Resurgent Capital Services LP, LVNV Funding LLC, and Sherman Originator LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of June, 2015, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

s/*James A. Rolfes*