UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, ) | |
| LUCINDA COX, ) | |
| STEPHANIE SNYDER, ) | |
| ROBERT GOODALL, ) | |
| ) | No. 1:12-cv-01654-TWP-MJD |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| SHERMAN CAPITAL LLC, ) | |
| SHERMAN FINANCIAL GROUP LLC, ) | |
| LVNV FUNDING LLC, ) | |
| RESURGENT CAPITAL SERVICES, LP, ) | |
| JOHN DOES 1-50, ) | |
| SHERMAN ORIGINATOR LLC, ) | |
| HUGER STREET LLC, ) | |
| MOULTRIE STREET LLC, ) | |
| WOOLFE STREET LLC, ) | |
| FULTON STREET LLC, ) | |
| JASPER STREET LLC, ) | |
| CONCORD STREET LLC, ) | |
| HAGOOD STREET LLC, ) | |
| CHARLOTTE STREET LLC, ) | |
| ARCHDALE STREET LLC, ) | |
| JACOBS ALLEY LLC, ) | |
| PEACHTREE STREET LLC, ) | |
| GREENHILL STREET LLC, ) | |
| CHALMERS STREET LLC, ) | |
| PRINCESS STREET LLC, ) | |
| UNKNOWN S CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**MINUTE ENTRY FOR JUNE 26, 2015
STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of and future plans for discovery. The parties were reminded that discovery closes in less than four months.

This matter is scheduled for a telephonic status conference on **Friday, July 31, 2015 at 9:40 a.m.** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 06/29/2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.