IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHERMAN CAPITAL LLC, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:12-cv-1654-TWP-MJD<br>)<br>)  CLASS ACTION<br>)<br>)<br>)<br>)<br>) |

## **SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY**

Pursuant to the Court's January 26, 2015 Order, the Parties provide the following Joint Report of the Status of Discovery:

### I.  Discovery Completed from June 25, 2015 to Date

On June 29, 2015, Plaintiff Robert Goodall served written discovery requests on the Entity Defendants. The Entity Defendants anticipate responding to those additional written discovery requests by August 3, 2015.

On July 1, 2015 Plaintiffs served subpoenas for documents on third parties Moody's Investors Service, Inc. and Moody's Analytics Inc. On July 2, 2015, Plaintiffs' served subpoenas for documents on third parties Synchrony Financial, Citigroup, Inc., and JP Morgan Chase, N.A. On July 15, 2015, Plaintiffs served a subpoena for documents on Citibank, N.A. seeking the documents previously requested from Citigroup, Inc.

On July 17, 2015, the Entity Defendants served written discovery on the Plaintiffs regarding Plaintiffs' claims for common law fraud and for violations of the Racketeer Influenced and Corrupt Organizations Act.

## II. Pending Discovery

Responses to the party and nonparty written discovery identified in Section I are pending.

## III. Pending Discovery Disputes

There are no pending discovery disputes.

## IV. Discovery Planned for the Next 28 Days

On July 31, 2015, the parties are scheduled to participate in a telephonic status conference.

## V. Discovery Remaining to be Completed

Future discovery needs may change depending upon possible dispositive motions as well as information that may arise during the litigation. However, Plaintiffs are currently aware that they anticipate serving R. 30(b)(6) deposition requests upon all entity defendants. Depending on what Plaintiffs receive in response to their subpoenas to nonparties, Defendants may need to seek third party discovery as well.

## VI. Any Other Discovery Issues

Plaintiffs' counsel has agreed to the filing of this Supplemental Report on the Status of Discovery as a Joint Report.

Dated: July 24, 2015                    Respectfully submitted,

                                                                      s/*James A. Rolfes*

| | | |
|---|---|---|
| Thomas Allen *pro hac vice* | James A. Rolfes *pro hac vice* | James W. Riley, Jr. |
| REED SMITH LLP | jrolfes@reedsmith.com | Atty. No. 6073-49 |
| 225 Fifth Avenue | David A. Maas *pro hac vice* | RILEY BENNETT & |
| Pittsburgh, PA 15222 | dmaas@reedsmith.com | EGLOFF LLP |
| (412) 288-3131 | REED SMITH LLP | 141 East Washington Street |
| (412) 288-3086 (Facsimile) | 10 South Wacker Drive | Fourth Floor |
| tallen@reedsmith.com | Chicago, IL 60606-7507 | Indianapolis, IN 46204 |
| | (312) 207-1000 | (317) 636-8000 |

(312) 207-6400 (Facsimile)      (317) 636-8027 (Facsimile)
jriley@rbelaw.com

*Attorneys for Defendants Sherman Capital LLC, Sherman Financial Group LLC, Resurgent Capital Services LP, LVNV Funding LLC, and Sherman Originator LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of July, 2015, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

                                              s/*James A. Rolfes*