UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, ) | |
| LUCINDA COX, ) | |
| STEPHANIE SNYDER, ) | |
| ROBERT GOODALL, ) | |
| ) | No. 1:12-cv-01654-TWP-MJD |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| SHERMAN CAPITAL LLC, ) | |
| SHERMAN FINANCIAL GROUP LLC, ) | |
| LVNV FUNDING LLC, ) | |
| RESURGENT CAPITAL SERVICES, LP, ) | |
| JOHN DOES 1-50, ) | |
| SHERMAN ORIGINATOR LLC, ) | |
| HUGER STREET LLC, ) | |
| MOULTRIE STREET LLC, ) | |
| WOOLFE STREET LLC, ) | |
| FULTON STREET LLC, ) | |
| JASPER STREET LLC, ) | |
| CONCORD STREET LLC, ) | |
| HAGOOD STREET LLC, ) | |
| CHARLOTTE STREET LLC, ) | |
| ARCHDALE STREET LLC, ) | |
| JACOBS ALLEY LLC, ) | |
| PEACHTREE STREET LLC, ) | |
| GREENHILL STREET LLC, ) | |
| CHALMERS STREET LLC, ) | |
| PRINCESS STREET LLC, ) | |
| UNKNOWN S CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**MINUTE ENTRY FOR JULY 31, 2015
STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of discovery and liability expert discovery. Counsel for Plaintiffs' report they have a

number of outstanding nonparty discovery requests, and were advised to meet and confer and move to enforce the subpoenas with regards to any disputes that may arise with regard to those requests as quickly as possible.  Counsel for Plaintiffs further reports they will be filing an unopposed motion to extend the deadline for liability expert disclosures.

This matter is scheduled for a telephonic status conference on **Tuesday, August 25, 2015 at 11:50 a.m.**  to discuss case status.  Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  07/31/2015

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.