IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, *et al.*, individually and on behalf of others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SHERMAN CAPITAL LLC, *et al.*, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No.: 1:12-cv-1654-TWP-MJD<br><br>CLASS ACTION |

### SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY

Pursuant to the Court's January 26, 2015 Order, the Parties provide the following Joint Report of the Status of Discovery:

### I.     Discovery Completed from July 24, 2015 to Date

The Entity Defendants served responses to Plaintiff Robert Goodall's written discovery requests on August 3, 2015.

On July 1, 2015 Plaintiffs served subpoenas for documents on third parties Moody's Investors Service, Inc. and Moody's Analytics Inc.  On July 2, 2015, Plaintiffs' served subpoenas for documents on third parties Synchrony Financial, Citigroup, Inc., and JP Morgan Chase, N.A.  On July 15, 2015, Plaintiffs served a subpoena for documents on Citibank, N.A. seeking the documents previously requested from Citigroup, Inc.

On August 3, 2015, Citibank, N.A., through counsel, emailed Plaintiffs' counsel objections and responses to Plaintiffs' subpoena.  On August 4, 2015, Citibank N.A. sent a letter enclosing documents responsive to Plaintiffs' subpoena.  On August 19, 2015, Plaintiffs emailed the Entity Defendants copies of these documents and communications.

On August 19, 2015, Plaintiffs served a subpoena for documents on Chase Bank USA, N.A. seeking the documents previously requested from JP Morgan Chase, N.A. Also on August 19, 2015, a representative of Chase informed Plaintiffs' counsel that Chase would be producing some documents in response to the subpoena. A portion of documents were delivered on August 20, 2015, and Chase indicated that additional documents will be forthcoming around August 24, 2015. On August 21, 2015 Plaintiffs attempted to email to Entity Defendants copies of the documents received, and when it became clear that the documents were too voluminous to be emailed, a copy was mailed on the same date.

Synchrony Financial provided documents responsive to the subpoena to Plaintiffs on August 14, 2015, and copies were emailed to the Entity Defendants on August 21, 2015. Moody's Investors Service, Inc. and Moody's Analytics, Inc. objected to the subpoena. Representatives of Moody's and Plaintiffs' counsel are scheduled to talk regarding whether Moody's will respond on Tuesday, August 25, 2015 at 3:00 p.m.

## II. Pending Discovery

On July 17, 2015, the Entity Defendants served written discovery on the Plaintiffs regarding Plaintiffs' claims for common law fraud and for violations of the Racketeer Influenced and Corrupt Organizations Act. On August 19, 2015, Plaintiffs requested a one-week extension, until August 26, 2015, to respond to Defendants' requests.

## III. Pending Discovery Disputes

There are no pending discovery disputes.

### IV. Discovery Planned for the Next 28 Days

On August 19, 2015, Plaintiffs requested to take the deposition of Meghan Emmerich, an employee of Defendant Resurgent Capital Services LP. The parties are working to finalize a date for that deposition.

The Entity Defendants are reviewing the non-parties' responses to Plaintiffs' subpoenas and will decide promptly whether they need to serve a subpoena on any of these non-parties.

### V. Discovery Remaining to be Completed

Future discovery needs may change depending upon possible dispositive motions as well as information that may arise during the litigation. However, Plaintiffs are currently aware that they anticipate serving R. 30(b)(6) deposition requests upon all entity defendants. Depending on what Plaintiffs receive in response to their subpoenas to nonparties, Defendants may need to seek third party discovery as well.

### VI. Any Other Discovery Issues

Plaintiffs' counsel has agreed to the filing of this Supplemental Report on the Status of Discovery as a Joint Report.

Dated: August 21, 2015                    Respectfully submitted,


                                          s/*James A. Rolfes*

| | | |
|---|---|---|
| Thomas Allen *pro hac vice* | James A. Rolfes *pro hac vice* | James W. Riley, Jr. |
| REED SMITH LLP | jrolfes@reedsmith.com | Atty. No. 6073-49 |
| 225 Fifth Avenue | David A. Maas *pro hac vice* | RILEY BENNETT & |
| Pittsburgh, PA 15222 | dmaas@reedsmith.com | EGLOFF LLP |
| (412) 288-3131 | REED SMITH LLP | 141 East Washington Street |
| (412) 288-3086 (Facsimile) | 10 South Wacker Drive | Fourth Floor |
| tallen@reedsmith.com | Chicago, IL 60606-7507 | Indianapolis, IN 46204 |
| | (312) 207-1000 | (317) 636-8000 |
| | (312) 207-6400 (Facsimile) | (317) 636-8027 (Facsimile) |
| | | jriley@rbelaw.com |

*Attorneys for Defendants Sherman Capital LLC, Sherman Financial Group LLC, Resurgent Capital Services LP, LVNV Funding LLC, and Sherman Originator LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2015, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

s/*James A. Rolfes*