UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX,<br>LUCINDA COX,<br>STEPHANIE SNYDER,<br>ROBERT GOODALL,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>SHERMAN CAPITAL LLC,<br>SHERMAN FINANCIAL GROUP LLC,<br>LVNV FUNDING LLC,<br>RESURGENT CAPITAL SERVICES, LP,<br>JOHN DOES 1-50,<br>SHERMAN ORIGINATOR LLC,<br>HUGER STREET LLC,<br>MOULTRIE STREET LLC,<br>WOOLFE STREET LLC,<br>FULTON STREET LLC,<br>JASPER STREET LLC,<br>CONCORD STREET LLC,<br>HAGOOD STREET LLC,<br>CHARLOTTE STREET LLC,<br>ARCHDALE STREET LLC,<br>JACOBS ALLEY LLC,<br>PEACHTREE STREET LLC,<br>GREENHILL STREET LLC,<br>CHALMERS STREET LLC,<br>PRINCESS STREET LLC,<br>UNKNOWN S CORPORATION,<br><br>　　　　　　　Defendants. | No. 1:12-cv-01654-TWP-MJD |

**MINUTE ENTRY FOR SEPTEMBER 8, 2015**
**DISCOVERY CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Discovery Conference at Defendants' request. The parties discussed several discovery issues and the conference concluded without further order.

The telephonic status conference scheduled for **Tuesday, September 22, 2015 at 1:00 p.m.** [Dkt. 459 at 2] remains on calendar as scheduled.

Dated: 09/08/2015

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.