IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHERMAN CAPITAL LLC, *et al.*,<br><br>Defendants. | Civil Action No.: 1:12-cv-1654-TWP-MJD<br><br>CLASS ACTION |

**SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY**

Pursuant to the Court's January 26, 2015 Order, the Parties provide the following Joint Report of the Status of Discovery:

### I. Discovery Completed from August 21, 2015 to Date

On August 21, 2015, Plaintiffs served their expert reports of Patrick F. Williams and Eugene Zoellner.

On September 8, 2015 the Magistrate conducted a discovery conference to address various issues, including the status of Plaintiffs' responses to the Entity Defendants' written discovery requests to Plaintiffs regarding Plaintiffs' claims for common law fraud and for violations of the Racketeer Influenced and Corrupt Organizations Act, which were issued on July 17, 2015 but remained unanswered at that time. Counsel for Plaintiffs committed to provide the responses to Defendant Resurgent Capital Services LP's requests by September 11, 2015 and to provide responses to the other Entity Defendants requests by September 15, 2015. Plaintiffs served all of these responses to the Entity Defendants' outstanding interrogatories on September 15, 2015. The Entity Defendants are in the process of reviewing these responses to assess their

completeness and whether there are any issues the Entity Defendants will need to raise with the Court regarding Plaintiffs' responses.

On August 25, 2015 Plaintiffs served Rule 30(b)(6) notices on each of the five Entity Defendants, each seeking testimony on 14 topics with additional subtopics. On September 14, 2015 Defendants Resurgent Capital Services LP and LVNV Funding, LLC produced Meghan Emmrich for a deposition as a corporate representative for many of the topics in the Rule 30(b)(6) notices to each of LVNV Funding, LLC and Resurgent Capital Services, LP. At the same time, Plaintiffs took the deposition of Meghan Emmerich in her individual capacity as an employee of Resurgent Capital Services, LP.

## II. Pending Discovery

On September 11, 2015, the Entity Defendants served subpoenas on Citibank, N.A. and Synchrony Financial for documents and testimony. The response dates for the requests for documents are October 5, 2015. Chase Bank, N.A., produced additional documents to Plaintiffs in response to their third party subpoena. Plaintiffs provided a copy of these documents to Defendants on September 18, 2015. Once the Entity Defendants review those documents they will determine whether they will need to serve an additional subpoena on Chase. The Entity Defendants intend to work with these third parties and Plaintiffs' counsel to coordinate mutually agreeable dates for depositions.

The Entity Defendants intend to present three additional witnesses for depositions in response to Plaintiffs' Rule 30(b)(6) notices and will work with Plaintiffs' counsel to coordinate mutually agreeable dates and times for such depositions.

## III. Pending Discovery Disputes

There are no pending discovery disputes.

### IV. Discovery Planned for the Next 28 Days

The Entity Defendants will be taking the deposition of Plaintiffs' proffered expert Patrick Williams on September 18, 2015.

The Entity Defendants will be taking the deposition of Plaintiffs' proffered expert Eugene Zoellner on September 21, 2015.

The deadline for the Entity Defendants to file any expert report is September 25, 2015. In light of the scheduling of the depositions of Plaintiffs' proffered experts, Plaintiff have already agreed to extend that deadline until September 28, 2015. The Entity Defendants will determine whether any further extension of the expert report deadline is needed after the completion of the depositions of Plaintiffs' proffered experts.

### V. Discovery Remaining to be Completed

Future discovery needs may change depending upon possible dispositive motions as well as information that may arise during the litigation.

### VI. Any Other Discovery Issues

Plaintiffs' counsel has agreed to the filing of this Supplemental Report on the Status of Discovery as a Joint Report.

Dated: September 18, 2015                                    Respectfully submitted,

                                                             s/*James A. Rolfes*

| | | |
|---|---|---|
| Thomas Allen *pro hac vice* | James A. Rolfes *pro hac vice* | James W. Riley, Jr. |
| REED SMITH LLP | jrolfes@reedsmith.com | Atty. No. 6073-49 |
| 225 Fifth Avenue | David A. Maas *pro hac vice* | RILEY BENNETT & |
| Pittsburgh, PA 15222 | dmaas@reedsmith.com | EGLOFF LLP |
| (412) 288-3131 | REED SMITH LLP | 141 East Washington Street |
| (412) 288-3086 (Facsimile) | 10 South Wacker Drive | Fourth Floor |
| tallen@reedsmith.com | Chicago, IL 60606-7507 | Indianapolis, IN 46204 |
| | (312) 207-1000 | (317) 636-8000 |
| | (312) 207-6400 (Facsimile) | (317) 636-8027 (Facsimile) |
| | | jriley@rbelaw.com |

*Attorneys for Defendants Sherman Capital LLC, Sherman Financial Group LLC, Resurgent Capital Services LP, LVNV Funding LLC, and Sherman Originator LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2015, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

s/*James A. Rolfes*