UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX,  )<br>LUCINDA COX,  )<br>STEPHANIE SNYDER,  )<br>ROBERT GOODALL,  )<br>  )<br>      Plaintiffs,  )<br>  )<br>  vs.  )<br>  )<br>SHERMAN CAPITAL LLC,  )<br>SHERMAN FINANCIAL GROUP LLC,  )<br>LVNV FUNDING LLC,  )<br>RESURGENT CAPITAL SERVICES, LP,  )<br>JOHN DOES 1-50,  )<br>SHERMAN ORIGINATOR LLC,  )<br>HUGER STREET LLC,  )<br>MOULTRIE STREET LLC,  )<br>WOOLFE STREET LLC,  )<br>FULTON STREET LLC,  )<br>JASPER STREET LLC,  )<br>CONCORD STREET LLC,  )<br>HAGOOD STREET LLC,  )<br>CHARLOTTE STREET LLC,  )<br>ARCHDALE STREET LLC,  )<br>JACOBS ALLEY LLC,  )<br>PEACHTREE STREET LLC,  )<br>GREENHILL STREET LLC,  )<br>CHALMERS STREET LLC,  )<br>PRINCESS STREET LLC,  )<br>UNKNOWN S CORPORATION,  )<br>  )<br>      Defendants.  ) | No. 1:12-cv-01654-TWP-MJD |

**MINUTE ENTRY FOR SEPTEMBER 22, 2015**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties reported on the status of discovery.

This matter is scheduled for a telephonic status conference on **Tuesday, January 26, 2016 at 10: 30 a.m.** to discuss readiness to proceed with the settlement conference. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  09/23/2015

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.