IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ANDREW COX, *et al.*, individually and
on behalf of others similarly situated,

    Plaintiffs,

v.

SHERMAN CAPITAL LLC, *et al.*,

    Defendants.

Civil Action No.: 1:12-cv-1654-TWP-MJD

CLASS ACTION

## SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY

Pursuant to the Court's January 26, 2015 Order, the Parties provide the following Joint Report of the Status of Discovery:

### I. Discovery Completed from September 18, 2015 to Date

On October 2, 2015, Defendants served their expert report of Daniel I. Castro, Jr.

On October 9, 12, and 13, 2015, Defendants produced documents responsive to a subpoena duces tecum that Plaintiffs served on August 25, 2015.

Plaintiffs conducted Rule 30(b)(6) depositions of three representatives of the Entity Defendants on October 14 and 15, 2015.

On September 11, 2015, the Entity Defendants served subpoenas on Citibank, N.A. and Synchrony Bank for documents and testimony. The response dates for the requests for documents was October 5, 2015. The Entity Defendants have agreed to withdraw these subpoenas in lieu of receiving declarations and documents from Citibank, N.A. and Synchrony Bank. Although the Entity Defendants had not served a subpoena on Chase Bank USA, N.A., they have also reached an agreement for Chase Bank USA, N.A. to provide a declaration and documents. The Entity Defendants have agreed to provide Plaintiffs with copies of the

declarations and documents the Entity Defendants receive from Chase Bank USA, N.A., Citibank, N.A. and Synchrony Bank.

## II. Pending Discovery

On October 14, 2015, Moody's Analytics Inc. and Moody's Investors Service, Inc., ("Moody's"), provided a list of the documents it had identified in response to Plaintiffs' July 1, 2015 subpoenas to Moody's and further provided Defendants with copies of such documents so that Defendants could review the documents for confidentiality issues prior to their production to Plaintiffs.

## III. Pending Discovery Disputes

On October 14, 2015, the Magistrate conducted a discovery conference and issued an order with regard to that conference on October 16, 2015.

At this time, there are no pending discovery disputes other than those addressed in the October 14, 2015 Discovery Conference.

## IV. Discovery Planned for the Next 28 Days

The Plaintiffs will be taking the deposition of Defendants' proffered expert on October 21, 2015.

## V. Discovery Remaining to be Completed

Discovery relating to liability issues, including expert discovery (other than the parties' agreement to conduct the deposition of Defendants' expert on October 21, 2015 and the production of the Moody's documents to Plaintiffs) have concluded. Only damages discovery remains to be done.

## VI. Any Other Discovery Issues

Defendants' counsel has agreed to the filing of this Supplemental Report on the Status of Discovery as a Joint Report.

Dated: October 16, 2015

Respectfully submitted,

s/*James A. Rolfes*

| | | |
|---|---|---|
| Thomas Allen *pro hac vice* | James A. Rolfes *pro hac vice* | James W. Riley, Jr. |
| REED SMITH LLP | jrolfes@reedsmith.com | Atty. No. 6073-49 |
| 225 Fifth Avenue | David A. Maas *pro hac vice* | RILEY BENNETT & |
| Pittsburgh, PA 15222 | dmaas@reedsmith.com | EGLOFF LLP |
| (412) 288-3131 | REED SMITH LLP | 141 East Washington Street |
| (412) 288-3086 (Facsimile) | 10 South Wacker Drive | Fourth Floor |
| tallen@reedsmith.com | Chicago, IL 60606-7507 | Indianapolis, IN 46204 |
| | (312) 207-1000 | (317) 636-8000 |
| | (312) 207-6400 (Facsimile) | (317) 636-8027 (Facsimile) |
| | | jriley@rbelaw.com |

*Attorneys for Defendants Sherman Capital LLC, Sherman Financial Group LLC, Resurgent Capital Services LP, LVNV Funding LLC, and Sherman Originator LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October, 2015, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

s/*James A. Rolfes*