IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHERMAN CAPITAL LLC, *et al.*,<br><br>Defendants. | Civil Action No.: 1:12-cv-1654-TWP-MJD<br><br>CLASS ACTION |

## SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY

Pursuant to the Court's January 26, 2015 Order, the Parties provide the following Joint Report of the Status of Discovery:

**I. Discovery Completed from October 16, 2015 to Date**

On October 23, 2015, Defendants produced three documents in redacted, but less than previously redacted, form to Plaintiffs. On October 14, October 15, and November 10, 2015, Chase, Synchrony and Citibank provided declarations in lieu of responding to third party subpoenas issued by Entity Defendants. Defendants provided those declarations to Plaintiffs October 19, 2015 and November 12, 2015.

**II. Pending Discovery**

Plaintiffs contend that pending discovery consists of those issues which are subject to the various motions pending as well as those issues which are the subject of the Court's present *in camera* review of various documents addressed in the Court's October 16, 2015 Minute Entry.

Defendants contend that there is no pending discovery other than the continued and not yet rescheduled deposition of Defendants' proffered expert.

### III. Pending Discovery Disputes

Pursuant to the Court's October 16, 2015 Minute Entry [Dkt. 466], the parties have now filed briefs or memoranda of law and Defendants have provided documents containing redactions for the Court's *in camera* review. In compliance with the October 16, 2015 Order, Defendants filed their Memorandum of Law [Dkt. 469] on October 23, 2015, Plaintiffs filed their responsive Memorandum of Law [Dkt. 478] on October 28, 2015, and Defendants filed their Reply [Dkt. 479] on October 30, 2015. The Court has not yet ruled with regard to that *in camera* review.

### IV. Discovery Planned for the Next 28 Days

The deposition of Defendants' proffered expert previously scheduled for October 21, 2015, was deferred by Plaintiffs. Plaintiffs have refrained from rescheduling that discovery deposition until the resolution of matters now under review by the Court pursuant to its October 16, 2015 Order. The Plaintiffs also filed a Motion for Additional Enlargement of Time for Plaintiffs to File a Statement of Claims and Defenses [Dkt. 476]. Defendants responded to that motion on November 11, 2015. [Dkt. 486] and Plaintiffs filed a reply in support on November 13, 2015. [Dkt. 489]. Defendants submitted their Statements of Defenses on October 26, 2015 [Dkt. 470-474].

### V. Discovery Remaining to be Completed

Plaintiffs contend that future discovery needs may change depending upon possible dispositive motions as well as information that may arise during the litigation. Defendants

contend discovery has closed other than the deposition of Defendants' expert and damages discovery.

**VI.     Any Other Discovery Issues**

Defendants' counsel has agreed to the filing of this Supplemental Report on the Status of Discovery as a Joint Report.

Dated: November 16, 2015                    Respectfully submitted,


                                            s/*Amy E. Romig*


| Thomas Allen *pro hac vice* | James A. Rolfes *pro hac vice* | James W. Riley, Jr. |
|---|---|---|
| REED SMITH LLP | jrolfes@reedsmith.com | Atty. No. 6073-49 |
| 225 Fifth Avenue | REED SMITH LLP | RILEY BENNETT & |
| Pittsburgh, PA 15222 | 10 South Wacker Drive | EGLOFF LLP |
| (412) 288-3131 | Chicago, IL 60606-7507 | 141 East Washington Street |
| (412) 288-3086 (Facsimile) | (312) 207-1000 | Fourth Floor |
| tallen@reedsmith.com | (312) 207-6400 (Facsimile) | Indianapolis, IN 46204 |
|  |  | (317) 636-8000 |
|  |  | (317) 636-8027 (Facsimile) |
|  |  | jriley@rbelaw.com |

*Attorneys for Defendants Sherman Capital LLC, Sherman Financial Group LLC, Resurgent Capital Services LP, LVNV Funding LLC, and Sherman Originator LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October, 2015, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

                                                    s/Amy E. Romig