UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW COX, <br> LUCINDA COX, <br> STEPHANIE SNYDER, <br> ROBERT GOODALL, <br>                Plaintiffs, <br> vs. <br> SHERMAN CAPITAL LLC, <br> SHERMAN FINANCIAL GROUP LLC, <br> LVNV FUNDING LLC, <br> RESURGENT CAPITAL SERVICES, LP, <br> JOHN DOES 1-50, <br> SHERMAN ORIGINATOR LLC, <br> UNKNOWN S CORPORATION, <br>                Defendants. | No. 1:12-cv-01654-TWP-MJD |

**ORDER ON MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

This matter is before the Court on Intervenors' *Motion to File Supplemental Authority* [Dkt. 577] in support of their pending Motion to Intervene. Intervenors Christopher Godson and Jovana Moukengeschaie request leave to file the Declaration of Attorney Brian L. Bromberg [Dkt. 577-1] and an Order issued by the Hon. H. Kenneth Schroeder of the United States District Court for the Western District of New York on April 15, 2016 in the civil action of *Godson v. Eltman, Eltman & Cooper, P.C.*, 1:11-cv-0764-EAW-HKS. [Dkt. 577-2.] The Court, being duly advised, and no objection having been filed, hereby **GRANTS** Intervenors' Motion. Docket Nos. 577-1 and 577-2 are deemed filed.

Dated: 17 MAY 2016

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Robert D. Cheesebourough
ruaneagle@aol.com

Brian Lewis Bromberg
BROMBERG LAW OFFICE PC
brian@bromberglawoffice.com

Matthew D. Boruta
CHEESEBOUROUGH & BORUTA
boruta17@hotmail.com

Amy E. Romig
PLEWS SHADLEY RACHER & BRAUN
aromig@psrb.com

Frederick D. Emhardt
PLEWS SHADLEY RACHER & BRAUN
emhardt@psrb.com

George M. Plews
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com

Peter M. Racher
PLEWS SHADLEY RACHER & BRAUN
pracher@psrb.com

Amy E. Romig
PLEWS SHADLEY RACHER & BRAUN LLP
aromig@psrb.com

F. Ronalds Walker
PLEWS SHADLEY RACHER & BRAUN LLP
rwalker@psrb.com

James A. Rolfes
REED SMITH LLP
jrolfes@reedsmith.com

Michael L. DeMarino
REED SMITH LLP
mdemarino@reedsmith.com

Thomas L. Allen
REED SMITH LLP
tallen@reedsmith.com

Timothy R. Carraher
REED SMITH LLP
tcarraher@reedsmith.com

Stephanie Snell Chaudhary
RILEY BENNETT & EGLOFF LLP
schaudhary@rbelaw.com

James W. Riley, Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com